UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B.,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

No. 22-cv-00838

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
Nakisha N. Chaney (P65066)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplaw.com
chaney@spplaw.com

Elizabeth K. Abdnour (P78203)
Attorney for Plaintiffs
1100 W. Saginaw St., Suite 4A-2
Lansing, Michigan 48915
(517) 292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski (P83575)
MI AECRES
Attorney for Plaintiff
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education, & Family Services Division
P.O. Box 30758
Lansing, Michigan 48909
(517) 355-7603
cavanaghc2@michigan.gov
hallorank1@michigan.gov

# STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

The parties, by and through the undersigned counsel, stipulate to extend the deadline for Defendant Michigan Department of Education (MDE) to respond to Plaintiff's First Amended Complaint (ECF No. 10). The parties agree to extend MDE's response deadline to February 3, 2023.

WHEREFORE, the parties respectfully request that this Honorable Court enter the attached proposed stipulated order to extend the deadline for MDE to respond to Plaintiff's First Amended Complaint.

IT IS SO STIPULATED.

Dated: 12-19-2022        */s/ Charles A. Cavanagh*
                        Charles A. Cavanagh (P79171)
                        Attorneys for Defendant


Dated: 12-19-2022        */s/ Mitchell D. Sickon (with permission)*
                        Mitchell D. Sickon (P82407)
                        Attorneys for Plaintiffs

## ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINITFF'S FIRST AMENDED COMPLAINT

This matter having come before the Court upon the parties' stipulation to extend the deadline for Defendant to respond to Plaintiffs' First Amended Complaint,

IT IS HEREBY ORDERED that Defendant's response to Plaintiff's First Amended Complaint is due on or before February 3, 2023.

IT IS SO ORDERED.

Dated: _____

_____
HON. ROBERT J. JONKER
United States District Judge