UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., et al.,

      Plaintiffs,                        Case No. 1:22–cv–838

v.                                Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
EDUCATION,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | March 30, 2023   03:00 PM *(previously set for 2/22/23)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                                ROBERT J. JONKER
                                                United States District Judge

Dated:  February 21, 2023      By:   /s/ Susan Driscoll Bourque
                                                Case Manager