UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

## MINUTES

D.L., et al.

v.

MICHIGAN DEPARTMENT OF EDUCATION

**CASE NO.** 1:22-cv-838
**DATE:** 3/30/23
**TIME:** 3 – 3:35 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF(S):**
David Fegley / Mitchell Sickon / Jennifer Salvatore

**DEFENDANT(S):**
Kathleen Halloran

## WITNESSES

**PLAINTIFF(S):**

**DEFENDANT(S):**

## PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held.  Order to enter.

COURT REPORTER:  Paul Brandell          /s/ Susan Driscoll Bourque
                                                            Case Manager