# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B.,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

Case No. 22-cv-00838-RJJ-PJG

Hon. Robert J. Jonker

Mag. Phillip J. Green

---

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
*Attorneys for Plaintiffs*
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
*Attorneys for Plaintiffs*
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@sppplaw.com
fegley@sppplaw.com

Elizabeth K. Abdnour (P78203)
*Attorney for Plaintiffs*
1100 W. Saginaw St., Suite 4A-2
Lansing, Michigan 48915
(517) 292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski (P83575)
MI AECRES
*Attorney for Plaintiff*
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
*Attorneys for Defendant*
Michigan Department of Attorney General
*Health, Education, & Family Services Division*
P.O. Box 30758
Lansing, Michigan 48909
(517) 355-7603
cavanaghc2@michigan.gov
hallorank1@michigan.gov

---

**<u>STIPULATED ORDER ALLOWING PLAINTIFFS TO PROCEED UNDER PSEUDONYMOUS STATUS</u>**

This case is brought by students with disabilities who allege that they have not received appropriate special education assessments or services within the Kalamazoo Public Schools, in violation of their State and federal rights.

Because Plaintiffs bring the present action to challenge government activity, Plaintiffs asks the Court to permit them to proceed under a pseudonym in this case. One Plaintiff, K.B., further moves to proceed pseudonymously because she is a child.  Plaintiff K.B.'s mother, H.B. likewise requests to proceed pseudonymously to prevent her child from being identified.

IT IS HEREBY AGREED AND STIPULATED by the undersigned attorneys for the respective parties that Plaintiffs may proceed in the above case using pseudonyms.

IT IS FURTHER AGREED UPON AND STIPULATED that K.B.'s next friend will be identified by initials only, to prevent exposure of Plaintiff K.B.'s identity.

Dated:

HON. ROBERT J. JONKER
United States District Court Judge

Respectfully submitted,

SALVATORE PRESCOTT
PORTER & PORTER, PLLC

MICHIGAN DEPARTMENT OF ATTORNEY GENERAL HEALTH, EDUCATION, & FAMILY SERVICES DIVISION

/s/ Jennifer B. Salvatore
Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
105 E. Main St.
Northville, MI 48167
(248) 679-8711
salvatore@spplaw.com
fegley@spplaw.com

/s/ Charles A. Cavanagh (*with consent*)
Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
P.O. Box 30758
Lansing, Michigan 48909
(517) 355-7603
cavanaghc2@michigan.gov
hallorank1@michigan.gov

*Attorneys for Defendant*

Elizabeth Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jacquelyn N. Babinski (P83575)
MI AECRES
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

*Attorneys for Plaintiff*

3