UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B.,

   Plaintiffs,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

   Defendant.

Case No. 22-cv-00838-RJJ-PJG

Hon. Robert J. Jonker

Mag. Phillip J. Green

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
*Attorneys for Plaintiffs*
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
*Attorneys for Plaintiffs*
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@sppplaw.com
fegley@sppplaw.com

Elizabeth K. Abdnour (P78203)
*Attorney for Plaintiffs*
1100 W. Saginaw St., Suite 4A-2
Lansing, Michigan 48915
(517) 292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski (P83575)
MI AECRES
*Attorney for Plaintiff*
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
*Attorneys for Defendant*
Michigan Department of Attorney General
Health, Education, & Family Services Division
P.O. Box 30758
Lansing, Michigan 48909
(517) 355-7603
cavanaghc2@michigan.gov
hallorank1@michigan.gov

**<u>STIPULATED ORDER ALLOWING PLAINTIFF K.B. TO APPOINT NEXT FRIEND</u>**

Plaintiff K.B. is a minor student with disabilities. Plaintiff K.B. requests that this Court name her mother as her next friend in this action, in order to limit any further exposure or harm to her. Because Plaintiff K.B. is a minor, the Federal Rules require the Court to appoint a next friend. For the reasons identified in Plaintiffs' Stipulated Order Allowing Plaintiffs to Proceed Under Pseudonymous Status, Plaintiff K.B. requests that her next friend be identified by initials only, because identifying her next friend (her mother) would expose Plaintiff's identity.

IT IS HEREBY AGREED AND STIPULATED by the undersigned attorneys for the respective parties, that H.B. be appointed as Plaintiff K.B.'s next friend.

IT IS FURTHER AGREED UPON AND STIPULATED that K.B.'s next friend will be identified by initials only, to prevent exposure of Plaintiff K.B.'s identity.

Dated: _____

_____
HON. ROBERT J. JONKER
United States District Court Judge

Respectfully submitted,

SALVATORE PRESCOTT
PORTER & PORTER, PLLC

MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL HEALTH,
EDUCATION, & FAMILY SERVICES
DIVISION

/s/ Jennifer B. Salvatore
Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
105 E. Main St.
Northville, MI 48167
(248) 679-8711
salvatore@sppplaw.com
fegley@sppplaw.com

/s/ Charles A. Cavanagh (*with consent*)
Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
P.O. Box 30758
Lansing, Michigan 48909
(517) 355-7603
cavanaghc2@michigan.gov
hallorank1@michigan.gov

Elizabeth Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC

*Attorneys for Defendant*

1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jacquelyn N. Babinski (P83575)
MI AECRES
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

*Attorneys for Plaintiff*