## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B.,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

Case No. 22-cv-00838-RJJ-PJG

Hon. Robert J. Jonker

Mag. Phillip J. Green

---

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
*Attorneys for Plaintiffs*
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
*Attorneys for Plaintiffs*
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@sppplaw.com
fegley@sppplaw.com

Elizabeth K. Abdnour (P78203)
*Attorney for Plaintiffs*
1100 W. Saginaw St., Suite 4A-2
Lansing, Michigan 48915
(517) 292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski (P83575)
MI AECRES
*Attorney for Plaintiff*
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
*Attorneys for Defendant*
Michigan Department of Attorney General
Health, Education, & Family Services Division
P.O. Box 30758
Lansing, Michigan 48909
(517) 355-7603
cavanaghc2@michigan.gov
hallorank1@michigan.gov

---

## **NOTICE REGARDING MEDIATOR SELECTION**

Pursuant to the Court's March 31, 2023 First Case Management Order (ECF No. 17, PageID.210), the parties conferred and selected to use the services of Lee T. Silver (P36905), 300 Ottawa Ave NW, Ste. 620, Grand Rapids, MI 49503, to mediate this matter.

    Respectfully submitted,

    SALVATORE PRESCOTT
    PORTER & PORTER, PLLC

    /s/ Jennifer B. Salvatore
    Jennifer B. Salvatore (P66640)
    David L. Fegley (P85275)
    105 E. Main St.
    Northville, MI 48167
    (248) 679-8711
    salvatore@spplaw.com
    fegley@spplaw.com

    Elizabeth Abdnour (P78203)
    ELIZABETH ABDNOUR LAW, PLLC
    1100 W. Saginaw St., Ste. 4A-2
    Lansing, MI 48915
    (517) 292-0067
    elizabeth@abdnour.com

    Erin H. Diaz (P80388)
    Mitchell D. Sickon (P82407)
    Disability Rights Michigan
    4095 Legacy Parkway
    Lansing, Michigan 48911
    (517) 487-1755
    ediaz@drmich.org
    msickon@drmich.org

    Jacquelyn N. Babinski (P83575)
    MI AECRES
    P.O. Box 705
    Ludington, Michigan 49431
    (231) 794-2379
    jbabinski@miaecres.org

    *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B., | |
| | Case No. 22-cv-00838-RJJ-PJG |
| Plaintiffs, | |
| v. | Hon. Robert J. Jonker |
| MICHIGAN DEPARTMENT OF EDUCATION, | Mag. Phillip J. Green |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I electronically filed the foregoing document, Notice Regarding Mediator Selection, and this Certificate of Service with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to counsel of record.

Dated: April 11, 2023                    /s/ Kelly Murawski
                                          Kelly Murawski, Paralegal