**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

D.L.; K.S.F.; and K.B., by and through her
parent and next friend H.B.,

     Plaintiffs,

v.

MICHIGAN DEPARTMENT OF
EDUCATION,

    Defendant.

Case No. 22-cv-00838-RJJ-PJG

Hon. Robert J. Jonker

Mag. Phillip J. Green

**CERTIFICATE OF SERVICE**

---

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 19, 2023, *Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to Defendant Michigan Department of Education*, and this *Certificate of Service* were served upon defense counsel by via email and by placing said documents in an envelope addressed to the business address on the pleadings of record herein, with first class postage affixed thereon, and placing said envelope in a U.S. Mail receptacle.

     /s/ Kelly Murawski
     Kelly Murawski, Paralegal