# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B.,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

Case No. 22-cv-00838-RJJ-PJG

Hon. Robert J. Jonker

Mag. Phillip J. Green

---

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
*Attorneys for Plaintiffs*
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
*Attorneys for Plaintiffs*
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@sppplaw.com
fegley@sppplaw.com

Elizabeth K. Abdnour (P78203)
*Attorney for Plaintiffs*
1100 W. Saginaw St., Suite 4A-2
Lansing, Michigan 48915
(517) 292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski (P83575)
MI AECRES
*Attorney for Plaintiff*
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
*Attorneys for Defendant*
Michigan Department of Attorney General
Health, Education, & Family Services Division
P.O. Box 30758
Lansing, Michigan 48909
(517) 355-7603
cavanaghc2@michigan.gov
hallorank1@michigan.gov

## CERTIFICATE OF SERVICE

 The undersigned certifies that Plaintiffs' Initial Disclosures were served upon the following attorney of record in the above cause by electronic mail on the 1st day of May, 2023.

Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
*Attorneys for Defendant*
*Michigan Department of Attorney General*
*Health, Education, & Family Services Division*
P.O. Box 30758
Lansing, Michigan 48909
(517) 355-7603
cavanaghc2@michigan.gov
hallorank1@michigan.gov

            */s/* David L. Fegley
            Jennifer B. Salvatore (P66640)
            David L. Fegley (P85275)
            Salvatore Prescott Porter & Porter
            *Attorneys for Plaintiffs*
            105 E. Main Street
            Northville, Michigan 48167
            (248) 679-8711
            salvatore@spplaw.com
            fegley@spplaw.com
            *Attorney for Plaintiffs*