UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., K.S.F., and K.B., by and through her
parent and next friend, H.B.,

      Plaintiffs,

v

MICHIGAN DEPARTMENT OF
EDUCATION, a governmental agency,

      Defendant.

No. 1:22-cv-00838

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**CERTIFICATE OF SERVICE**

---

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour (P78203)
Elizabeth Abdnour Law, PLLC
Attorney for Plaintiffs
1100 W. Saginaw Street, Ste. 4A-2
Lansing, Michigan 48915
517-292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski (P83575)
MI AECRES
Attorney for Plaintiffs
PO Box 705
Ludington, Michigan 49431
231-794-2379
jbabinski@miaecres.org

Jennifer B. Salvatore (P66640)
Salvatore Prescott Porter &
Porter
Attorney for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
248-679-8711
salvatore@sppplaw.com

---

Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
Attorney for Defendants
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, Michigan 48909
(517) 335-7603
cavanaghc2@michigan.gov
HalloranK1@michigan.gov

      /

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that Defendant's Answers and Objections to Plaintiffs' First Set of Interrogatories were served upon the following attorneys of record in the above cause by first class mail and electronic mail on the 17th day of May, 2023.

Erin H. Diaz
Mitchell D. Sickon
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Ste. 4A-2
Lansing, Michigan 48915
elizabeth@abdnour.com

Jacquelyn N. Babinski
MI AECRES
PO Box 705
Ludington, Michigan 49431
jbabinski@miaecres.org

Jennifer B. Salvatore
Salvatore Prescott Porter & Porter
105 E. Main Street
Northville, Michigan 48167
salvatore@sppplaw.com

/s/ *Charles A.Cavanagh*
Charles A. Cavanagh (P79171)
Attorney for Defendant
MI Dep't of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
Phone:  (517) 335-7603
Cavanaghc2@michigan.gov