UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.L., K.S.F., and K.B., by and through her parent and next friend, H.B., | No. 1:22-cv-00838 |
| Plaintiffs, | HON. ROBERT J. JONKER |
| v | MAG. PHILLIP J. GREEN |
| MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

| | |
|---|---|
| Erin H. Diaz (P80388)<br>Mitchell D. Sickon (P82407)<br>Disability Rights Michigan<br>Attorneys for Plaintiffs<br>4095 Legacy Parkway<br>Lansing, Michigan 48911<br>(517) 487-1755<br>ediaz@drmich.org<br>msickon@drmich.org | Jacquelyn N. Babinski (P83575)<br>MI AECRES<br>Attorney for Plaintiffs<br>PO Box 705<br>Ludington, Michigan 49431<br>231-794-2379<br>jbabinski@miaecres.org |
| Elizabeth K. Abdnour (P78203)<br>Elizabeth Abdnour Law, PLLC<br>Attorney for Plaintiffs<br>1100 W. Saginaw Street, Ste. 4A-2<br>Lansing, Michigan 48915<br>517-292-0067<br>elizabeth@abdnour.com | Jennifer B. Salvatore (P66640)<br>Salvatore Prescott Porter & Porter<br>Attorney for Plaintiffs<br>105 E. Main Street<br>Northville, Michigan 48167<br>248-679-8711<br>salvatore@sppplaw.com |

Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
Attorney for Defendants
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, Michigan 48909
(517) 335-7603
cavanaghc2@michigan.gov
HalloranK1@michigan.gov

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant's Responses and Objections to Plaintiffs' First RFPS were served upon the following attorneys of record in the above cause by first class mail and electronic mail on the 9th day of June 2023.

Erin H. Diaz
Mitchell D. Sickon
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Ste. 4A-2
Lansing, Michigan 48915
517-292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski
MI AECRES
PO Box 705
Ludington, Michigan 49431
231-794-2379
jbabinski@miaecres.org

Jennifer B. Salvatore
Salvatore Prescott Porter & Porter
105 E. Main Street
Northville, Michigan 48167
248-679-8711
salvatore@sppplaw.com

/s/ *Charles A.Cavanagh*
Charles A. Cavanagh (P79171)
Attorney for Defendant
MI Dep't of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
Phone:  (517) 335-7603
Cavanaghc2@michigan.gov