**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| D.L., K.S.F., and K.B., by and through her parent and next friend, H.B., | No. 1:22-cv-00838 |
| Plaintiffs, | HON. ROBERT J. JONKER |
| v | |
| MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency, | MAG. PHILLIP J. GREEN |
| Defendant. | **PROOF OF SERVICE PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUESTS TO ADMIT** |

| | |
|---|---|
| Erin H. Diaz (P80388) | Jacquelyn N. Babinski (P83575) |
| Mitchell D. Sickon (P82407) | MI AECRES |
| Disability Rights Michigan | Attorney for Plaintiffs |
| Attorneys for Plaintiffs | P.O. Box 705 |
| 4095 Legacy Parkway | Ludington, Michigan 49431 |
| Lansing, Michigan 48911 | 231-794-2379 |
| (517) 487-1755 | jbabinski@miaecres.org |
| ediaz@drmich.org | |
| msickon@drmich.org | Jennifer B. Salvatore (P66640) |
| | Salvatore Prescott Porter & Porter |
| Elizabeth K. Abdnour (P78203) | Attorney for Plaintiffs |
| Abdnour Weiker, LLP | 105 E. Main Street |
| 500 E. Michigan Ave., Ste. 130 | Northville, Michigan 48167 |
| Lansing, MI 48912 | 248-679-8711 |
| P: (517) 994-1776 | salvatore@sppplaw.com |
| F: (614) 417-5081 | |
| liz@education-rights.com | |

Charles A. Cavanagh (P79171)
Kathleen A. Halloran (P76453)
Attorney for Defendants
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, Michigan 48909
(517) 335-7603
cavanaghc2@michigan.gov
HalloranK1@michigan.gov

**PROOF OF SERVICE**
**PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUESTS TO ADMIT**

The undersigned certifies that Plaintiffs' Response to Defendants' Requests to Admit were served upon the following attorney of record in the above cause by electronic mail on the 25th day of August, 2023.

    Charles A. Cavanagh (P79171)
    Kathleen A. Halloran (P76453)
    *Attorneys for Defendant*
    Michigan Department of Attorney General
    *Health, Education, & Family Services Division*
    P.O. Box 30758
    Lansing, Michigan 48909
    (517) 355-7603
    cavanaghc2@michigan.gov
    hallorank1@michigan.gov

                                                */s/* Jennifer B. Salvatore
                                                Jennifer B. Salvatore (P66640)
                                                David L. Fegley (P85275)
                                                Salvatore Prescott Porter & Porter
                                                *Attorneys for Plaintiffs*
                                                105 E. Main Street
                                                Northville, Michigan 48167
                                                (248) 679-8711
                                                salvatore@sppplaw.com
                                                fegley@sppplaw.com
                                                *Attorney for Plaintiffs*