UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Donquarion Lewis; Ke'Aujanaa Shepherd-Friday; and K.B., by and through her parent and next friend H.B., <br><br>    Plaintiffs, <br><br>v. <br><br>MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency, <br><br>    Defendant. | Case No. 1:22-cv-00838 <br><br> Hon. Robert J Jonker <br> District Judge <br><br><br> Hon. Phillip J. Green <br> Magistrate Judge |

**STIPULATION IN SUPPORT OF (PROPOSED) ORDER AMENDING THE CASE MANAGEMENT ORDER (ECF NO. 17)**

Pursuant to this stipulation, the parties by and through counsel jointly move the Court to amend the First Case Management Order (ECF No. 17) in certain respects, and in support state as follows:

A. Plaintiffs' First Amended Complaint (ECF No. 10) recounts Plaintiff Donquarion Lewis' effort to vindicate his special education rights through an IDEA due process hearing. *See* PageID.66-67 and PageID.94-95. On December 20, 2022, Mr. Lewis filed a federal complaint as a related case challenging the final decision of that due process hearing. *See D.L. v. Kalamazoo Public Schools* (Related Case), Case No. 1:22-cv-1208 (ECF No. 1).

B. During the March 30, 2023, Rule 16 Scheduling Conference, the Court and the parties to the present case discussed keeping the resolution of the Related Case against Kalamazoo

    Public Schools procedurally ahead of the present case, as the outcome of the Related Case might inform the outcome of the present case.

C. Following the March 30, 2023, Rule 16 Scheduling Conference, the Court entered the present case's First Case Management Order (ECF No. 17).

D. Due to administrative delays at the MOAHR concerning the administrative record and the work of addressing ongoing discovery concerns between the parties in the Related Case without Court intervention, parties in the Related Case recently moved the Court to amend that case's First Case Management Order. *See* Related Case (ECF No. 28). The Court granted that motion on August 16, 2023, effectively adjourning all deadlines for approximately three months. *Id.*, (ECF No. 30).

E. To maintain the planned procedural order of the two cases, good cause exists to amend the deadlines in the present case's First Case Management Order.

F. While the parties agree to good cause exists to amend said deadlines, parties still plan to keep the scheduled mediation with Lee Silver, currently set for December 12, 2023.

Accordingly, IT IS HEREBY STIPULATED AND JOINTLY MOVED that the First Case Management Order be amended as follows:

- The deadline for disclosure of expert witnesses and reports is extended from October 15, 2023, to January 15, 2024, for the party with the burden of proof, and from November 15, 2023, to February 15, 2024, for the responding party; the deadline for rebuttal reports is extended from December 1, 2023, to March 1, 2023.

- The deadline for the completion of discovery is adjourned from January 15, 2024, to April 15, 2024; ADR must take place by April 15, 2024 (formerly January 15, 2024); and dispositive motions must be filed by May 31, 2024 (formerly February 28, 2024).

IT IS SO STIPULATED AND AGREED:

/s/ Mitchell D. Sickon
Mitchell D. Sickon (P82407)
Attorney for Plaintiffs

/s/ Charles A. Cavanagh (with consent)
Charles A. Cavanagh (P79171)
Attorney for Defendant

Dated: September 6, 2023

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Donquarion Lewis; Ke'Aujanaa Shepherd-Friday; and K.B., by and through her parent and next friend H.B., | Case No. 1:22-cv-00838 |
| Plaintiffs, | Hon. Robert J Jonker<br>District Judge |
| v. | |
| MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency, | Hon. Phillip J. Green<br>Magistrate Judge |
| Defendant. | |

## ORDER AMENDING THE
## CASE MANAGEMENT ORDER (ECF NO. 17)

Pursuant to the stipulation of the parties, by and through counsel, and for good cause shown as set forth in the accompanying stipulation, NOW THEREFORE,

IT IS HEREBY ORDERED as follows:

- The deadline for disclosure of expert witnesses and reports is extended from October 15, 2023, to January 15, 2024, for the party with the burden of proof, and from November 15, 2023, to February 15, 2024, for the responding party; the deadline for rebuttal reports is extended from December 1, 2023, to March 1, 2023.

- The deadline for the completion of discovery is adjourned from January 15, 2024, to April 15, 2024; ADR must take place by April 15, 2024 (formerly January 15, 2024); and dispositive motions must be filed by May 31, 2024 (formerly February 28, 2024).

IT IS SO ORDERED.

Dated: September ____, 2023

_____

Hon. Robert J. Jonker, District Judge