UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Donquarion Lewis; Ke'Aujanaa Shepherd-Friday; and K.B., by and through her parent and next friend H.B., <br><br> Plaintiffs, <br><br> v. <br><br> MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency, <br><br> Defendant. | Case No. 1:22-cv-00838 <br><br> Hon. Robert J Jonker <br> District Judge <br><br> Hon. Phillip J. Green <br> Magistrate Judge |

## ORDER AMENDING THE
## CASE MANAGEMENT ORDER (ECF NO. 17)

Pursuant to the stipulation of the parties, by and through counsel, and for good cause shown as set forth in the accompanying stipulation, NOW THEREFORE,

IT IS HEREBY ORDERED as follows:

- The deadline for disclosure of expert witnesses and reports is extended from October 15, 2023, to January 15, 2024, for the party with the burden of proof, and from November 15, 2023, to February 15, 2024, for the responding party; the deadline for rebuttal reports is extended from December 1, 2023, to March 1, 2023.

- The deadline for the completion of discovery is adjourned from January 15, 2024, to April 15, 2024; ADR must take place by April 15, 2024 (formerly January 15, 2024); and dispositive motions must be filed by May 31, 2024 (formerly February 28, 2024).

IT IS SO ORDERED.

Dated: September  8th , 2023                    /s/ Robert J. Jonker                
                                                                                      Hon. Robert J. Jonker, District Judge