UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., et al.,

      Plaintiffs,                                    Case No. 1:22-cv-00838-RJJ-PJG

v.                                       Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
EDUCATION,

      Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | June 24, 2024   02:00 PM<br>*(previously set for 3/20/24)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

*An updated Joint Status Report is due June 17, 2024.*

                                                      ROBERT J. JONKER
                                                      United States District Judge

Dated:  October 14, 2023       By:   /s/ Susan Driscoll Bourque
                                                    Case Manager