UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B.,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHIGAN DEPARTMENT OF EDUCATION,<br><br>      Defendant. | Case No. 22-cv-00838-RJJ-PJG<br><br>Hon. Robert J. Jonker<br><br>Mag. Phillip J. Green<br><br>**PROOF OF SERVICE PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MICHIGAN DEPARTMENT OF EDUCATION** |

## PROOF OF SERVICE

    I hereby certify that on November 6, 2023, Plaintiffs' Second Set of Requests for Production of Documents to Defendant Michigan Department of Education, and this Proof of Service were served upon defense counsel by via email and by placing said documents in an envelope addressed to the business address on the pleadings of record herein, with first class postage affixed thereon, and placing said envelope in a U.S. Mail receptacle.

                                                <ins>/s/ Kelly Murawski</ins>
                                                Kelly Murawski, Paralegal