UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B.,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

No. 22-cv-00838

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**SUBSTITUTED APPEARANCE OF COUNSEL**

---

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
Nakisha N. Chaney (P65066)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplaw.com
chaney@spplaw.com

Elizabeth K. Abdnour (P78203)
Attorney for Plaintiffs
1100 W. Saginaw St., Suite 4A-2
Lansing, Michigan 48915
(517) 292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski (P83575)
MI AECRES
Attorney for Plaintiff
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

Kathleen A. Halloran (P76453)
Patrick L. O'Brien (P78163)
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
Hallorank1@michigan.gov
Obrienp1@michigan.gov

## SUBSTITUTED APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE and enter the substituted APPEARANCE of PATRICK L. O'BRIEN (P78163), Assistant Attorney General, acting as the attorney of record in place of CHARLIE A. CAVANAGH (P79171) for Defendant Michigan Department of Education in the above-titled action. Assistant Attorney General Kathleen A. Halloran will also continue as attorney of record for Defendant.

                Respectfully submitted,

                /s/ *Patrick L. O'Brien*
                Patrick L. O'Brien (P78163)
                Kathleen A. Halloran (P76453)
                Attorneys for Defendant
                Health, Education & Family
                Services Division
                P.O. Box 30758
                Lansing, MI  48909
                (517) 335-7603
                hallorank1@michigan.gov
                obrienp1@michigan.gov

Dated:  November 28, 2023