U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Donquarion Lewis; Ke'Aujanaa Shepherd-Friday; and K.B., by and through her parent and next friend, H.B., | No. 1:22-cv-00838-RJJ-PJG |
| Plaintiffs, | HON. ROBERT J. JONKER |
| v. | MAG. PHILLIP J. GREEN |
| MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency, | **CERTIFICATE OF SERVICE PLAINTIFFS' RULE 26(a)(2) EXPERT DISCLOSURES** |
| Defendant. | |

| | |
|---|---|
| Erin H. Diaz (P80388)<br>Mitchell D. Sickon (P82407)<br>Disability Rights Michigan<br>Attorneys for Plaintiffs<br>4095 Legacy Parkway<br>Lansing, Michigan 48911<br>(517) 487-1755<br>ediaz@drmich.org<br>msickon@drmich.org | Jacquelyn N. Kmetz (P83575)<br>MI AECRES<br>Attorney for Plaintiffs<br>P.O. Box 705<br>Ludington, Michigan 49431<br>231-794-2379<br>jkmetz@miaecres.org |
| Elizabeth K. Abdnour (P78203)<br>Abdnour Weiker, LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, Michigan 48912<br>(517) 994-1776<br>liz@education-rights.com | Jennifer B. Salvatore (P66640)<br>David L. Fegley (P85275)<br>Salvatore Prescott Porter & Porter<br>Attorney for Plaintiffs<br>105 E. Main Street<br>Northville, Michigan 48167<br>248-679-8711<br>salvatore@sppplaw.com<br>fegley@sppplaw.com |

Kathleen A. Halloran (P76453)
Patrick L. O'Brien (P78163)
Ticara D. Hendley (P81166)
Attorney for Defendants
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, Michigan 48909
(517) 335-7603
hallorank1@michigan.gov
Obrienp1@michigan.gov
hendleyt1@michigan.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that Plaintiffs' Rule 26(a)(2) Expert Disclosures were served upon the following attorney of record in the above cause by electronic mail on the 16th day of January, 2024. .

    Kathleen A. Halloran (P76453)
    Patrick L. O'Brien (P78163)
    Ticara D. Hendley (P81166)
    *Attorneys for Defendant*
    *Michigan Department of Attorney General*
    *Health, Education, & Family Services Division*
    P.O. Box 30758
    Lansing, Michigan 48909
    hallorank1@michigan.gov
    Obrienp1@michigan.gov
    hendleyt1@michigan.gov

     /s/ Jennifer B. Salvatore
    Jennifer B. Salvatore (P66640)
    David L. Fegley (P85275)
    Salvatore Prescott Porter & Porter
    *Attorneys for Plaintiffs*
    105 E. Main Street
    Northville, Michigan 48167
    (248) 679-8711
    salvatore@sppplaw.com
    fegley@sppplaw.com
    *Attorney for Plaintiffs*