# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B., | |
| | Case No. 22-cv-00838-RJJ-PJG |
| Plaintiffs, | |
| | Hon. Robert J. Jonker |
| v. | |
| | Mag. Phillip J. Green |
| MICHIGAN DEPARTMENT OF EDUCATION, | |
| | **PROOF OF SERVICE PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MICHIGAN DEPARTMENT OF EDUCATION** |
| Defendant. | |

## PROOF OF SERVICE

I hereby certify that on February 15, 2024, Plaintiffs' Third Set of Requests for Production of Documents to Defendant Michigan Department of Education, and this Proof of Service were served upon defense counsel by via email and by placing said documents in an envelope addressed to the business address on the pleadings of record herein, with first class postage affixed thereon, and placing said envelope in a U.S. Mail receptacle.

/s/ Kelly Murawski
Kelly Murawski, Paralegal