UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., et al.,

      Plaintiffs,                               Case No. 1:22–cv–00838–RJJ–PJG

    v.                                           Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
EDUCATION,

      Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | August 15, 2024   03:00 PM *(previously set for 6/24/24)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                                  ROBERT J. JONKER
                                                United States District Judge

Dated:  June 13, 2024        By:     /s/ Susan Driscoll Bourque
                                                      Case Manager