UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.L., K.S.F., and K.B., by and through her parent and next friend, H.B., | No. 1:22-cv-00838 |
| Plaintiffs, | HON. ROBERT J. JONKER |
| v | MAG. PHILLIP J. GREEN |
| MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

| | |
|---|---|
| Erin H. Diaz (P80388)<br>Mitchell D. Sickon (P82407)<br>Disability Rights Michigan<br>Attorneys for Plaintiffs<br>4095 Legacy Parkway<br>Lansing, Michigan 48911<br>(517) 487-1755<br>ediaz@drmich.org<br>msickon@drmich.org | Jacquelyn N. Kmetz (P83575)<br>MI AECRES<br>Attorney for Plaintiffs<br>P.O. Box 705<br>Ludington, Michigan 49431<br>(231) 794-2379<br>jkmetz@miaecres.org |
| Jennifer B. Salvatore (P66640)<br>David L. Fegley (P85275)<br>Salvatore Prescott Porter & Porter<br>Attorneys for Plaintiffs<br>105 E. Main Street<br>Northville, Michigan 48167<br>(248) 679-8711<br>salvatore@spplaw.com<br>fegley@spplaw.com | Kathleen A. Halloran (P76453)<br>Ticara D. Hendley (P81166)<br>Attorneys for Defendant<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>halloranK1@michigan.gov<br>hendleyt1@michigan.gov |
| Elizabeth K. Abdnour (P78203)<br>ABDNOUR WEIKER LLP<br>Attorney for Plaintiffs<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com | |

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant's Responses to Plaintiffs' First Requests to Admit was served upon the following attorneys of record in the above cause by electronic mail on the 14th day of June 2024.

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplaw.com
fegley@spplaw.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
Attorney for Plaintiffs
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com

/s/ *Ticara D. Hendley*
Ticara D. Hendley (P81166)
Attorney for Defendant
MI Dep't of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
HendleyT1@michigan.gov