UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., K.S.F., and K.B., by and through her parent and next friend, H.B.,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency,

    Defendant.

No. 1:22-cv-00838

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

## **CERTIFICATE OF SERVICE**

The undersigned certifies that Plaintiffs' Response to Defendant's First Request for Production of Documents and Plaintiffs' production, Plaintiffs 00009443-10406, were served upon the following attorneys of record in the above cause by electronic mail on the 17th day of June, 2024.

    Kathleen A. Halloran (P76453)
    Ticara D. Hendley (P81166)
    *Attorneys for Defendant*
    *Michigan Department of Attorney General*
    *Health, Education, & Family Services Division*
    P.O. Box 30758
    Lansing, Michigan 48909
    (517) 355-7603
    hallorank1@michigan.gov
    hendleyt1@michigan.gov

                                                */s/* Tara L. Lank
                                                Tara L. Lank, Paralegal