UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., K.S.F., and K.B., by and through her
parent and next friend, H.B.,

No. 1:22-cv-00838

   Plaintiffs,

HON. ROBERT J. JONKER

v

MAG. PHILLIP J. GREEN

MICHIGAN DEPARTMENT OF
EDUCATION, a governmental agency,

**CERTIFICATE OF SERVICE**

   Defendant.

---

| | |
|---|---|
| Erin H. Diaz (P80388) | Jacquelyn N. Kmetz (P83575) |
| Mitchell D. Sickon (P82407) | MI AECRES |
| Disability Rights Michigan | Attorney for Plaintiffs |
| Attorneys for Plaintiffs | P.O. Box 705 |
| 4095 Legacy Parkway | Ludington, Michigan 49431 |
| Lansing, Michigan 48911 | (231) 794-2379 |
| (517) 487-1755 | jkmetz@miaecres.org |
| ediaz@drmich.org | |
| msickon@drmich.org | Ticara D. Hendley (P81166) |
| | Neil A. Giovanatti (P82305) |
| Jennifer B. Salvatore (P66640) | Kathleen A. Halloran (P76453) |
| David L. Fegley (P85275) | Attorneys for Defendant |
| Salvatore Prescott Porter & Porter | Michigan Department of |
| Attorneys for Plaintiffs | Attorney General |
| 105 E. Main Street | Health, Education & Family |
| Northville, Michigan 48167 | Services Division |
| (248) 679-8711 | P.O. Box 30758 |
| salvatore@sppplaw.com | Lansing, MI 48909 |
| fegley@sppplaw.com | (517) 335-7603 |
| | giovanattin@michigan.gov |
| Elizabeth K. Abdnour (P78203) | hallorank1@michigan.gov |
| ABDNOUR WEIKER LLP | hendleyt1@michigan.gov |
| Attorney for Plaintiffs | |
| 500 E. Michigan Ave., Ste. 130 | |
| Lansing, MI 48912 | |
| (517) 994-1776 | |
| liz@education-rights.com | |

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that Notice of Subpoena was served upon George White on July 17, 2024, and Affidavit and Acknowledgement of Service was provided to the following attorneys of record in the above cause by electronic mail on the 24th day of July 2024.

Erin H. Diaz
Mitchell D. Sickon
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Ste. 4A-2
Lansing, Michigan 48915
517-292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski
MI AECRES
PO Box 705
Ludington, Michigan 49431
231-794-2379
jbabinski@miaecres.org

Jennifer B. Salvatore
Salvatore Prescott Porter & Porter
105 E. Main Street
Northville, Michigan 48167
248-679-8711
salvatore@sppplaw.com

/s/ *Ticara D. Hendley*
Ticara D. Hendley (P81166)
Neil A. Giovanatti (P82305)
Kathleen A. Halloran (P76453)
Assistant Attorneys General
Attorneys for Defendants
MI Dep't of Attorney General
Health, Education & Family Services
P.O. Box 30758
Lansing, MI 48909

2

# AFFIDAVIT OF SERVICE

| Case:<br>1:22 cv 00838 | Court:<br>US District Court Western Michigan | County: | Job:<br>11450597 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>DL, KSF, KB | | Defendant / Respondent:<br>Michigan Department of Education | |
| Received by:<br>Legal Advantage Web | | For:<br>Department of Attorney General | |
| To be served upon:<br>George White | | | |

I, Dan Larson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   George White, Home: 4022 Rockwood Drive, Kalamazoo, MI 49004

**Manner of Service:**   Personal/Individual, Jul 17, 2024, 1:40 pm EDT

**Documents:**   Subpoena

**Additional Comments:**

1) Successful Attempt: Jul 17, 2024, 1:40 pm EDT at Home: 4022 Rockwood Drive, Kalamazoo, MI 49004 received by George White. Personal service

_Dan Larson_      07/18/2024

Dan Larson           **Date**
Court Officer CCO #1196

Legal Advantage Web
2526 Woodmeadow Drive SE Suite 4
Grand Rapids, MI 49546
616-951-5290

| Court | ACKNOWLEDGMENT OF SERVICE | Case Number |
|---|---|---|
| US District Court | | 22-cv-00838-RJJ-PJG |

I acknowledge that I have received service of the

on ___7/17/24___ at ___140 pm___ Am / Pm  on behalf of _____
       Date              Time

X _Signature_ _George B Ward (signature)_