UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____
**MINUTES**

D.L. et al.

v.

MICHIGAN DEPARTMENT OF EDUCATION.

**CASE NO.**   1:22:cv-838
**DATE:**   August 15, 2024
**TIME:**   3:03 p.m. to 3:33 p.m.
**PLACE:**   Grand Rapids
**JUDGE:**   Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF(S):** Elizabeth Abdnour, Erin Diaz, Mitchell Sickon

**DEFENDANT(S):** Ticara Hendley, Neil Giovanatti

## PROCEEDINGS

**NATURE OF HEARING:**  Second Rule 16 Scheduling Conference held.  Order to enter.


COURT REPORTER:        Paul Brandell              /s/ Leah Plachinski
                                                    Law Clerk