## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

_____
### MINUTES
_____

D.L. et al.

v.

MICHIGAN DEPARTMENT OF EDUCATION


**CASE NO.** 1:22-cv-838
**DATE:**      August 15, 2024
**TIME:**       3:03 – 3:33 p.m.
**PLACE:**     Grand Rapids
**JUDGE:**     Hon. Robert J. Jonker

# APPEARANCES

**PLAINTIFF(S):**
Elizabeth Abdnour, Erin Diaz, Mitchell Sickon

**DEFENDANT(S):**
Ticara Hendley, Neil Giovanatti

# WITNESSES

**PLAINTIFF(S):**


**DEFENDANT(S):**

# PROCEEDINGS

**NATURE OF HEARING:**

Second Rule 16 Scheduling Conference held.  Order to enter.


COURT REPORTER:  Paul Brandell          /s/ Leah Plachinski
                                                    Law Clerk