UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., K.S.F., and K.B., by and through her
parent and next friend, H.B.,

No. 1:22-cv-00838

    Plaintiffs,

HON. ROBERT J. JONKER

v

MAG. PHILLIP J. GREEN

MICHIGAN DEPARTMENT OF
EDUCATION, a governmental agency,

**CERTIFICATE OF SERVICE**

    Defendant.

---

| | |
|---|---|
| Erin H. Diaz (P80388) | Jacquelyn N. Kmetz (P83575) |
| Mitchell D. Sickon (P82407) | MI AECRES |
| Disability Rights Michigan | Attorney for Plaintiffs |
| Attorneys for Plaintiffs | P.O. Box 705 |
| 4095 Legacy Parkway | Ludington, Michigan 49431 |
| Lansing, Michigan 48911 | (231) 794-2379 |
| (517) 487-1755 | jkmetz@miaecres.org |
| ediaz@drmich.org | |
| msickon@drmich.org | Ticara D. Hendley (P81166) |
| | Neil A. Giovanatti (P82305) |
| Jennifer B. Salvatore (P66640) | Kathleen A. Halloran (P76453) |
| David L. Fegley (P85275) | Attorneys for Defendant |
| Salvatore Prescott Porter & Porter | Michigan Department of |
| Attorneys for Plaintiffs | Attorney General |
| 105 E. Main Street | Health, Education & Family |
| Northville, Michigan 48167 | Services Division |
| (248) 679-8711 | P.O. Box 30758 |
| salvatore@sppplaw.com | Lansing, MI 48909 |
| fegley@sppplaw.com | (517) 335-7603 |
| | giovanattin@michigan.gov |
| Elizabeth K. Abdnour (P78203) | hallorank1@michigan.gov |
| ABDNOUR WEIKER LLP | hendleyt1@michigan.gov |
| Attorney for Plaintiffs | |
| 500 E. Michigan Ave., Ste. 130 | |
| Lansing, MI 48912 | |
| (517) 994-1776 | |
| liz@education-rights.com | |

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that Notice of Taking Deposition of Kayla Bush was provided to the following attorneys of record in the above cause by electronic mail on the 22nd day of August 2024.

Erin H. Diaz
Mitchell D. Sickon
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Ste. 4A-2
Lansing, Michigan 48915
517-292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski
MI AECRES
PO Box 705
Ludington, Michigan 49431
231-794-2379
jbabinski@miaecres.org

Jennifer B. Salvatore
Salvatore Prescott Porter & Porter
105 E. Main Street
Northville, Michigan 48167
248-679-8711
salvatore@sppplaw.com

/s/ *Ticara D. Hendley*
Ticara D. Hendley (P81166)
Neil A. Giovanatti (P82305)
Kathleen A. Halloran (P76453)
Assistant Attorneys General
Attorneys for Defendants
MI Dep't of Attorney General
Health, Education & Family Services
P.O. Box 30758
Lansing, MI 48909