United States District Court
for the Western District of Michigan

# REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 22-cv-00838 | D.L. et al v. MDE | 9/3/2024 |

**PARTIES** Attendees

| Name | On Behalf Of |
|---|---|
| Ke'Aujanae Shephard | Plaintiff |
| Dongvarian Lewis | Plaintiff |
| Kayla Bush | Plaintiff |
| Terri Rink | Defendant |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Mitchell Sickon | Plaintiffs |
| Erin Diaz | " |
| Elizabeth Abdnour | " |
| Jen Salvatore | " |
| Tiffany Hindsley | Defendant |
| Neil Giovanni | Defendant |

Result:
☐ Settled in full – Final paperwork will be filed by:
☐ Mediation continuing – Date of Next Session
☒ Not settled – Mediation Completed

Dated: 9.3.2024      /s/ William W. Jack

Mediator