U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Donquarion Lewis; Ke'Aujanaa Shepherd-Friday; and K.B., by and through her parent and next friend, H.B.,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency,

    Defendant.

No. 1:22-cv-00838-RJJ-PJG

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour (P78203)
Abdnour Weiker, LLP
500 E. Michigan Ave., Ste. 130
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
231-794-2379
jkmetz@miaecres.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
Attorney for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
248-679-8711
salvatore@spplaw.com
fegley@spplaw.com

Ticara D. Hendley (P81166)
Neil Giovanatti (P82305)
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, Michigan 48909
(517) 335-7603
hendleyt1@michigan.gov
giovanattin@michigan.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, Plaintiffs provided Proofs of Service, which confirmed that on September 3, 2024, a process server personally served Scott Koenigsknecht subpoenas concerning his upcoming deposition, to the following attorneys of record in the above cause by electronic mail:

>Ticara D. Hendley (P81166)
>Neil Giovanatti (P82305)
>*Attorneys for Defendant*
>Michigan Department of Attorney General
>Health, Education, & Family Services Division
>P.O. Box 30758
>Lansing, Michigan 48909
>hendleyt1@michigan.gov
>giovanattin@michigan.gov

>>s/ Mitchell D. Sickon
>>Mitchell D. Sickon (P82407)
>>Erin H. Diaz (P80388)
>>Disability Rights Michigan
>>4095 Legacy Parkway
>>Lansing, Michigan 48911
>>(517) 487-1755
>>ediaz@drmich.org
>>msickon@drmich.org
>>*Attorney for Plaintiffs*