UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.L., K.S.F., and K.B., by and through her parent and next friend, H.B., | Case No. 22-cv-00838-RJJ-PJG |
| Plaintiffs, | HON. ROBERT J. JONKER |
| v | MAG. PHILLIP J. GREEN |
| MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplaw.com
fegley@spplaw.com

Ticara D. Hendley (P81166)
Neil A. Giovanatti (P82305)
Kathleen A. Halloran (P76453)
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov
hallorank1@michigan.gov
hendleyt1@michigan.gov

Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
Attorney for Plaintiffs
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant's First Supplemental Response to Plaintiffs' First Requests for Production of Documents was provided to the following attorneys of record in the above cause by electronic mail on the 4th day of September 2024.

Erin H. Diaz
Mitchell D. Sickon
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Ste. 4A-2
Lansing, Michigan 48915
517-292-0067
elizabeth@abdnour.com

Jacquelyn N. Kmetz
MI AECRES
PO Box 705
Ludington, Michigan 49431
231-794-2379
jkmetz@miaecres.org

Jennifer B. Salvatore
Salvatore Prescott Porter & Porter
105 E. Main Street
Northville, Michigan 48167
248-679-8711
salvatore@sppplaw.com

/s/ *Ticara D. Hendley*
Ticara D. Hendley (P81166)
Neil A. Giovanatti (P82305)
Kathleen A. Halloran (P76453)
Assistant Attorneys General
Attorneys for Defendants
MI Dep't of Attorney General
Health, Education & Family Services
P.O. Box 30758
Lansing, MI 48909