UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.L., K.S.F., and K.B., by and through her parent and next friend, H.B., | No. 1:22-cv-00838 |
| Plaintiffs, | HON. ROBERT J. JONKER |
| v | MAG. PHILLIP J. GREEN |
| MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

| | |
|---|---|
| Erin H. Diaz (P80388)<br>Mitchell D. Sickon (P82407)<br>Disability Rights Michigan<br>Attorneys for Plaintiffs<br>4095 Legacy Parkway<br>Lansing, Michigan 48911<br>(517) 487-1755<br>ediaz@drmich.org<br>msickon@drmich.org | Jacquelyn N. Kmetz (P83575)<br>MI AECRES<br>Attorney for Plaintiffs<br>P.O. Box 705<br>Ludington, Michigan 49431<br>(231) 794-2379<br>jkmetz@miaecres.org |
| Jennifer B. Salvatore (P66640)<br>David L. Fegley (P85275)<br>Salvatore Prescott Porter & Porter<br>Attorneys for Plaintiffs<br>105 E. Main Street<br>Northville, Michigan 48167<br>(248) 679-8711<br>salvatore@spplaw.com<br>fegley@spplaw.com | Ticara D. Hendley (P81166)<br>Neil Giovanatti (P82305)<br>Kathleen A. Halloran (P76453)<br>Attorneys for Defendant<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>giovanattin@michigan.gov<br>hallorank1@michigan.gov<br>hendleyt1@michigan.gov |
| Elizabeth K. Abdnour (P78203)<br>ABDNOUR WEIKER LLP<br>Attorney for Plaintiffs<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com | |

/

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice of Taking Deposition of Mark Mlawer was provided to the following attorneys of record in the above cause by electronic mail on the 19th day of September 2024.

Erin H. Diaz
Mitchell D. Sickon
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw Street, Ste. 4A-2
Lansing, Michigan 48915
517-292-0067
elizabeth@abdnour.com

Jacquelyn N. Kmetz
MI AECRES
PO Box 705
Ludington, Michigan 49431
231-794-2379
jkmetz@miaecres.org

Jennifer B. Salvatore
Salvatore Prescott Porter & Porter
105 E. Main Street
Northville, Michigan 48167
248-679-8711
salvatore@sppplaw.com

/s/ *Ticara D. Hendley*
Ticara D. Hendley (P81166)
Neil Giovanatti (P82305)
Kathleen A. Halloran (P76453)
Assistant Attorneys General
Attorneys for Defendants
MI Dep't of Attorney General
Health, Education & Family Services
P.O. Box 30758
Lansing, MI 48909