UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L.; K.S.F.; and K.B.,
by and through her parent and next
friend H.B.,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF
EDUCATION,

    Defendant.

_____/

Case No. 22-cv-00838

HON. ROBERT J. JONKER

MAG. Phillip J. Green

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 11(a)(5), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

Old address: 500 E. Michigan Ave., Suite 130, Lansing, MI 48912

New address: 325 E. Grand River Ave., Suite 250, East Lansing, MI 48823

My telephone number remains the same.

Date: December 20, 2024

Respectfully submitted,

**/s/ Elizabeth K. Abdnour**
Elizabeth K. Abdnour
ABDNOUR WEIKER, LLP
Attorney for Plaintiffs
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517-994-1776
liz@education-rights.com

## CERTIFICATE OF SERVICE

I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on December 20, 2024, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour