UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONQUARION LEWIS; KE'AUJANAA SHEPHERD-FRIDAY; and K.B., by and through her parent and next friend, H.B., | Case No. 22-cv-00838-RJJ-PJG |
| | Hon. ROBERT J. JONKER |
| Plaintiffs, | Mag. PHILLIP J. GREEN |
| v | |
| MICHIGAN DEPARTMENT OF EDUCATION, | **STIPULATION AND ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL** |
| Defendant. | |

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@sppplaw.com
fegley@sppplaw.com

Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorney for Plaintiffs
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

Kathleen A. Halloran (P76453)
Neil Giovanatti (P82305)
Ticara D. Hendley (P81166)
Attorneys for Defendant
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
hallorank1@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov

## STIPULATION AND ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL

Defendant intends to file three confidential settlement agreements between Plaintiffs and local school districts as exhibits in support of its motion for summary judgment. Plaintiffs, through their counsel, requested that these settlement agreements be filed under seal pursuant to the Protective Order, dated June 16, 2023 (PageID.268-281). Defendant do not object to filing these agreements under seal. Pursuant to Local Civil Rule 10.6(a), sealing a document containing truly confidential information is appropriate. Here, the identified exhibits are confidential to protect the privacy interests of Plaintiffs and to encourage good faith negotiation and settlement of claims.

Good cause having been shown, the parties stipulate and the Court hereby ORDERS that Defendant may file the three confidential settlement agreements as exhibits to their forthcoming motion for summary judgment under seal pursuant to Local Civil Rule 10.6 and Federal Rule of Civil Procedure 5.2(d).

IT IS SO ORDERED.

Dated: February 6, 2025

_____
HON. ROBERT J. JONKER
United States District Court Judge

Respectfully submitted,

/s/ *Mitchell D. Sickon* (*with consent*)
Mitchell D. Sickon (P82407)
Attorney for Plaintiffs

/s/ *Kathleen A. Halloran*
Kathleen A. Halloran (P76453)
Attorney for Defendant