UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| D.L.; K.S.F.; and K.B., by and through her parent and next friend, H.B., | Case No. 22-cv-00838-RJJ-PJG |
| Plaintiffs, | Hon. ROBERT J. JONKER |
| v | MAG. PHILLIP J. GREEN |
| MICHIGAN DEPARTMENT OF EDUCATION, | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | **ORAL ARGUMENT REQUESTED** |

| | |
|---|---|
| Erin H. Diaz (P80388) | Jacquelyn N. Kmetz (P83575) |
| Mitchell D. Sickon (P82407) | MI AECRES |
| Disability Rights Michigan | Attorney for Plaintiffs |
| Attorneys for Plaintiffs | P.O. Box 705 |
| 4095 Legacy Parkway | Ludington, Michigan 49431 |
| Lansing, Michigan 48911 | (231) 794-2379 |
| (517) 487-1755 | jkmetz@miaecres.org |
| ediaz@drmich.org | |
| msickon@drmich.org | Kathleen A. Halloran (P76453) |
| | Neil Giovanatti (P82305) |
| Jennifer B. Salvatore (P66640) | Ticara D. Hendley (P81166) |
| David L. Fegley (P85275) | Attorneys for Defendant |
| Salvatore Prescott Porter & Porter | Michigan Department of |
| Attorneys for Plaintiffs | Attorney General |
| 105 E. Main Street | Health, Education & Family |
| Northville, Michigan 48167 | Services Division |
| (248) 679-8711 | P.O. Box 30758 |
| salvatore@sppplaw.com | Lansing, MI 48909 |
| fegley@sppplaw.com | (517) 335-7603 |
| | hallorank1@michigan.gov |
| Elizabeth K. Abdnour (P78203) | giovanattin@michigan.gov |
| Abdnour Weiker LLP | hendleyt1@michigan.gov |
| Attorney for Plaintiffs | |
| 325 E. Grand River Ave., Ste. 250 | |
| East Lansing, MI 48823 | |
| (517) 994-1776 | |
| liz@education-rights.com | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying brief, Defendant Michigan Department of Education (MDE), moves for an order granting Defendant summary judgment under Federal Rule of Civil Procedure 56, dismissing all claims with prejudice, and granting Defendant such further relief as the Court deems just and appropriate.

Pursuant to Local Rule 7.1(d), Defendant's counsel sought Plaintiffs' counsel's concurrence with this motion and the relief requested and explained the nature of the motion and its legal basis.  Plaintiffs' counsel advised that Plaintiffs do not consent to the relief requested.

Respectfully submitted,

/s/ *Kathleen A. Halloran*
Kathleen A. Halloran (P76453)
Neil Giovanatti (P82305)
Ticara D. Hendley (P81166)
Attorneys for Defendant
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
hallorank@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov

Dated:  February 7, 2025