UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONQUARION LEWIS; KE'AUJANAA SHEPHERD-FRIDAY; and K.B., by and through her parent and next friend, H.B.,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.
_____/

CASE NO. 1:22-cv-1208

HON. ROBERT J. JONKER

Mag. PHILLIP J. GREEN

## ORDER

The motion to file three settlement agreements under seal is **DENIED**. The parties do not make any effort to articulate how they meet the exacting standard for Local Rule 10.6. Nor have they followed the protocol of the Local Rule for filing proposed sealed exhibits so the Court can actually review them. Finally, the Court does not understand how the filing party plans to use the exhibits in its arguments on the merits; the relative significance of the items can affect the propriety of sealing.

    **IT IS SO ORDERED.**

Dated:  February 7, 2025      /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE