UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONQUARION LEWIS; KE'AUJANAA SHEPHERD-FRIDAY; and K.B., by and through her parent and next friend, H.B.,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF EDUCATION, a governmental agency,

    Defendant.

Case No. 22-cv-00838-RJJ-PJG

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**INDEX OF EXHIBITS**

---

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplaw.com
fegley@spplaw.com

Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorney for Plaintiffs
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

Kathleen A. Halloran (P76453)
Neil A. Giovanatti (P82305)
Ticara D. Hendley (P81166)
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
hallorank1@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov

## INDEX OF EXHIBITS

| Exhibit | Document | Document date (if appliable) | Shortened Reference Title |
|---|---|---|---|
| A | Declaration of Rebecca McIntyre | February 6, 2025 | McIntyre Decl. |
| B | Multidisciplinary Team Evaluation of Donquarion Lewis | April 17, 2012 | Multidisciplinary Evaluation 4/17/12 |
| C | IEP Team Report for Donquarion Lewis | April 17, 2012 | Lewis IEP 4/17/12 |
| D | Review of Existing Evaluation Data and Evaluation Plan for Donquarion Lewis | January 23, 2018 | REED and Evaluation Plan 1/23/18 |
| E | Multidisciplinary Team Evaluation of Donquarion Lewis | February 10, 2015 | Multidisciplinary Evaluation 2/10/15 |
| F | IEP Team Report for Donquarion Lewis | June 9, 2021 | Lewis IEP 6/9/21 |
| G | Review of Existing Evaluation Data and Evaluation Plan for Donquarion Lewis | September 28, 2020 | REED and Evaluation Plan 9/28/20 |
| H | Deposition Transcript of Donquarion Lewis | March 5, 2024 | Lewis Dep. |
| I | IEP Team Report for Donquarion Lewis | October 12, 2020 | Lewis IEP 10/12/20 |
| J | Letters to Donquarion Lewis regarding required credits to graduate | April 15, 2021<br>January 4, 2021 | KPS Graduation Requirement Letters |
| K | Email to Donquarion Lewis regarding completion of graduation requirements and credit audit form | June 3, 2021 | Graduation Email and Audit 6/3/21 |
| L | Request for State Complaint Investigation against KPS | January 25, 2021 | Lewis State Complaint 1/25/21 |

| M | MDE's Complaint Decision - 21-0004 | March 23, 2021 | Complaint Decision 21-0004 |
|---|---|---|---|
| N | Due Process Complaint filed by Donquarion Lewis | October 22, 2021 | Lewis Due Process Complaint 10/22/21 |
| O | Due Process Decision and Order denying Donquarion Lewis's Complaint | October 13, 2022 | Lewis Due Process Decision and Order 10/13/22 |
| P | Settlement Agreement between Donquarion Lewis and KPS | March 26, 2024 | Lewis Settlement Agreement |
| Q | Initial Section 504 Plan for Ke'aujanaa Shepherd-Friday | May 5, 2017 | Section 504 Plan 5/5/17 |
| R | MDE's Complaint Decision and Plan for Corrective Action - 19-0213 | April 18, 2020 | Complaint Decision 19-0213 |
| S | Review Section 504 Plan for Ke'aujanaa Shepherd-Friday | June 6, 2018 | Section 504 Plan 6/6/18 |
| T | Review Section 504 Plan for Ke'aujanaa Shepherd-Friday | March 15, 2019 | Section 504 Plan 3/15/19 |
| U | Request for State Complaint Investigation against KPS | October 3, 2019 | Shepherd-Friday State Complaint 10/3/19 |
| V | Section 504 – Manifestation Determination Review for Ke'aujanaa Shepherd-Friday | January 29, 2018 | Manifestation Determination |
| W | Deposition Transcript of Ke'aujanaa Shepherd-Friday | March 26, 2024 | Shepherd-Friday Dep. |
| X | Eligibility for Special Education Recommendation for Ke'aujanaa Shepherd-Friday | February 27, 2020 | Eligibility Recommendation 2/27/20 |
| Y | Online Registration Summary for Comstock Public Schools | September 18, 2019 | CPS Registration |
| Z | Application for homebound services for Ke'aujanaa Shepherd-Friday | January 2020 | Homebound Application |

