# EXHIBIT B

**Confidential**

# Multidisciplinary Team Evaluation

| | | | |
|---|---|---|---|
| **STUDENT:** | Donquarion Lewis | **GUARDIAN/PARENT:** | Barbara Lewis |
| **DATE OF BIRTH:** | 2002 | **PHONE:** | |
| **AGE:** | 9 years 7 months | **ADDRESS:** | |
| **GENDER:** | male | | Kalamazoo, MI |
| **GRADE:** | Third | **EVALUATION DATE(S):** | April, 2012 |
| **TEACHER:** | Mr. Brown | | |
| **SCHOOL:** | Woodward | **MET REPORT DATE:** | 4-17-12 |

**MULTIDISCIPLINARY EVALUATION TEAM MEMBERS:**

Barbara Lewis, Mother;  Josh Brown, Third Grade Teacher;  April Enicks, Special Education Teacher;  Linda Campbell, School Psychologist

**REASON FOR EVALUATION:**

Mr. Brown referred Donquarion for an evaluation based on his slow progress in reading in spite of intensive interventions.

**PURPOSE OF EVALUATION**

1. Identify if the student's performance is adequate for the student's age or to meet grade level content expectations.
2. Assess the student's rate of academic progress to meet age or grade level content expectations when using a process based on the student's response to scientific, research-based intervention and/or identify a pattern of strengths and weaknesses in the student's classroom performance, achievement on tests, or both, relative to age, grade level content expectations or intellectual development.
3. Verify that any underachievement is not primarily the result of a lack of appropriate instruction or due to other factors/disabilities.
4. Examine, if there is a learning disability, whether it adversely affects the student's educational performance to the point that special education is necessary.
5. Assist in planning future appropriate interventions.

**EVALUATION INFORMATION USED IN THIS REPORT:**

Parent in-put
Teacher in-put
Intervention data
Dynamic Indicators of Basic Early Literacy Skills (DIBELS)
Dolch Word lists
Report Card

1

### PARENT INPUT:
Mrs. Lewis reports that DQ lives at home with his Mother, a brother and two sisters. He likes to play basketball and ride his bike. He likes going to school. He doesn't complain about anything at school. Mrs. Lewis noted that Donquarion repeated Kindergarten and she is worried that he won't pass third grade. She is very concerned about DQ's slow progress in reading. She reports that DQ does pretty well in math. Mrs. Lewis has to help DQ with his homework. She reads him the passage and the questions and helps him find the answer. He can write the answer on his own using the words in the passage. He gets mad, or he cries when he can't do the work.

Mrs. Lewis does not have concerns about DQs vision, but she says that he acts like he can't hear when she calls him from another room. DQ had surgery on his knee when he was in second grade. Other than that, he has not had medical problems. Mrs. Lewis reports that only English is spoken at home. DQ communicates his needs and holds conversations. He sleeps and eats well. He takes care of hygiene independently. His chores at home usually consist of taking out the trash and cleaning up his room. His behavior is good in the community.

Mrs. Lewis would like DQ to receive Special Education services for reading.

### TEACHER INPUT:
Mr. Brown reports that DQ does not currently meet minimal grade level academic expectations for reading, writing or math problem solving. However, his math and writing skills are better than his reading skills. He sometimes turns in assignments and attends to instruction. He sometimes has appropriate teacher interactions. He seldom follows directions, participates in discussions or stays on-task during work time. DQ seems to become upset and avoid work when it is difficult.

Mrs. Enicks reports that DQ is usually on-task and appropriate during his reading intervention. It seems that when the work is at his level, he is much more cooparative.

### TIER 1

## Assurances of adequate learning experiences and instruction in Reading
Name of core instructional program: Harcourt Trophies
Schedule for teaching core reading program: Daily for 60 minutes
Fidelity assurances: Mr. Brown teaches the program as it is intended.
Qualifications of teacher: Mr. Brown is highly qualified to teach reading.

## Tier 1 Interventions (Differentiated Instruction)
DQ is part of a small intervention group that meets with Mr. Brown daily.

## Tier 1 Assessments:
DIBELS Benchmark Assessment, January, 2012:  Oral Reading Fluecy 21 words with
75% accuracy, 3 percentile in District.
Retell, 23 words, 18%ile in District, Quality of Response 2
DAZE = 1, 4%ile in District

2

PLAINTIFFS 00005785

### TIER 2 and TIER 3

Name of intervention: System 44
Evidence of effectiveness: System 44 is a program developed
Length of intervention: DQ participated in one session daily of System 44 the first semester. Since end of January, 2012, DQ has participated in two 30-minute sessions daily.
Schedule for intervention: Five days a week
Intervention group size: Individual and small group (3 students)
Fidelity assurances: Mrs. Enicks teaches System 44 as it is designed.
Effect of intervention on student's performance: Donquarion is making slow progress, but continues to score ats the end of first grade level for reading fluency.

