# EXHIBIT C

12/1/2020     Individualized Education Program for Donquarion Lewis (5681020231)



**Kalamazoo Public Schools**
**1220 Howard Street**
**Kalamazoo, MI 49008-1871**
**Phone: 269-337-0161**

## INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT

**Student Name:** Donquarion Lewis
**Birthdate:** ▒▒▒▒02
**Age:** 10-1
**Grade:** Fourth grade
**UIC:** 5681020231

**Date of IEP Team Meeting:** 04/17/2012
**Date of Last Evaluation IEP:** 04/17/2012
**Resident District:** Comstock
**Student Primary Language:**
**Language in the Home:** English

### PURPOSE

**Purpose of IEP Team Meeting:** Amendment

**These sections of the IEP have been modified:**
Donquarion will take MEAP Access Writing instead of MEAP Writing in fall 2012.

### PARTICIPANTS

- ☑ **Student:** Donquarion Lewis
- ☑ **General Ed Teacher:** Beth Polso
- ☑ **Special Ed Provider:** April Enicks
- ☑ **Eval Team Rep:** Linda Campbell
- ☑ **Other/Title:**

- ☑ **Parent/Guardian:** Barbara Lewis
- ☐ **Parent/Guardian:**
- ☑ **School District Rep:** Frank Rocco
- ☐ **Other/Title**
- ☐ **Other/Title**

### STUDENT PROFILE AND ELIGIBILITY

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**
Donquerion (DQ), is very likeable. He wants to do well and is proud of his accomplishments.

**Parent Concerns**
Mrs. Lewis is concerned about DQs poor reading skills. She believes that his math skills are alright.

**Current Evaluations**
January 2012, DIBELS Benchmark, 21 words correct with 75% accuracy. Retell of 23 words.
Dolch word lists, 4-11-12: 37/40 Pre-Primer words, 41/52 Primer words, 28/41 First grade words, 21/46 Second grade words.
DIBELS First grade progress monitoring: 27 words correct and 8 errors, 10 words correct and 10 errors, 24 words correct and 12 errors.

Based on **1)** this student's current functioning, **2)** the most recent evaluation findings and **3)** any additional assessment information, does the IEP Team determine that this student has a disability that requires special education programs/services?

☑ Yes, this student is **eligible** for special education

**Primary Eligibility**
Specific Learning Disability

**Qualifying Criteria**
Reading fluency skills

12/1/2020  Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis  **IEP Date:** 04/17/2012

## PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Progress on most recent goals and objectives?
January 2012, DIBELS Benchmark, 21 words correct with 75% accuracy. Retell of 23 words. First grade DIBELS progress monitoring = median of 24 words correct and 10 errors in one minute. Dolch words 37/40 Pre-Primary list, 41/52 Primary list, 28/41 first grade list, 21/46 second grade list.

| Area of Need | Subarea of Need | Data Sources and Description of Need | Adverse Impact | Goal? |
|---|---|---|---|---|
| Reading | fluency | January 2012, DIBELS Benchmark, 21 words correct with 75% accuracy. Retell of 23 words. First grade DIBELS progress monitoring = median of 24 words correct and 10 errors in one minute. Dolch words 37/40 Pre-Primary list, 41/52 Primary list, 28/41 first grade list, 21/46 second grade list. | Donquerion's inability to read grade level text has a significant negative impact on his involvement in and progress in the General Education curriculum. | ☑ |

PLAINTIFFS 00005611

12/1/2020                        Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis                                                              **IEP Date:** 04/17/2012

## SPECIAL FACTORS, SUPPLEMENTARY AIDS AND ASSESSMENTS

Does Donquarion require supplementary aids and supports based on the following special factors?

| | |
|---|---|
| A need for positive behavioral interventions, supports and other strategies due to behavior that impedes the learning of self/others? | ☐ Yes ☑ No |
| The language needs if this student is of limited English proficiency? | ☐ Yes ☑ No |
| A need for Braille instruction? | ☐ Yes ☑ No |
| The communication needs of this student? | ☐ Yes ☑ No |
| The language/communication mode if this student is deaf or hard of hearing? | ☐ Yes ☑ No |
| The requirement for assistive technology? | ☐ Yes ☑ No |
| Does Donquarion require supplementary aids/program modifications/supports for any additional reasons? | ☑ Yes ☐ No |

| Supplementary Aids/Program Modifications/Support for School Personnel | Frequency/Timeline | Location |
|---|---|---|
| Assistance with grade level reading material. | All grade level reading material | General Education |

## STATE AND DISTRICT ASSESSMENTS

| | |
|---|---|
| Are state assessments required for the grade level(s) covered by this IEP? | ☑ Yes ☐ No |
| To participate in the state assessment(s), will Donquarion require accommodations and/or alternative assessments? | ☑ Yes ☐ No |
| Does Donquarion need to take an alternate assessment instead of a particular MEAP/MME assessment? | ☐ Yes ☑ No |
| Are district assessments required for the grade level(s) covered by this IEP? | ☑ Yes ☐ No |
| To participate in the district assessment(s), will Donquarion require accommodations and/or alternative assessments? | ☑ Yes ☐ No |
| Does Donquarion need to take an alternate assessment instead of a particular district assessment? | ☐ Yes ☑ No |

