# EXHIBIT D

12/1/2020　　　　　　　　REED And Consent To Evaluate for Donquarion Lewis (5681020231)



**Kalamazoo Public Schools**
**1220 Howard Street**
**Kalamazoo, Michigan 49008-1871**
**Phone: 269-337-0161**

## REVIEW OF EXISTING EVALUATION DATA (REED) AND EVALUATION PLAN

### STUDENT INFORMATION

**Student:** Donquarion Lewis
**Birthdate:** ▇▇▇▇02
**Age:** 15-5
**Grade:** Ninth grade

**Initiation Date for Review/Plan:** 01/23/2018
**Resident District:** Kalamazoo
**Student Primary Language:**
**Language in the Home:**

### PURPOSE

The purpose of this process is to review the information we have and what is needed by the IEP Team to consider:

- ☐ An **initial eligibility** for special education
- ☑ An **ongoing eligibility** for special education
- ☐ **Out of state transfer** eligibility determination for special education
- ☐ A **change in eligibility** for special education
- ☐ Transition from **Early On to Part B**
- ☐ Appropriate **programs or services** in special education

### PARTICIPANTS

The persons indicated below participated in the Evaluation Review and Plan process

- ☑ **Student:** Donquarion Lewis
- ☑ **Special Ed Provider:** Christopher Caldwell
- ☑ **General Education Teacher:** Jacquelyn Turner
- ☑ **School District Rep:** Pam Salak
- ☑ **Parent/Guardian:** Barbara Lewis-McDonald
- ☐ **Parent/Guardian:**
- ☑ **Eval Team Rep:** Lori Spreitzer (the individual who can interpret the instructional implications of evaluation results)
- ☐ **Other/Title:**

### EVALUATION REVIEW

For the purpose(s) indicated above, the following information must be reviewed:

**Previous evaluation team findings:**

Donquarion is due for his 3 year reevaluation where prior and current academic data will be reviewed to determine ongoing eligibility to receive special education services. Donquarion is currently receiving services under the eligibility category of Specific Learning Disability in the areas of: Reading Fluency and Math Problem Solving.

Donquarion was most recently reevaluated when he was in 6th grade attending Hillside Middle School. Teachers at that time reported that Donquarion did not respond well to redirection, and said that he could be disrespectful toward adults. Teachers said that he could get things done but would try to get them done quickly, so he could spend the rest the time talking. Once he started talking, if a teacher tried to redirect him, he would become immediately defensive and argumentative, having little regard for the other students who were still working. The following assessment data was provided as part of that reevaluation (2/10/15):

Reading:
GORT-4: Donquarion earned an overall Oral Reading Quotient (ORQ) score of 76, which is considered the best measure of a student's overall oral reading ability; this score was in the 5th percentile, and considered in the Poor range. The Fluency subtest measured Donquarions's ability to read quickly and accurately; his performance placed him in the Very Poor range, with a standard score of 2 and a percentile rank of < 1st percentile. The Fluency measure is comprised of a Rate and Accuracy score: Donquarion earned a subtest standard score of 4 in Rate putting his performance in the Poor range and in the 2nd percentile; on the Accuracy subtests, Donquarion

earned a standard score of 4 also in the Poor range and 2nd percentile. Donquarion's ability to answer questions about material she read was measured by the Comprehension Subtest. On this measure, he earned a standard score of 10 which places him in the Average range and in the 50th percentile.

Math:
WIAT-III: Donquarion's performance in the areas of math problem solving, math calculation, and math fluency was also evaluated. His Math Composite score, which is comprised of scores from the Math Problem Solving and Numerical Operation subtests, is in the Below Average range (SS=79, 8th percentile). Donquarion's Math Fluency composite score was in the Average range (SS = 88, 21st percentile), which is comprised of math fluency subtest scores for addition, subtraction, and multiplication. His performance on the Math Problem Solving subtest was in the Below Average range (SS=83, 13th percentile), and his performance on the Numerical Operations subtest was in the Below Average range (SS=78, 7th percentile). The Math Problem Solving subtest includes visual prompts and story problems that required Donquarion to apply basic math operations to answer specific questions. Some of the skills Donquarion demonstrated included: reading graphs; understanding place value; and calculating simple fractions. Some of the skills he struggled with included: finding the perimeter; figuring out the next number in a pattern; calculating the degree of a triangle, when given the degrees of the other two angles; and story problems involving subtraction and division. On the Numerical Operations subtest, which requires written math calculations, Donquarion was able to: calculate single digit addition, subtraction, and multiplication problems; and add and subtract two digit addition and subtraction using regrouping. On the Math Fluency – Addition subtest, Donquarion scored in the Average range (SS=95, 37th percentile), while his score in Math Fluency – Subtraction was in the Below Average range (SS=83, 13th percentile) and Multiplication was in the Average range (SS=88, 21st percentiles).

