# EXHIBIT E

12/1/2020                                              View File-based Document

Note: This is an approximate rendering of the original document. Certain embedded items such as shapes and smart art may not appear.

## Multidisciplinary Team Evaluation

X Close Window

| STUDENT: | Donquarion Lewis | GUARDIAN/PARENT: | Barbara Lewis-McDonald |
|---|---|---|---|
| BIRTHDATE OF BIRTH: | 02 | PHONE: | 269- |
| AGE: | 12 years 5 months | ADDRESS: | |
| GENDER: | Male | | |
| GRADE: | 6th | EVALUATION DATE(S): | 2/5 & 2/6/2015 |
| TEACHER: | Ms. Reynolds | | |
| SCHOOL: | | MET REPORT DATE: | 2/10/2015 |

**REASON FOR EVALUATION:**
Donquarion was due for his 3 year reevaluation. As a result, updated academic information was collected to determine current grade level skills. This information will be used to assist with the development of programs/services to meet Donquarion's current needs.

**ASSESSMENT PROCEDURES:**
Parent input
Teacher input
Report Card
State/District Assessments
Classroom Observation
*Gray Oral Reading Test, Fourth Edition* (GORT-4)
*Wechsler Individual Achievement Test, Third Edition* (WIAT-III)

**PREVIOUS EVALUATION RESULTS:**
The following are the results from the evaluation report dated 4/17/12:
**Tier 1:**
**Assurances of adequate learning experiences and instruction in**
Name of core instructional program: Harcourt Trophies
Schedule for teaching core reading program: Daily for 60 minutes
Fidelity assurances: Mr. Brown teaches the program as it is intended.
Qualifications of teacher: Mr. Brown is highly qualified to teach reading.
**Tier 1 Interventions (Differentiated Instruction)**
DQ is part of a small intervention group that meets with Mr. Brown daily.
**Tier 1 Assessments:**
DIBELS Benchmark Assessment, January, 2012: Oral Reading Fluecy 21 words with 75% accuracy, 3 percentile in District. Retell, 23 words, 18%ile in District, Quality of Response 2
DAZE = 1, 4%ile in District
**Tier 2 and Tier 3:**
Name of intervention: System 44
Evidence of effectiveness: System 44 is a program developed
Length of intervention: DQ participated in one session daily of System 44 the first semester. Since end of January, 2012, DQ has participated in two 30-minute sessions daily.
Schedule for intervention: Five days a week
Intervention group size: Individual and small group (3 students)
Fidelity assurances: The special education teacher teaches System 44 as it is designed.
Effect of intervention on student's performance: Donquarion is making slow progress, but continues to score at the end of first grade level for reading fluency.
**Tier 2 and 3 Assessments:**

DIBELS Progress Monitoring, First Grade Level: median of 26 words correct and 10 errors in one minute.

Dolch words 37/40 Pre-Primary list, 41/52 Primary list, 28/41 first grade list, 21/46 second grade list.

Donquarion's teacher at that time reported that Donquarion did not meet the minimal grade level academic expectations for reading, writing or math problem solving. However, at that time it was reported that his math and writing skills were better than his reading skills. His teacher also reported that Donquarion sometimes: turned in assignments; attended to instruction; and, engaged in appropriate teacher interactions. It was reported that he seldom: followed directions; participated in discussions; or stayed on-task during work time. According to the teacher, DONQUARION would become upset and avoid work when it was difficult. Donquarion's special education teacher reported that Donquarion was usually on-task and appropriate during his reading intervention; it seemed that when the work was at his level, he was much more cooperative.

## REVIEW OF EXISTING EVALUATION DATA:

**MEAP-Access (10/15/13):**
Math and Reading-Overall: Exceeded- the student's performance indicates a consistent understanding and application of key grade level expectations defined for students; the student needs continued support to maintain and improve proficiency.

**MEAP (10/5/13):**
Science-Overall: Not Proficient- the student needs intensive intervention and support to improve achievement; the student's performance is not yet proficient and indicates minimal understanding and application of the grade level expectations defined for students.

