# EXHIBIT F

6/9/2021     Individualized Education Program for Donquarion Lewis (5681020231)

**Kalamazoo Public Schools**
**1220 Howard Street**
**Kalamazoo, Michigan 49008-1871**
**Phone: 269-337-0161**

## INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT

| | | |
|---|---|---|
| **Date of IEP Team Meeting:** 06/09/2021 | **Date of IEP Offer of FAPE:** 06/09/2021 | **Date of Most Recent Evaluation IEP:** 10/12/2020 |
| **Student Name:** Donquarion Lamar De'andre Lewis | **Home Phone:** 269▇▇▇▇ | |
| **Student's Address:** ▇▇▇▇ Kalamazoo | **State:** Michigan | **Zip Code:** 49009 |
| **County:** | **Resident District for Purpose of FAPE:** Kalamazoo | |
| **Student Primary Language:** | **Language in the Home:** English | |
| **Birthdate:** ▇▇▇▇02 | **Age:** 18-9 | **Grade:** Twelfth grade |

### PURPOSE

**Purpose of IEP Team Meeting:** Annual Review

### PARTICIPANTS

- ☑ **Student:** Donquarion Lamar De'andre Lewis
- ☑ **General Ed Teacher:** Heather Reid
- ☑ **Special Ed Provider:** George Sachse
- ☑ **Eval Team Rep:** George Sachse
  (the individual who can interpret the instructional implications of evaluation results)
- ☐ **Parent/Guardian:**
- ☐ **Parent/Guardian:**
- ☑ **School District Rep:** Mr Gardner
- ☑ **Other/Title:** Mr Downing: Transition Specialist

### STUDENT PROFILE AND ELIGIBILITY

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**
Donquarion is a member of the KC varsity football and team and enjoys spending time with his teammates. Donquarion is excellent at communicating with his teachers through email and enjoys distance learning. He makes a strong attempt to complete his classwork.

**Parent/Guardian Concerns**
No parental concerns at this time.

**Current Evaluations**
NWEA: (spring 2018) Math RIT score - 209, 15th percentile; (fall 2017) Reading RIT score - 191, 7th percentile. Scholastic Reading Inventory (Strategic Reading): 11/16/17 lexile score - 596 (an increase of 7 points), proficient for 3rd grade level. English 9-A Pre-Assessment (9/6/17): 10.34%, Far Below Basic Performance; English 9-A Post-Assessment (11/29/17): 64.18%, Below Basic Performance; English 9-B Pre-Assessment (12/4/17):14.29%, Far Below Basic Performance;

Biology-A Common Growth Post-Assessment (11/30/17): 27.87%, Far Below Basic Performance

Based on **1)** Donquarion's current functioning, **2)** the most recent evaluation findings and **3)** any additional assessment information, does the IEP Team determine that this student has a disability that requires special education programs/services?

☑ Yes, Donquarion is **eligible** for special education

| **Primary Disability** | **Qualifying Criteria** | **Qualifying Criteria** |
|---|---|---|
| Specific Learning Disability | Reading Fluency | Mathematics Problem solving |

6/9/2021            Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lamar De'andre Lewis      **IEP Date:** 06/09/2021

| Secondary Transition Considerations ||| 
|---|---|---|
| **Transition Assessments Completed:** || **Date of Most Recent Assessment:** 10/12/2020 |
| **Assessments** | **Student/Parent Input** | **School Observation Data** |
| ESTR-j Revised (10/12/2021) | Student Interview | Progress on previous goals and objectives<br>Credit Audit- by counselor<br>Current Grades- reported from eSchool<br>Attendance Reports<br>Discipline Records<br>Teacher Input Form- completed by general education teacher<br>Informal Observation |
| **Date of Educational Development Plan (EDP):** 06/09/2021 |||
| **If student did not attend IEP, describe steps taken to ensure consideration of student's preferences/vision**:<br>Interviewed and completed ESTR-j Revised with Donquarion. |||

