# EXHIBIT G

CONFIDENTIAL

## Kalamazoo Public Schools
### REVIEW OF EXISTING EVALUATION DATA (REED) AND EVALUATION PLAN

### STUDENT INFORMATION

**Student:** Donquarion Lewis

**Birthdate:** ▮▮▮02

**Age:** 18-2

**Grade:** Eleventh grade

**Initiation Date for Review/Plan:** 09/28/2020

**Resident District:** Kalamazoo

**Student Primary Language:** English

**Language in the Home:** English

### PURPOSE

The purpose of this process is to review the information we have and what is needed by the IEP Team to consider:

- ☐ An **initial eligibility** for special education
- ☑ An **ongoing eligibility** for special education
- ☐ **Out of state transfer** eligibility determination for special education
- ☐ A **change in eligibility** for special education
- ☐ Transition from **Early On to Part B**
- ☐ Appropriate **programs or services** in special education

### PARTICIPANTS

The persons indicated below participated in the Evaluation Review and Plan process

- ☐ **Student:**
- ☑ **Special Ed Provider:** George Sachse
- ☑ **General Education Teacher:** Brytt Ergang
- ☑ **School District Rep:** Lori Morcom
- ☐ **Parent/Guardian:**
- ☐ **Parent/Guardian:**
- ☑ **Eval Team Rep:** Lori Morcom (the individual who can interpret the instructional implications of evaluation results)
- ☑ **Other/Title:** Kevin Downing, Transition Coordinator

### EVALUATION REVIEW

For the purpose(s) indicated above, the following information must be reviewed:

**Previous evaluation team findings:**

According to the documentation, Donquarion initially qualified for services due to a speech language impairment, and had speech therapy as a preschooler. He missed a lot of school during his first grade year; however, despite intensive interventions in second and third grades he still remained significantly below grade level expectations in reading. An evaluation was conducted in April 2012 (3rd grade) where the team determined that DQ qualified for services under the category of Specific Learning Disability (SLD) in the area of Reading Fluency. Teachers at that time also noted behavioral concerns which included, physical aggression, disruption, and work avoidance.

DQ was reevaluated in February 2015 when he was in 6th grade (Millwood Magnet) when the evaluation team collected additional information and determined that DQ continued to meet the eligibility requirements under the category of SLD in the areas of Reading Fluency and Math Problem Solving. The following assessment results were reported as part of that evaluation: WIAT-III: Math Problem Solving-83, 13th percentile; Numerical Operations - 78, 7th percentile. GORT-4: Reading Quotient score - 76, 5th percentile. NWEA benchmark assessments (winter 2015): Math RIT score - 192, 2nd percentile, approximate GLE 2.9; Reading RIT score = 185, 2nd percentile, approximate GLE 2.5. Teachers also noted behavioral concerns which included: difficulty with redirection, and disrupting other students.

DQ was most recently reevaluated in January 2018 when he was in 9th grade when the team continued his eligibility under the category of SLD in the areas of Reading Fluency and Math Problem Solving. The following academic data was reported: NWEA: (spring 2018) Math RIT score - 209, 15th percentile; (fall 2017) Reading RIT score - 191, 7th percentile. Scholastic Reading Inventory (Strategic Reading): 11/16/17 lexile score - 596 (an increase of 7 points), proficient for 3rd grade level. English 9-A Pre-Assessment (9/6/17): 10.34%, Far Below Basic Performance; English 9-A Post-Assessment (11/29/17): 64.18%, Below Basic Performance; English 9-B Pre-Assessment (12/4/17):14.29%, Far Below Basic Performance; Biology-A Common Growth Post-Assessment (11/30/17): 27.87%, Far Below Basic Performance

**State and district assessments:** (*If none, enter "None"*)

11th grade (2019-20)
Algebra 2A Part 1 - Pre-Assessment (9/6/19): 33.33%, Far Below Basic Performance
Algebra 2a Part 1- Final Exam (11/21/19): 50%; (3/10/20): 60.61%, Below Basic Performance

CONFIDENTIAL

PLAINTIFFS 00000658

**Classroom-based assessments and observations:**

DQ is currently in his 4th year at Kalamazoo Central; he has earned a total of 18.0 credits with an overall GPA of 1.29. The following is his current classroom performance based on published work by teachers: Algebra 2B Part 1- (61%), BiologyA - Earth ScienceA - (26%), US Gov & PoliticsA - (48%), African World Studies (50%). It appears that DQ's performance is being impacted by a lack of attendance, and missing assignments; however, his caseload teacher, Mr Sachse, said that DQ just turned in a large amount of homework, in hopes of being eligible to play football for the upcoming game.

2019-20 school year, prior to school closing, DQ had a significant number of documented behavioral incidents (16 through 2/26/20) the majority for leaving the classroom, and defiance of school personnel.

**Observations by teachers/providers of related services:**

Mr. Ergang (Earth Science) reports that DQ is attending his class and although he has some missing assignments, he is able to still turn them in for credit. Mr. Ergang reports no behavioral issues during the virutal classroom sessions.

3/11/2020: Donquarion's caseload teacher reported that DQ made limited progress toward achieving his academic goals and objectives (reading, math) indicating that his performance was impacted by missing assignments.

**Evaluations and input provided by parents/guardians:**

10/12/20: DQ did not attend the meeting. The following was reported by Mom to the caseload teacher, Mr. Sachse: Mom said that DQ can be lazy when it comes to doing classwork. Mom also mentioned that DQ got suspended for 2 weeks from the football team. DQ is at the age of majority, and will be going on to transition services at the end of the 2020-21 school year, unless he earns enough credits to graduate this school year. DQ is looking to go into the construction field and Mr. Downing (transition coordinator) siad that he will be in contact with DQ to start investigating the programs that are available, and their requirements.

**NOTICE OF SUFFICIENT DATA**

Based on the review of the data and input from the parent, it was determined that no additional data is needed to determine whether the student is or continues to be a student with a disability or to determine the child's educational needs.

**State reason:**

Donquarion continues to perform below grade level expectations. As a result, continuing eligibility under the category of Specific Learning Disability is recommended, with goals that support the areas of need. At this time the evaluation team has determined there is sufficient data to determine eligibility and to provide appropriate programming to meet the student's current needs.

*Please be informed that it is the right of the parent to request an assessment from the district to determine whether the child continues to be a child with a disability, and to determine the child's educational needs.*

## DISTRICT NOTICE

The REED describes the assessment/evaluation procedures and data used during planning and decisions on additional evaluations needed.

## OPTIONS CONSIDERED

The following options were considered but not selected for the reason(s) indicated below:

| Considered Options | Reasons Not Selected |
|---|---|
| Discontinuing special education support services | Donquarion continues to perform below grade level expectations and would benefit from ongoing special education support services. |

Other relevant factors to the district's proposal or refusal:
None

## RESOURCES FOR PARENTS

The *Resources for Parents Include:*
ARC (Resources and Advocacy for Parents):
Allegan: (269) 673-8841
Kalamazoo/Van Buren: (269) 342-9801

Mediation:
Allegan: (616) 399-1600
Kalamazoo: (269) 552-3434
Van Buren: (269) 982-7898

Additional Resources:
Ask Family Services: (269) 343-5896

For additional assistance please contact:
Allegan Area Educational Service Agency (AAESA): (269) 512-7700
Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323
Van Buren Intermediate School District (VBISD): (269) 674-8091

The *Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

## DISTRICT SIGNATURES

**District Superintendent Designee:** Reuquiyah Saunders                     Date: 10/12/2020

**District Contact Person:**                                                 Phone: