# EXHIBIT H

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B.,

Plaintiffs, Case No. 22-cv-00838

vs.

Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF EDUCATION,

Mag. Phillip J. Green

Defendant.
/

DEPOSITION OF DONQUARION L.D. LEWIS

Taken by the Defendant at 251 N. Rose Street, Suite 200, Kalamazoo, Michigan, on Tuesday, March 5, 2024, commencing at 10:07 a.m.

APPEARANCES:

For the Plaintiffs: MS. ERIN H. DIAZ (P80388)
MR. MITCHELL D. SICKON (P82407)
DISABILITY RIGHTS MICHIGAN
4095 Legacy Parkway
Lansing, Michigan 48911
517-487-1755

&

(Appearances Continued on Page 2.)

APPEARANCES: (Continued)

(via Zoom videoconference)
MS. JACQUELYN N. KMETZ (P83575)
MI AECRES
P.O. Box 705
Ludington, Michigan 49431
231-794-2379

For the Defendant: MS. KATHLEEN A. HALLORAN (P76453)

(via Zoom videoconference)
MS. TICARA D. HENDLEY (P81166)
MS. AMANDA E. ZACK (P82326)
Michigan Department of Attorney
General Health, Education &
Family Division
P.O. Box 30758
Lansing, Michigan 48909
517-335-7603

REPORTED BY: Mr. Carl M. DePerro, CSR-4284
Certified Shorthand Reporter

TABLE OF CONTENTS

| WITNESS: | PAGE |
|---|---|
| DONQUARION L.D. LEWIS | |
| Examination by Ms. Halloran | 4 |
| Examination by Ms. Diaz | 91 |
| Re-Examination by Ms. Halloran | 105 |

| EXHIBITS: | MARKED |
|---|---|
| Deposition Exhibit 1, Review of Existing Evaluation Data (REED) and Evaluation Plan, 9/28/2020 | 20 |
| Deposition Exhibit 2, Request for a State Complaint Investigation, October 15, 2018 | 53 |
| Deposition Exhibit 3, Complaint Decision, March 23, 2021 | 57 |
| Deposition Exhibit 4, Decision and Order, October 13, 2022 | 60 |
| Deposition Exhibit 5, First Amended Complaint, Jury Demand | 87 |

Kalamazoo, Michigan
Tuesday, March 5, 2024
At 10:07 a.m.

COURT REPORTER: Sir, would you raise your right hand, please? Do you solemnly swear or affirm that the testimony you are about to give in this matter shall be the truth, the whole truth, and nothing but the truth, so help you God?

DONQUARION L.D. LEWIS: I do.

DONQUARION L.D. LEWIS,

HAVING BEEN CALLED BY THE DEFENDANT, AND AFTER HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

MS. DIAZ: And just as we discussed off the record, Plaintiff would like 30 days following the receipt of the transcript to review and make any edits to the transcript or mistakes under 30(e).

MS. HALLORAN: No objection.

MS. DIAZ: Thank you.

EXAMINATION

BY MS. HALLORAN:

Q. Could you please state your full name for the record?
A. Donquarion Lamar De'Andre Lewis.
Q. Could you spell your first and your last name, please?
A. D-o-n-q-u-a-r-i-o-n. Last name, L-e-w-i-s.

Q. And can you spell your middle name for me?
A. Lamar, L-a-m-a-r, and De'Andre, D-e-'-A-n-d-r-e.
Q. Mr. Lewis, my name is Kate Halloran, I am an attorney from the Attorney General's Office. I represent the Michigan Department of Education. Have you ever been deposed before?
A. What's that mean?
Q. Have you ever been to something similar where you have given testimony before a court reporter?
A. Like in here, yeah.
Q. What matter was that for?
A. A school hearing.
Q. Was that your Due Process Hearing with ALJ St. John?
A. No. I just remember going to a hearing. I think it was my sophomore year. And we had to meet at like the school headquarters.
Q. Was it for a complaint that you brought?
A. No. It was for a fight outside of school.
Q. So just for today, if you need more time to answer a question, feel free to ask to do so.
A. Okay.
Q. If you need a break, feel free to ask for one. I may just have you finish the question or the line of questioning that I am asking before we take a break, but we can absolutely take a break. I just want to

