# EXHIBIT I

**Kalamazoo Public Schools**
**1220 Howard Street**
**Kalamazoo, Michigan 49008-1871**
**Phone: 269-337-0161**

## INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT

| | | |
|---|---|---|
| **Date of IEP Team Meeting:** 10/12/2020 | **Date of IEP Offer of FAPE:** 10/12/2020 | **Date of Most Recent Evaluation IEP:** 01/24/2018 |
| **Student Name:** Donquarion Lamar De'andre Lewis | **Home Phone:** 269- | |
| **Student's Address:** , Kalamazoo | **State:** Michigan | **Zip Code:** 49009 |
| **County:** | **Resident District for Purpose of FAPE:** Kalamazoo | |
| **Student Primary Language:** | **Language in the Home:** English | |
| **Birthdate:**  02 | **Age:** 18-2 | **Grade:** Eleventh grade |

### PURPOSE

**Purpose of IEP Team Meeting:** Reevaluation    **Additional Purpose:** Transition

### PARTICIPANTS

- ☑ **Student:** Donquarion Lamar De'andre Lewis
- ☐ **General Ed Teacher:**
- ☑ **Special Ed Provider:** George Sachse
- ☑ **Eval Team Rep:** Lori Morcom
  (the individual who can interpret the instructional implications of evaluation results)
- ☐ Other/Title
- ☐ Other/Title

- ☑ **Parent/Guardian:** Barbara Lewis-McDonald
- ☐ **Parent/Guardian:**
- ☐ **School District Rep:**
- ☑ **Other/Title:** Mr Downing: Transition Specialist
- ☐ Other/Title
- ☐ Other/Title

These IEP Team members were absent, but submitted their input to the Team in writing:

**General Ed Teacher:** Mr. Ergang / Mrs Rudlaff: Earth Science    **School District Rep:**

### STUDENT PROFILE AND ELIGIBILITY

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**
Donquarion is a member of the KC varsity football and team and enjoys spending time with his teammates. Donquarion is excellent at communicating with his teachers through email and enjoys distance learning. He makes a strong attempt to complete his classwork.

**Parent/Guardian Concerns**
Mom is concerned that Donquarion has a tendency to fall behind on his classwork. She also wants to make sure he is receiving special education services.

**Current Evaluations**
DQ is currently in his 4th year at Kalamazoo Central; he has earned a total of 18.0 credits with an overall GPA of 1.29. The following is his current classroom performance based on published work by teachers: Algebra 2B Part 1- (61%), BiologyA - Earth ScienceA - (26%), US Gov & PoliticsA - (48%), African World Studies (50%). It appears that DQ's performance is being impacted by a lack of attendance, and missing assignments.

NWEA: (spring 2018) Math RIT score - 209, 15th percentile; (fall 2017) Reading RIT score - 191, 7th percentile. Scholastic Reading Inventory (Strategic Reading): 11/16/17 lexile score - 596 (an increase of 7 points), proficient for 3rd grade level. English 9-A Pre-Assessment (9/6/17): 10.34%, Far Below Basic Performance; English 9-A Post-Assessment (11/29/17): 64.18%, Below Basic Performance; English 9-B Pre-Assessment (12/4/17):14.29%, Far Below Basic Performance;
Biology-A Common Growth Post-Assessment (11/30/17): 27.87%, Far Below Basic Performance

Based on **1)** Donquarion's current functioning, **2)** the most recent evaluation findings and **3)** any additional assessment information, does the IEP Team determine that this student has a disability that requires special education programs/services?

PLAINTIFFS 00005978

☑ Yes, Donquarion is **eligible** for special education

**Primary Disability**
Specific Learning Disability

**Qualifying Criteria**
Reading Fluency

**Qualifying Criteria**
Mathematics Problem solving

PLAINTIFFS 00005979

**Student Name:** Donquarion Lamar De'andre Lewis                                                     **IEP Date:** 10/12/2020

## Secondary Transition Considerations

| Transition Assessments Completed: | | Date of Most Recent Assessment: 10/12/2020 |
|---|---|---|
| Assessments | Student/Parent Input | School Observation Data |
| ESTR-j Revised (10/12/2021) | Student Interview | Progress on previous goals and objectives<br>Credit Audit- by counselor<br>Current Grades- reported from eSchool<br>Attendance Reports<br>Discipline Records<br>Teacher Input Form- completed by general education teacher<br>Informal Observation |

**Date of Educational Development Plan (EDP):** 10/12/2020

**If student did not attend IEP, describe steps taken to ensure consideration of student's preferences/vision:**
Interviewed and completed ESTR-j Revised with Donquarion.

