# EXHIBIT J



**Kalamazoo Public Schools**

Every child, every opportunity, every time!

Kalamazoo Central High School
2432 N. Drake Rd.
Kalamazoo, MI 49006
269 337-0300

4/15/2021

Dear Parents/ Guardians:

This is a letter to inform you which classes, **Donquarion Lewis** still need to meet the Michigan and KPS graduation requirements. After updating your students audit form, the following classes listed below must be **completed and passed with a minimum of 26 credits** to graduate with the Class of 2021 in June.

Seniors who have not completed graduation requirements will not be allowed to participate in graduation commencement. A senior who lacks the necessary credits and classes may attend summer school, or Grad point to receive his/ her diploma in August 2021. If a student is still lacking necessary graduation requirements after August, he/she maybe required to come back for a 5th year of high school.

**Current credits**        **Credits needed**
22.5                       3.5

**Classes Needed:**
**Eng 12B, Lit thru films, Gov B, Forensics B, Alg II B pt II, 1.0 credit in After school grad point.**

Please, contact teachers and check Home Access center through our KPS website to receive updated grade information. We also offer after school tutoring throughout the year.

If you have any questions or concerns, please feel free to contact me. My contact information is below.

Sincerely,

Kelly Fullerton
KCHS Grades 9-12 (L-R)
Class of 2023 advisor
(269) 337-0330 x 333
Main/Counseling office
fullertonkr@kalamazoopublicschools.net

To make an appointment;tinyurl.com/kcfullertonk

**Kalamazoo Public Schools**

Every child, every opportunity, every time!

Kalamazoo Central High School
2432 N. Drake Rd.
Kalamazoo, MI 49006
269 337-0300

1-4-21

Dear Parents/ Guardians:

This is a letter to inform you which classes, **DQ Lewis** still need to meet the required Michigan and KPS graduation requirements. After updating your students audit form, the following classes listed below must be completed and passed with a minimum of 26 credits to graduate with the class of 2021 in June.

Students can earn 7.5 credits throughout the school year with us. Additional credit maybe required through one of the following programs Grad point (after school), Y.O.U (downtown), EFE/EFA, summer school, or Phoenix High school.

**English 11A and 12**
**Alg II B pts I & II**
**Biology A + Forensic science**
**Economics**
**Gov B, and US History B**
**Visual Performing arts (1.0)**

Please, contact teachers and check Home Access center through our KPS website to receive updated grade information.

If you have any questions or concerns my contact information is below

Sincerely,

*K. Fullerton*

Kelly Fullerton
KCHS Grades 9-12 (L-R)
Counseling Dept. Chair & Class of 2023 advisor
(269) 337-0330 x 333
fullertonkr@kalamazoopublicschools.net

Office Hours:
Mon/Thurs- 1:00-1:30 & 3:25-4:00