# EXHIBIT K

CONFIDENTIAL

**From:**     Donquarion Lewis (Grade 12) ██████████ @kalamazoopublicschools.net>
**Sent:**     Thursday, June 3, 2021 1:59 PM
**To:**       George Sachse
**Cc:**       Kelly Fullerton
**Subject:**  Re:

Yess Thank you!

On Thu, Jun 3, 2021 at 1:57 PM George Sachse <sachsegm@kalamazoopublicschools.net> wrote:
  Congratulations DQ!!!  Thank you for informing me Mrs Fullerton.

  On Thu, Jun 3, 2021 at 12:27 PM Kelly Fullerton <fullertonkr@kalamazoopublicschools.net> wrote:
    Congratulations, you have completed your graduation requirements.  See you tonight!!! Very proud of you!!!

    Take care, and stay safe
    Ms. Fullerton

    Kelly Fullerton
    KCHS  Grades 9-12 ( L-R)
    Counseling Dept. Chair & Class of 2023 advisor
    (269) 337-0330 x 333
    fullertonkr@kalamazoopublicschools.net
    To make an appointment: tinyurl.com/kcfullertonk

    Office Hours:
    Wednesday: 2:50-3:30

     meet.google.com/sfn-rfeu-ntb

    Visit our virtual office

    On Wed, Jun 2, 2021 at 10:44 AM Donquarion Lewis (Grade 12) ██████████ @kalamazoopublicschools.net>
    wrote:
      Hey ms.Fullerton I was trying to see like where I'm at and is I'm graduating ? I had passed all 5 of my last classes but
      it's the grad point I'm struggling with but almost finishing it

1

CONFIDENTIAL

PLAINTIFFS 00001343

CONFIDENTIAL

# EDP / GRADUATION AUDIT
## ~ Sophomore 5.5 cr. ~ Junior 13 cr. ~ Senior 18.5 cr. ~ Graduation 26 cr. ~

**Student Name:** D.Q. Lewis   **ID#** ▮▮▮▮▮   **Current Grade:** 9  10  11  12  12+   **Class of 20** 2▮

**Student Phone/Email:** _____

**Parent Phone/Email:** _____

**Post-Secondary plan:** Trade School / 2 year course   **Career Interests:** Construction Trade

*The courses you have taken AND passed are checked below. The courses that are on your schedule this year are highlighted*

| | | 9th | 10th | 11th | 12th |
|---|---|---|---|---|---|
| **ENGLISH** Done | 4 | ☑Eng. 9 A<br>☑Eng. 9 B<br>☐Honors 9A<br>☐Honors 9B<br>☐☐ESL<br><br>☐ATYP:____ | ☑Eng. 10 A<br>☑Eng. 10 B<br>☐Honors 10A<br>☐Honors 10B<br>☐☐ESL<br><br>☐ATYP:____ | ☑Eng. 11A<br>☑Eng. 11B<br>☐Honors 11A<br>☐Honors 11B<br><br>☐☐☐AP | ☑English 12<br>☐College English<br>☐☐AP Literature & Comp<br>☐☐AP Lang & Comp<br>**English Electives:**<br>☐____ ☐____<br>☐ |
| **MATH** One | 4 | ☑Algebra I A<br>☑Algebra I B<br>☑Algebra I C<br><br>☐Geometry A<br>☐Geometry B<br><br>☐KAMSC☐ | ☐Geometry A<br>☐Geometry B<br><br>☐Algebra II A<br>☐Algebra II B<br><br>☐KAMSC☐ | ☑Algebra II A P+I<br>☑Algebra II B P+II<br><br>☐Pre-Calculus A<br>☐Pre-Calculus B<br><br>☐KAMSC☐ | ☑☐Pre-Calculus<br>☑☐Alg II B extended<br>☐☐☐AP Calculus<br>☐☐☐AP Statistics<br><br>☐KAMSC |
| **SCIENCE** One | 3 | ☐Biology A (PE)<br>☑Biology B<br><br>☐KAMSC | ☑☐ Earth A<br>☐☐____<br>☐KAMSC | ☑☑ Forensics<br>☐☐____<br>☐KAMSC | **Science Electives:**<br>☑Construction☐ Trade<br>☐☐<br>☐☐<br>☐KAMSC |
| **SOCIAL STUDIES** One | 4 | ☑World History A<br>☐World History B | ☑U.S. History A<br>☑U.S. History B<br>☐☐☐AP U.S. Hist. | ☑Government A<br>☑Government B<br>☐☑AP Govt.<br>☑Economics | **Social Studies Electives:**<br>☑African Wld Studies<br>☐<br>☐ |
| **OTHER REQUIRED CLASSES** One | | **Physical Education**<br>☐Marching Band<br>☐Dance class<br>☑HL Physical Activity<br>☐HL Aquatics | **Visual performing arts**<br>☑☐ Basic design<br>☑☐ Drawing | **College Readiness**<br>☑College Readiness or<br>☐20-Hour Online Verified:<br>____<br>☐MME REQUIREMENT<br>Completion of ALL components of the Michigan Merit Exam is required for graduation. | **Electives:**<br>☑Health<br>☑Computer App<br>☐ Earth A   Bio B<br>☐ Lit thru film   Art Hist<br>(2nd Wld language |

| **EDP REVIEW** | **World Language** Done |
|---|---|
| Date   Total Credits<br>__/__/__ ___<br>__/__/__ ___ | Spanish       French<br>☑☑Spanish I   ☐☐French I   ☐☐☐Chinese I<br>☐☐Spanish II   ☐☐French II   ☐☐☐Chinese II<br>☐☐☐Spanish III  ☐☐French III<br>☐☐☐AP   ☐☐☐AP   ☐☐☐Chinese III |

**Notes...**
**World Language**
Classes 2018-2024 can substitute (1.0) credit of World language for a Visual Performing Arts or any EFE course

**Total Credits:** 26

**Counselor:** K. Fuller

**Graduation Date:** 6/3/21   **Dean:** B. Lokes

Counselor Copy

CONFIDENTIAL

PLAINTIFFS 00001344