# EXHIBIT L



# Request for a State Complaint Investigation

Parents and other individuals and organizations may file a complaint if they believe a school district or other educational agency has violated one or more requirements of the **Michigan Administrative Rules for Special Education, Michigan special education law, or the Individuals with Disabilities Education Act.**

**Author:** Michigan Department of Education, Office of Special Education
**Last updated:** 10/15/18

*Note: This document was updated to comply with Michigan Department of Education standards for accessibility. No other content changes were made.*

## Person filing the complaint

George White
Name

4022 Rockwood Dr.
Address

Kalamazoo Mi 49004
City/State/Zip

269-929-6137
Telephone

gwhiteknan@yahoo.com
Email

Complainant's relationship to student:

☐ Parent   ☐ Citizen   ☐ Attorney   ■ Advocate   ☐ Self

## The public agency the complaint is against

Kalamazoo Public School District
Name of Public Agency

Michigan Department of Education, Office of Special Education         Page 1

CONFIDENTIAL



## The student involved (required if the alleged violation is regarding a specific student)

Donquarion Lewis

Name of Student

█████ 02

Date of Birth (optional)

████████████████

Home Address (include if different from above; if homeless, include other contact information)

Kalamazoo Michigan 49009

City/State/Zip

Kalamazoo Central High School

Name of School Student is Attending

## Allegations

Number and list each alleged violation separately. Describe the alleged violation and specific facts related to the alleged violation. If possible, include names, dates, and locations. Additional pages may be attached if needed.

Donquarion has been diagnosed with a specific learning disability in reading fluency and math. Donquarion does not have a compensatory education plan, in addition to his regular programming to help him achieve academic functional independence. SLD was approved 02/10/2015 and in 6 years IEP has not met the criteria for a Standards Based IEP. Extended Grade Level Content Expectation to strenghthen

## Proposed Resolution

Proposed resolution of the problem, if the alleged violation is regarding a specific student, to the extent known and available at the time the complaint is filed. This section is optional.

**CONFIDENTIAL**

Allegations

reading and math weaknesses as a component of multi-tiered systems and supports was not implemented. Reuquiyah Saunders when confronted insists that the district is under no obligation to provide EGLCE tutoring to remedy reading and math deficiencies. See enclosed email.

As a result of negligence on the part of KPS, Donquarion is scheduled to graduate functionally illiterate. KPS has violated Donquarion's right to a Free and Appropriate Public Education.

**CONFIDENTIAL**

PLAINTIFFS 00000003



## Submit Form

This state complaint investigation request must be signed and mailed or faxed to the OSE.

Michigan Department of Education
Office of Special Education
608 West Allegan
P.O. Box 30008
Lansing, MI 48909
Fax 517-241-7141

_George White_     1-25-21
Signature (required)     Date

If the person filing the complaint is not the student's parent, or if the student has reached the age of majority (18 in Michigan), this state complaint investigation request should include a consent for the release of information to the complainant, signed by the student's parent or the student if age 18 or older, before any information will be shared with the complainant. If authorization for release of information is not provided, then no information will be shared with the complainant subsequent to the issuance of this office's final decision in this matter.