# EXHIBIT M



OFFICE OF SPECIAL EDUCATION
SPECIAL EDUCATION COMPLAINT INVESTIGATION REPORT

**Complainant:**
George White
4022 Rockwood Drive
Kalamazoo, MI 49004

**Case Number:** 21-0004

**Public Agency:**
Michigan Department of Education
Office of Special Education
Rebecca McIntyre, Supervisor
Program Accountability
608 West Allegan
PO Box 30008
Lansing, MI 48909

**COMPLAINT DECISION**

**District:**
Rita Raichoudhuri, District Superintendent
Kalamazoo Public Schools
1220 Howard St
Kalamazoo, MI 49008-1882

**Case Manager:**
Gina Birnbaum

**Date of Decision:**
March 23, 2021

On January 27, 2021, the Michigan Department of Education, Office of Special Education (OSE) received a special education complaint filed by George White (Complainant) on behalf of Donquarion Lewis. The complaint alleged that the Kalamazoo Public Schools (District), which is under the jurisdiction of the Michigan Department of Education (MDE), violated the Individuals with Disabilities Education Act (IDEA) and the Michigan Administrative Rules for Special Education (MARSE).

Complaints may be filed by any individual or organization, in accordance with 34 CFR §300.153. The Complainant in this matter is a third party. A release of information from the Student's parent was submitted; therefore, the OSE was able to communicate directly with the third party during the investigation of this complaint.

Pursuant to the Code of Federal Regulations 34 CFR §§300.151 through 300.153 implementing the IDEA, the OSE conducted an investigation into the allegations in this complaint. Consistent with the IDEA and Federal Regulations, and the MARSE, the MDE issues the following Findings of Fact, Conclusions and Decision.

**Complaint Issues:**
1. Whether the District provided the Student a free appropriate public education (FAPE) pursuant to 34 CFR §§300.17 and 300.101. Specifically:
    i. Whether the District developed an individualized education program (IEP) to address the Student's unique educational needs and enable the Student to be involved in and make progress in the general curriculum, pursuant to 34 CFR §§300.320, 300.324, and R 340.1721e.

**Investigatory Process:**
Documents reviewed include:
   The original state complaint document
   Documentation provided by the Complainant
   Documentation and educational records submitted by the District

The following provided information via an interview or questionnaire:
   Complainant
   Student
   Special education case manager
   Special education teacher consultant
   General education teachers

The OSE provided the District and Complainant the opportunity to submit additional information for consideration during the investigation of this complaint.

**Applicable Federal Regulations or State Rules:**

| | |
|---|---|
| 34 CFR §300.320 | Definition of Individualized Education Program |
| 34 CFR §300.324 | Development, review, revision of Individualized Education Programs |
| R 340.1721e | Individualized education program |

**Relevant Time Period:**
Pursuant to 34 CFR §300.153(c), the OSE has the authority to investigate allegations of violations that occurred not more than one year from the date the complaint was received. In light of this limitation, the investigation will be limited to the period of time from January 28, 2020 to January 27, 2021 for the purpose of determining if a violation of the IDEA and/or the MARSE occurred. However, records beyond this timeframe may be reviewed for the purpose of developing a complete record for the student.

**Findings of Fact:**
1. As of the filing of this complaint, the Student was an 18-year-old twelfth grader who was eligible for special education and related services as a student with a specific learning disability in the areas of reading fluency and mathematics problem solving.
2. The complainant provided a release of information signed by the Student, dated January 30, 2021.
3. The state complaint included the following allegations:
    i. The Student did not have a compensatory education plan.
    ii. The IEP was not standards based.
    iii. Extended grade level content expectations, as a component of a multi-tiered system of supports, and tutoring were not utilized.

