# EXHIBIT S

# Kalamazoo Public Schools
## 1220 Howard Street
## Kalamazoo, Michigan 49008-1871
## Phone: 269-337-0161

### SECTION 504 – Plan

**Student Name:** Ke'aujanaa Shepherd-Friday
**Student's Address:** [redacted] Kalamazoo
**County:**
**Student Primary Language:**
**Birthdate:** [redacted]02

**Section 504 Meeting Date:** 06/06/2018
**Home Phone:** 269[redacted]
**State:** Michigan    **Zip Code:** 49007
**Resident District:** Kalamazoo
**Language in the Home:** English
**Age:** 15-10    **Grade:** Ninth grade

### PURPOSE AND PARTICIPANTS

**Purpose of Meeting:** ☐ Initial  ☑ Review  ☐ Redetermination
Other Meeting Purpose Information:
Could not reach parent after multiple messages were left and a letter was sent home.

**Meeting Participants**

Mike Schrum, Other

Mr. Mcnab, Teacher

### ELIGIBILITY

Is there a Health Care Plan for this Student? ☑ Yes ☐ No

**Based on the evaluation information reviewed:**

**1. Does the student have a physical or mental impairment?** ☑ Yes ☐ No

**Impairment**
Physical Impairment

**Please explain:**
Student has a diagnosis of Sickle Cell Disease from Bronson Hematology & Oncology.

**2. Does the impairment substantially limit one or more major life activities?** ☑ Yes ☐ No

**Major Life Activity**
Learning

**Please explain:**
The symptoms associated with Sickle Cell Anemia will require ongoing medical monitoring/treatment which could result in missed time attending school, and therefore missed instruction in the classroom; some situations may require the student to leave the classroom. In the event of a more critical issue (e.g., stroke) student academic performance could be impacted/impaired (e.g., decline in achievement, inability to maintain attention, difficulty with organization, and mild delays in vocabulary development).

**3. Does the student need accommodations, modifications, and/or interventions?** ☑ Yes ☐ No

**Please explain:**

Ke'aujanaa was born with Sickle Cell Disease (SCD) which is an inherited form of anemia. This is a condition in which there are not enough healthy red blood cells to carry adequate oxygen throughout the body. Normally, red blood cells are flexible and round moving easily throughout the body, with Sickle Cell Anemia, the red blood cells become rigid, sticky, and are irregularly shaped which can cause them to get stuck in small blood vessels, which can slow or block blood flow and oxygen to parts of the body. Ke'aujanaa is receiving ongoing medical treatment from Bronson (Hematology & Oncology).

A Sickle Cell Crisis is severe pain (throbbing, sharp, dull, or stabbing) that can begin suddenly and last several hours to several days and occurs when blood flow is blocked from reaching her bones; Ke'aujanaa may experience pain in her back, knees, legs, arms chest or stomach. Sickle Cell Anemia has also been associated with stroke (blockage of vessels in the brain that can cause brain damage) which may result in declines in academic achievement, inability to maintain focus and attention, difficulties with organization, and mild delays in vocabulary development.

## PLAN

**Current data and/or student response to previous accommodations, aids and services**
N/A

**Accommodation Plan:** *(Complete this section only if student is determined eligible)* List the aids, supports, and services needed for this student to have equal access and opportunity to participate in school programs and activities. Note: Each service or accommodation should be directly related to the substantial limitation caused by the student's impairment.

| Area of Need | Aids and Services to be implemented | Person Responsible | Setting/Location |
|---|---|---|---|
| Academic | Extended time to complete assignments, without penalty | GenEd Teacher | All Classes |
| Academic | Excused medical absences | GenEd Teacher | All Classes |
| Academic | Student is exempt from Physical Education - as per doctor documentation | | PE class |
| Academic | Provide student early passing time to allow her to access her school locker - since student becomes easily fatigued, carry her backpack becomes a burden. | GenEd Teacher | All Classes |
| Academic | Provide copy of text books for her to keep at home | Student and Teacher | All Classes |
| Medical | Allow adequate access to water, including in class, to prevent dehydration | Student and Teacher | All Classes |
| Medical | Allow frequent bathroom breaks | Student and Teacher | All Classes |
| Medical | Upon student request, allow Ke'aujanaa to report to counseling office to find a location to rest | Student and Teacher | All Classes |
| Medical | Ke'aujanaa can become easily fatigued, so allow her to use school elevator | Dean of Students | All classes |

