# EXHIBIT U



# Request for a State Complaint Investigation

Parents and other individuals and organizations may file a complaint if they believe a school district or other educational agency has violated one or more requirements of the **Michigan Administrative Rules for Special Education, Michigan special education law, or the Individuals with Disabilities Education Act**.

**Author:** Michigan Department of Education, Office of Special Education
**Last updated:** 10/15/18

*Note: This document was updated to comply with Michigan Department of Education standards for accessibility. No other content changes were made.*

## Person filing the complaint

George White
Name

4022 Rockwood Dr.
Address

Kalamazoo Mi 49004
City/State/Zip

269-929-6137
Telephone

gwhiteknan@yahoo.com
Email

Complainant's relationship to student:

☐ Parent    ☐ Citizen    ☐ Attorney    ■ Advocate    ☐ Self

## The public agency the complaint is against

Kalamazoo Public School District
Name of Public Agency

Michigan Department of Education, Office of Special Education          Page 1

CONFIDENTIAL




## The student involved (required if the alleged violation is regarding a specific student)

Keaujanaa Sheperd-Friday

Name of Student

Date of Birth (optional)

[REDACTED]

Home Address (include if different from above; if homeless, include other contact information)

Kalamazoo Mi 49007

City/State/Zip

Name of School Student is Attending

## Allegations

Number and list each alleged violation separately. Describe the alleged violation and specific facts related to the alleged violation. If possible, include names, dates, and locations. Additional pages may be attached if needed.

Keaujanaa was suspended for 2 weeks in January of 2018 by Barry Smith, during her suspension Mr. Smith required the family to have therapy before returning to school. Shortly after her return mom was notified that Keaujanaa would not be returning to Kalamazoo Central H.S. and would be enrolled in Phoenix Alternative program. Keaujanaa was transferred due to behavioral and academic reasons. 1. KPS did not evaluate Keaujanaa to determine what the cause was for school related issues with funding from Title I. 2. Keaujanaa was transferred against her mothers wishes in violation of the child find act. 3, Keaujanaa was denied a Free and Appropriate Public Education in the least restrictive environment. which was K-Central. Keaujanaa was in Phoenix Alternative school from March of 2018 until June of 2019.

## Proposed Resolution

Proposed resolution of the problem, if the alleged violation is regarding a specific student, to the extent known and available at the time the complaint is filed. This section is optional.

CONFIDENTIAL

October 03, 2019

Keaujanaa Sheperd- Friday Addendum

5. Keaujanaa is a student with a (OHI) disability. Keaujanaa was held in Phoenix Alternative school for over a year in violation of the 45 day rule for special education students.

6. Whenever Keaujanaa was out of school for other health reasons she was not given tutoring or other educational services including several weeks that she was out when she was at Phoenix.

7. Keaujanaa was suspended from phoenix beyond the 10 day maximum in a school calendar year (2018-2019) as well.

CONFIDENTIAL

PLAINTIFFS 00003068

CONFIDENTIAL



## Submit Form

This state complaint investigation request must be signed and mailed or faxed to the OSE.

Michigan Department of Education
Office of Special Education
608 West Allegan
P.O. Box 30008
Lansing, MI 48909
Fax 517-241-7141

_George White_ / 10-03-19
Signature (required) / Date

If the person filing the complaint is not the student's parent, or if the student has reached the age of majority (18 in Michigan), this state complaint investigation request should include a consent for the release of information to the complainant, signed by the student's parent or the student if age 18 or older, before any information will be shared with the complainant. If authorization for release of information is not provided, then no information will be shared with the complainant subsequent to the issuance of this office's final decision in this matter.

CONFIDENTIAL

PLAINTIFFS 00003069