# EXHIBIT V

Case 1:22-cv-00838-RJJ-PJG    ECF No. 80-23,  PageID.672    Filed 02/07/25    Page 1 of 5

CONFIDENTIAL

## Kalamazoo Public Schools
## 1220 Howard Street
## Kalamazoo, Michigan 49008-1871
## Phone: 269-337-0161

| SECTION 504 – Manifestation Determination Review |
| --- |

**Student Name:** Ke'aujanaa Shepherd-Friday

**UIC:** 7298581448

**Date of Birth:** ▮▮▮/2002

**Attending School:** Kalamazoo Central High School

**Grade:** Ninth grade

**Parent/Guardian:** Natasha

**Relationship:** Parent

**Home Phone:** 269▮▮▮▮

**Email:** ▮▮▮▮@gmail.com

**Address:**    Kalamazoo, Michigan 49007

**Parent/Guardian:**

**Relationship:**

**Address:**          ,

**Home Phone:**

**Email:**

**Date of MDR:** 01/29/2018

**Date of Current Section 504 Plan:** 05/05/2017

**Parent Contact**

Method of Contact: Phone      By: Ajamian Gardner      Date: 01/18/2018

**Meeting Participants**

Ajamian Gardner, School Principal/Assistant Principal

Mike Schrum, Other

Barry Smith, Special Education Coordinator

Lori Spreitzer, School Psychologist

Eric Buckleitner, General Education Teacher

Natasha Shepherd, Parent

Ke'aujanaa Shepherd-Friday, Student

George White, Parent/Student Advocate

**Current Drug Or Alcohol Use:**

1. Does the student currently engage in the illegal use of drugs or alcohol?      ☐ Yes ☑ No
2. Is the student being disciplined for the possession or use of illegal drugs or alcohol?      ☐ Yes ☑ No

If the answer to both questions is yes, the student is not entitled to a manifestation determination review and the student may be disciplined to the same extent that such disciplinary action is taken against students without disabilities.

**Considerations For Review:**

In carrying out a manifestation determination review, the 504 Team shall:

1. Describe the behavior or incident that is subject to discipline.

   Category 3 code of conduct violation: assault. On January 18, 2018 Keuajanaa's sister aggressively went after another student and began punching her. As Keuajanaa's sister was engaged in assaulting the other student, CSO Dyson attempted to separate the other student from the area by pulling her away. At that time, Ke'aujanaa

CONFIDENTIAL

PLAINTIFFS 00003388

CONFIDENTIAL

5/20/2021                    Section 504 - Manifestation Determination Review for Ke'aujanaa Shepherd-Friday (7298581448)

joined into the fight and both students began assaulting the other student and striking CSO Dyson in his back and shoulders as he continued to attempt to separate the students. Despite CSO Dyson's attempts (verbally and physically) both students continued to aggressively hit the other student, even as she fell to the ground. CSO Dyson, in his attempt to break up the assault was also injured as a result and has been off work since the incident.


* Note: it was determined to be a manifestation because the bullying targeted the student's disability.

2. Review and summarize relevant information in student's file.

Ke'aujanaa was born with Sickle Cell Disease (SCD) which is an inherited form of anemia, for which Ke'aujanaa is receiving ongoing medical treatment from Bronson (Hematology & Oncology).

3. Review and summarize relevant information in student's Section 504 plan.

Ke'aujanaa 's accommodations include the following: Extended time for assignments, tests, and quizzes; Excused medical absences; Student is exempt from Physical Education - as per doctor documentation; Provide student early passing time to allow her to access her school locker; Upon student request, allow Ke'aujanaa to report to counseling office to find a location to rest; Some of the pain experienced in school may be managed by prescribed pain medication-allow Ke'aujanaa to leave class (upon request) to take medication, and to call to notify parent; Be alert for signs of pain, fever, pain in chest area/ribs, coughing, and/or difficulty breathing, severe headache, paleness, sudden dizziness, blurred vision, inability to speak, weakness on either side of her body - these are signs of a medical emergency requiring a 911 call. Do not leave student unattended until EMS arrive.

4. Review and summarize relevant teacher observations of the student.

Mr. Buckleitner reported that Ke'aujanaa is typically a hard working student, but is not doing well in his class, currently, due to missed work which he said may be due to absences for medical reasons or suspension days. He also said that he has had positive behavioral experiences with Ke'aujanaa in the classroom.

