# EXHIBIT W

```
                                                                  Page 1
 1                   UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3   D.L.; K.S.F.; and K.B.,
     by and through her parent
 4   and next friend H.B.,

 5              Plaintiffs,         Case No. 22-cv-00838
     vs.
 6                                  Hon. Robert J. Jonker
     MICHIGAN DEPARTMENT OF
 7   EDUCATION,                     Mag. Phillip J. Green

 8              Defendant.
                                 /
 9

10         DEPOSITION OF KE'AUJANAA SHEPHERD-FRIDAY

11         Taken by the Defendant at 251 N. Rose Street,

12   Suite 200, Kalamazoo, Michigan, on Tuesday, March 26,

13   2024, commencing at 10:12 a.m.

14   APPEARANCES:

15   For the Plaintiffs: MS. JACQUELYN N. KMETZ (P83575)
                         MI AECRES
16                       P.O. Box 705
                         Ludington, Michigan 49431
17                       231-794-2379

18   For the Defendant: MS. KATHLEEN A. HALLORAN (P76453)

19                       (via Zoom videoconference)
                         MS. TICARA D. HENDLEY (P81166)
20                       MS. AMANDA E. ZACK (P82326)
                         Michigan Department of Attorney
21                       General Health, Education &
                         Family Division
22                       P.O. Box 30758
                         Lansing, Michigan 48909
23                       517-335-7603

24
     REPORTED BY:        Mr. Carl M. DePerro, CSR-4284
25                       Certified Shorthand Reporter
```

### Page 2

```
 1            TABLE OF CONTENTS
 2    WITNESS:                                    PAGE
 3    KE'AUJANAA SHEPHERD-FRIDAY
 4    Examination by Ms. Halloran                   4
 5    EXHIBITS:                                  MARKED
 6    Deposition Exhibit 1,                         50
      Request for a State Complaint Investigation,
 7    October 3, 2019
 8    Deposition Exhibit 2,                         57
      Model Due Process Complaint/Request for
 9    Hearing Form, Date mailed: 11/22/2019
10    Deposition Exhibit 3,                         58
      letter, Gina Alexander to George White and
11    Gary Start, November 25, 2019
12    Deposition Exhibit 4,                         59
      letter, Rebecca McIntyre to George White and
13    Gary Start, April 18, 2020 w/attachment
14    Deposition Exhibit 5,                         62
      Request for a State Complaint Investigation,
15    January 25, 2021
16    Deposition Exhibit 6,                         69
      letter, Rebecca McIntyre to George White and
17    Jeffrey Thoenes, March 26, 2021 w/attachment
18    Deposition Exhibit 7,                         70
      Model Due Process Complaint/Request for
19    Hearing Form, undated
20    Deposition Exhibit 8,                         70
      Complaint and Request for Special Education
21    Due Process Hearing, February 17, 2022
22    Deposition Exhibit 9,                         77
      Order of Dismissal, June 17, 2022,
23    Lindsay Wilson, Administrative Law Judge
24
25         (Exhibits Continued on Page 3.)
```

### Page 3

```
 1         INDEX TO EXHIBITS (Continued)
 2    Deposition Exhibit 10,                        78
      504 Plan, Meeting Date: 5/5/2017
 3
      Deposition Exhibit 11,                        82
 4    504 Plan, Meeting Date: 6/6/2018
 5    Deposition Exhibit 12,                        83
      504 Plan, Meeting Date: 10/14/2019
 6
      Deposition Exhibit 13,                        85
 7    504 Plan, Evaluation Purpose/Plan,
      Initiation Date for Review/Plan: 3/2/2020
 8
      Deposition Exhibit 14,                        86
 9    IEP Team Report, Team Meeting: 9/24/2020
10    Deposition Exhibit 15,                        86
      IEP Team Report, Team Meeting: 5/13/2021
11
      Deposition Exhibit 16,                        88
12    letter, Natasha Shepherd to David Schwark,
      undated
13
      Deposition Exhibit 17,                        89
14    First Amended Complaint, Jury Demand
15
16
17
18
19
20
21
22
23
24
25
```

