# EXHIBIT X

# Comstock Public Schools
## ELIGIBILITY RECOMMENDATION

| STUDENT INFORMATION ||
|---|---|
| **Student Name:** Ke'aujanaa Shepherd-Friday | **Date of Eligibility Recommendation:** 02/27/2020 |
| **Birthdate:** ▮▮▮▮02 | **Resident District:** Kalamazoo |
| **Age:** 17-7 | **Student Primary Language:** |
| **Grade:** Twelfth grade | **Language in the Home:** |

### PURPOSE

This form is used by the evaluation team to recommend eligibility for special education programs/services based on evaluation for: *(Select one)*
**Type of MET Evaluation:** Initial Eligibility

### EVALUATION INFORMATION

**Reason for Assessment**

This referral was made by Natasha Shepherd, Parent
The reason for referral is Due to Ke'aujanaa's medical condition, mom/advocate reached out to the school district and inquired about a special education evaluation.ng and services.

**Background Information**

Has a current 504 plan with the following accommodations:

Academic Extended time to complete assignments, without penalty
Academic Excused medical absences
Academic Student is exempt from Physical Education - as per doctor documentation
Academic Provide student early passing time to allow her to access her school locker - since student becomes easily fatigued, carry her backpack becomes a burden.
Academic Provide copy of text books for her to keep at home
Academic Allow adequate access to water, including in class, to prevent dehydration
Academic Allow frequent bathroom breaks
Academic Upon student request, allow Ke'aujanaa to report to counseling office to find a location to rest
Academic Breaks during testing, as needed, to manage medical needs.
Academic Extended time for tests, quizzes, and other assessments.
Medical School locker assigned close to the majority of her classes
Medical Some of the pain experienced in school may be managed by prescribed pain medication; allow Ke'aujanaa to leave class (upon request) to take medication, which will be stored in the office and to call to notify parent
Medical Be alert for signs of pain, fever, pain in chest area/ribs, coughing, and/or difficulty breathing, severe headache, paleness, sudden dizziness, blurred vision, inability to speak, weakness on either side of her body - these are signs of a medical emergency requiring a 911 call. Do not leave student unattended until EMS arrive
Communication In case of emergency, following 911 call, contact parent: Natasha Shepherd - 269-▮▮▮▮ or Billie Larry - 269-▮▮▮▮

MEAP
Grade 3

Reading 308 - Proficient
Math 301 - Proficient


Grade 4

Reading 371 Not Proficient
Writing 355 Not Proficient
Math 401 Not Proficient

Grade 5

Reading 495 - Not Proficient
Math 474 - Not Proficient
Science 495 - Not Proficient

Grade 6

Reading 593- Not Proficient
Math 578 - Not Proficient
Social Studies 585 - Not Proficient

Grade 7

ELA 1648 - Not Proficient
Math 1621 - Not Proficient
Science 1637 - Not Proficient

**Current Education/Developmental Level** *(Include teacher input)*
Current Grades (as of 01/13/2020)
20th Century History E 19.07%
Algebra 1 E 16.81%
Odyssey Lab PH N/A
Odyssey Lab SS N/A

No credits have been earned since enrolling @ Comstock on 9/18/19.

Student Attendance according to Infinite Campus

The student has been in attendance since October 31, 2019.

She has missed 22 full days of school in the first Quarter of 2019-20

Ke'aujanaa received 4 credits at Kalamazoo Central through the 16-17 and 17-18 school year.

18-19 School year she received 3.5 credits at Phoenix Alternative High School in Kalamazoo.

**Relevant Behavior Observations**
Ke'aujanaa was a patient at Bronson hospital during the evaluation session. She was very pleasant and willing to work with the psychologist, despite the environment. She worked hard, appeared to put forth her best effort, and developed rapport with ease. It is determined that these are a true depiction of Ke'aujanaa's skills and abilities.

Adaptive Behavior
Ke'aujanaa's and her mother were given the Adaptive Behavior Assessment System, 3rd Edition (ABAS-3) in order to assess her adaptive functioning. Both Ke'aujanaa and her mother rated her adaptive skills as average in all areas and no deficits were seen. Based on observations from the psychologist, she would agree that Ke'aujanaa's adaptive skills are appropriate at this time.

