# EXHIBIT Y



Online Registration Summary

Page 1 / 2
802

**Modified By:** Angelina Sabatino
**Modified Date:** 09/18/2019
**Application End Year:** 2020

**Submission Date:** 09/18/2019
**Confirmation Number:** # 802
**Application Created By:** Natasha Shepherd

### Household

**Home Phone**
Home Phone: (269) ▓▓▓▓

|  | Emergency | High Priority | Attendance | Behavior | General | Teacher | Private |
|---|---|---|---|---|---|---|---|
| Home Phone: Voice Text | X | X | X | X | X | X |  |

**Home Address**
▓▓▓▓▓▓▓▓
Kalamazoo, MI 49007
Household has no separate Mailing Address

### Parent/Guardian

Shepherd, Natasha                Gender: F
Birthdate:                       Household: Yes

**Contact Information**
Cell: (269) ▓▓▓▓
Work:
Other:
Email: ▓▓▓▓@gmail.com
Secondary Email:

|  | Emergency | High Priority | Attendance | Behavior | General | Teacher | Private |
|---|---|---|---|---|---|---|---|
| Cell: Voice Text | X | X | X | X | X | X |  |
| Email | X | X | X | X | X | X |  |

**Military Connection**
Parent/Guardian in Military: No
Military Status:

### Emergency Contact

Larry, Billie                    Gender: F
Birthdate:                       Household: No

**Contact Information**
Home:
Mobile: (269) ▓▓▓▓
Work:
Email:

**Verification Information**
Address Line 1:
Address Line 2:

### Emergency Contact

Shepherd, Aleah                  Gender: F
Birthdate:                       Household: No

**Contact Information**
Home:
Mobile: (269) ▓▓▓▓
Work:
Email:

**Verification Information**
Address Line 1:
Address Line 2:

### Student

Ke'aujanaa, Sheperd-Friday   Gender: F   DOB: 07/15/2002

**Demographics**
Student Cell Number:
Student Email:
Date Entered U.S.:
Foreign Exchange: No
Enrollment Grade: 12
School: Comstock Compass High School

**Race Ethnicity**
Black or African American

Is Hispanic/Latino: No

**Housing**
Homeless: No

**Student Services**
Student has IEP:
Student has 504 plan: Yes
Student received gifted/talented services:

**Language Information**
Student language:
Parent/Guardian language:
First language spoken by student:
Language most often spoken at home:
Language most often spoken with friends:
Student has received ELL services:

**Previous School**
Last Year
School: Phoenix
City:
State:
Country:
Phone:
Currently expelled or suspended: No

**Relationships**

Natasha Shepherd - Mother
Guardian: true
Mailing: true
Portal: true
Messenger: true
Secondary Household false
Contact Order: 1

Billie Larry - Grandmother
Contact Order: 2

Aleah Shepherd - Sibling
Contact Order: 3

**Health Services - Emergency Information**

PLAINTIFFS 00009220