# EXHIBIT Z

# Eastern Service Area of Kalamazoo Regional Education Service Agency

Climax Scotts ☐   Comstock ☒   Galesburg Augusta ☐   Gull Lake ☐   Parchment ☐

## Application for Homebound Services

**TO BE COMPLETED BY PARENT OR GUARDIAN:** (PLEASE PRINT)

My child is unable to go to school and I request homebound instruction.

Name: Ke'Hujanna J. Shepherd-Friday
Date of Birth: [redacted] 2002
Grade: 12th

Address – Zip Code: [redacted] Kal., MI. 49007
Telephone Number: 269-[redacted]

School Student Attends: Comstock Compass
Last Date Attended: 

Is this a Special Education Student? ✓ Yes  ___ No
Is there a 504 plan? ✓ Yes  ___ No

Is the student disabled? ✓ Yes  ___ No
Student's Disability: Sickle Cell w/ Oxygen

Signature of Parent/Guardian: [signature] Natasha Shepherd
Date: Jan. 27, 2020

**TO BE COMPLETED BY PHYSICIAN:** (OR ATTACH PHYSICIAN'S LETTER)

Medical Diagnosis: Sickle Cell disease and pulmonary hypertension

Student is currently hospitalized or confined to the home during regular school hours: ✗ Yes  ___ No

Recommended for Homebound Instruction: ✗ Yes  ___ No

Tentative Duration of Absence from School: 6 months

Signature of Physician: Katherine Scott, MD
Date: 1/28/2020

MAIL OR FAX BACK TO: Brian Deller 3010 Gull Road Kalamazoo, MI 49034

Revised 1/2020

PLAINTIFFS 00009240

## Kalamazoo RESA Eastern Service Area

| Student | Ke'aujanaa Shepherd | DOB | [redacted] 2002 |
|---|---|---|---|
| Staff | Dr. Laura Henly | Position | School Neuropsychologist |

Dear: Physician of K. Shepherd    Date: 01/27/2020

We are evaluating the student named above for eligibility as a student with a disability as defined by the Michigan Administrative Rules for Special Education. A disability area that we are considering is Other Health Impairment which is defined by the special education regulations as:

> "(9) Other Health Impairment means having limited strength, vitality or alertness, including a heightened alertness to environmental stimuli, that results in limited alertness with respect to the educational environment, that -- (i) is due to chronic or acute health problems such as asthma, attention deficit disorder or attention deficit hyperactivity disorder, diabetes, epilepsy, a heart condition, hemophilia, lead poisoning, leukemia, nephritis, rheumatic fever, sickle cell anemia; and (ii) adversely affects a child's educational performance."

A medical diagnosis is a required component of multiple criteria that must be met to determine eligibility. In addition to the medical diagnosis, the multidisciplinary evaluation team will assess if the health problem has a significant impact on the student's education performance.

Your prompt attention to this request is appreciated to enable the evaluation to be completed within state timelines. If you have questions, please contact me using the information listed below.

Thank you in advance for your attention to this request by _____

| All Medical Diagnoses | Sickle cell disease, pulmonary hypertension | | |
|---|---|---|---|
| Treatment | Medications, IV pain meds, Oxygen | | |
| Is this a life-long condition? | ☒ Yes    ☐ No    ☐ Uncertain | | |
| Check below if any of the following areas are affected by the medical condition and describe the nature and degree of impact in each area checked: (e.g. medication effects, behaviors, distractibility, frequent absences, limited mobility, etc.) | | | |
| ☒ Strength | (Capacity for physical exertion, muscular power) oxygen requirement plus chronic pain from vaso-occlusive Sickle cell disease | | |
| ☒ Vitality | (Capacity for endurance, energy, or stamina) oxygen requirement around the clock, may need increased oxygen for mild exertion | | |
| ☒ Alertness | (Attentiveness, concentration, responsiveness, engagement) occasionally, due to need for pain medication | | |
| Restrictions (if any) | activity as tolerated, requires oxygen supplementation at all time | | |
| Physician Signature | Katherine Scott, MD | Date | 1/20/2020 |
| Please return by fax or email | Attention | Brian Deller | Telephone | 269-250-8926 |
| | Email | dellerb@comstockps.org | Fax | 269-250-8931 |

PLAINTIFFS 00009241