# EXHIBIT AA



**COMSTOCK PUBLIC SCHOOL DISTRICT**
3010 Gull Road
Kalamazoo, MI 49004

**PSYCHOEDUCATIONAL EVALUATION REPORT**
**CONFIDENTIAL**
For Professional Use Only

| Name: | Ke'Aujanna Shepherd-Friday | Current School: | Compass High School |
|---|---|---|---|
| Date of Birth: | ▮▮▮02 | Parent/Guardian: | Natasha Shepherd |
| Age: | 17:7 | Date of Evaluation: | 02/03/2020 |
| Grade: | 12th | Date of Report: | 02/20/2020 |
| Evaluator: | Dr. Laura Henly, Ed. D., NCSP | | |

### REASON FOR REFERRAL
Ke'Aujanna was referred for an individual evaluation based on her needs due to her diagnosis of sickle cell anemia. Ke'Aujanna has not been previously evaluated for special education services but does have a 504 plan. Ke'Aujanna was referred to assist in determining her current levels of intellectual and academic functioning, to aid in educational planning.

### ASSESSMENT INSTRUMENTS AND PROCEDURES
- Record review
- Input from student, parent, and special education case manager
- *Kaufman Test of Educational Achievement—Third Edition* (KTEA-III)
- *Behavioral Assessment System for Children - Third Edition* (BASC-3)
- *Adaptive Behavior Assessment System - Third Edition* (ABAS-III)

### BACKGROUND INFORMATION
**School History:**
Has a current 504 plan with the following accommodations:
- Academic Extended time to complete assignments, without penalty
- Academic Excused medical absences
- Academic Student is exempt from Physical Education - as per doctor documentation
- Academic Provide student early passing time to allow her to access her school locker - since student becomes easily fatigued, carry her backpack becomes a burden.
- Academic Provide copy of text books for her to keep at home
- Academic Allow adequate access to water, including in class, to prevent dehydration
- Academic Allow frequent bathroom breaks
- Academic Upon student request, allow Ke'aujanaa to report to counseling office to find a location to rest
- Academic Breaks during testing, as needed, to manage medical needs.

1

PLAINTIFFS 00009400

- Academic Extended time for tests, quizzes, and other assessments.
- Medical School locker assigned close to the majority of her classes
- Medical Some of the pain experienced in school may be managed by prescribed pain medication; allow Ke'aujanaa to leave class (upon request) to take medication, which will be stored in the office and to call to notify parent
- Medical Be alert for signs of pain, fever, pain in chest area/ribs, coughing, and/or difficulty breathing, severe headache, paleness, sudden dizziness, blurred vision, inability to speak, weakness on either side of her body - these are signs of a medical emergency requiring a 911 call. Do not leave student unattended until EMS arrive. Communication In case of emergency, following 911 call, contact parent: Natasha Shepherd - ▮▮▮▮▮▮ or Billie Larry - ▮▮▮▮▮▮

MEAP
Grade 3
Reading 308 - Proficient
Math 301 - Proficient

Grade 4
Reading 371 Not Proficient
Writing 355 Not Proficient
Math 401 Not Proficient

Grade 5
Reading 495 - Not Proficient
Math 474 - Not Proficient
Science 495 - Not Proficient

Grade 6
Reading 593- Not Proficient
Math 578 - Not Proficient
Social Studies 585 - Not Proficient

Grade 7
ELA 1648 - Not Proficient
Math 1621 - Not Proficient
Science 1637 - Not Proficient

Current Grades (as of 01/13/2020)
20th Century History E 19.07%
Algebra 1 E 16.81%
Odyssey Lab PH N/A
Odyssey Lab SS N/A

Student Attendance according to Infinite Campus. The student has been in attendance since October 31, 2019. She has missed 22 full days of school in the first Quarter of 2019-20.

2

PLAINTIFFS 00009401

Ke'aujanaa received 4 credits at Kalamazoo Central through the 16-17 and 17-18 school year. 18-19 School year she received 3.5 credits at Phoenix Alternative High School in Kalamazoo.

**Parent Input:**
Ke'aujanaa was born with Sickle Cell Disease (SCD) which is an inherited form of anemia. This is a condition in which there are not enough healthy red blood cells to carry adequate oxygen throughout the body. Normally, red blood cells are flexible and round moving easily throughout the body, with Sickle Cell Anemia, the red blood cells become rigid, sticky, and are irregularly shaped which can cause them to get stuck in small blood vessels, which can slow or block blood flow and oxygen to parts of the body. Ke'aujanaa is receiving ongoing medical treatment from Bronson (Hematology & Oncology).

