# EXHIBIT AB



## Comstock Public Schools

COVID-19 Individual Learning Plan

Date: April 20, 2020

Student Name: Ke'aujjanau Shepherd Friday

Birth Date: /02

This Plan is created in response to the COVID-19 pandemic and Governor Whitmer's Executive Orders 2020-21 and 2020-35, which close school buildings for in-person instruction for the remainder of the 2019-2020 school year and require Michigan citizens to stay at home except for purposes necessary to sustain life or health. This Plan details the programs and services the District will provide until this Plan is otherwise amended or normal in-person school operations resume.

*Related Services*: The District will provide the Student the following related services:

1. Homebound Services - 60-120 min week- 2 times per week @ Home
2. TC Services - 60-120 min week- 2 times per week @ Home

*Supplemental Aids/Services*: The District will provide, or assist parents/guardians in providing, the following supplemental aids and services:

1. Small Group Instruction
2. Extended Time on Assignments
3. Directions Clarified

*Goals*: During the duration of this Plan, the District, in collaboration with the Student's parents/guardians, will focus on the following goals:

1. In order to obtain her post-secondary goal, of becoming a respiratory therapist, by February 26, 2021, Ke'aujanaa will increase her self-confidence skills, by researching three post-secondary options (including schools, programs, housing, and student loans), as measured by teacher observations and the ESTR-J assessment, to increase her overall post-secondary education score from 12% to 50%.

2. In order to meet her post-secondary goal of becoming a respiratory therapist, Ke'aujanaa, will improve her home living skills, by being able to develop and manage a personal budget, as seen by teacher observations, by February 26, 2021

*Plan Duration*: This Plan begins on April 20, 2020 and will continue until otherwise amended or normal, in-person school operations resume. Once normal, in-person school operations resume,

CONFIDENTIAL

this Plan will be automatically void, and implementation of the Student's most recent IEP will resume.

*Parent/Guardian Collaboration and Agreement*: A District representative discussed this plan with the Student's parent/guardian via phone on April 21, 2020 and the parent/guardian agreed to the plan. The Student's parent/guardian agrees that this Plan **doesn't** constitute an amendment to the Student's IEP for the Plan's duration.

*Notice*: A copy of this Plan was sent to the Student's parent/guardian via **mail** on April 28, 2020. This Plan explains how the Student's IEP **will remain the same** and constitutes prior written notice pursuant to Section 503 of the regulations implementing the Individuals with Disabilities Education Act (IDEA), 34 CFR 300.503. Parents/guardians may access their procedural safeguards, which explains their rights under the IDEA, at this link: https://www.michigan.gov/documents/mde/Procedural_Safeguards_Notice_550307_7.pdf.
Parents/Guardians may contact Michigan Alliance for Families at info@michiganallianceforfamilies.org or Michigan Protection and Advocacy Services, Inc. at www.mpas.org for free or low-cost assistance in understanding their rights.

CONFIDENTIAL

PLAINTIFFS 00003325