| AA | Psychoeducational Evaluation Report for Ke'aujanaa Shepherd-Friday | February 20, 2020 | Psychoeducational Evaluation Report |
|---|---|---|---|
| AB | CPS COVID-19 Individual Learning Plan for Ke'aujanaa Shepherd-Friday | April 20, 2020 | CPS COVID-19 Learning Plan |
| AC | IEP Team Report for Ke'aujanaa Shepherd-Friday | September 24, 2020 | Shepherd-Friday IEP 9/24/20 |
| AD | Closeout of Findings of Noncompliance for 19-0213 | February 26, 2021 | CAP Closeout 19-0213 |
| AE | Request for State Complaint Investigation against CPS | January 25, 2021 | Shepherd-Friday State Complaint 1/25/21 |
| AF | MDE's Complaint Decision and Plan for Corrective Action – 21-0005 | March 26, 2021 | Complaint Decision 21-0005 |
| AG | CAP Status History showing verification and closeout of CAP for 21-0005 | February 28, 2023 | CAP Status History 21-0005 |
| AH | Due Process Complaint filed by Ke'aujanaa Shepherd-Friday | February 18, 2022 | Shepherd-Friday Due Process Complaint 2/18/22 |
| AI | Settlement Agreement between Ke'aujanaa Shepherd-Friday and CPS | June 2022 | Shepherd-Friday Settlement Agreement. |
| AJ | MDE's Complaint Decision and Plan for Corrective Action – 19-0188 | November 8, 2019 | Complaint Decision 19-0188 |
| AK | Eligibility for Special Education Recommendation for K.B. | January 16, 2018 | Eligibility Recommendation 1/16/18 |
| AL | Letter of Suspension for K.B. | May 14, 2019 | Suspension Letter 5/14/19 |
| AM | Letter of Suspension for K.B. | June 27, 2019 | Suspension Letter 6/27/19 |
| AN | Kalamazoo CMHSA Services Assessment of K.B. | January 15, 2019 | KCMHSA Services Assessment |
| AO | Deposition Transcript of K.B. | August 27, 2024 | K.B. Dep. |

| AP | MDE's Complaint Decision and Plan for Corrective Action – 21-0007 | March 23, 2021 | Complaint Decision 21-0007 |
|---|---|---|---|
| AQ | Request for State Complaint Investigation against KPS | September 8, 2019 | K.B. State Complaint 9/8/19 |
| AR | Multidisciplinary Team Evaluation of K.B. | October 23, 2019 | Multidisciplinary Evaluation 10/23/19 |
| AS | Notice of Ineligibility for Special Education Programs and Services for K.B. | January 18, 2019 | Notice of Ineligibility |
| AT | Student-level CAP history showing verification and closeout of CAP 19-0188 | February 10, 2020 | SLCAP Status History 19-0188 |
| AU | Closeout of Findings of Noncompliance for 19-0188 | October 26, 2020 | Cap Closeout 19-0188 |
| AV | Request for State Complaint Investigation against KRESA | January 25, 2021 | K.B. State Complaint 1/25/21 |
| AW | Review of Existing Evaluation Data and Evaluation Plan for K.B. | April 12, 2021 | REED and Evaluation Plan 4/12/21 |
| AX | Physician's Verification of Physical, Mental or Health Impairment of K.B. | May 17, 2021 | Physician's Verification |
| AY | Multidisciplinary Evaluation Team Report for K.B. | May 26, 2021 | Multidisciplinary Evaluation 5/26/21 |
| AZ | IEP Team Report for K.B. | May 26, 2021 | K.B. IEP 5/26/21 |
| BA | Letter regarding the closure of complaint 21-0007 | February 2, 2022 | Complaint Closure Letter 21-0007 |
| BB | Due Process Complaint filed by H.B., on behalf of K.B. | February 11, 2022 | K.B. Due Process Complaint 2/11/22 |
| BC | Settlement Agreement between H.B., on behalf of K.B. and KPS | August 10, 2022 | K.B. Settlement Agreement |
| BD | Deposition Transcript of Jessica Brady | July 16, 2024 | Brady Dep. |

| BE | Deposition Transcript of Rebecca McIntyre | July 15, 2024 | McIntyre Dep. |
| BF | MDE Dispute Resolution Program Review conducted by Pingora Consulting, LLC | February 2021 | Dispute Resolution Program Review |
| BG | OSEP Differentiated Monitoring and Support Report | June 26, 2020 | OSEP DMS Report (2020) |
| BH | Student-level CAP showing attempted completion of evaluation of K.B. | | Catamaran SLCAP 19-0188 |