## Tier 2, 3 Assessments:
DIBELS Progress Monitoring, First Grade Level: median of 26 words correct and 10 errors in one minute.
Dolch words 37/40 Pre-Primary list, 41/52 Primary list, 28/41 first grade list, 21/46 second grade list.

### OTHER DATA:

Report Card: Donquarion's report card shows that he is having significant difficulty with reading activities. His writing, math, science and social studies reports indicate "Guidance needed to perform at grade level." These skills are somewhat below grade level expectations, but within the average of his classroom.

Fountas and Pinnell Reading Assessment: February, 2012: level H (end of First grade, beginning of Second grade)

### OBSERVATIONS:

Donquarion was observed during his reading intervention with Mrs. Enicks. DQ was observed to follow directions and participate fully. He got out his materials and practiced reading the Dolch word list. Then he participated in a group of four students. DQ copied some notes from the day before. He participated by writing and volunteering answers. He read aloud when directed, making errors of the words: dried, Egypt, ancient. The teacher prompted DQ to write more details and he asked a classmate for ideas. He keps his eyes ont he teacher during instruction. DQ read in unison with one other classmate. Then he logged on to the computer and began working on reading words. His word list included: sit, rip, tip, rim, bit, in, sap, tap, ram and sat. He sounded out the words first, then read them. DQ made errors on the words: tip, sap, tap.

**STATE GUIDELINES:**
### R 340.1713 "Specific learning disability" defined/determination:
Rule 13.

Specific learning disability means a disorder in 1 or more of the basic psychological processes involved in understanding or using language, spoken, or written, that may manifest itself in the imperfect ability to listen, speak, read, write, spell, or to do mathematical calculations, including conditions such as perceptual disabilities, brain injury, minimal brain dysfunction, dyslexia, and developmental aphasia.

Specific learning disability does not include learning problems that are primarily the result of visual, hearing, or motor disabilities, of cognitive impairment, of emotional impairment, of autism spectrum disorder, or of environmental, cultural, or economic disadvantage.

One may determine that a child has a specific learning disability if:

(1) The child does not achieve adequately for the child's age or to meet State-approved grade-level standards in one or more of the following areas, when provided with learning experiences and instruction appropriate for the child's age or State-approved grade-level standards:

(i) Oral expression.
(ii) Listening comprehension.
(iii) Written expression.
(iv) Basic reading skill.
(v) Reading fluency skills.
(vi) Reading comprehension.
(vii) Mathematics calculation.
(viii) Mathematics problem solving.

> Donquarion (DQ) is not achieving adequately in Reading fluency skills.

(2)(i) The child does not make sufficient progress to meet age or State approved grade-level standards in one or more of the areas identified in paragraph (a)(1) of this section when using a process based on the child's response to scientific, research-based intervention; or

> DQ is not making sufficient progress based on his response to a scientific, research-based intervention.

(ii) The child exhibits a pattern of strengths and weaknesses in performance, achievement, or both, relative to age, State-approved grade level standards, or intellectual development, that is determined by the group to be relevant to the identification of a specific learning disability, using appropriate assessments.

> DQ demonstrates a pattern of strengths and weaknesses in that reading fluency is significantly below grade level expectations, but his functional skills and math skills are within the average range.

4

139

PLAINTIFFS 00005787

(3) The group determines that its findings are not primarily the result of:

(i) A visual, hearing, or motor disability;
(ii) Mental retardation;
(iii) Emotional disturbance;
(iv) Cultural factors;
(v) Environmental or economic disadvantage; or
(vi) Limited English proficiency.

> DQ's difficulty in reading fluency is not primarily the result of vision, hearing, intellectual ability, emotional disturbance, cultural factors, or environmental or economic disadvantage.

This Disability/difficulty with educational performance is not be due to lack of instruction in Reading or Math, due to English as Second Language (or ELL issues), and is not be due to environmental/economic/or cultural disadvantage.

> DQ missed a lot of school his first grade year. He has had good attendance for the last 3 semesters and has had 95% participation in the intensive intervention. English is his first and only language.

### SUMMARY:

DQ is a third grade student at Woodward who has experienced difficulty in learning to read since he entered school. Because of poor attendance in first grade, he was not evaluated until recently. DQ has had excellence attendance at school and for the reading intervention. In spite of an intensive reading intervention of one 30-minute session of System 44 every day first semester and two 30-minute sessions of System 44 every day, second semester, he is making very slow progress. DQ needs Special Education services in order to be involved in and progress in the General Education curriculum.

5

PLAINTIFFS 00005788