## ACCOMMODATIONS & ALTERNATE ASSESSMENT

For the listed state and district assessments, the IEP Team has determined that the following accommodations and/or alternative assessments are needed for Donquarion to participate:

| Assessment | Subtest | Test Type | Time/Schedule | Setting | Presentation | Response |
|---|---|---|---|---|---|---|
| MEAP-Access (Gr 3-8) | Reading (Gr 3-8) | | T01 Time most beneficial to student | S10 Placement most comfortable | P17 Repeat, restate, clarify directions (Standard) | |
| MEAP-Access (Gr 3-8) | Math (Gr 3-8) | | T01 Time most beneficial to student | S09 Individually or in small group | P20 Read aloud Math/Sci/SocStudies to individual or small group (Standard) | |
| MEAP-Access (Gr 3-8) | Writing (Gr 4 and 7) | | T01 Time most beneficial to student | S10 Placement most comfortable | P17 Repeat, restate, clarify directions (Standard) | |

https://psse.kresa.org/templatedocprint.aspx?template=149&doc=77510&sec=648&child=0&origin=U&cyrs=2018_2017_2016_2015_2014_2013_20...    3/10

PLAINTIFFS 00005612

12/1/2020    Individualized Education Program for Donquarion Lewis (5681020231)

| | | | | | | |
|---|---|---|---|---|---|---|
| ITBS | Reading | | | S10 Placement most comfortable | P17 Repeat, restate, clarify directions | |
| ITBS | Mathematics | | | S10 Placement most comfortable | P20 Read aloud Math/Sci/SocStudies to individual or small group | |
| Other Ed Performance | Mathematics | | | S09 Individually or in small group | P20 Read aloud Math/Sci/SocStudies to individual or small group | |
| Other Ed Performance | Reading | | | S14 Teacher/proctor near student | P17 Repeat, restate, clarify directions | |

PLAINTIFFS 00005613

12/1/2020    Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis    **IEP Date:** 04/17/2012

## GOALS AND OBJECTIVES

**Area of Need:** Reading    **Subarea:** Fluency

**Grade Level Content Expectations:**
Students will: acquire and apply strategies to identify unknown words or word parts; self-monitor and construct meaning by predicting and self-correcting, applying knowledge of language, sound/symbol/structural relationships, and context. R.WS.03.06

**Annual Goal:**
Improve reading fluency skills

Will a graph be used to report progress toward the annual goal and associated objectives? ☐ Yes ☑ No

**Short-Term Instructional Objectives:**

| # | Objectives | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | Based on DIBELS Next progress monitoring at his individualized level of performance, Donquarion will read a median of 40 correct words per minute. | 40 correct words | DIBELS Next | weekly |
| 2 | Based on DIBELS Next progress monitoring at his individualized level of performance, Donquarion will read passages with a median of 5 errors or less per minute. | 5 errors or less | DIBELS Next | weekly |
| 3 | Given DOLCH sight word list, Donquarion will read 90% of 220 words accurately. | 90% accuracy | 220 DOLCH Sight Words | bi-weekly |
| 4 | Based on Fountas and Pinnell running record, Donquarion will increase text read at instructional level from H to L. | Level L - Instructional | Fountas and Pinnell | monthly |

**Staff Responsible for Goal:** SE Teacher

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify)
**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

**How will progress on Objective 1 be reported?**
☑ Progress Reporting - Text Option
**Comments:**

**How will progress on Objective 2 be reported?**
☑ Progress Reporting - Text Option
**Comments:**

**How will progress on Objective 3 be reported?**
☑ Progress Reporting - Text Option
**Comments:**

**How will progress on Objective 4 be reported?**

PLAINTIFFS 00005614

12/1/2020                              Individualized Education Program for Donquarion Lewis (5681020231)

☑ Progress Reporting - Text Option
**Comments:**

PLAINTIFFS 00005615

12/1/2020      Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis      **IEP Date:** 04/17/2012

## Programs and Services

Related Services with General Education and/or Special Education Programs
**Direct Service:** the primary mode of service is directly working with the student. There may be occasional consultation with others.
**Consultative Service:** the primary mode of service is working with the teacher(s) and others having daily contact with the student. Direct work with the student is occasional