NWEA-MAP Benchmark Assessments: Fall (2014): Math RIT score = 179, 1st percentile, approximate GLE 2.0; Reading RIT score = 174, 1st percentile, approximate GLE 1.9; Science RIT score = 169, 1st percentile, approximate GLE < 3.0; Winter (2015): Math RIT score = 192, 2nd percentile, approximate GLE 2.9; Reading RIT score = 185, 2nd percentile, approximate GLE 2.5

**State and district assessments:** (*If none, enter "None"*)
9th grade:
English 9-A Pre-Assessment (9/6/17): 6/58, 10.34%, Far Below Basic Performance
English 9-A Post-Assessment (11/29/17): 43/67, 64.18% (increase of 54%), Below Basic Performance
English 9-B Pre-Assessment (12/4/17): 8/56, 14.29%, Far Below Basic Performance
Biology-A Common Growth Post-Assessment (11/30/17): 17/61, 27.87%, Far Below Basic Performance

Scholastic Reading Inventory (Strategic Reading): 9/14/17 lexile score - 589 (proficient for 3rd grade level); 11/16/17 lexile score - 596 (an increase of 7 points-proficient for 3rd grade level)

NWEA-Map Benchmark Assessments:
Reading (fall 2017) - 191(drop of 18 points from the spring 2017), 3rd percentile, 3.0 gle; Areas Assessed- Literary Text: Language Craft, Structure-179 (*Suggested Area of Focus), Informational Text- Language, Craft, Structure-193, Literary Text-Key Ideas and Details-194, Informational Text-Key Ideas and Details-195, Vocabulary-Acquisition and Use-198
Math (fall 2017) - 200 (12 point drop from spring 2017), 5th percentile, 3.5 gle; (winter 2018) - 204 (4 point increase from fall 2017), 7th percentile, 4.0gle; Areas Assessed: The Real and Complex Number Systems-195 (*Suggested Area of Focus), Geometry-206, Operations and Algebraic Thinking-208, Statistics and Probability-209

8th grade:
M-Step (spring 2015)
ELA Overall Scale Score - 1778, Partially Proficient (proficient 1800-1827), 19 points below the State average; Area flagged as "Most at Risk of Falling Behind": Writing - Areas flagged as "Attention May be Indicated": Reading, Listening, and Research
Math Overall Scale Score - 1754, Not Proficient (proficient 1800-1814), 33.9 points below the State average; Areas

PLAINTIFFS 00005910

flagged as ""Most at Risk of Falling Behind": Concepts & Procedures, Problem Solving, Modeling & Data Analysis, and Communicating Reasoning

Social Studies Overall Scale Score - 1748, Not Proficient (proficient 1800-1830), 38.8 points below the State average; Percent Correct per Area: Geography, 14.3% (2/14), History 28.6% (6/21), Civics & Government, 25% (1/4)

### Classroom-based assessments and observations:

Donquarion is currently a 9th grade student attending Kalamazoo Central High School who has earned a total of 1.5 credits (out of a possible 2.5 credits) for the first trimester of the 2017-18 school year.

His grades were as follows: Strategic Reading BR-A (B-), English 9-A (D+), Algebra I 9A (F), Biology-A (F), World History & Geography-A (D). The following is his current classroom performance based on published work by teachers: Basic Design-64%, Strategic Reading BR-B -70%, English 9B-55%, Algebra i 9B-69%, World History & Geography-B-43%

6/7/17: Donquarion's caseload teacher reported that he was able to achieve/maintain his goals and objectives in the area of reading, by increasing his performance (increased lexile score) in his strategic reading class and by demonstrating at least 80% accuracy when answering comprehension questions about a grade level reading passage. In math, it was reported that he was progressing as expected toward achieving his goals and objectives.

### Observations by teachers/providers of related services:

Donquarion does not receive related services

### Evaluations and input provided by parents/guardians:

The following was reported to Donquarion's caseload teacher by DQ's mom: she is concerned about his learning disability and that he receives the support he needs through special education.

**NOTICE OF SUFFICIENT DATA**

Based on the review of the data and input from the parent, it was determined that no additional data is needed to determine whether the student is or continues to be a student with a disability or to determine the child's educational needs.

### State reason:

Review of the academic data indicates that Donquarion continues to demonstrate academic skills considered below grade level expectations. As a result, continuing eligibility under the category of Specific Learning Disability is recommended, with goals that support the areas of need. At this time, the evaluation team has determined that there is sufficient data to plan appropriately for the student and no additional information is needed for the purposes of considering eligibility or for the provision of special education services to meet the student's academic needs.

Please be informed that it is the right of the parent to request an assessment from the district to determine whether the child continues to be a child with a disability, and to determine the child's educational needs.

PLAINTIFFS 00005911

12/1/2020        REED And Consent To Evaluate for Donquarion Lewis (5681020231)

## DISTRICT NOTICE

The REED describes the assessment/evaluation procedures and data used during planning and decisions on additional evaluations needed.

## OPTIONS CONSIDERED

The following options were considered but not selected for the reason(s) indicated below:

| Considered Options | Reasons Not Selected |
|---|---|
| Discontinuing special education support services | DQ continues to demonstrate academic skills considered below grade level expectations, and would benefit from ongoing special education support services. |

Other relevant factors to the district's proposal or refusal:
None

## RESOURCES FOR PARENTS

The *Resources for Parents Include:*
*ARC (Resources and Advocacy for Parents):*
*Allegan: (269) 673-8841*
*Kalamazoo/Van Buren: (269) 342-9801*

*Mediation:*
*Allegan: (616) 399-1600*
*Kalamazoo: (269) 552-3434*
*Van Buren: (269) 982-7898*

*Additional Resources:*
*Advocacy Services for Kids (ASK): (269) 343-5896*
*Parent-to-Parent: (269) 345-8950*

*For additional assistance please contact:*
*Allegan Area Educational Service Agency (AAESA): (269) 512-7700*
*Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323*
*Van Buren Intermediate School District (VBISD): (269) 674-8091*

*The Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

## DISTRICT SIGNATURES

**District Superintendent Designee:** _____ **Date:** 01/23/2018
                                  Reuquiyah Saunders

**District Contact Person:**                                                      **Phone:**