**NWEA-MAP Benchmark Assessments:**

Fall 2013: Math RIT score = 190, 5th percentile, approximate grade level equivalent (GLE) 2.7; Reading RIT score = 176, 1st percentile, approximate GLE 2.0

Spring (2014): Math RIT score = 195, 4th percentile, approximate GLE 3.1; Reading RIT score = 179, 1st percentile, approximate GLE 2.1

Fall (2014): Math RIT score = 179, 1st percentile, approximate GLE 2.0; Reading RIT score = 174, 1st percentile, approximate GLE 1.9; Science RIT score = 169, 1st percentile, approximate GLE < 3.0

Winter (2015): Math RIT score = 192, 2nd percentile, approximate GLE 2.9; Reading RIT score = 185, 2nd percentile, approximate GLE 2.5

**Scholastic Inventory Benchmark Assessments:**

9/12/14: SRI Lexile score = 145, 1st percentile, Below Basic performance standard, Far Below Grade level

11/19/14: SRI Lexile score = 51 (Beginning Reader), Below Basic performance standard, Far Below Grade level

**2014-15 Grades:**

**1st Marking Period:**
Strategic : B+
Math: B+
Physical Education: C+
Science: A-
Social Studies: C
English Language Arts: B

**2nd Marking Period:**
Strategic : A
Math: A-
Physical Education: CR
Science: B-

12/1/2020 View File-based Document

Social Studies: B
English Language Arts: B

### 3rd Marking Period:
Strategic : A
Math: B
Digital Imaging: C
Science: CR
Social Studies: C
English Language Arts: C

**PARENT INPUT:**

A phone interview was conducted with Barbara Lewis-McDonald on 2/6/2015. Mom reports that Donquarion lives with her, and 3 younger siblings. Mom indicates that his strengths are that he tries. Mom indicates that for fun, Donquarion likes to play football, and that he plays as an extracurricular activity. When asked how he gets along with other kids his age, mom reports that he gets along with others, alright, but it depends on who the other person is. She did say that Donquarion is a sweet kid, and that he does have friends that come over. She also said that he will sometimes spend the night at a friend's house. Mom says that Donquarion has not had any changes in recent medical conditions, nor has he had any outside evaluations since his last school evaluation. Mom indicates that Donquarion's eating and sleeping habits seem normal. When asked what her biggest concern was mom reported that it is how Donquarion is doing in reading.

**TEACHER INPUT:**

Teachers report that Donquarion does not respond well to redirection, and that he can be disrespectful toward adults. Teachers also indicate that he can get things done; however, often times he will try to get things done quickly, so that he can spend the rest the time talking. Once he is talking, if a teacher tries to redirect him, he becomes immediately defensive and argumentative, and will often reply "I'm done with my work"; having little regard for the other students who are still working.

**CLASSROOM OBSERVATION:**

Donquarion was observed on 2/9/2015 during Social Studies class, with Mr. Woodley. The classroom is arranged by tables; each table seats a total of 4 students. Donquarion sits with 3 other students, on this day, and there are a total of 26 students in the class including Donquarion. As soon as class begins, Donquarion sits at his seat writing; he remains quiet and focused as he writes. As Mr. Woodley begins to engage students in a classroom discussion, Donquarion continues writing, and does not even attempt to participate in the discussion. After approximately 5 minutes, Donquarion appears to have finished his writing, and then looks up and starts to attend to what Mr. Woodley is saying. He looks in the direction that Mr. Woodley is talking, and looks at the information being projected at the front of the classroom. As Mr. Woodley moves forward with the next activity, he asks for volunteers to hand out papers, and Donquarion raises his hand, and gets chosen to volunteer. Once Donquarion finishes handing out papers, he sits back down. Mr. Woodley starts a video about current events, when Donquarion gets out of his seat, looks around, and asks anybody if they have a calculator. Mr. Woodley motions for Donquarion to come out into the hallway to talk. Donquarion asks Mr. Woodley for a calculator so that he can finish his math homework, Mr. Woodley tells him that he cannot work on his math homework, and to go back into the classroom. It is evident that Donquarion becomes more distracted as the class period continues; he appears antsy, and he starts rocking in his seat, rubbing his hands together in front of him, putting his head down, wiggling his legs, looking around, playing with his pen, yawning out loud, and trying to talk to other students. Following the short video, Mr. Woodley gives the students time to write a paragraph about one of the topics of the video. Mr. Woodley checks in with Donquarion and as he walks away, Donquarion immediately starts talking to another student. By the end of the class period, Donquarion had produced very little of the written paragraph.