| Student's Post-Secondary Vision and Transition Activities ||||
|---|---|---|---|
| **Career/Employment:** As an adult, what kind of work will you do?<br>After finishing school, Donquarion will attend a vocational program that provides training in construction. ||||
| **Career/Employment Assessment Results:** Present level assessment related to this vision statement.<br>Donquarion demonstrates an understanding of factors that influence job retention, dismissal, and promotion. Donquarion would continue to benefit from researching the various levels of training and schooling needed to pursue a specific career in home construction specifically plumbing and electrical. Donquarion did take and successfully complete 2/3 trimesters of construction trades EFE class as a junior at KC. When given the ESTR-j Revised in October 2020, Donquarion scored 77% on the Employment subsection of the survey. This is a lower score than last years 92%. Donquarion needs to improve his punctuality and attendance to classes to arrive on time consistently. ||||
| **Is there a need for activities or services for Career/Employment?** ☑ Yes ☐ No ||||
| **Type of Activity** | **Explanation of activity/service** | **Responsible Agency/Persons** | **Expected Completion Date** |
| Instruction | Donquarion will will research Home Construction (Plumbing and/or Electrical) programs offered in the area to help him narrow down choices for which trade to pursue (plumbing, carpentry, etc.) | Donquarion and Family | 06/11/2021 |
| Adult Living | Donquarion will research various careers that are available in home construction to help identify possible future career options. | Donquarion and Family | 06/11/2021 |
| **Post-Secondary Education/Training:** Upon completion of services, what additional education and training will you do?<br>After finishing school, Donquarion will attend either KVCC or MCTI to study home construction. ||||
| **Post-Secondary Education/Training Assessment Results:** Present level assessment related to this vision statement.<br>Donquarion continues to demonstrate self awareness and self confidence. Donquarion would continue to benefit from researching the application process for various colleges and/or trade schools in the area. He would also benefit from gaining an understanding of the cost of various post secondary options available to him. When given the ESTR-j revised in October 2020, ||||

6/9/2021 Individualized Education Program for Donquarion Lewis (5681020231)

Donquarion scored 63% on the Post Secondary Education subsection of the survey. This is an increase over last years score of 50%.

**Is there a need for activities or services for Post-Secondary Education/Training?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Instruction | Donqaurion will research what colleges and/or universities in Michigan that offer degrees involving Construction and/or a related field. | Donquarion and Family | 06/11/2021 |

**Adult Living:** As an adult, what kind of living arrangements will you have?
After finishing school, Donquarion will live in an apartment with a roommate.

**Adult Living Assessment Results:** Present level assessment related to this vision statement.
Donquarion continues to demonstrate self awareness and self confidence. Donquarion would continue to benefit from researching the application process for various colleges and/or trade schools in the area. He would also benefit from gaining an understanding of the cost of various post secondary options available to him. When given the ESTR-j revised in October 2020, Donquarion scored 63% on the Post Secondary Education subsection of the survey. This is an increase over last years score of 50%.

**Is there a need for activities or services for Adult Living?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Adult Living | Donqaurion will research various banks in the area to gain knowledge on how to open both a checking and savings account | Donquarion and Family | 06/11/2021 |

**Community Participation:** As an adult, how will you want to be involved in your community?
After finishing school, Donquarion will continue to be involved in the community in a variety of ways such as shopping, eating out, driving, attending school, and driving.

**Community Participation Assessment Results:** Present level assessment related to this vision statement.
When given the ESTR-j revised in October 2020, Donquarion again scored 43% on the Community Participation subsection of the survey. This is a similar score to last years score of 43%. Donquarion is able to get around and use relevant resources in the community. Donquarion also understands cost savings techniques. Donquarion needs to improve his consistent demonstration of having appropriate social behaviors in the community, developing a realistic plan to address post secondary housing needs, understanding large purchase options, and basic insurance needs. Donquarion continues to need to take drivers training classes to obtain his drivers license as well.