Page 38

class because you were frustrated with the popcorn reading; is that right?
A. Yeah.
Q. Any other reason why you would leave class when it was in person?
A. If I get called out, or if I am joking with a student and the teacher call us out, or if I been having a bad day and like wasn't listening to the teacher, he will call me out. My World History teacher, he used to call me out and try to make me read in front of the whole class as far as discipline in the back, and I would just walk out his class.
Q. How often would you leave classes when it was in person?
A. I didn't really leave leave a lot. Like if I get upset. I asked to leave a lot. I would rather be in a different work environment, or rather be alone.
Q. So you would ask to leave the classroom to get a different environment?
A. Uh-huh (affirmative). I did used to get sent out for playing.
Q. What's that?
A. Horseplaying.
Q. Oh, okay. What do you mean by horseplaying?
A. Talking with my friends, not paying attention.

Page 39

Q. When you got in trouble at school how would the high school put that in writing? What were those called?
A. A referral, a suspension letter.
Q. How many referrals did you get say your freshman year? Do you remember?
A. No. They different 'cause I would say I think you get a referral like if you get sent to the SRC Room. And then, like you get suspended for different type of referrals. Then they got in-house suspensions where you sit in AGA all day and do your work. They got them type of referrals.
I probably got a lot of referrals, 'cause I did, I was in AGA a lot, and I used to get suspended for horseplaying in the hallway with my friends.
Q. Do you remember what year of school it was that you would get suspended for horseplay with your friends?
A. My tenth grade year I did a lot of horseplaying.
Q. Do you know how many days you were suspended?
A. When they suspend you they give you ten days.
Q. Did it happen more than once?
A. Yeah.
Q. How many times?
A. School year, five.
Q. And this is just your sophomore year you think, correct?

Page 40

A. Yes.
Q. How about your junior year? Any suspensions that year that you can remember?
A. My sophomore year I got expelled for four months, and I had to meet a teacher at the downtown library to keep up my grades to be on the football team the next school year.
Q. And you said that was for a period of three months?
A. Four.
Q. What happened at school that you received that expulsion?
A. It was outside of school. Me and my friends was fighting on another school ground after school hours. It's some adults there got to shooting. So they said since we started the fight and was up there fighting they had gave us ten days. And then after the ten days it was that they had told us it was five. And then they told us it was three, and we had that hearing meeting I said I went to.
And then they had us do a meeting where the boys we fought, we had to meet up, shake hands and drop it to still go to, if we wanted to still be in school and be a part of the football team. So we did that. And then they still turned around and said just beat it in the whole school year. I think I met up with her

Page 41

two times a week every Tuesday and Thursday.
Q. Did you receive grades for that time?
A. Yes. She kept track of everything for me. She will bring me the work I had to do. It was packets of work that I do for every class. But the hours we would be down in the library, we would to most of it and she will send me with some stuff to do. And then when I meet back with her I return that and she will give me something else.
Q. Would she help you with the work?
A. Yeah. She was a second teacher in the classrooms.
Q. Did you like learning that way, one-on-one?
A. Yeah. I seen her when I was in school too. She was in some of my classes. I didn't really talk to her a lot, but when we was down at the library I got to talk to her a lot. She really helped me a lot. And I kept talking to her when I got back to school. She kept up with me.
I was able to -- I think I passed all my classes with her. If not all, four out of five.
Q. Did you agree with the punishment that you received for fighting outside of school?
A. Yeah.
Q. So you didn't file a Complaint with the State about the punishment that you received?

A. No.
Q. Besides the suspensions for horseplay with your friends and this fight outside of school, did you receive any other suspensions that you can remember?
A. I probably got in about, I want to say I got into like one real real fight at school that I got ten days for.
Q. What happened in that?
A. Me and this dude, we was playing in the cafeteria, and I had like grabbed him. And then like once I got to let him go, he got to falling to the ground. And once I grabbed him he got to saying I put him to sleep. So he was going around the school saying I put him to sleep. And the principal had heard him, and I think I believe I had another hearing for that. But I didn't even try to, but I just took the consequences, 'cause every time I did something they let my football coach know. So I have to keep up with my GPA and stuff to be on the football team. Because I think you had to have a 2.0 to play. So I was able to keep up my grades during football season.
Q. And then when you had suspensions or your expulsion did your football coach talk to you about it?
A. Yeah. I had to sit out games and stuff.
Q. How did that make you feel?
A. Bad, but I did it to myself.