## Student's Post-Secondary Vision and Transition Activities

**Career/Employment:** As an adult, what kind of work will you do?
After finishing school, Donquarion will attend a vocational program that provides training in construction.

**Career/Employment Assessment Results:** Present level assessment related to this vision statement.
Donquarion demonstrates an understanding of factors that influence job retention, dismissal, and promotion. Donquarion would continue to benefit from researching the various levels of training and schooling needed to pursue a specific career in home construction specifically plumbing and electrical. Donquarion did take and successfully complete 2/3 trimesters of construction trades EFE class as a junior at KC. When given the ESTR-j Revised in October 2020, Donquarion scored 77% on the Employment subsection of the survey. This is a lower score than last years 92%. Donquarion needs to improve his punctuality and attendance to classes to arrive on time consistently.

**Is there a need for activities or services for Career/Employment?** ☒ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Instruction | Donquarion will will research Home Construction (Plumbing and/or Electrical) programs offered in the area to help him narrow down choices for which trade to pursue (plumbing, carpentry, etc.) | Donquarion and Family Guidance Counselor | 10/12/2021 |
| Adult Living | Donquarion will research various careers that are available in home construction to help identify possible future career options. | Donquarion and Family Guidance Counselor | 10/12/2021 |

**Post-Secondary Education/Training:** After leaving school, what additional education and training will you do?
After finishing school, Donquarion will attend either KVCC or MCTI to study home construction.

**Post-Secondary Education/Training Assessment Results:** Present level assessment related to this vision statement.
Donquarion continues to demonstrate self awareness and self confidence. Donquarion would continue to benefit from researching the application process for various colleges and/or trade schools in the area. He would also benefit from gaining an understanding of the cost of various post secondary options available to him. When given the ESTR-j revised in October 2020, Donquarion scored 63% on the Post Secondary Education subsection of the survey. This is an increase over last years score of 50%.

**Is there a need for activities or services for Post-Secondary Education/Training?** ☒ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Instruction | Donquarion will research the | Donquarion and Family | 10/12/2021 |

PLAINTIFFS 00005980

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| | various costs involved for Post Secondary Education options he is interested in and what will be covered by the Kalamazoo Promise. | Guidance Counselor | |
| Instruction | Donquarion will research MCTI in Plainwell to become familiar with the various programs offered and admission requirements. | Donquarion and Family Guidance Counselor | 10/12/2021 |
| Instruction | Donqaurion will research what colleges and/or universities in Michigan that offer degrees involving Construction and/or a related field. | Donquarion and Family Guidance Counselor | 10/12/2021 |

**Adult Living:** As an adult, what kind of living arrangements will you have?
After finishing school, Donquarion will live in an apartment with a roommate.

**Adult Living Assessment Results:** Present level assessment related to this vision statement.
When given the ESTR-j revised in October 2020, Donquarion scored 87% on the Home Living subsection of the survey. This is a slight decrease of last years score of 92%. Donquarion is adept at using a cell phone, helping around the house, completing laundry and basic cooking, minor first aid, and several other adult daily living chores. Donquarion will need to improve his ability to demonstrate qualities of a good citizen by consistently obeying school rules and local laws. Donquarion will also need to improve his understanding and comfort with a checking and savings account.

**Is there a need for activities or services for Adult Living?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Adult Living | Donqaurion will research various banks in the area to gain knowledge on how to open both a checking and savings account | Donquarion and Family | 10/12/2021 |

**Community Participation:** As an adult, how will you want to be involved in your community?
After finishing school, Donquarion will continue to be involved in the community in a variety of ways such as shopping, eating out, driving, attending school, and driving.

**Community Participation Assessment Results:** Present level assessment related to this vision statement.
When given the ESTR-j revised in October 2020, Donquarion again scored 43% on the Community Participation subsection of the survey. This is a similar score to last years score of 43%. Donquarion is able to get around and use relevant resources in the community. Donquarion also understands cost savings techniques. Donquarion needs to improve his consistent demonstration of having appropriate social behaviors in the community, developing a realistic plan to address post secondary housing needs, understanding large purchase options, and basic insurance needs. Donquarion continues to need to take drivers training classes to obtain his drivers license as well.

**Is there a need for activities or services for Community Participation?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Community Experiences | Donquarion will research various insurance agencies in the area and price out how much basic insurance costs. | Donquarion and Family | 10/12/2021 |
| Community Experiences | Donqaurion will look into driver's training and research the cost. | Donquarion and Family | 10/12/2021 |

| Course of Study |
|---|

PLAINTIFFS 00005981

**Describe how the student's course of study aligns with the postsecondary vision:**
Donquarion is currently on the MMC track to graduation. He is enrolled in courses that are required for high school graduation.