iv. The Student was denied a FAPE.
4. The District provided a learning plan instructional tracking log for the period of time in which the Governor had closed the schools in the spring of 2020. These records included in relevant part;
   i. During the month of April, the special education case manager checked in with the Student via email and phone calls on five occasions. The notes indicated the Student was completing assignments and making progress in all classes to obtain credit for the final trimester.
   ii. During the month of May, the special education case manager checked in with the Student via email and phone calls on three occasions. The case manager had reached out to both the Student and the Parent regarding missing assignments. On May 29, the log indicated that the case manager had emailed the Student and stated the Student would not receive credit for the trimester, unless a good faith effort was provided and work completed.
   iii. During the month of June, the special education case manager checked in with the Student via email and phone calls on two occasions. The final email, dated June 8, 2021, indicated that the Student would not receive credit in science due to missing assignments; however the Student still had time to complete missing work, in order to obtain credit.
5. Virtual instruction with synchronous co-taught classes began in the Fall of 2020 and has remained the instructional model for the duration of the 2020-2021 school year.
6. The most recent review of existing evaluation data and evaluation plan was completed September 28, 2020. Participants included the special education provider, general education provider, District representative, evaluation team representative, and transition coordinator. The following information was reviewed:
   i. The Student initially qualified for special education services as a student with a speech and language impairment and received services as a preschooler.
   ii. Information provided in the complaint indicates that the student's eligibility was changed from speech and language impaired to specific learning disability in 2012.
   iii. The previous reevaluation in January 2018, when the Student was in ninth grade, continued eligibility but as a student with a specific learning disability, in the areas of reading fluency and math problem solving, with no additional testing needed.
   iv. Previous evaluation team findings from achievement assessments in 2015 included:
      a. Math problem solving: 13th percentile
      b. Numerical operations: 7th percentile
      c. Overall reading ability: 5th percentile
   v. Academic data:
      a. Northwest Evaluation Association (NWEA) assessments:
         1. Math:
            i. Winter 2015: 2nd percentile
            ii. Spring 2018: 15th percentile
         2. Reading:
            i. Winter 2015: 2nd percentile
            ii. Fall 2017: 7th percentile
      b. Scholastic Reading Inventory (November 2017): Lexile score was 596, an increase of seven points, which was proficient for third grade level.
      c. Classroom assessments in 2017–2018:

1. English 9A pre-assessment: 10.34% (far below basic performance)
2. English 9A post-assessment: 64.18% (below basic performance)
3. English 9B pre-assessment: 14.29% (far below basic performance)
4. Biology A post-assessment: 27.87% (far below basic performance)
   d. Classroom assessments in 2019–2020:
   1. Algebra 2A pre-assessment: 33.33% (far below basic performance)
   2. Algebra 2A final exam: 60.61% (below basic performance)
   vi. Classroom-based assessments and observations: Student was in the fourth year at the high school and had earned a total of 18 credits with an overall grade point average of 1.29.
   vii. Grades as of September 2020:
       a. Algebra 2B: 61%
       b. Biology A: 28%
       c. Earth Science A: 26%
       d. U.S. government and politics A: 48%
       e. African world studies: 50%
   viii. Observations by teachers and providers of related services:
       a. In earth science, the Student was attending class. Although the Student had missing assignments, the teacher would still accept them for credit.
       b. The caseload provider reported the Student made limited progress toward achieving academic goals and objectives in reading and math due to missing assignments.
       c. It appeared the Student's performance was being impacted by a lack of attendance and missing assignments; however, the caseload teacher reported the Student turned in a large amount of homework, in hopes of being eligible to play football.
   ix. Evaluations and input provided by the Parent:
       a. The Student could be lazy when it came to doing classwork.
       b. The Student was suspended from football for two weeks.
   x. The Student was the age of majority and would be going on to transition services at the end of the 2020–2021 school year unless the Student earned enough credits to graduate.
   xi. The Student was interested in working in the construction field. The transition coordinator would contact the Student to begin investigating programs and requirements.
   xii. Based on a review of the data and input from the Parent, no additional data was needed to determine whether the Student continued to be a Student with a disability or to determine the Student's educational needs because the Student continued to perform below grade level expectations, and it was recommended that eligibility continue under the category of specific learning disability.
7. An October 12, 2020 IEP was held for the purpose of reevaluation and transition and contained the following, in salient part:
   i. Student strengths: The Student communicated well with teachers through email and enjoyed distance learning. The Student made a strong attempt to complete classwork.
   ii. Parent concerns: The Student tended to fall behind on classwork. Additionally, the Parent wanted to make sure the Student was receiving special education services.
   iii. Progress on most recent goals and objectives, as stated in the present level of academic achievement and functional performance:
       a. Reading goal: The Student was making efforts at improving reading fluency