PLAINTIFFS 00006686

| | | | |
|---|---|---|---|
| Academic | Breaks during testing, as needed, to manage medical needs. | | |
| Academic | Extended time for tests, quizzes, and other assessments. | GenEd Teacher | |
| Medical | School locker assigned close to the majority of her classes. | | |
| Medical | Some of the pain experienced in school may be managed by prescribed pain medication; allow Ke'aujanaa to leave class (upon request) to take medication, and to call to notify parent. | Student and Teacher | All Classes |
| Medical | Be alert for signs of pain, fever, pain in chest area/ribs, coughing, and/or difficulty breathing, severe headache, paleness, sudden dizziness, blurred vision, inability to speak, weakness on either side of her body - these are signs of a medical emergency requiring a 911 call. Do not leave student unattended until EMS arrive | Student and Teacher | All Classes |
| Communication | In case of emergency, following 911 call, contact parent: Natasha Shepherd - 269-532-9011 or Billie Larry - 269-544-9516 | | All Classes |

**State Assessments and Accommodations**

| Assessment | Subtest | Time/Schedule | Setting | Presentation | Response |
|---|---|---|---|---|---|
| SAT | | Extended time | Small group setting | | |
| SAT | | Frequent breaks | | | |

**NOTICE OF INTENT TO IMPLEMENT SECTION 504 PLAN**

Is Ke'aujanaa Shepherd-Friday expected to graduate during this Section 504 Plan year? ☐ Yes ☑ No

Person responsible for implementation/review: Mike Schrum

_____    _____
**Signature of Section 504 Coordinator or Designee**      Date

PLAINTIFFS 00006687

ENCLOSURE: NOTICE OF SECTION 504 PROCEDURAL SAFEGUARDS

PLAINTIFFS 00006688

## NOTICE OF SECTION 504 PROCEDURAL SAFEGUARDS

The following is a brief summary description of the rights provided by Section 504 of the Rehabilitation Act of 1973 to students with disabilities, or suspected disabilities, and some related rights provided by Title VI of the Civil Rights Act of 1964 and the Family Educational Rights and Privacy Act. The intent of the law is to keep you fully informed about decisions concerning your child and to inform you of your rights in the event you disagree with any decisions concerning your child. You have the right to:

1. Have the District advise you of your rights under federal law;

2. Receive notice with respect to Section 504 identification, evaluation, educational program and/or placement of your child;

3. Have an evaluation, educational and placement decisions made for your child based upon information from a variety of sources and by a team of persons who are knowledgeable about the student, the meaning of evaluation data, and placement options;

4. Have your child receive a free appropriate public education, which is the provision of regular or special education and related aids and services that are designed to meet individual educational needs of your child as adequately as the needs of students without disabilities are met, if your child is Section 504 eligible;. If your child is Section 504 eligible, your child also has the right to have the District make reasonable accommodations to allow your child to an equal opportunity to participate in school and school-related activities;

5. Have your child be educated with non-disabled students to the maximum extent appropriate, if the child is Section 504 eligible;

6. Have your child take part in and receive benefits from the District's education programs without discrimination on the basis of disability;

7. Have your child educated in facilities and receive services comparable to those provided to non-disabled students;

8. Examine all relevant records of your child, including those relating to decisions about your child's Section 504 identification, evaluation, educational program, and placement; and obtain copies of those records at a reasonable cost, unless the fee would effectively deny you access to the records;

9. Receive a response from the District to reasonable requests for explanations and interpretations of your child's records;

10. Receive information in your native language and primary mode of communication;

11. Have a periodic re-evaluation of your child, including an evaluation before any significant change of placement;

12. Have your child given an equal opportunity to participate in nonacademic and extracurricular activities offered by the District;

13. Request and participate in an impartial due process hearing regarding the identification, evaluation, or placement of your child, including a right to be represented by counsel in that process and to appeal an adverse decision;

14. File a complaint in accordance with the District's grievance procedures or with the U.S. Department of Education, Office for Civil Rights.

PLAINTIFFS 00006689