Current grades based on published work by teachers: English 10B (73%), Earth Science B (38%), History A (60%), Spanish 1B (60%).

5. Review and summarize relevant information provided by the parent.

Mom reported that Ke'aujanaa does well at home when she is at her best. Mom said that starting around January 15th, 2018 Ke'aujanaa has been telling her that she is getting bothered by things going on, with the other student involved in this incident, at school;
mom said that Ke'aujanaa comes to her about once a week to complain about getting bullied at school (issues with this student go back to middle school). Mom also mentioned that the other student involved in this incident was at the wrong lunch period, and should not have been at lunch with Ke'aujanaa when this incident occurred.

**Manifestation Determination:**

In relation to the behavior subject to discipline:

1. was the conduct in question caused by or did it have a direct and substantial relationship to the student's disability?  ☑ Yes ☐ No

2. was the conduct a direct result of the School District's failure to implement the Section 504 plan?  ☐ Yes ☑ No

**If the Section 504 team answers "Yes" to either of the questions above, then the behavior must be considered a manifestation of the student's disability.**

**The Section 504 team has determined that the behavior subject to discipline:** (Check one)

☐ is not a manifestation of the student's disability (school personnel may apply relevant disciplinary procedures applicable to all students)

☑ is a manifestation of the student's disability

CONFIDENTIAL

PLAINTIFFS 00003389

CONFIDENTIAL

_____          _____

Signature of Section 504 Coordinator or Designee              Date

**PARENT/GUARDIAN SIGNATURE**

☑  I have received the Notice of Procedural Safeguards under Section 504.

☑  I agree with the determination above.
☐  I disagree with the determination above and understand that I have the right to request an impartial due process hearing by filing a written request for a hearing with the Section 504 Coordinator.

_____          _____

Signature of Parent/Guardian                                      Date

---

## NOTICE OF SECTION 504 PROCEDURAL SAFEGUARDS

The following is a brief summary description of the rights provided by Section 504 of the Rehabilitation Act of 1973 to students with disabilities, or suspected disabilities, and some related rights provided by Title VI of the Civil Rights Act of 1964 and the Family Educational Rights and Privacy Act. The intent of the law is to keep you fully informed about decisions concerning your child and to inform you of your rights in the event you disagree with any decisions concerning your child. You have the right to:

1. Have the District advise you of your rights under federal law;

2. Receive notice with respect to Section 504 identification, evaluation, educational program and/or placement of your child;

3. Have an evaluation, educational and placement decisions made for your child based upon information from a variety of sources and by a team of persons who are knowledgeable about the student, the meaning of evaluation data, and placement options;

4. Have your child receive a free appropriate public education, which is the provision of regular or special education and related aids and services that are designed to meet individual educational needs of your child as adequately as the needs of students without disabilities are met, if your child is Section 504 eligible;. If your child is Section 504 eligible, your child also has the right to have the District make reasonable accommodations to allow your child to an equal opportunity to participate in school and school-related activities;

5. Have your child be educated with non-disabled students to the maximum extent appropriate, if the child is Section 504 eligible;

6. Have your child take part in and receive benefits from the District's education programs without discrimination on the basis of disability;

7. Have your child educated in facilities and receive services comparable to those provided to non-disabled students;

8. Examine all relevant records of your child, including those relating to decisions about your child's Section 504 identification, evaluation, educational program, and placement; and obtain copies of those records at a reasonable cost, unless the fee would effectively deny you access to the records;

CONFIDENTIAL

PLAINTIFFS 00003390

CONFIDENTIAL

5/20/2021          Section 504 - Manifestation Determination Review for Ke'aujanaa Shepherd-Friday (7298581448)

9. Receive a response from the District to reasonable requests for explanations and interpretations of your child's records;

10. Receive information in your native language and primary mode of communication;

11. Have a periodic re-evaluation of your child, including an evaluation before any significant change of placement;

12. Have your child given an equal opportunity to participate in nonacademic and extracurricular activities offered by the District;

13. Request and participate in an impartial due process hearing regarding the identification, evaluation, or placement of your child, including a right to be represented by counsel in that process and to appeal an adverse decision;

14. File a complaint in accordance with the District's grievance procedures or with the U.S. Department of Education, Office for Civil Rights.

CONFIDENTIAL

PLAINTIFFS 00003391