### Page 4

```
 1    Kalamazoo, Michigan
 2    Tuesday, March 26, 2024
 3    At 10:12 a.m.
 4         COURT REPORTER: Would you raise your right
 5    hand, please? Do you solemnly swear or affirm that the
 6    testimony you are about to give in this matter shall be
 7    the truth, the whole truth, and nothing but the truth,
 8    so help you God?
 9         KE'AUJANAA SHEPHERD-FRIDAY: Yes.
10         KE'AUJANAA SHEPHERD-FRIDAY,
11    HAVING BEEN CALLED BY THE DEFENDANT, AND AFTER HAVING
12    BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS
13    FOLLOWS:
14              EXAMINATION
15    BY MS. HALLORAN:
16  Q. Could you please state your full name for the record?
17  A. Ke'Aujanaa Shepherd-Friday.
18  Q. And can you spell that for me?
19  A. K-e-'-A-u-j-a-n-a-a Shepherd, S-h-e-p-h-e-r-d -
20    F-r-i-d-a-y.
21  Q. Miss Shepherd-Friday, my name is Kate Halloran, I am an
22    Assistant Attorney General. I represent the Michigan
23    Department of Education. Have you ever been deposed
24    before?
25  A. Have I ever been posed?
```

### Page 5

```
 1  Q. Deposed, yes, in a setting like this today where you
 2    will testify and there is a court reporter here.
 3  A. No.
 4  Q. Okay. So just to reiterate, Carl is here taking down
 5    everything that we say. And so it's important that
 6    when I ask you a question that you clearly say yes or
 7    no or I don't know, or whatever your response is so
 8    that he can take down your answer. Try not to head nod
 9    or gesture in any way. It's important that you
10    verbally respond.
11  A. Okay.
12  Q. If you don't understand a question that I ask you,
13    please feel free to ask me to say it a different way or
14    tell me that you don't understand, and I can try and
15    say it a different way.
16  A. Okay.
17  Q. If you need a break, please let me know. I will
18    probably have you finish the question that you are
19    answering, but we can take a break and slow down at any
20    time that you need. Okay?
21  A. Okay, no problem.
22  Q. Do you have any questions for me before we get started?
23  A. My mom is here. Is it okay if she comes up?
24  Q. That would be fine.
25         MS. KMETZ: Do you care if Mom observes in
```

Page 30

1  Q. Do you know for certain if she did?
2  A. I don't.
3  Q. And I want to just make sure I know the time line of
4     the schools that you attended when you were in high
5     school.
6        The school year 2016 to 2017, was that the
7     first year that you were in high school?
8  A. Yes.
9  Q. And where did you attend?
10 A. Kalamazoo Central High School.
11 Q. And how about for the 2017 to 2018 school year?
12 A. 2017-2018 I think it was Kalamazoo Central still.
13 Q. And '18 to '19 school year? Do you remember if that
14    was Kalamazoo or Phoenix?
15 A. That was Phoenix, definitely.
16 Q. And the '19 to '20 school year?
17 A. 2019-2020 was Comstock.
18 Q. And how about the 20-2021 school year? Where did you
19    attend?
20 A. Comstock.
21 Q. And how about 21-22 school year?
22 A. It was still Comstock from there on.
23 Q. What kind of school is Phoenix?
24 A. Phoenix is an alternative school.
25 Q. Do you know what that means by alternative school?

Page 31

1  A. Somewhat.
2  Q. How would you describe it?
3  A. I would describe it as -- I don't know what I would
4     describe it as because I wasn't even supposed to be
5     there. I don't know.
6  Q. Do you know why you were moved to Phoenix?
7  A. I don't.
8  Q. Was there an altercation at school that led to that
9     transfer?
10 A. Yes.
11 Q. Tell me about that altercation.
12 A. So the altercation that led to me going to Phoenix was,
13    well, from ninth grade on to the time I was at
14    Kalamazoo Central me and my siblings were getting
15    bullied. Why, there was no reason.
16 Q. Was there a physical altercation that happened because
17    of the bullying?
18 A. (Nods head.)
19 Q. Can you tell me a little about it? Take your time?
20 A. There was no exact reason, but mine was because of my
21    sickle cell. And people, they would bully me because,
22    well, I have sickle cell but they didn't know I had
23    sickle cell because I wasn't verbally saying oh, I have
24    a disability, because I just didn't feel comfortable
25    doing that.