Emotional Functioning
Ke'aujanaa completed the self-report of the Behavior Assessment for Children, Third Edition (BASC-3) which

evaluates her behavioral functioning. For Ke'aujanaa, she did exhibit an elevated L Index. The SRP L Index is designed to detect a response set that may be characterized as one of social desirability or "faking good." In general, it is composed of items that represent behaviors that children engage in at least some of the time. An elevated L Index score can indicate a strong tendency toward the denial of everyday common problems in an effort to present oneself in an overly positive light. Ke'aujanaa's responses to the L Index items resulted in a score within the Caution range. This may indicate a positive overall presentation of Ke'aujanaa's thoughts, feelings, and behavior, coupled with at least some denial of everyday common emotional or behavioral difficulties ordinarily experienced by most individuals of her age. Given Ke'aujanaa's medical history, however, it is not surprising that she has an elevated L Index, as she has spent the majority of her life dealing with chronic illness and the stigma that comes with it. Ke'aujanaa's scores on the BASC-3 showed her to be in the At-Risk range for atypicality (occasionally having unusual thoughts and perceptions), locus of control (sometimes having little control over events occurring in her life), social stress, and depression. She fell within the Clinically significant range for anxiety, sense of inadequacy (being dissatisfied with

her ability to perform a variety of tasks even when putting forth substantial effort), and somatization (experiencing numerous health-related problems). Given her extensive health history, these results are in line with children who experience chronic illness.

### Information from Parents/Guardians

Ke'aujanaa was born with Sickle Cell Disease (SCD) which is an inherited form of anemia. This is a condition in which there are not enough healthy red blood cells to carry adequate oxygen throughout the body. Normally, red blood cells are flexible and round moving easily throughout the body, with Sickle Cell Anemia, the red blood cells become rigid, sticky, and are irregularly shaped which can cause them to get stuck in small blood vessels, which can slow or block blood flow and oxygen to parts of the body. Ke'aujanaa is receiving ongoing medical treatment from Bronson (Hematology & Oncology).

Parent requested the REED due to Ke'aujanaa's sickle cell anemia. Her illness has created attendance issues since enrolling in Compass. On 10/14/2019 and 10/15/2019 the assistant principal of Compass Alternative High School met the family at the hospital to offer online schooling.

### Educationally Relevant Medical Information *(If none, you must enter "none")*

The symptoms associated with Sickle Cell Anemia will require ongoing medical monitoring/treatment which could result in missed time attending school, and therefore missed instruction in the classroom; some situations may require the student to leave the classroom. In the event of a more critical issue (e.g., stroke) student academic performance could be impacted/impaired (e.g., decline in achievement, inability to maintain attention, difficulty with organization, and mild delays in vocabulary development).

District has information regarding her condition from 4-29-16 (Bronson Pediatric) and 11-23-09 (KCMS) from a medical social worker.

| DIAGNOSTIC ASSURANCES |
|---|

**OTHER HEALTH IMPAIRMENT**

**Assurance Statement** | **Report and Date**

☑ True ☐ False  Due to the chronic or acute health problem, the student has limited strength, vitality or alertness, including a heightened alertness to environmental stimuli, which results in limited alertness with respect to the educational environment. — doctors report and psych repory 2020

    ☑ Limited alertness to education
    ☑ Limited strength
    ☑ Limited vitality

☑ True ☐ False  The suspected disability is not due to limited English proficiency. — psych report 2020

☑ True ☐ False  The suspected disability is not due to a lack of appropriate — psych report 2020

instruction in math or the essential components of reading.

☑ True ☐ False  The suspected disability adversely affects educational performance and requires special education programs/services.

### Eligibility Recommendation
Based on **1)** evaluation findings and **2)** a review of diagnostic assurance statements, the evaluation team makes the following recommendation regarding this student's need for special education programs/services:
☑ Eligible   ☐ Not eligible

### Participant Signatures
As a member of the evaluation team, my input is included in print and I agree with the eligibility recommendation: *(Sign and check below)*

| | | |
|---|---|---|
| **Physician** | see attached form | ☑ Yes ☐ No |
| **Other/Title:** | Laura Henly | ☑ Yes ☐ No |

### ELIGIBILITY SUMMARY

| **Primary Eligibility** | **Qualifying Criteria** | **Secondary Disability** | **Qualifying Criteria** |
|---|---|---|---|
| Other Health Impairment | Limited alertness to education<br>Limited strength<br>Limited vitality | | |

| PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE ||
|---|---|
| **Area Of Need** | **Subarea** |
| Mathematics | concepts and problem solving |

**Data Sources and Description of Need**

Foundational math skills involve number concepts and fact recognition. This evolves into math facts fluency and fluidity with math operations culminating in mathematical problem solving of word problems, multi-step processes, and abstract math theory such as algebra and geometry. At this stage in development, we'd expect a 17-year, 7-month-old to have number and fact recognition, number sense, math fact fluency, understanding of math operations and math literacy, and higher level math problem solving skills. In Ke'aujanaa's case, her math skills are a bit more challenging for her. She can do appropriate calculation, but has a much harder time when it comes to the conceptual skills related to math. She struggles with multi-step problems, algebraic and fraction concepts, and word problems. At this time, these skills are below average for a student her age.

**Adverse Impact**

Ke'aujanaa's deficits in math adversely impact her ability to understand grade level material in the general education classroom without additional supports.

PLAINTIFFS 00009207