Parent requested the REED due to Ke'aujanaa's sickle cell anemia. Her illness has created attendance issues since enrolling in Compass. On 10/14/2019 and 10/15/2019 the assistant principal of Compass Alternative High School met the family at the hospital to offer online schooling.

**Teacher Input:**
The symptoms associated with Sickle Cell Anemia will require ongoing medical monitoring/treatment which could result in missed time attending school, and therefore missed instruction in the classroom; some situations may require the student to leave the classroom. In the event of a more critical issue (e.g., stroke) student academic performance could be impacted/impaired (e.g., decline in achievement, inability to maintain attention, difficulty with organization, and mild delays in vocabulary development). District has information regarding her condition from 4-29-16 (Bronson Pediatric) and 11-23-09 (KCMS) from a medical social worker.

## TESTING OBSERVATIONS
Ke'aujanaa was a patient at Bronson hospital during the evaluation session. She was very pleasant and willing to work with the psychologist, despite the environment. She worked hard, appeared to put forth her best effort, and developed rapport with ease. It is determined that these are a true depiction of Ke'aujanaa's skills and abilities.

## EVALUATION/ASSESSMENT RESULTS
**Academic Achievement**
The *Kaufman Test of Educational Achievement—Third Edition* (KTEA-III) was used to determine Ke'aujanaa's achievement scores in the areas of reading, math, and writing. This assessment is an achievement test that assesses the student's academic abilities. The scores on this test show how well a student performs when compared to a group of students who are the same age across a normative sample. In order to understand Ke'aujanaa's achievement abilities, it is advised to look at each academic index individually.

*Reading*
Basic reading skills start with understanding of phonics and phonemic awareness followed by the polishing and fluency of word reading and reading fluency. These basic skills evolve into

3

reading comprehension and the complex ability to think about what is read and apply it to other events. At this stage in development, we'd expect a 17-year, 7-month-old to have completely fluent reading abilities, high levels of reading comprehension, and the complex ability to think about what they are reading and apply it in real life. For Ke'aujanaa, she has good basic reading abilities and can utilize skills to appropriately comprehend what she is reading. She does lack some understanding of higher level vocabulary, but this was not shown to impede her reading abilities.

*Mathematics*
Foundational math skills involve number concepts and fact recognition. This evolves into math facts fluency and fluidity with math operations culminating in mathematical problem solving of word problems, multi-step processes, and abstract math theory such as algebra and geometry. At this stage in development, we'd expect a 17-year, 7-month-old to have number and fact recognition, number sense, math fact fluency, understanding of math operations and math literacy, and higher level math problem solving skills. In Ke'aujanaa's case, her math skills are a bit more challenging for her. She can do appropriate calculation, but has a much harder time when it comes to the conceptual skills related to math. She struggles with multi-step problems, algebraic and fraction concepts, and word problems. At this time, these skills are below average for a student her age.

**Adaptive Behavior**
Ke'aujanaa's and her mother were given the Adaptive Behavior Assessment System, 3rd Edition (ABAS-3) in order to assess her adaptive functioning. Both Ke'aujanaa and her mother rated her adaptive skills as average in all areas and no deficits were seen. Based on observations from the psychologist, she would agree that Ke'aujanaa's adaptive skills are appropriate at this time.

**Emotional Functioning**
Ke'aujanaa completed the self-report of the Behavior Assessment for Children, Third Edition (BASC-3) which evaluates her behavioral functioning. For Ke'aujanaa, she did exhibit an elevated L Index. The SRP L Index is designed to detect a response set that may be characterized as one of social desirability or "faking good." In general, it is composed of items that represent behaviors that children engage in at least some of the time. An elevated L Index score can indicate a strong tendency toward the denial of everyday common problems in an effort to present oneself in an overly positive light. Ke'aujanaa's responses to the L Index items resulted in a score within the Caution range. This may indicate a positive overall presentation of Ke'aujanaa's thoughts, feelings, and behavior, coupled with at least some denial of everyday common emotional or behavioral difficulties ordinarily experienced by most individuals of her age. Given Ke'aujanaa's medical history, however, it is not surprising that she has an elevated L Index, as she has spent the majority of her life dealing with chronic illness and the stigma that comes with it. Ke'aujanaa's scores on the BASC-3 showed her to be in the At-Risk range for atypicality (occasionally having unusual thoughts and perceptions), locus of control (sometimes having little control over events occurring in her life), social stress, and depression. She fell within the Clinically significant range for anxiety, sense of inadequacy (being dissatisfied with

4

her ability to perform a variety of tasks even when putting forth substantial effort), and somatization (experiencing numerous health-related problems). Given her extensive health history, these results are in line with children who experience chronic illness.