**Current IEP Year: From Date** 04/17/2012      **To Date:** 04/17/2013
School Year: 2011-12      School Year: 2012-13
Grade: Fourth grade      Grade: Fourth grade

| Related Services | Start Date (if different from IEP) | End Date (if different from IEP) | Service Mode | Minutes | | Sessions | | Frequency | Setting within Location |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Low Min. | High Min. | Low Number | High Number | | |

| Programs | Departmentalized | Start Date | End Date | SE | | GE | | Total | Bldg/Location |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Low Min/Wk | High Min/Wk | Low Min/Wk | High Min/Wk | Min/Wk | |
| Elementary or Secondary-Level Resource Program | ☐ Y ☑ N | 04/23/2012 | 04/19/2013 | 300 | | | 1540 | 1840 | Woodward School for Technology and Research |

| | |
|---|---|
| Does the student require a reduced day? ☐ Yes ☑ No | |
| Is there a need for placement with a teacher with an endorsement in a particular impairment category? ☐ Yes ☑ No | |
| Is a Teacher Consultant with endorsement in the student's impairment needed to support the resource program teacher? ☐ Yes ☑ No | |

PLAINTIFFS 00005616

12/1/2020     Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis     **IEP Date:** 04/17/2012

## OTHER CONSIDERATIONS

### TRANSPORTATION PROVISIONS

Has the IEP Team determined that Donquarion requires **special transportation**?

- [x] No, transportation is not required or general education transportation is sufficient to meet Donquarion's needs.
- [ ] Yes, special transportation is required due to the following:
    - [ ] The recommended programs/services are not available in Donquarion's regular attendance area.
    - [ ] The medical, health or developmental and/or behavioral needs of this student necessitate special transportation.

### ANTICIPATED NEEDS, EXTENDED SCHOOL YEAR, AND OTHER COMMENTS

- [x] The IEP Team has considered the anticipated needs of this student including the need for extended school year (ESY) services

Donquerion does not require extended school year services.

### MEDICAID RELEASE

Enrollment in Medicaid allows schools to release minimal information to the state for the purpose of billing for any Medicaid-related services on this IEP. Billing does not affect any provisions of this IEP nor limit any family Medicaid benefits. Consent for release of Medicaid information may be revoked at any time.

- [ ] I/We **agree** to allow the school to release information to the state to bill the state for Medicaid-related services on this Service Plan
- [ ] I/We **do not agree** to allow the school to release information to the state to bill the state for Medicaid-related services on this Service Plan.

PLAINTIFFS 00005617

12/1/2020                           Individualized Education Program for Donquarion Lewis (5681020231)



## Kalamazoo Public Schools
## 1220 Howard Street
## Kalamazoo, MI 49008-1871
## Phone: 269-337-0161

### NOTICE REGARDING PROVISION OF SPECIAL EDUCATION

#### STUDENT INFORMATION

**Student:** Donquarion Lewis
**Birthdate:** ██████02
**Age:** 10-1
**Grade:** Fourth grade

**Date of IEP Team Meeting:** 04/17/2012
**Resident District:** Comstock
**Student Primary Language:**
**Language in the Home:** English

#### PURPOSE

This notice is a result of the Individualized Education Program (IEP) Team meeting that was held on the date listed above for the following purpose(s):

**Primary Purpose:** Amendment              **Additional Purpose:**

### NOTICE FOR PROVISION OF PROGRAMS AND SERVICES

You are receiving this notice because, based upon the **most recent** IEP Team meeting, Donquarion remains **eligible for special education programs/services.** Upon district signature, this notice and Donquarion's IEP constitute the district's offer of a Free Appropriate Public Education (FAPE).

**All programs/services/supplementary aids will start on:**
**The following person will assure implementation of this IEP:**

#### OPTIONS CONSIDERED

The IEP Team Report describes the assessment/evaluation procedures and data used during the IEP Team meeting. The following options were considered but not selected for the reason(s) indicated below:

| Considered Options | Reasons Not Selected |
|---|---|
| Teacher Consultant services | TC service is not intense enough to meet the goals and objectives for Donquerion. |

Other relevant factors to the district's proposal or refusal:
none

#### RESOURCES FOR PARENTS

The *Michigan Department of Education - OSE/EIS: (517) 373-3324*
*Michigan Alliance for Families: (800) 552-4821*
*Michigan Protection & Advocacy Service: (800) 288-5923*
*Community Advocates/The Arc: (269) 342-9801*
*Advocacy Services for Kids (ASK): (269) 343-5896*
*Parent-to-Parent: (269) 345-8950*
*Citizen Mediation Service: (269) 982-7898*
*Dispute Resolution Kalamazoo: (269)552-3434*

To Obtain a copy of the Procedural Safeguards for Parents/Students
*Kalamazoo Regional Educational Service Agency (Kalamazoo RESA): (269) 250-9323*
*Van Buren Intermediate School District: (269) 674-8091*
*Michigan Department of Education: (517) 373-3324*

#### SIGNATURES

**DISTRICT COMMITMENT**
The school district superintendent/designee assures that the least restrictive environment has been fully considered and assigns this student to the following:

PLAINTIFFS 00005618

12/1/2020                                   Individualized Education Program for Donquarion Lewis (5681020231)

☑ The resident district
☐ An operating district

**Building/Program:** Woodward School for Technology and Research

**Resident District**
**Superintendent/Designee:** _____   **Date:** 09/28/2012

PLAINTIFFS 00005619