**OTHER ASSESSMENT DATA:**

**Academic Achievement:**

**Reading:**

Donquarion was given the *Gray Oral Reading Tests-Fourth Edition* (GORT-4) to measure his overall reading ability, including his Reading Fluency and Comprehension skills. On this assessment, average composite scores range from 90 to 110. Donquarion earned an overall Oral Reading Quotient (ORQ) score of 76, which is considered the best measure of a student's overall oral reading ability; this score was in the 5th percentile, and considered in the Poor range.
Subtest standard scores ranging from 7 to 13 are considered in the Average range; Donquarion's results are as follows:

The Fluency subtest of the GORT-4 measured Donquarions's ability to read quickly and accurately; his performance placed him in the Very Poor range, with a standard score of 2 and a percentile rank of < 1st percentile. The Fluency measure is comprised of a Rate and Accuracy score: Donquarion earned a subtest standard score of 4 in Rate putting his performance in the Poor range and in the 2nd percentile; on the Accuracy subtests, Donquarion earned a standard score of 4 also in the Poor range and 2nd percentile.

Donquarion's ability to answer questions about material she read was measured by the Comprehension Subtest. On this measure, he earned a standard score of 10 which places him in the Average range and in the 50th percentile.

**Math:**

Donquarion was given the Math subtests of the WIAT-III achievement test on 2/6/2015 The WIAT-III is an individually administered assessment designed to measure the academic achievement of students' ages 4 years 0 months through 19 years 11 months.

Donquarion earned the following scores:

(Standard scores from 85-115 are considered in the Average range)

| Subtest | Standard Score | Percentile Rank | Grade Equiv. |
|---|---|---|---|
| Math Problem Solving | 83 | 13 | 3.8 |
| Numerical Operations | 78 | 7 | 4.0 |
| Math Fluency-Addition | 95 | 37 | 5.4 |
| Math Fluency-Subtraction | 83 | 13 | 3.8 |
| Math Fluency-Multiplication | 88 | 21 | 4.5 |

| Composite | Standard Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Math | 79 | 8 | Below Average |
| Math Fluency | 88 | 21 | Average |

Donquarion's performance in the areas of math problem solving, math calculation, and math fluency was also evaluated. His Math Composite score, which is comprised of scores from the Math Problem Solving and Numerical Operation subtests, is in the Below Average range (SS=79, 8th percentile). Donquarion's Math Fluency composite score was in the Average range (SS = 88, 21st percentile), which is comprised of math fluency subtest scores for addition, subtraction, and multiplication.

His performance on the Math Problem Solving subtest was in the Below Average range (SS=83, 13th percentile), and his performance on the Numerical Operations subtest was in the Below Average range (SS=78, 7th percentile), suggesting that his math problem solving skills are slightly better than his math calculation skills. The Math Problem Solving subtest includes visual prompts and story problems that required Donquarion to apply basic math operations to answer specific questions. Some of the skills Donquarion demonstrated included: reading graphs; understanding place value; and calculating simple fractions. Some of the skills he struggled with included: finding the perimeter; figuring out the next number in a pattern; calculating the degree of a triangle, when given the degrees of the other two angles; and story problems involving subtraction and division. On the Numerical Operations subtest, which requires written math calculations, Donquarion was able to: calculate single digit addition, subtraction, and multiplication problems; and add and subtract two digit addition and subtraction using regrouping.

On the Math Fluency – Addition subtest, Donquarion scored in the Average range (SS=95, 37th percentile), while his score in Math Fluency – Subtraction was in the Below Average range (SS=83, 13th percentile) and Multiplication was in the Average range (SS=88, 21st percentiles).