**Is there a need for activities or services for Community Participation?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Community Experiences | Donquarion will research various insurance agencies in the area and price out how much basic insurance costs. | Donquarion and Family | 06/11/2021 |

## Course of Study

**Describe how the student's course of study aligns with the postsecondary vision:**

PLAINTIFFS 00005746

6/9/2021     Individualized Education Program for Donquarion Lewis (5681020231)

| |
|---|
| Donquarion is currently on the MMC track to graduation. He is enrolled in courses that are required for high school graduation. |
| **Check Only One:**<br>☑ Michigan Merit Curriculum leading to a high school diploma.<br>☐ Course of Study leading to Certificate of Completion |
| Is Donquarion expected to graduate with a Regular Diploma during this IEP year? ☑ Yes ☐ No |
| Will Donquarion complete age eligibility for Special Education services? ☑ Yes ☐ No |
| Anticipated graduation or completion date: 06/11/2021 |

| **Community Agency Involvement** |
|---|
| Was there a need to invite a community agency representative likely to provide current or future services? ☐ Yes ☑ No<br>Please provide a rationale for determining that there is no need to invite a community agency: At this time Donquarion's transition service needs are met through school and family supports.  Team will continue to discuss the need for community agency involvement in the future.<br>Did parent invite a community agency representative? ☐ |

| **Parental Rights and Age of Majority** |
|---|
| Check only one:<br>☑ The student has turned age 18 and the student and parent were informed of parental rights that were transferred to the student at age 18, including the right to invite a support person such as a parent, advocate, or friend. |

PLAINTIFFS 00005747

6/9/2021     Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lamar De'andre Lewis     **IEP Date:** 06/09/2021

## PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Progress on most recent goals and objectives?
Regarding Donquarion's reading goal, he is making efforts at improving his reading fluency and comprehension skills. Donquarion finished his English 12B class with a 63% averaging 100% on the final exam, 60% on homework, and 71% on warm ups. Regarding his math problem solving skills, Donquarion finished his Algebra 2b part 2 class with a 65% averaging 70% on assignments, 40% on homework, 69% on quizzes, and 73% on tests and assessments.

Regarding his self advocacy and work completion goals, Donquarion continues to struggle to complete assignments in a timely manner. He does reach out for assistance and ask questions via email.

| **Area of Need** | **Subarea of Need** | **Goal?** |
|---|---|---|
| Reading | Comprehension | ☑ |

**Data Sources and Description of Need**
The following academic data was reported: NWEA: (fall 2017) Reading RIT score - 191, 7th percentile. Scholastic Reading Inventory (Strategic Reading): 11/16/17 lexile score - 596 (an increase of 7 points), proficient for 3rd grade level. English 9-A Pre-Assessment (9/6/17): 10.34%, Far Below Basic Performance; English 9-A Post-Assessment (11/29/17): 64.18%, Below Basic Performance; English 9-B Pre-Assessment (12/4/17):14.29%, Far Below Basic Performance;
Biology-A Common Growth Post-Assessment (11/30/17): 27.87%, Far Below Basic Performance

**Adverse Impact**
Donquarion has a disability that negatively affects his education and reading comprehension skills. These struggles make success in the general education setting unlikely without additional assistance. Donquarion will benefit from placement in team taught classes, extended time on assignments and assessments as well as reduced requirements in highly repetitive assignments.

| **Area of Need** | **Subarea of Need** | **Goal?** |
|---|---|---|
| Mathematics | Problem Solving | ☑ |

**Data Sources and Description of Need**
The following academic data was reported:
NWEA: (spring 2018) Math RIT score - 209, 15th percentile.

11th grade (2019-20)
Algebra 2A Part 1 - Pre-Assessment (9/6/19): 33.33%, Far Below Basic Performance
Algebra 2a Part 1- Final Exam (11/21/19): 50%; (3/10/20): 60.61%, Below Basic Performance

**Adverse Impact**
Donquarion struggles with concepts and problem solving skills in his math classes. These struggles make success in the general education setting unlikely without additional assistance. Donquarion will benefit from placement in team taught math classes, extended time on assignments and assessments as well as reduced requirements in highly repetitive assignments.