Q. Would you say that playing football helped keep you motivated and focused at school?
A. Yeah, 'cause every weekday our coach did grade checks. I think if you had got two F's you couldn't play, or lower than a 2.O. So we had study halls during football season too every day before workouts.
Q. Were the study halls after school hours or during school hours?
A. After, with the football team.
Q. Were you able to get a lot of work done in those?
A. Yeah.
Q. Besides the horseplaying in the hall and the fight in school and then the one outside of school, any other reasons why you were suspended or expelled?
A. No.
Q. Did you receive any referrals for leaving class?
A. Yes.
Q. How often did that happen your freshman year, would you say?
A. Probably over ten times.
Q. How about your sophomore year? How many referrals for leaving class?
A. Probably over ten times.
Q. Over ten times?
A. Yeah.

Q. How about your junior year?
A. Junior year, it was probably over five.
Q. And did those referrals stop when you had remote school?
A. Yeah.
Q. Or did they continue?
A. I would think they did, because I didn't really get into trouble in school unless it was not doing the work on the computer. But the referrals, I walk out if I am having a hard time with the teacher like.

We just keep going back and forth before I, like the security guards, I remember my ninth grade year I was so upset that they cleared out the classroom because I didn't want to leave because I really feel like I didn't do nothing to just be getting sent out. But me and my Math teacher was going back and forth when they cleared out the classroom, and the security guards told me, like once they clear out the classroom, they allowed to do whatever they want to you to get you out the classroom.

So after that I didn't have, I didn't want the security guards to come get me. I just stepped out myself.
Q. Do you know if you had a behavioral plan as part of your IEP at school?

A. I believe so.
Q. Do you know what could have been in your behavioral plan?
A. No, ma'am.
Q. Mr. Lewis, have you ever had a concussion?
A. Yes.
Q. When was that?
A. My tenth grade year.
Q. How did it happen?
A. During football.
Q. Did you get any treatment for it?
A. I had went to the hospital and they had put me on bedrest, but that's all I remember.
Q. How long was the bedrest?
A. For a week. And I couldn't play in the next week game.
Q. Do you still have effects from that concussion?
A. I believe I do, because when it's too sunny it hurt my eyes. Or if it's too bright my eyes will get real watery and just automatically want to close, and it get to hurting my eyeballs and start going towards my head. So I just keep my eyes closed.
Q. Do you have any memory issues because of the concussion?
A. I don't believe so.
Q. Do you get any treatment for those effects that you

A. It was confidential.
Q. So you can't tell me any of the details of it?
A. That is what I was told. No.
Q. Do you know if the agreement is in writing yet?
A. I am not sure.
MS. HALLORAN: Erin, can he discuss on the record the terms or is it confidential?
MS. DIAZ: It is confidential.
MS. HALLORAN: We will follow up after.
MS. DIAZ: That's fine.
BY MS. HALLORAN:
Q. Mr. Lewis, you mentioned a couple different meetings that you have had with the school and KPS regarding your education, right?
A. Yeah.
Q. Did you ever have a meeting where your options for graduation were discussed?
A. Yes.
Q. Were you given the option to complete a fifth year of high school?
A. Yes.
Q. Were you given the option to attend summer school after your senior year?
A. No.
Q. Were you given the option for a remedial program?



A. I don't know what that is.
Q. Any other options that were given to you besides your normal classes that you have been enrolled in or your typical classes you have been enrolled in?
A. No. I know the fifth year I think they said that it was going to be -- George was saying like the fifth year they was going to be helping me. Like he was going to make sure they was going to be helping me with what I need.
Q. And did you elect to take that fifth year?
A. No.
Q. You chose to graduate, right?
A. Yes.
Q. Why didn't you take the fifth year?
A. 'Cause I didn't want to go back a fifth year and be embarrassed. Well, I feel like I was going to be embarrassed on not graduating with my class and not get the help that I needed.
How I was feeling at the time when I was on the meeting, 'cause that's when they had gave me them classes with like the 30 assignments, 'cause I chose to keep moving forward. But I had chose to move forward 'cause I was working so hard to graduate keeping up online, and I feel like they asked me when I was almost at the finish line, they just give up my credits and