**Check Only One:**
- ☑ Michigan Merit Curriculum leading to a high school diploma.
- ☐ Course of Study leading to Certificate of Completion

Is Donquarion expected to graduate with a Regular Diploma during this IEP year? ☐ Yes ☑ No

Will Donquarion complete age eligibility for Special Education services? ☐ Yes ☑ No

## Community Agency Involvement

Was there a need to invite a community agency representative likely to provide current or future services? ☐ Yes ☑ No
Please provide a rationale for determining that there is no need to invite a community agency:
Did parent invite a community agency representative? ☐

## Parental Rights and Age of Majority

Check only one:
- ☑ The student has turned age 18 and the student and parent were informed of parental rights that were transferred to the student at age 18, including the right to invite a support person such as a parent, advocate, or friend.

PLAINTIFFS 00005982

**Student Name:** Donquarion Lamar De'andre Lewis　　　　　　　　　　　　　　　　　　**IEP Date:** 10/12/2020

## PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Progress on most recent goals and objectives?

Regarding Donquarion's reading goal, he is making efforts at improving his reading fluency and comprehension skills, however, his progress is limited due to a lack of consistent assignment completion and attendance to virtual classes. He is not currently enrolled in an English class however, he is taking Government, Biology, Earth Science, and African World Studies. All classes that involve reading for understanding which he is struggling to complete assignments in a timely manner. Donquarion is enrolled in Algebra 2B class in which he is working on his math problem solving goals. He currently has a 57% average in is Algebra class. He is averaging 51% on assignments, 63% on homework, 62% on quizzes, and 56% on assessments. Regarding his self advocacy and work completion goals, Donquarion continues to struggle to complete assignments in a timely manner. He does reach out for assistance and ask questions via email.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Reading | Comprehension | ☑ |

**Data Sources and Description of Need**
The following academic data was reported: NWEA: (fall 2017) Reading RIT score - 191, 7th percentile. Scholastic Reading Inventory (Strategic Reading): 11/16/17 lexile score - 596 (an increase of 7 points), proficient for 3rd grade level. English 9-A Pre-Assessment (9/6/17): 10.34%, Far Below Basic Performance; English 9-A Post-Assessment (11/29/17): 64.18%, Below Basic Performance; English 9-B Pre-Assessment (12/4/17):14.29%, Far Below Basic Performance;
Biology-A Common Growth Post-Assessment (11/30/17): 27.87%, Far Below Basic Performance

**Adverse Impact**
Donquarion has a disability that negatively affects his education and reading comprehension skills. These struggles make success in the general education setting unlikely without additional assistance. Donquarion will benefit from placement in team taught classes, extended time on assignments and assessments as well as reduced requirements in highly repetitive assignments.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Mathematics | Math Problem Solving | ☑ |

**Data Sources and Description of Need**
The following academic data was reported:
NWEA: (spring 2018) Math RIT score - 209, 15th percentile.

11th grade (2019-20)
Algebra 2A Part 1 - Pre-Assessment (9/6/19): 33.33%, Far Below Basic Performance
Algebra 2a Part 1- Final Exam (11/21/19): 50%; (3/10/20): 60.61%, Below Basic Performance

**Adverse Impact**
Donquarion struggles with concepts and problem solving skills in his math classes. These struggles make success in the general education setting unlikely without additional assistance. Donquarion will benefit from placement in team taught math classes, extended time on assignments and assessments as well as reduced requirements in highly repetitive assignments.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Socio-Emotional/Behavioral | Work Completion | ☑ |

**Data Sources and Description of Need**
Current data is as follows:
Algebra 2B part 1: 16/21= 76%
Biology A: 7/15 assignments complete = 47%
Earth Science A: 9/15 assignments complete = 60%
Government and Politics A: 14/14 assignments complete = 100%
African World Studies: 7/10 assignments complete = 70%
Total % of assignments complete in all classes = 71%

**Adverse Impact**
Due to Donquarion's disability, he continues to need support in the general education curriculum to be successful. He continues to need co-taught classes for support and daily check ins with a caseload teacher or school staff.

PLAINTIFFS 00005983

**Student Name:** Donquarion Lamar De'andre Lewis  **IEP Date:** 10/12/2020

## SPECIAL FACTORS, SUPPLEMENTARY AIDS AND ASSESSMENTS

Supports and Modifications to the Environment, Behavior Training Needs, Social Interaction Supports for the Student, Health-Related Needs, Physical Needs, Transition aids and supports are provided to enable the student:
- To advance appropriately toward attaining the annual goals.
- To be involved and progress in the general education curriculum and to participate in extra-curricular and other nonacademic activities.
- To be educated and participate in activities with other students with disabilities and nondisabled students.