      and comprehension skills; however, progress was limited due to a lack of consistent assignment completion and attendance to virtual classes. The Student was not enrolled in an English class; however, the Student was taking government, biology, earth science, and African world studies. In all classes that involved reading for understanding, the Student was struggling to complete assignments in a timely manner.
    b. The Student was enrolled in Algebra 2B class that worked on math problem solving goals. The Student had a 57% average in this class with work completion of 51% on assignments, 61% on homework, 62% on quizzes and 56% on assessments.
    c. Self-advocacy and work completion goal: The Student continued to struggle to complete assignments in a timely manner. The Student did reach out for assistance or ask questions via email.
  iv. Areas of need: Reading comprehension, mathematics problem solving, and socio-emotional/behavioral.
    a. Reading comprehension data sources and impacts included:
      1. Northwest Evaluation Association (NWEA) assessments:
        i. Fall 2017: Reading – 7th percentile.
      2. Scholastic Reading Inventory (November 2017): Lexile score was 596, an increase of seven points, which was proficient for third grade level.
      3. Classroom assessments in 2017–2018:
        i. English 9A pre-assessment: 10.34% (far below basic performance)
        ii. English 9A post-assessment: 64.18% (below basic performance)
        iii. English 9B pre-assessment: 14.29% (far below basic performance)
        iv. Biology A post-assessment: 27.87% (far below basic performance)
        v. The Student's disability negatively affected reading comprehension skills. These struggles made success in the general education setting unlikely without additional assistance. The Student would benefit from placement in co-taught classes, extended time on assignments and assessments, and reduced requirements in highly repetitive assignments.
    b. Mathematics problem solving data sources and impacts included:
      1. Northwest Evaluation Association (NWEA) assessments:
        i. Spring 2018: Math – 15th percentile
      2. Classroom assessments in 2019–2020:
        i. Algebra 2A pre-assessment: 33.33% (far below basic performance)
        ii. Algebra 2A final exam: 60.61% (below basic performance)
      3. The Student struggled with concepts and problem-solving skills in math classes. These struggles made success in the general education setting unlikely without additional assistance. The Student would benefit from placement in team-taught math classes, extended time on assignments and assessments, and reduced requirements in highly repetitive assignments.
    c. Socio-emotional/behavioral work completion data sources and impacts included:
      1. Algebra 2B part 1: 16/21 assignments complete