Page 32

1     So with me being hospitalized a lot during
2  the school year, I would come back to school, you know,
3  I would feel better and I would come back school and
4  they would like oh, she is lying about her sickness, or
5  she doesn't have sickle cell, she is lying. Or she
6  looks fine.
7     And I would always tell people, still to this
8  day, looks can be deceiving. I might look like I am
9  fine, but I don't feel like I am okay.
10    So people, growing up people didn't know
11 about sickle cell or they didn't know how I felt,
12 nothing. They just bullied me.
13    I remember some girl, she was bullying me and
14 she said oh, she is faking sickness. I am just like
15 well, how can you fake a sickness? If you are sick you
16 are sick. Period. It's no ifs ands or buts about it.
17 It's not faking nothing.
18    And I guess they would state that because of
19 my appearance or how I looked. I don't know how I
20 dressed. I don't know. But they would just bully me
21 because of my, still to this day I get bullied. So
22 it's like, I don't know.
23 Q. And the teasing, did it culminate in a physical fight?
24 A. Yes.
25 Q. Tell me about that physical fight. Who was involved,

Page 33

1  what happened?
2  A. Me and my three sisters from --
3  Q. Take your time. And we can take a break if you need
4     to.
5  A. My older sister, Ke'Asia, she was getting tired of
6     people like bullying us. So some girl, the girl that
7     was bullying my sister Ke'Asia, I guess she said
8     something about me, and she basically got all of her
9     friends to like put their hands on my sister. Like
10    they basically contemplated on what they wanted to do
11    to my sister after class.
12       Because my sister had a class with her, and
13    after class my sister, we all three of us we had the
14    same lunch period. And my sister, she was telling us
15    about, you know, the girl in class and how she was
16    saying like stuff to her, like not towards her, but
17    about her. And like just nitpicking with her in class.
18       So after class there was lunch, we had lunch,
19    and we was always together at lunch. So my sister, she
20    came to lunch. She was telling me and my twin like
21    hey, this is just happening in class and, you know,
22    basically we were just trying to protect each other.
23    Because now, as she was saying like she was, her and
24    her friends were contemplating on doing something to my
25    sister. They didn't know we had the same lunch period.

Page 38

1  A. What do you mean by that?
2  Q. Was anyone going to the school building for classes, or
3     was everyone doing school on the Internet?
4  A. Yeah, online. They were going to school online.
5  Q. And how about the following year, from fall of 2020 to
6     spring of 2021? Was school 100 percent remote?
7  A. No, it was still online.
8  Q. So it was online that school year?
9  A. Yes.
10 Q. Were there any in-person classes?
11 A. No.
12 Q. How did that go for you?
13 A. Not good. I still wasn't getting the help that I was
14    asking.
15 Q. And when you say not good, why was it not good?
16 A. Because I was still destined to receive my diploma, and
17    I was just a few credits away from receiving my
18    diploma. And after like COVID hit and I was
19    hospitalized, you know, I decided I am just going to do
20    my work online and submit it online.
21       And I would ask my teachers, like hey, can I
22    get help on this? I would ask questions, and they
23    either wouldn't respond or they just wouldn't help me
24    at all.
25 Q. Were you able to access the materials online?

Page 39

1  A. No. I was actually kind of like stumped with that.
2     Like I would tell them like hey, it's not letting me,
3     you know, submit this or whatever the case was. And I
4     would email them and say hey, can I get help on this
5     project or this assignment. It's not letting me do
6     such and such. And they would be like they wouldn't
7     say anything. They wouldn't respond.
8  Q. And when you were asking for help, what do you mean by
9     help?
10 A. Like around the time after I was hospitalized and I was
11    on bedrest I was asking my teachers like hey, can you
12    guys send me my work for this trimester. And it took
13    them a while to send my work. So when I did receive my
14    work I was behind.
15       So as I was trying to catch up I would ask
16    like hey, can you help me on this assignment? Like
17    what are we supposed to be doing here? Like, you know,
18    how am I supposed to go about this? And my teacher,
19    she would not help me, she wouldn't answer my question.
20    She wouldn't even respond.
21 Q. Did you log in for any of the online classes in the
22    2020 to 2021 year?
23 A. Yes.
24 Q. How often would you log on?
25 A. I logged on every day. Like any time I needed, any