**SUMMARY & RECOMMENDATIONS**

Based on the information gathered from this evaluation it appears that Ke'aujanaa does meet eligibility criteria for special education services under the category Other Health Impairment (OHI) due to her diagnosis of Sickle Cell Anemia (SCA). According to research conducted by the National Institute of Health, adolescents with SCA more than 60% of students with SCA reported that their chronic illness interfered with their school performance. Females reported that SCA impacted their schooling more than males. Study findings provide important insights into demographic risk factors and support the need for individualized health and educational plans for adolescents with SCD.

| REVIEW OF EDUCATIONAL CRITERIA FOR OTHER HEALTH IMPAIRMENT ACCORDING TO RULE #340.1709a |
|---|
| The evaluation team must consider the following assurance statements before making a recommendation of eligibility under the special education category of **Other Health Impairment**: |
| (1) **Other Health Impairment means having limited strength, vitality, or alertness, including a heightened alertness to environmental stimuli, which results in limited alertness with respect to the educational environment and to which both of the following provisions apply:** This appears to be true.<br>    a. *Is due to chronic or acute health problems such as any of the following:*<br>        i. *Asthma*<br>        ii. *Attention deficit disorder*<br>        iii. *Attention deficit hyperactivity disorder*<br>        iv. *Diabetes*<br>        v. *Epilepsy*<br>        vi. *A heart condition*<br>        vii. *Hemophilia*<br>        viii. *Lead poisoning*<br>        ix. *Leukemia*<br>        x. *Nephritis*<br>        xi. *Rheumatic fever*<br>        xii. *Sickle Cell anemia*<br>    b. *The impairment adversely affects a student's educational performance.*<br><br>(2) **A determination of disability shall be based upon a comprehensive evaluation by a multidisciplinary evaluation team, which shall include 1 of the following persons:** This appears to be true.<br>    a. *An orthopedic surgeon.* |

5

PLAINTIFFS 00009404

> b. An internist.
> c. A neurologist.
> d. A pediatrician.
> e. A family physician or any other approved physician as defined in 1978 PA 368, MCL 333.1101 et seq.

The results will be presented at the multidisciplinary conference where decisions regarding eligibility and services will be made.

---

**Dr. Laura Henly, Ed. D., NCSP**
**School Neuropsychologist**
**Comstock Public School District, all buildings**
Office: (269) 250-8664
Cell: (309) 310-9367
henlyl@comstockps.org

*"Children are our most valuable natural resource"* ~Herbert Hoover

6

PLAINTIFFS 00009405

## Evaluation Results/Scores

*Note: Psychological test data are easily misinterpreted by people unfamiliar with psychological tests and psychological testing principles. Please consult a licensed psychologist or school psychologist before acting on any interpretation of these scores.*

| *Kaufman Test of Educational Achievement—Third Edition* (KTEA-III) | | | |
|---|---|---|---|
| **Testing Results** | **Standard Score or Performance Level** | **Percentile Rank** | **Descriptive Category** |
| Letter & Word Recognition | 83 | 13th | Low Average |
| Reading Vocabulary | 74 | 4th | Below Average |
| Math Concepts & Applications | 69 | 2nd | Very Low |

| *Behavior Assessment System for Children - Third Edition* (BASC-3) T-Scores | | |
|---|---|---|
| **Testing Results** | **Self** | **Descriptive Category** |
| **Composite Score Summary** | | |
| **Emotional Symptom Index** | **65** | **At Risk** |
| Atypicality | 66 | At Risk |
| Hyperactivity | 45 | Average |
| *Internalizing Problems* | *76* | *Clinically Significant* |
| Anxiety | 70 | Clinically Significant |
| Depression | 69 | At Risk |
| Somatization | 90 | Clinically Significant |
| Locus of Control | 68 | At Risk |
| Social Stress | 62 | At Risk |
| Sense of Inadequacy | 76 | Clinically Significant |
| *School Problems* | *40* | *Average* |
| Attention Problems | 54 | Average |

7

PLAINTIFFS 00009406

| Attitude to School | 48 | Average |
|---|---|---|
| Attitude to Teachers | 43 | Average |
| Sensation Seeking | 37 | Average |
| *Personal Adjustment* | *53* | *Average* |
| Relations with Parents | 54 | Average |
| Interpersonal Relations | 46 | Average |
| Self-Esteem | 51 | Average |
| Self-Reliance | 57 | Average |

8

PLAINTIFFS 00009407