**ASSESSMENT OBSERVATIONS:**

Daquarion was assessed in two sessions; rapport was easily established and maintained throughout the testing sessions. Donquarion appeared will groomed and neatly dressed. He was able to communicate in a meaningful way. In the one-on-one testing situation, Donquarion was able to stay on-task and motivated to complete the desired tasks. There was no indication that Donquarion was experiencing any anxiety within the testing situation that would interfere with the results of the assessment. In the opinion of the examiner, the current test results are a good sample of Donquarion's actual academic ability.

**SUMMARY:**

Donquarion is a 12-year-5-month old 6th grade male student who was due for a 3 year reevaluation; he is currently receiving special education services as a student with a Specific

PLAINTIFFS 00005855

12/1/2020 View File-based Document

Learning Disability in the area of Reading Fluency. Current achievement results indicate that Donquarion's overall Reading ability was in the Poor Range (5th percentile), and his overall Math ability was in the Below Average range (8th percentile). His most recent scores on the NWEA-MAP benchmark assessments, indicate a Reading at approximately 2.5 grade level (2nd percentile), while his Math was approximately at the 2.9 grade level (2nd percentile). His Strategic Reading scores indicate performance far below grade level.

Upon review of the information gathered, there is evidence to believe that Donquarion continues to meet the State of Michigan eligibility criteria as a student with a Specific Learning Disability in the areas of Reading Fluency and Math Problem Solving, as cited below.

**STATE GUIDELINES:**

### R 340.1713 "Specific learning disability" defined/determination:
#### Rule 13.

Specific learning disability means a disorder in 1 or more of the basic psychological processes involved in understanding or using language, spoken, or written, that may manifest itself in the imperfect ability to listen, speak, read, write, spell, or to do mathematical calculations, including conditions such as perceptual disabilities, brain injury, minimal brain dysfunction, dyslexia, and developmental aphasia.

Specific learning disability does not include learning problems that are primarily the result of visual, hearing, or motor disabilities, of cognitive impairment, of emotional impairment, of autism spectrum disorder, or of environmental, cultural, or economic disadvantage.

One may determine that a child has a specific learning disability if:

(1) The child does not achieve adequately for the child's age or to meet State-approved grade-level standards in one or more of the following areas, when provided with learning experiences and instruction appropriate for the child's age or State-approved grade-level standards:

(i) Oral expression.
(ii) Listening comprehension.
(iii) Written expression.
(iv) Basic reading skill.
(v) Reading fluency skills.
(vi) Reading comprehension.
(vii) Mathematics calculation.
(viii) Mathematics problem solving.

(2)(i) The child does not make sufficient progress to meet age or State approved grade-level standards in one or more of the areas identified in paragraph (a)(1) of this section when using a process based on the child's response to scientific, research-based intervention; or

Despite ongoing interventions, Donquarion continues to demonstrate below grade- level academic skills.

(ii) The child exhibits a pattern of strengths and weaknesses in performance, achievement, or both, relative to age, State-approved grade level standards, or intellectual development, that is determined by the group to be relevant to the identification of a specific learning disability, using appropriate assessments.

(3) The group determines that its findings are not primarily the result of:

(i) A visual, hearing, or motor disability;
(ii) Mental retardation;
(iii) Emotional disturbance;
(iv) Cultural factors;
(v) Environmental or economic disadvantage; or
(vi) Limited English proficiency.

Donquarion's performance is not primarily the result of vision, hearing, intellectual ability, emotional disturbance, cultural factors, or environmental or economic disadvantage.

This Disability/difficulty with educational performance is not be due to lack of instruction in Reading or Math, due to English as Second Language (or ELL issues), and is not be due to

environmental/economic/or cultural disadvantage.

> Donquarion's educational performance is not due to a lack of instruction in reading or math, due to ELL issues, and is not due to environmental/economic/or cultural disadvantage.

These results will be discussed with the members of a multidisciplinary evaluation team (MET) and a recommendation will be made regarding his ongoing eligibility for special education services. An individualized educational planning (IEP) team meeting will be held to determine placement and programming adequate to meet Donquarion's current needs.

Respectfully submitted:
Lori Spreitzer, M.S., C.A.G.S.
School Psychologist
Kalamazoo Public Schools

PLAINTIFFS 00005857