PLAINTIFFS 00005748

6/9/2021                              Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lamar De'andre Lewis                                           **IEP Date:** 06/09/2021

## SPECIAL FACTORS, SUPPLEMENTARY AIDS AND ASSESSMENTS

Supports and Modifications to the Environment, Behavior Training Needs, Social Interaction Supports for the Student, Health-Related Needs, Physical Needs, Transition aids and supports are provided to enable the student:
- To advance appropriately toward attaining the annual goals.
- To be involved and progress in the general education curriculum and to participate in extra-curricular and other nonacademic activities.
- To be educated and participate in activities with other students with disabilities and nondisabled students.

The IEP team must consider the following areas of need for each student.

For the areas of need below, does Donquarion Lamar De'andre Lewis require supports and/or services due to?
- ☐ Yes ☑ No  Communication needs
- ☐ Yes ☑ No  Need for assistive technology devices and services.

The IEP team must consider the following for the student, as appropriate.
- ☑ The use of positive behavioral interventions and supports, and other strategies, to address behavior because the student has behavior that impedes his or her learning or the learning of others.
- ☐ The language needs of the student because the student has limited English proficiency.
- ☐ Braille instruction because the student is blind or visually impaired.
- ☐ The mode of language and communication because the student is deaf or hard of hearing.

☑ **Supplementary aids and services are needed at this time.**

| Supplementary Aids/Program Modifications/Support for School Personnel | Frequency/Timeline | Location |
|---|---|---|
| Extended time to complete classroom and homework assignments and/or projects. | All content areas- time and a half when using time wisely in the classroom | In all academic classes. |
| Tests and Quizzes given in a small group setting with extended time. | Provided daily in all classes. | In all academic classes. |
| Tests and Quizzes read aloud. | Provided daily in all classes. | In all academic classes. |
| Preferential Seating (away from distraction) | Provided daily in all classes. | In all academic classes. |
| Shortened/accommodated assignments and/or assessments | Provided daily in all classes. | In all academic classes. |
| Due to COVID-19, a Contingency Learning Plan will be developed in collaboration with the family, in the event that the district moves into a school closure or if the district/parent chooses a virtual/distance learning option. | The CLP will be implemented during the duration of the school closure or due to district/parent choice. | Home/Residency (in most cases) |

## STATE ASSESSMENTS

Are state assessments required for the grade level(s) covered by this IEP?                    ☐ Yes ☑ No

PLAINTIFFS 00005749

6/9/2021 | Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lamar De'andre Lewis　　　　　　　　　　　**IEP Date:** 06/09/2021

## GOALS AND OBJECTIVES

**Area of Need:** Reading　　　　　　　　　　**Subarea:** Comprehension

**Annual Goal:**
By June 11th, 2021, Donquarion will progress from reading a grade appropriate text and providing a summary that includes 2 details to reading various genres of narrative, and informational texts at grade level and use comprehension strategies to identify 4-6 important key details, make connections, and inferences with 80% accuracy as measured by grade level assessments and student work samples.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By June 2021, Donquarion will read various genres of narrative and informational texts at grade level and identify the main idea and key concepts by using comprehension strategies with 80% accuracy. | 80% | Teacher Observations Classroom Assignments Teacher made assessments Observations/Anecdotal Records | Per trimester |
| 2 | By June 2021, Donquarion will read various genres of narrative and informational texts at grade level and make text to self, text to text, and text to world connections by using various comprehension strategies with 80% accuracy. | 80% | Teacher Observations Classroom Assignments Teacher made assessments Observations/Anecdotal Records | Per trimester |
| 3 | By June 2021, Donquarion will read various genres of narrative and informational texts at grade level and make inferences using various comprehension strategies with 80% accuracy. | 80% | Teacher Observations Classroom Assignments Teacher made assessments Observations/Anecdotal Records | Per trimester |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, General Education Teacher