stay a fifth year.
Q. Do you think staying a fifth year could have helped improve your reading skills?
A. Yes, because when I tried to go to college I had went to Arizona, I believe it was August 1st. And then it was, I think it was called Perigo [sic] Pumas. It was a JUCO for football, but they had us doing online from, it was basically how much money you want to pay. So I was fittin' to go to a college in Snow College. It was called Snow College. And when we had the meeting I didn't know what I wanted to study for or nothing like that.
So my friend was helping that had went. And then once he had chose out my classes and I was on the Zoom with the teacher, and when it came time for me to pronounce the classes I was in, I couldn't even pronounce the classes I was in.
So I feel like if I couldn't pronounce the classes I was in, how is I am going to keep up with the work? So I just went back home.
Q. But you were ultimately the one who chose to graduate in 2021, right?
A. Yes.
Q. And you just mentioned attempting college in Arizona.
A. Uh-huh (affirmative).



Q. It was that Snow College; is that right?
A. Yes. It was online. The college I was going to be attending was called Snow College, but I think the JUCO had they own thing going on.
Q. And JUCO, were you going to play football for them?
A. Yes.
Q. How did you get in contact with JUCO?
A. My friend.
Q. Tell me more about that.
A. JUCO is where like you got a low GPA and want to build up to get your GPA right, build scholarships to go to a bigger university.
Q. Did you want to play football in college?
A. Yes.
Q. Did you ever attend any football practices at JUCO?
A. Yes.
Q. How many?
A. Two weeks.
Q. How did it go?
A. It was going good.
Q. But you ultimately dropped out because of your issues registering at Snow; is that right?
A. Yes, ma'am.
Q. Were you recruited to play football at any other programs?

BY MS. HALLORAN:

Q. Miss Diaz just asked you about a job that you were hoping to get when you were in high school. What is that job that you were hoping to get when you were in high school?

A. I was hoping to continue doing EFE. I want to get into housing. I know it's different type of housing, like it's building, retail. I want to get into the building, then like the property and stuff. That's what I wanted to do in high school.

Q. What do you mean by the building?

A. Like it's different. People got they different parts with the house. Like somebody that's building it, or somebody that's just selling it.

In high school I was just focused on building houses and stuff like that. But now after I build something I want to be able to be the one selling it and property and stuff like that.

MS. HALLORAN: No further questions.

MS. DIAZ: Okay. All done.

MS. HALLORAN: We are off the record.

(At 2:00 p.m., deposition concluded.)

STATE OF MICHIGAN )
) SS
COUNTY OF KALAMAZOO )

I, certify that this transcript, consisting of 107 pages, is a complete, true, and correct record of the testimony of DONQUARION L.D. LEWIS, held in the case on March 5, 2024.

I also certify that prior to taking this deposition, DONQUARION L.D. LEWIS, was duly sworn to tell the truth.

Dated: 3-14-2024

______________________________

Carl M. DePerro, CSR-4284

My commission expires: 10-16-25

Errata Sheet

NAME OF CASE: D.L. vs MICHIGAN DEPARTMENT OF EDUCATION, Mag. Phillip J.

DATE OF DEPOSITION: 03/05/2024

NAME OF WITNESS: Donquarion Lewis

Reason Codes: 1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

Page ____ Line _____ Reason _____
From ___________________ to ___________________

Page ____ Line _____ Reason _____
From ___________________ to ___________________

Page ____ Line _____ Reason _____
From ___________________ to ___________________

Page ____ Line _____ Reason _____
From ___________________ to ___________________

Page ____ Line _____ Reason _____
From ___________________ to ___________________

Page ____ Line _____ Reason _____
From ___________________ to ___________________

Page ____ Line _____ Reason _____
From ___________________ to ___________________

Page ____ Line _____ Reason _____
From ___________________ to ___________________

____________________

DONQUARION LEWIS

CERTIFICATE OF WITNESS

I, DONQUARION LEWIS, the witness in the foregoing deposition, do hereby certify that I have read the deposition transcript of my testimony taken on _________________, 2024, and that subject to the corrections and clarifications attached hereto, it is a true and correct transcript of my testimony as given in the hereof entitled cause.

__________________________

WITNESS

__________________________

DATE

Subscribed and sworn to before me on
______________________

__________________________________

Notary Public in and for ___________ County.

My commission expires ______________.