Explain the extent, if any, to which the student will not participate with nondisabled students:
Donquarion will participate with non-disabled students at all times throughout the school day.

The IEP team must consider the following areas of need for each student.

For the areas of need below, does Donquarion Lamar De'andre Lewis require supports and/or services due to?

- ☐ Yes ☒ No  Communication needs
- ☐ Yes ☒ No  Need for assistive technology devices and services.

The IEP team must consider the following for the student, as appropriate.

- ☒ The use of positive behavioral interventions and supports, and other strategies, to address behavior because the student has behavior that impedes his or her learning or the learning of others.
- ☐ The language needs of the student because the student has limited English proficiency.
- ☐ Braille instruction because the student is blind or visually impaired.
- ☐ The mode of language and communication because the student is deaf or hard of hearing.

☒ Supplementary aids and services are needed at this time.

| Supplementary Aids/Program Modifications/Support for School Personnel | Frequency/Timeline/Conditions | Location |
|---|---|---|
| Extended time to complete classroom and homework assignments and/or projects. | All content areas- time and a half when using time wisely in the classroom | In all academic classes. |
| Tests and Quizzes given in a small group setting with extended time. | Provided daily in all classes. | In all academic classes. |
| Tests and Quizzes read aloud. | Provided daily in all classes. | In all academic classes. |
| Preferential Seating (away from distraction) | Provided daily in all classes. | In all academic classes. |
| Shortened/accommodated assignments and/or assessments | Provided daily in all classes. | In all academic classes. |
| Due to COVID-19, a Contingency Learning Plan will be developed in collaboration with the family, in the event that the district moves into a school closure or if the district/parent chooses a virtual/distance learning option. | The CLP will be implemented during the duration of the school closure or due to district/parent choice. | Home/Residency (in most cases) |

## STATE ASSESSMENTS

| | |
|---|---|
| Are state assessments required for the grade level(s) covered by this IEP? | ☒ Yes ☐ No |
| To participate in the state assessment(s), will Donquarion require accommodations and/or alternative assessments? | ☒ Yes ☐ No |
| Does Donquarion need to take an alternate assessment instead of a particular state assessment? | ☐ Yes ☒ No |

PLAINTIFFS 00005984

**Student Name:** Donquarion Lamar De'andre Lewis  **IEP Date:** 10/12/2020

## ACCOMMODATIONS AND ALTERNATE ASSESSMENT

For the listed state and district assessments, the IEP Team has determined that the following accommodations and/or alternative assessments are needed for Donquarion to participate:

| Assessment | Subtest | Time/Schedule | Setting | Presentation | Response |
|---|---|---|---|---|---|
| MI State-wide Assessment | English Language Arts (Gr 3-8) | TA - Extended time (M-STEP) | U - Individually or in small group (M-STEP/MI-Access/WIDA) | | |
| MI State-wide Assessment | Mathematics (Gr 3-8) | TA - Extended time (M-STEP) | U - Individually or in small group (M-STEP/MI-Access/WIDA) | | |
| MI State-wide Assessment | Science (Gr. 5, 8 & 11) | TA - Extended time (M-STEP) | U - Individually or in small group (M-STEP/MI-Access/WIDA) | | |
| MI State-wide Assessment | Social Studies (Gr 5,8 &11) | TA - Extended time (M-STEP) | U - Individually or in small group (M-STEP/MI-Access/WIDA) | | |
| MI State-wide Assessment | Work Skills (Grade 11) | TA - Extended time (M-STEP) | U - Individually or in small group (M-STEP/MI-Access/WIDA) | | |
| SAT | | Extended time | Small group setting | | |

Additional Information:

PLAINTIFFS 00005985

**Student Name:** Donquarion Lamar De'andre Lewis        **IEP Date:** 10/12/2020

# GOALS AND OBJECTIVES

**Area of Need:** Reading        **Subarea:** Comprehension

**Annual Goal:**
By October 2021, Donquarion will progress from reading a grade appropriate text and providing a summary that includes 2 details to reading various genres of narrative, and informational texts at grade level and use comprehension strategies to identify 4-6 important key details, make connections, and inferences with 80% accuracy as measured by grade level assessments and student work samples.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By October 2021, Donquarion will read various genres of narrative and informational texts at grade level and identify the main idea and key concepts by using comprehension strategies with 80% accuracy. | 80% | Teacher Observations Classroom Assignments Teacher made assessments Observations/Anecdotal Records | Per trimester |
| 2 | By October 2021, Donquarion will read various genres of narrative and informational texts at grade level and make text to self, text to text, and text to world connections by using various comprehension strategies with 80% accuracy. | 80% | Teacher Observations Classroom Assignments Teacher made assessments Observations/Anecdotal Records | Per trimester |
| 3 | By October 2021, Donquarion will read various genres of narrative and informational texts at grade level and make inferences using various comprehension strategies with 80% accuracy. | 80% | Teacher Observations Classroom Assignments Teacher made assessments Observations/Anecdotal Records | Per trimester |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, General Education Teacher