      2. Biology A: 7/15 assignments complete
      3. Earth science A: 9/15 assignments complete
      4. Government and politics A: 14/14 assignments complete
      5. African world studies: 7/10 assignments complete
      6. Total percent of assignments complete in all classes: 71%
      7. Due to the Student's disability, the Student continued to need support in the general education curriculum to be successful. The Student continued to need co-taught classes for support and daily check-ins with a caseload teacher or school staff.
- v. Annual goals were written for reading comprehension, mathematics problem solving, and socio-emotional/behavioral as follows:
  - a. The Student would progress from reading a grade appropriate text and providing a summary that included two details to reading various genres of narrative, informational texts at grade level, and use comprehension strategies to identify four to six important key details, make connections, and inferences with 80% accuracy, as measured by grade-level assessments and student work samples.
  - b. The Student would improve the ability to solve for a variable, using one to two steps, to demonstrating the ability to accurately graph and write linear equations from 59% to 75% accuracy, as measured by in class assignments, district assessments, and informal teacher observations.
  - c. When presented with an assignment, the Student would demonstrate the career and employability skill of personal responsibility, by improving school/work task completion of all classes, averaged together from a current 71% to an 85% in all courses currently enrolled in, as demonstrated by documented teacher observation and detailed grade reports.
- vi. Secondary transition considerations included the Student's post-secondary vision:
  - a. Attending a vocational program that provides training in construction.
  - b. Living in an apartment with a roommate.
  - c. Engaging in leisure activities, such as shopping, eating out, and driving.
  - d. With support of the Student's family and guidance counselor, the Student would research home construction and careers that were available to identify future career options. The Student's research would include finding information regarding post-secondary college and training options and costs associated with those options. Further, the Student would research banks in the area and gain knowledge on how to open both a savings and checking account.
- vii. The IEP Team considered the use of positive behavioral interventions and supports, and other strategies, to address behavior because the Student had behavior that impeded learning.
- viii. Supplementary aids/program modifications/support for school personnel:
  - a. Extended time to complete classroom and homework assignments and/or projects in all content areas; time and a half when using time wisely in the classroom.
  - b. Tests and quizzes given in a small group setting with extended time provided daily in all classes.
  - c. Test and quizzes read aloud provided daily in all classes.
  - d. Preferential seating (away from distractions) provided daily in all classes.
  - e. Shortened/accommodated assignments and/or assessments provided daily in all classes.

      f. Due to COVID-19, a contingency learning plan would be developed, in collaboration with the family, in the event the District moved into a school closure or if the District/Parent chose a virtual/distance learning option. The contingency learning plan would be implemented during the duration of the school closure or due to District/Parent choice.
   ix. Program and services outlined in the IEP consisted of secondary resource program for 50 minutes per week.

8. As a result of the COVID-19 pandemic, the District engaged in virtual learning for the 2020–2021 school year. The Student's contingency learning plan included the following services and supports:
   i. Office hours for the caseload teacher were 11 a.m. to 1 p.m. by appointment. The caseload teacher's email and cell phone number were provided to the Parent.
      a. During interviews, the caseload teacher reported providing contact information to the Student and Parent, and was available at any time the Student needed support.
   ii. Two contacts per week with the caseload teacher would be scheduled to check in and assist with assignments and content learning.
   iii. The caseload teacher would complete the following:
      a. Contact content teachers once per week.
      b. Provide tech support, as needed.
      c. Provide reading support, including reading passages, assignments, and content, as necessary. Assistance with reading comprehension, including restating passages or concepts, and summarizing main points.
      d. Restate and clarify directions for assignments and activities.
      e. Provide graphic organizers and proofreading for writing assignments.
      f. Work with content teacher to shorten and modify assignments, if necessary.

9. November 25, 2020 progress reports included the following relevant information:
   i. Reading comprehension: Making progress. The Student passed government which required reading for understanding. The Student used accommodations and would continue to focus on the goal in English next trimester.
   ii. Mathematics problem solving: Making progress. The Student passed algebra with a D- and was not quite making 75% accuracy. The Student was working hard towards passing classes and turning in work.
   iii. Socio-emotional/behavioral: Making progress. The Student communicated well with teachers and worked to turn in late work. The Student did fall behind occasionally and needed to focus on completing missing work within a week of due dates.

10. The caseload teacher reported, following a request from the Complainant, a meeting with IEP Team members was scheduled for December 16, 2020, to discuss concerns regarding the Student's education. During the meeting, the following was discussed, according to the teacher:
    i. The Student expressed the goal of being able to graduate on time from the current high school. The Student was on track to graduate with current cohort.
    ii. The Complainant's concern was reading level and reading instruction.
    iii. The Team determined no changes were needed to the IEP.