Page 40

1     time I had work to accomplish or get done I would log
2     on, I would try to get it done. And if I come to
3     something that I don't know of, I don't know how to do,
4     I would message my teacher, hey, can you help me on
5     this assignment. But there never was a response.
6  Q. How would you message your teacher?
7  A. It was like on the online portal. It was like a
8     message, like you can access with your teachers and you
9     can message them saying like hey, just contact them and
10    ask them any questions or things of that such.
11 Q. Did you try contacting them any other way?
12 A. Yes. Or I would contact my teachers through email.
13    Like if they don't respond through the online portal I
14    would contact them through email.
15 Q. Do you still have copies of those emails?
16 A. Yes, I should have copies.
17 Q. For the 2021-2022 school year was school back in person
18    for that school year?
19 A. No. I think school was out for the rest of that school
20    year.
21 Q. Okay. So you think it was 100 percent remote '20-21
22    and '21-22?
23 A. Yes.
24 Q. Was it remote for everyone or did you just elect to do
25    remote?

Page 41

1  A. No. It was remote for everyone after COVID. Comstock,
2     they shut down the school. So it wasn't in person at
3     all.
4  Q. So Comstock switched to fully remote for everybody?
5  A. Yeah.
6  Q. Besides the suspension that we talked about before you
7     transferred over to Phoenix, have you been suspended
8     any other times?
9  A. No.
10 Q. And are you currently enrolled in high school?
11 A. No.
12 Q. When is the last time that you were enrolled in high
13    school?
14 A. The last time, the last school year of Comstock.
15 Q. So would you say the end of the '22 school year? Is
16    that correct?
17 A. Yes.
18 Q. And what made you decide not to finish high school?
19 A. I didn't decide not to finish because I still would
20    like to receive my diploma. Comstock, they just
21    weren't helpful at all. And any time I did ask for
22    help they would oh, well, yeah, I know KPS, they will
23    mention KPS. Well, why are you mentioning KPS when I
24    need help? I am confused. So it's like.
25 Q. What sorts of things did you want Comstock to do to

Page 42

1  help you receive your diploma?
2  A. Could you rephrase that?
3  Q. Yes. What sorts of things were you looking for the
4     Comstock Schools to do in order to help you graduate
5     from high school?
6  A. Like help me with my work and getting those few -- I
7     was a few credits away from receiving my diploma. I
8     received a credit in one class, but it was just these
9     two classes that I was getting, I was not getting help
10    in because teachers stopped helping. Like after COVID
11    it was just like you guys have the online portal, you
12    don't need help.
13 Q. What's your understanding of how many more credits you
14    need to graduate high school?
15 A. Like a few more credits. I think I was like at 20, 20
16    credits.
17 Q. Do you know how many you need to graduate?
18 A. Twenty-six.
19 Q. Have attempted to enroll in any adult education
20    programs to help finish high school?
21 A. No. I was looking into it, but I didn't really fill
22    out anything. So no.
23 Q. When you say you were looking into it, where did you
24    look?
25 A. Like online, trying to find like somewhere that could

Page 43

1     help me receive the rest of the credits that I need in
2     order to get my diploma.
3  Q. Where did you look online?
4  A. I just Googled like some schools that, some online
5     schools that could help.
6  Q. Did you do anything besides Google online schools?
7  A. (Shakes head.)
8  Q. Was that no?
9  A. Yes, no.
10 Q. So I just want to clarify for the record, so the only
11    thing you did was Google some online schools; is that
12    right?
13 A. Yes, correct.
14 Q. Do you know what programs Kalamazoo Public Schools have
15    for adults?
16 A. I don't.
17 Q. How about Comstock? Do you know what programs they
18    have for duties?
19 A. No.
20 Q. Have you asked either school district about adult
21    programs?
22 A. I asked Comstock, but they never got back to me on
23    that. And I think I asked the principal, and he was
24    saying that their programs were full I guess, that they
25    weren't no longer receiving anybody. I think either it

Page 44

1     was full or they shut it down because of COVID.
2  Q. Do you remember when you asked the principal at
3     Comstock about that?
4  A. Like around 2021-2022 school year.
5  Q. But you haven't asked since then?
6  A. Yeah.
7  Q. So do you have in any plans in place to receive a high
8     school diploma?
9  A. Not at the moment, but I would like to have plans in
10    order to receive my diploma.
11 Q. When you were in school what was your favorite class?
12 A. History and English.
13 Q. And why did you like those classes?
14 A. Because I like to write and I like to learn about like
15    things that happened before my time. Like I was
16    interested in things like that.
17 Q. What would you say your reading level is?
18 A. I have a really good reading level.
19 Q. What was your least favorite class?
20 A. Algebra, only because I didn't understand it.
21 Q. Did you have a hard time with math?
22 A. I did.
23 Q. What would you say your math level is?
24 A. I would say my math level is like middle school math
25    level. Like ninth grade math. When it comes to