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

PLAINTIFFS 00005750

6/9/2021 — Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lamar De'andre Lewis   **IEP Date:** 06/09/2021

## GOALS AND OBJECTIVES

**Area of Need:** Mathematics   **Subarea:** Problem Solving

**Annual Goal:**
By June 11th, 2021, Donquarion will improve his ability to solve for a variable using one to two steps to demonstrating the ability to accurately graph and write linear equations from 59% to 75% accuracy as measured by in class assignments, district assessments, and informal teacher observations.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| # | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | Donquarion will utilize algebraic functions that include linear, quadratic, and exponential properties with 75% accuracy. | 75% | Teacher Observations Classroom Assignments Teacher made assessments | Per Trimester |
| 2 | Donquarion will solve problems using algebraic reasoning that include sequences, transformations, logarithms, and inverses with 75% accuracy. | 75% | Teacher Observations Classroom Assignments Teacher made assessments | Per Trimester |
| 3 | | | | |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, General Education Teacher

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

PLAINTIFFS 00005751

6/9/2021 Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lamar De'andre Lewis **IEP Date:** 06/09/2021

| Programs and Services |
|---|
| **Service Mode:** The primary mode of delivery for related services may be consultative or direct.<br>• **Consultative Service -** involves working indirectly with a student by supporting teachers and other instructional staff members who work daily with the student. The service provider may occasionally work directly with the student.<br>• **Direct Service -** involves working directly with the student. The service provider may occasionally consult with instructional staff members who work with the student daily.<br>Related services may be provided in the context of general education, and/or special education programs and/or separately.<br>**Related Service Schedule:** The minutes, sessions, and frequency of related services will be provided as documented below except when the week or month is shortened due to holiday, school cancellation or student absence.<br>**Start Date/End Date:** All programs and services listed will begin on the implementation date of the IEP and continue for one calendar year following the school district's approved calendar.<br>**Departmentalized Program:** The student's special education program will be provided by more than one special education teacher with instruction typically divided by subject/content area. |
| **Current IEP Year: From Date** 06/09/2021     **To Date:** 06/08/2022<br>**School Year:** 2020-21     **School Year:** 2020-21<br>**Grade:** Twelfth grade     **Grade:** Twelfth grade |

| Related Services | Start Date | End Date | Service Mode | Minutes | | Sessions | | Frequency | Setting within Location |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Low Min. | High Min. | Low Number | High Number | | |

| Programs | Depart-mentalized | Start Date | End Date | Bldg/Location | SE | | GE | | Total | Frequency |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low Min | High Min | Low Min | High Min | Min | |
| Elementary or Secondary-Level Resource Program | ☑ Y ☐ N | 06/09/2021 | 06/11/2021 | Kalamazoo Central High School | 50 | | | 1835 | 1885 | Week |

| |
|---|
| ☐ Yes ☑ No  Based on a careful consideration of this student's **unique, disability-related needs**, the IEP Team has determined that the student requires a shortened school day for the following reason:<br>The IEP Team has a physician statement verifying this student's need for and duration of a shortened school day:<br>☐ Yes ☑ No |
| Explain the extent, if any, that the student will not participate with nondisabled peers.<br>Donquarion will participate with non-disabled students at all times throughout the school day. |

6/9/2021 Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lamar De'andre Lewis                    **IEP Date:** 06/09/2021

## OTHER CONSIDERATIONS

**TRANSPORTATION PROVISIONS**

Has the IEP Team determined that the student requires **special transportation?**

☑ No, transportation is not required or general education transportation is sufficient to meet Donquarion's needs.

**EXTENDED SCHOOL YEAR SERVICES**

☑ The IEP Team has considered the anticipated needs of this student including the need for extended school year (ESY) services

☐ ESY services are needed

**ANTICIPATED NEEDS AND OTHER COMMENTS**

Other Comments related to this IEP:
None

PLAINTIFFS 00005753