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

PLAINTIFFS 00005986

**Student Name:** Donquarion Lamar De'andre Lewis                                    **IEP Date:** 10/12/2020

## GOALS AND OBJECTIVES

**Area of Need:** Mathematics                      **Subarea:** Math Problem Solving

**Annual Goal:**
By October, 2021, Donquarion will improve his ability to solve for a variable using one to two steps to demonstrating the ability to accurately graph and write linear equations from 59% to 75% accuracy as measured by in class assignments, district assessments, and informal teacher observations.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|
| 1 | Donquarion will utilize algebraic functions that include linear, quadratic, and exponential properties with 75% accuracy. | 75% | Teacher Observations Classroom Assignments Teacher made assessments | Per Trimester |
| 2 | Donquarion will solve problems using algebraic reasoning that include sequences, transformations, logarithms, and inverses with 75% accuracy. | 75% | Teacher Observations Classroom Assignments Teacher made assessments | Per Trimester |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

**Staff Responsible for Goal:** SE Teacher, General Education Teacher

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

PLAINTIFFS 00005987

**Student Name:** Donquarion Lamar De'andre Lewis  **IEP Date:** 10/12/2020

## GOALS AND OBJECTIVES

**Area of Need:** Socio-Emotional/Behavioral   **Subarea:** Work Completion

**Annual Goal:**
By October, 2021, when presented with an assignment, Donquarion will demonstrate the career and employability skill of personal responsibility by improving his school / work task completion of all classes averaged together from a current 71% to an 85% in all of his enrolled courses as demonstrated by documented teacher observation and detailed grade reports.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | Donquarion will complete assignments in class and turn them in 85% of the time. | 85% | Observations/Anecdotal Records | Per Trimester |
| 2 | Donquarion will complete homework assignments and turn them in 85% of the time. | 85% | Observations/Anecdotal Records | Per Trimester |
| 3 | | | | |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, General Education Teacher

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

PLAINTIFFS 00005988

**Student Name:** Donquarion Lamar De'andre Lewis  **IEP Date:** 10/12/2020

## Programs and Services

Related Services with General Education and/or Special Education Programs
**Direct Service:** the primary mode of service is directly working with the student. There may be occasional consultation with others.
**Consultative Service:** the primary mode of service is working with the teacher(s) and others having daily contact with the student. Direct work with the student is occasional

| Current IEP Year: From Date 10/12/2020 | To Date: 10/11/2021 |
|---|---|
| School Year: 2020-21 | School Year: 2021-22 |
| Grade: Eleventh grade | Grade: |

| Related Services | Start Date | End Date | Service Mode | Minutes | | Sessions | | Frequency | Setting within Location |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Low Min. | High Min. | Low Number | High Number | | |

| Programs | Depart-mentalized | Start Date | End Date | Bldg/Location | SE | | GE | | Total | Frequency |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low Min | High Min | Low Min | High Min | Min | |
| Elementary or Secondary-Level Resource Program | ☑ Y ☐ N | 10/12/2020 | 06/11/2021 | Kalamazoo Central High School | 50 | | | 1835 | 1885 | Week |
| Elementary or Secondary-Level Resource Program | ☑ Y ☐ N | 08/30/2021 | 10/11/2021 | Transition Services | 540 | | 0 | | 540 | Week |

Does the student require a reduced day? ☐ Yes ☑ No

PLAINTIFFS 00005989

**Student Name:** Donquarion Lamar De'andre Lewis    **IEP Date:** 10/12/2020

## OTHER CONSIDERATIONS

**TRANSPORTATION PROVISIONS**

Has the IEP Team determined that Donquarion requires **special transportation?**

☑ No, transportation is not required or general education transportation is sufficient to meet Donquarion's needs.

**EXTENDED SCHOOL YEAR**

☑ The IEP Team has considered the anticipated needs of this student including the need for extended school year (ESY) services
☐ ESY services are needed

**ANTICIPATED NEEDS AND OTHER COMMENTS**

Other Comments related to this IEP:
None

PLAINTIFFS 00005990