11. During interviews, the Complainant reported concerns of the Student not being provided appropriate reading instruction.
    i. The caseload teacher reported the Student struggled with reading comprehension; however, instruction was provided to teach reading strategies, and supports were provided to assist the Student. Supports and strategies

      ii. included note taking skills, preview of readings, read aloud, summary of readings, marking up text, and rereading. Redirection, reminders, review of content, and copies of notes were provided when needed.
      ii. The Student's English language arts teacher and US history teacher reported through questionnaires that the Student received accommodations listed in the current IEP and was on track to obtain credit in the classes and graduate on time.
      iii. The Student's English language arts teacher indicated the Student had made substantial progress from the previous school year and, in fact, was on track to meet his annual goal for reading ahead of schedule.

**Conclusions:**

Issue #1i:
1. The term IEP means a written statement for each child with a disability that is developed, review, and revised in a meeting in accordance with §§300.320 through 300.324, and that must include:
    i. A statement of the present levels of academic achievement and functional performance, including how the child's disability affects involvement and progress in the general education curriculum. 34 CFR §300.320(a)(1)(i).
    ii. A statement of measurable annual goals, including academic and functional goals. 34 CFR §300.320(a)(2)(i).
    iii. A statement of the special education and related services and supplementary aids and services, based on peer-reviewed research to the extent practicable, to be provided to the child, or on behalf of the child, and a statement of the program modifications or supports for school personnel that will be provided to enable the child to advance appropriately toward attaining the annual goals and to be involved in and make progress in the general education curriculum and to participate in extracurricular and other nonacademic activities. 34 CFR §300.320 (a)(4).
2. Consistent with 34 CFR §300.324(a), in developing each student's IEP, the IEP Team must consider—
    i. The strengths of the student;
    ii. The concerns of the parents for enhancing the education of the student;
    iii. The results of the initial or most recent evaluation of the student; and
    iv. The academic, developmental, and functional needs of the student.
3. Nothing in this section shall be construed to require the IEP Team to include information under one component of a child's IEP that is already contained under another component of the child's IEP. 34 CFR §300.320(d)(2).
4. An IEP shall be developed in accordance with 34 CFR 300 and shall include a statement of measurable annual goals, including measurable short-term objectives. R 340.1721e (1)(a).
5. The IDEA requires that IEPs include a statement of present levels of academic achievement and functional performance. This statement is the foundation upon which the IEP team builds the remainder of the IEP. US Dept. of Educ., Analysis and Comments, 71 Fed. Reg. 46,662 (2006).
6. The IEP describes the student's individual needs and describes the proper placement and services designed to meet those unique needs. Schaffer v. Weast, 546 U.S. 49, 04-698, 126 C. Ct. 528 (U.S. Supreme Court 2005).
7. "There is nothing in the Act that requires an IEP to include specific instructional methodologies…. The Department's longstanding position on including instructional