Page 45

1     algebra it's like hard.
2  Q. Would you say that you oftentimes fell behind on your
3     classroom work?
4  A. No. Only time I fell behind was when I was
5     hospitalized, but I would still get the work done after
6     the fact, even if I am behind. I would still try to
7     catch up so I could receive that credit. But every
8     time I would catch up and when I was behind and turning
9     the work and make sure I don't have anything that's
10    missing, the teacher, like she wouldn't grade it or
11    anything. She would just like.
12 Q. What documentation do you have of completing all your
13    work and the teacher not grading it?
14 A. Like I have emails of my teacher, of me asking my
15    teacher like hey, can you grade this? I have done
16    this. What can I do to get the grade? Things of that
17    such. Like I would communicate.
18 Q. Anything else to demonstrate that you completed all
19    your work but that the teachers just didn't grade it?
20 A. Could you rephrase that?
21 Q. Sure. Besides the emails, is there anything else that
22    you have that would prove that you completed all of
23    your schoolwork but the teachers just didn't grade it?
24 A. Besides the emails I don't think I could go back into
25    my online portal to see like, you know. So no, I don't

Page 94

1  judgment that MDE violated Section 504?
2  A. I am not sure.
3  Q. And how about Title II of the A.D.A.?
4  A. I don't know.
5  Q. What does that mean?
6  A. I don't know.
7  Q. In this requested relief you also ask that MDE
8     implement policies and procedures. What policies do
9     you want MDE to implement?
10 A. I don't know.
11 Q. It says that you are asking for compensatory education.
12    Are you asking for additional education services?
13 A. Yes.
14 Q. What services would you like?
15 A. To receive my diploma.
16 Q. Are you looking for any additional tutoring or study
17    materials, anything like that?
18 A. Yes.
19 Q. What are you looking for?
20 A. Laptop, textbooks, and writing utensils.
21 Q. And what would the purpose of those be? To take
22    additional classes?
23 A. Maybe, yes.
24 Q. What enforcement do you want MDE to enact statewide?
25 A. I don't know.

Page 95

1  Q. What monitoring do you want MDE to do in the state?
2  A. I don't know.
3     MS. HALLORAN: All right. If we could just
4     take a ten-minute break, I will review my notes one
5     more time. I am likely done, but just a minute. We
6     can go back on the record at 2:40. Does that sound
7     okay?
8     MS. KMETZ: That will work.
9     (Recess taken from 2:30 p.m.
10    to 2:36 p.m.)
11    MS. HALLORAN: We are jumping back in a
12    little earlier than anticipated. Just one more
13    follow-up question.
14    BY MS. HALLORAN:
15 Q. When you were in school and had to call out because you
16    were going to the hospital, do you know if your mother
17    called in after you were released from the hospital or
18    before?
19 A. Called in while I was hospitalized?
20 Q. Yes. What communication, if you know, did your mom
21    have with the school about your absences due to your
22    hospitalization?
23 A. I don't know.
24 Q. So you don't know anything about her communication when
25    you had to call out?

Page 96

1  A. No, I don't.
2     MS. HALLORAN: That's it. Nothing further.
3     MS. KMETZ: I don't have anything. I think
4  we are all set.
5     MS. HALLORAN: All right. Thank you so much
6  for your time. It was really nice to meet you.
7     THE WITNESS: Likewise.
8     MS. HALLORAN: I will order that, the same as
9  last time.
10    (At 2:38 p.m., deposition concluded.)

Page 97

1  STATE OF MICHIGAN       )
2                          ) SS
3  COUNTY OF KALAMAZOO     )
4
5
6       I, certify that this transcript, consisting
7  of 97 pages, is a complete, true, and correct record of
8  the testimony of KE'AUJANAA SHEPHERD-FRIDAY, held in
9  the case on March 26, 2024.
10
11      I also certify that prior to taking this
12 deposition, KE'AUJANAA SHEPHERD-FRIDAY, was duly sworn
13 to tell the truth.
14
15 Dated:  4-4-2024
16
17      _____
18      Carl M. DePerro, CSR-4284
19      My commission expires:  10-16-25