methodologies in a child's IEP is that it is an IEP Team's decision. Therefore, if an IEP Team determines that specific instructional methods are necessary for the child to receive FAPE, the instructional methods may be addressed in the IEP." US Dept. of Educ., Analysis and Comments, 71 Fed. Reg. 46665 (2006).
8. Part B does not expressly mandate a particular teacher, materials to be used, or instructional methods to be used in the student's IEP. Letter to Hall, January 12, 1994 (OSERS).
9. The October 12, 2020 IEP present level of academic achievement and functional performance statements consisted of District test results from 2017 and 2018 and grades from the previous and current school year. For the reading comprehension and mathematics problem solving areas of need, there was limited current data included in the IEP present level statements.
10. Regardless of the lack of comprehensive present level statements for reading and math in the present level of academic achievement and functional performance section, the annual goals contain current data, are related to specific skill development, and are aligned with the state academic standards for all high school students.
11. The Complainant questioned the need for using the extended grade level content expectations to strengthen reading and math weaknesses. The alternate content expectations serve as the foundation for instruction for students with the most significant cognitive disabilities. Alternate content expectations are not appropriate for this Student, as the Student does not have or function as having a most significant cognitive disability.
12. The IEP contains resource programming delivered through a co-teaching model, and supplementary aids and services to support deficits in work completion, reading, and math. The Student is making progress in the general curriculum, as evidenced by progress reports, credits achieved, and grades. According to general education teachers, the supports in the IEP were implemented and sufficient to meet the Student's needs.
13. The IEP Team met in December 2020 to review the IEP and determined the programs and services were adequate and there was no need to revise the document. The Student is on track for earning a diploma at the end of the 2020-2021 school year.
14. Services and tutoring provided through a multi-tiered system of support and Title 1 services are determined at a district level and are not addressed through the IDEA or the MARSE. Therefore, these services were not investigated as part of a special education state complaint.
15. Compensatory services are ordered if a district fails to provide a FAPE to a student and, as a result, the student suffers a loss of educational benefit. For this Student, there was no need for the District to develop a compensatory education plan.

Overall FAPE:
1. A FAPE means special education and related services that are provided in conformity with an individualized education program (IEP) that meets the requirements of §§ 300.320 through 300.324. 34 CFR § 300.17(d).
2. A free appropriate public education must be available to all children residing in the State between the ages of 3 and 21, inclusive, including children with disabilities who have been suspended or expelled from school, as provided for in § 300.530(d). 34 CFR § 300.101(a).
3. The Sixth Circuit has recognized that technical defects in an IEP does not result in a violation of the IDEA if there is no substantive deprivation to the student. Dong ex rel. Dong v. Board of Educ. Of the Rochester Cmty. Schs., 197 F.3d 793, 98-2186 (6th Cir. 1999); see also Doe v. Defendant I, 898 F.2d 1186, 89-5395 (6th Cir. 1990).

4. Compliance with the IDEA's procedural requirements for IEP design and implementation is a factor in determining whether a student with a disability has received FAPE, although noncompliance is not always a fatal defect resulting in an IDEA violation. The district's failure to prepare a written transition plan was deemed an insubstantial technical defect because the student had been provided adequate transition services, agreed to at properly convened and conducted IEP meetings. Chuhran v. Walled Lake Consol. Schs., 51 F.3d 271 (6th Cir. 1995).
5. For a school district's IEP to offer a student a substantive FAPE, the proposed program must be specially designed to address the student's unique needs, must be reasonably calculated to provide the student with educational benefit, and must comport with the student's IEP. 20 U.S.C. § 1401(9) (cited in P.G. by R.G. and A.G. v. Rutherford County Bd. of Educ, 313 F. Supp. 3d 891, 3:17-cv-01115 (USDCMD, Tennessee 2015)).
6. Although the IEP utilizes historical data for the present level statement, a convergence of evidence indicates the supplementary aids and services and programming in the IEP have resulted in the Student receiving educational benefit. The Student has been provided a FAPE.

**Decision:**

1. Whether the District provided the Student a free appropriate public education (FAPE) pursuant to 34 CFR §§300.17 and 300.101. Specifically:
   i. Whether the District developed an individualized education program (IEP) to address the Student's unique educational needs and enable the Student to be involved in and make progress in the general curriculum, pursuant to 34 CFR §§300.320, 300.324, and R 340.1721e.

   **The IEP was developed to address the Student's needs. The MDE determines no violation.**

Please direct questions regarding the complaint investigation to Rebecca McIntyre at (517) 335-0457 or mcintyrer1@michigan.gov. All correspondence should be clearly marked as pertaining to case 21-0004.

Rebecca McIntyre, Supervisor
Program Accountability
Office of Special Education

cc:  Reuquiyah Saunders
     Mindy Miller
     David Campbell
     Tori Wentela