# EXHIBIT AC

**Comstock Public Schools**
**Eastern Service Area - 3010 Gull Road**
**Kalamazoo, Michigan 49048-9223**
**Phone: 269-250-8920**

# INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT

| | | |
|---|---|---|
| **Date of IEP Team Meeting:** 09/24/2020 | **Date of IEP Offer of FAPE:** 09/24/2020 | **Date of Most Recent Evaluation IEP:** 02/27/2020 |
| **Student Name:** Ke'aujanaa Janielle Shepherd-Friday | **Home Phone:** (269) ███ | |
| **Student's Address:** ███ Kalamazoo | **State:** Michigan | **Zip Code:** 49007 |
| **County:** | **Resident District for Purpose of FAPE:** Comstock | |
| **Student Primary Language:** | **Language in the Home:** English | |
| **Birthdate:** ██/██/02 | **Age:** 18-2 | **Grade:** Twelfth grade |

## PURPOSE

**Purpose of IEP Team Meeting:** Annual Review

## PARTICIPANTS

| | |
|---|---|
| ☑ **Student:** Ke'aujanaa Janielle Shepherd-Friday | ☐ **Parent/Guardian:** |
| ☑ **General Ed Teacher:** Jay Birchmeier | ☐ **Parent/Guardian:** |
| ☑ **Special Ed Provider:** Peggy Kurpinski | ☑ **School District Rep:** Jay Birchmeier |
| ☑ **Eval Team Rep:** Lindsay Clark (the individual who can interpret the instructional implications of evaluation results) | ☑ **Other/Title:** Laura Henly, School Neuropsychologist |
| ☑ **Other/Title:** Brian Deller | ☑ **Other/Title:** Janan Zimmerman |

## STUDENT PROFILE AND ELIGIBILITY

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**
Ke'aujanaa is a very plesant young women that has confidence and believes in herself. Due to her health she has had a difficult time in school in the past but is determined to complete high school and become a respatory Therapist. Ke'aujanaa enjoys reading, movies and music, and is hoping to learn to drive and travel in the future. Ke'aujanaa is planning to stay at home while completing high school and while attending college. She likes people but is not interested in parties or dating at this time, as she is focuses on her education.  Ke'aujanaa is a beautiful writer and is also very creative. She has shared her work with staff, and everyone is so impressed. She always keeps a positive attitude- which is very impressive.

**Parent/Guardian Concerns**
Ke'aujanaa was born with Sickle Cell Disease (SCD) which is an inherited form of anemia. This is a condition in which there are not enough healthy red blood cells to carry adequate oxygen throughout the body. Normally, red blood cells are flexible and round moving easily throughout the body, with Sickle Cell Anemia, the red blood cells become rigid, sticky, and are irregularly shaped which can cause them to get stuck in small blood vessels, which can slow or block blood flow and oxygen to parts of the body. Ke'aujanaa is receiving ongoing medical treatment from Bronson (Hematology & Oncology).

Due to Ke'aujanaa's sickle cell anemia and frequent hospital visits, mom has expressed concern about how and when Ke'aujanaa will complete high school. . Her illness has created attendance issues since enrolling in Compass.

**Current Evaluations**
MEAP
Grade 3

10/6/2020                   Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

Reading 308 - Proficient
Math 301 - Proficient
Grade 4
Reading 371 Not Proficient
Writing 355 Not Proficient
Math 401 Not Proficient
Grade 5
Reading 495 - Not Proficient
Math 474 - Not Proficient
Science 495 - Not Proficient
Grade 6
Reading 593 - Not Proficient
Math 578 - Not Proficient
Social Studies 585 - Not Proficient
Grade 7
ELA 1648 - Not Proficient
Math 1621 - Not Proficient
Science 1637 - Not Proficient

According to the students last evaluation she struggles with anxiety, depression and social stress. Based on recent transcripts the student has done a minimal amount of work and rarely shows up for classes and is often slow at responding to communication from teachers and school.

Based on **1)** Ke'aujanaa's current functioning, **2)** the most recent evaluation findings and **3)** any additional assessment information, does the IEP Team determine that this student has a disability that requires special education programs/services?

☑ Yes, Ke'aujanaa is **eligible** for special education

| Primary Disability | Qualifying Criteria | Qualifying Criteria | Medical Diagnosis |
|---|---|---|---|
| Other Health Impairment | Limited alertness to education | | Sickle Cell Disease (SCD) |
| | Limited vitality | | Sickle Cell Disease (SCD) |
| | Limited strength | | Sickle Cell Disease (SCD) |

10/6/2020      Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday      **IEP Date:** 09/24/2020

## Secondary Transition Considerations

| Transition Assessments Completed: | | Date of Most Recent Assessment: 09/23/2020 | |
|---|---|---|---|
| **Assessments** | **Student/Parent Input** | **School Observation Data** | |
| ESTR-J revised | Student Interview<br>Parent Interview | Transcripts<br>Grades<br>Attendance Records | |

**Date of Educational Development Plan (EDP):** 09/23/2020

**If student did not attend IEP, describe steps taken to ensure consideration of student's preferences/vision:**
She was able to attend her own IEP.

## Student's Post-Secondary Vision and Transition Activities

**Career/Employment:** As an adult, what kind of work will you do?
After finishing school, Ke'aujanaa stated that she will attend KVCC and become a Respiratory Therapist.

**Career/Employment Assessment Results:** Present level assessment related to this vision statement.
When given the Enderle-Severson Transition Rating Scale - Form J -Revised (ESTER-J - Revised) in September 2020, Ke'aujanaa scored a score of 92.3% with 12/12 positive responses.

Areas of Strength:
Good Attendance
Appropriate hygiene and grooming
Punctual
Need to eventually support himself
Responds to authority figures
Demonstrates an understanding that different jobs required varying levels of training
Demonstrated an understanding of factors that influence job retention, dismissal, and promotion
Able to access various resources for assistance in job searching
Demonstrates the necessary interpersonal skills to work with others
Demonstrates the skills necessary to perform successfully a job interview
Has realistic expectations of his vocational potential
Has had successful community-based work experience
Has accurately filled out a job application

Areas of Growth:
Need to complete a vocaonal potential interest survey

**Is there a need for activities or services for Career/Employment?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Functional Vocational Evaluation | Ke'aujanaa will researcher chosen career including pay, education, and potential employment possibilities. | Ke'aujanaa, Parent(s), and Teachers | 09/22/2020 |
| Related Services | Student will complete a vocational interest survey | Parents<br>Teacher<br>Student | 09/22/2020 |

**Post-Secondary Education/Training:** After leaving school, what additional education and training will you do?
After finishing school, Ke'aujanaa stated that she will attend KVCC.

**Post-Secondary Education/Training Assessment Results:** Present level assessment related to this vision statement.
When given the Enderle-Severson Transition Rating Scale - Form J-Revised (ESTER-J-R) in September 2020, Ke'aujanaa scored 38 % on the "Post Secondary Education" subsection of the survey. with 3/8 questions answered in the positive.

Areas of Strength:
She demonstrates self-awareness and self-confidence

Areas of Growth:
Made plans for post-secondary housing options
Identifies post-secondary options
learn how to arrange for training, housing, financial assistance and employment after completing training.

Is there a need for activities or services for Post-Secondary Education/Training? ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Instruction | Ke'aujanaa will attend a "virtual"visit to KVCC | Student Teacher Parents | 09/22/2020 |

**Adult Living:** As an adult, what kind of living arrangements will you have?
After finishing school, Ke'aujanaa stated that she move to a warmer climate because the cold affects her health, and will live with her friend or alone in a condo.

**Adult Living Assessment Results:** Present level assessment related to this vision statement.
When given the Enderle-Severson Transition Rating Scale - Form J-Revised (ESTER- -J- R) in September 2020, Ke'aujanaa scored 74% on the "Home/Living" subsection of the survey.
The following score on the Enderle-Severson Transition Rating Scale Form-J Revised Home Living Domain: 11/15 (74%)

Areas of Strength:
Is able to use the phone
Dresses appropriately for specific situations
Performs household cleaning/laundry
Safely performs light household maintenance
Demonstrates the qualities of a good citizen
Understands concepts related to sexual awareness
Treats minor medical problems, performs basic first aid and knows how to seek medical assistance
Performs written correspondence
Responds to household emergency situations
Understands nutrition and is able to plan balanced meals
Understands basic parenting skills
Is able to prepare and serve foods that require a variety of cooking procedures

Areas of Need;
learn about checking and savings accounts, credit cards and budgets
Learn to manage money responsibility

Is there a need for activities or services for Adult Living? ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Daily Living Skills | Ke'aujanaa will practice budgeting and money management, using the salary of a respiratory therapist. | Ke'aujanaa, Parent(s), and Teachers | 09/22/2021 |

**Community Participation:** As an adult, how will you want to be involved in your community?
After finishing school, Ke'aujanaa stated that she will get around the community on her own, including going to restaurants and stores of her choosing.

**Community Participation Assessment Results:** Present level assessment related to this vision statement.
When given the Enderle-Severson Transition Rating Scale - Form J-Revised (ESTER- J-R ) in September 2020 Ke'aujanaa score 29% on the "Community Participation" subsection of the survey, answering 2/7 questions in the positive.

Areas of Strength:
Demonstrates appropriate social behaviors in the community
Can get around in the community

Areas of need include:
using local resources
learning to comparison shop
Demonstrates understands of cost-saving techniques
learning about housing options, insurance and paying for large purchases
Demonstrates a basic understanding of basic insurance needs

**Is there a need for activities or services for Community Participation?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Adult Living | Student will obtain her drivers license or state ID | parents/student | 09/22/2021 |
| Instruction | Student will complete an assessment that shows her understanding of housing options, insurance, and basic insurance needs. | student teacher | 09/22/2021 |

## Course of Study

**Describe how the student's course of study aligns with the postsecondary vision:**
Ke'aujanaa understands that she needs to complete high school so she can attend KVCC and become a respiratory Therapist.

Ke'aujannaa currents still needs to complete the following credits: 3 English classes, 5 math classes, 2 PE credits, 4 history classes.

**Check Only One:**
☑ Michigan Merit Curriculum leading to a high school diploma.
☐ Course of Study leading to Certificate of Completion

Is Ke'aujanaa expected to graduate with a Regular Diploma during this IEP year? ☐ Yes ☑ No

Will Ke'aujanaa complete age eligibility for Special Education services? ☐ Yes ☑ No

## Community Agency Involvement

Was there a need to invite a community agency representative likely to provide current or future services? ☐ Yes ☑ No
Please provide a rationale for determining that there is no need to invite a community agency: At this time Ke'aujanaa's transition service needs are met through school and family supports. Team will continue to discuss the need for community

CONFIDENTIAL

10/6/2020     Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

agency involvement in the future.
Did parent invite a community agency representative? ☐

## Parental Rights and Age of Majority

Check only one:
- ☑ The student has turned age 18 and the student and parent were informed of parental rights that were transferred to the student at age 18, including the right to invite a support person such as a parent, advocate, or friend.

CONFIDENTIAL

PLAINTIFFS 00003293

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                                                 **IEP Date:** 09/24/2020

## PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Progress on most recent goals and objectives?
Current Grades (as of 01/13/2020)
20th Century History E 19.07%
Algebra 1 E 16.81%
Odyssey Lab PH N/A
Odyssey Lab SS N/A

No credits have been earned since enrolling @ Comstock on 9/18/19.
Student Attendance according to Infinite Campus

The student has been in attendance since October 31, 2019.
She has missed 22 full days of school in the first Quarter of 2019-20
Ke'aujanaa received 4 credits at Kalamazoo Central through the 16-17 and 17-18 school year.
18-19 School year she received 3.5 credits at Phoenix Alternative High School in Kalamazoo.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Transition (age 16+) | Post-Secondary Education | ☑ |

**Data Sources and Description of Need**
Grades and report cards
Progress reporting
Teacher observations
Work completing and missing assignment reporting
When given the Enderle-Severson Transition Rating Scale - Form J-Revised (ESTER-J-R) in September 2020, Ke'aujanaa scored 38 % on the "Post Secondary Education" subsection of the survey. with 3/8 questions answered in the positive.

Areas of Strength:
She demonstrates self-awareness and self-confidence

Areas of Growth:
Made plans for post-secondary housing options
Identifies post-secondary options
learn how to arrange for training, housing, financial assistance and employment after completing training.

**Adverse Impact**
Ke'aujanaa failure to complete and turn in work decrees her ability to succeed in high school.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Reading | Comprehension | ☑ |

**Data Sources and Description of Need**
Grades and report cards
Progress reporting
Teacher observations
Work completing and missing assignment reporting

**Adverse Impact**

Ke'aujaana's inability to complete and turn in her classwork and homework resulting in lower grades, reducing her inability to successfully earn high school credit, also decreasing her chances of achieving her Post-Secondary goals. Her lower comprehension levels make it difficult for her to complete grade level work.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Mathematics | Numbers and Operations | ☑ |

**Data Sources and Description of Need**
Grades and report cards

CONFIDENTIAL

Progress reporting
Teacher observations
Work completing and missing assignment reporting

**Adverse Impact**
These deficits impact the student's ability to successfully solve grade level math problems.

CONFIDENTIAL

PLAINTIFFS 00003295

Student Name: Ke'aujanaa Janielle Shepherd-Friday                                    IEP Date: 09/24/2020

## SPECIAL FACTORS, SUPPLEMENTARY AIDS AND ASSESSMENTS

Supports and Modifications to the Environment, Behavior Training Needs, Social Interaction Supports for the Student, Health-Related Needs, Physical Needs, Transition aids and supports are provided to enable the student:
- To advance appropriately toward attaining the annual goals.
- To be involved and progress in the general education curriculum and to participate in extra-curricular and other nonacademic activities.
- To be educated and participate in activities with other students with disabilities and nondisabled students.

Explain the extent, if any, to which the student will not participate with nondisabled students:
Ke'aujanaa will participate with non-disabled students at all times throughout the school day, except for the time that he will receive help in the resource room.

The IEP team must consider the following areas of need for each student.

For the areas of need below, does Ke'aujanaa Janielle Shepherd-Friday require supports and/or services due to?
- ☐ Yes ☑ No  Communication needs
- ☐ Yes ☑ No  Need for assistive technology devices and services.

The IEP team must consider the following for the student, as appropriate.
- ☐ The use of positive behavioral interventions and supports, and other strategies, to address behavior because the student has behavior that impedes his or her learning or the learning of others.
- ☐ The language needs of the student because the student has limited English proficiency.
- ☐ Braille instruction because the student is blind or visually impaired.
- ☐ The mode of language and communication because the student is deaf or hard of hearing.

☑ Supplementary aids and services are needed at this time.

| Supplementary Aids/Program Modifications/Support for School Personnel | Frequency/Timeline/Conditions | Location |
|---|---|---|
| Tests read out loud<br>Frequent breaks<br>Modified tests/quizzes<br>Extended time on assignments (per teacher/student agreement) | All subjects, daily, when assignments/assessments are beyond Ke'aujanaa's independent working level | Academic Settings<br>General and Special Education Classes |
| When receiving medical treatments- deadlines/tests/assignments will follow a timeline discussed between administrators/teachers/and the student | all subjects | academic setting |

## STATE ASSESSMENTS

Are state assessments required for the grade level(s) covered by this IEP?                           ☑ Yes ☐ No

To participate in the state assessment(s), will Ke'aujanaa require accommodations and/or alternative assessments?                           ☑ Yes ☐ No

Does Ke'aujanaa need to take an alternate assessment instead of a particular state assessment?       ☐ Yes ☑ No

Student Name: Ke'aujanaa Janielle Shepherd-Friday                                    IEP Date: 09/24/2020

## ACCOMMODATIONS AND ALTERNATE ASSESSMENT

For the listed state and district assessments, the IEP Team has determined that the following accommodations and/or alternative assessments are needed for Ke'aujanaa to participate:

| Assessment | Subtest | Time/Schedule | Setting | Presentation | Response |
|---|---|---|---|---|---|
| SAT | | Frequent breaks | Small group setting | | |

Additional Information:

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                               **IEP Date:** 09/24/2020

## GOALS AND OBJECTIVES

**Area of Need:** Transition (age 16+)                **Subarea:** Post-Secondary

**Annual Goal:**
In order to meet her postsecondary goal, of attending KVCC to become a respiratory therapist, Ke'aujanaa will improve her organizational skills as evidence by being able to create and follow through with a 3 to 5 step plan for completing work within the time period allowed by staff ,70% of the time, as measured by grades on assignments in infinite campus, by September 2021.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | Ke'aujanaa will develop a daily/hourly schedule to assist her managing her assignments, tests, and daily work expectations. | to be completed daily | Teacher Observations Classroom Assignments grades | each marking period |
| 2 | Ke'aujanaa will report her progress to her case manager, home bound instructor, and teachers on a weekly basis. | weekly | Teacher Observations Classroom Assignments grades | each marking period |
| 3 | | | | |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, School Social Worker

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**
A written progress report will be sent home at every marking period
**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

10/6/2020      Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday      **IEP Date:** 09/24/2020

# GOALS AND OBJECTIVES

**Area of Need:** Reading      **Subarea:** Comprehension

**Annual Goal:**
By September 2021, after reading a passage, Ke'aujanna will answer comprehension questions at 66% accuracy in 2 out of 3 trials.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By December 2020, after reading a passage, Ke'aujanna will answer comprehension questions at 33% accuracy | in 1 out of 3 trials. | Teacher Observations Classroom Assignments Written test | bi-weekly |
| 2 | By June 2021, after reading a passage, Ke'aujanna will answer comprehension questions at 50% accuracy | in 2 out of 4 trials. | Teacher Observations Classroom Assignments Written test | bi-weekly |
| 3 | | | | |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, GE teacher

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**
A written progress report will be sent home at every marking period
**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

10/6/2020   Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                                **IEP Date:** 09/24/2020

## GOALS AND OBJECTIVES

**Area of Need:** Mathematics                            **Subarea:** Numbers and Operations

### Annual Goal:
By September 2021, Ke'aujanaa will solve equations involving, but not limited to, combining like terms and distributive property with 66% accuracy.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

### Short-Term Instructional Objectives/Benchmarks:

|   | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By December 2020, Ke'aujanaa will solve equations involving, but not limited to, combining like terms and distributive property with 33% accuracy. | 1 out of 3 | Classroom Assignments Teacher Observations Written test | bi-weekly |
| 2 | By June 2021, Ke'aujanaa will solve equations involving, but not limited to, combining like terms and distributive property with 50% accuracy. | 2 out of 4 | Classroom Assignments Teacher Observations Written test | bi-weekly |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

**Staff Responsible for Goal:** SE Teacher, GE teacher

### How will progress on goals and objectives be reported
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

### Comments:
A written progress report will be sent home at every marking period

### When will progress on goals and objectives be reported?
☑ Every Grading Period
☐ Other

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                                     **IEP Date:** 09/24/2020

| Programs and Services |
| --- |

**Related Services with General Education and/or Special Education Programs**

**Direct Service:** the primary mode of service is directly working with the student. There may be occasional consultation with others.

**Consultative Service:** the primary mode of service is working with the teacher(s) and others having daily contact with the student. Direct work with the student is occasional

**Current IEP Year: From Date** 09/24/2020              **To Date:** 09/23/2021
**School Year:** 2020-21                                **School Year:** 2021-22
**Grade:** Twelfth grade                                **Grade:** Twelfth grade

| Related Services | Start Date | End Date | Service Mode | Minutes | | Sessions | | Frequency | Setting within Location |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Low Min. | High Min. | Low Number | High Number | | |
| School Social Worker | 09/24/2020 | 09/23/2021 | ☑ Direct ☐ Consultative | 2 | 4 | 15 | 30 | Month | Home |

| Programs | Depart-mentalized | Start Date | End Date | Bldg/Location | SE | | GE | | Total Min | Frequency |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Low Min | High Min | Low Min | High Min | | |
| Elementary or Secondary-Level Resource Program | ☑ Y ☐ N | 09/24/2020 | 09/23/2021 | Comstock Compass High School | 30 | 400 | | 1465 | 1495 | Week |

**Does the student require a reduced day?** ☐ Yes ☑ No

10/6/2020      Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday      **IEP Date:** 09/24/2020

## OTHER CONSIDERATIONS

**TRANSPORTATION PROVISIONS**

Has the IEP Team determined that Ke'aujanaa requires **special transportation?**

☑ No, transportation is not required or general education transportation is sufficient to meet Ke'aujanaa's needs.

**EXTENDED SCHOOL YEAR**

☑ The IEP Team has considered the anticipated needs of this student including the need for extended school year (ESY) services
☐ ESY services are needed

**ANTICIPATED NEEDS AND OTHER COMMENTS**

Other Comments related to this IEP:
Ke'aujanaa continues to qualify for special education services with her current certification and placement in the resource room.

This IEP was held virtually due to the Covid-19 pandemic. All parties were in agreement to this arrangement.

The student has decided to not take the make-up SAT during October of 2020, as it is a health issue. She plans to take the SAT, in person, in April of 2021, if it is safe for her to do so at that time.

**CONFIDENTIAL**

# Comstock Public Schools
## NOTICE REGARDING PROVISION OF SPECIAL EDUCATION

### STUDENT INFORMATION

**Student:** Ke'aujanaa Janielle Shepherd-Friday
**Birthdate:** ██████ 02
**Age:** 18-2
**Grade:** Twelfth grade

**Date of IEP Team Meeting:** 09/24/2020
**Resident District for Purpose of FAPE:** Comstock
**Student Primary Language:**
**Language in the Home:** English

### PURPOSE

This notice is a result of the Individualized Education Program (IEP) Team meeting that was held on the date listed above for the following purpose(s):

**Primary Purpose:** Annual Review      **Additional Purpose:**

### NOTICE FOR PROVISION OF PROGRAMS AND SERVICES

You are receiving this notice because, based upon the **most recent** IEP Team meeting, Ke'aujanaa remains **eligible for special education programs/services.** Upon district signature, this notice and Ke'aujanaa's IEP constitute the district's offer of a Free Appropriate Public Education (FAPE).

**All programs/services/supplementary aids will start on:** 09/24/2020
**The following person will assure implementation of this IEP:** Special Ed Teacher

### OPTIONS CONSIDERED

The IEP Team Report describes the assessment/evaluation procedures and data used during the IEP Team meeting. The following options were considered but not selected for the reason(s) indicated below:

| Considered Options | Reasons Not Selected |
|---|---|
| Communication needs | Not needed at this time. |
| Need for programing in a self contained program | Not needed at this time because the team feels it isn't appropriate. |
| Need for assistive technology devices and services. | Not needed at this time. |
| Face to face in school learning was considered. | This was rejected based on the students medical condition. |

Other relevant factors to the district's proposal or refusal:
None

### RESOURCES FOR PARENTS

The *Resources for Parents Include:*
*ARC (Resources and Advocacy for Parents):*
*Allegan: (269) 673-8841*
*Kalamazoo/Van Buren: (269) 342-9801*

*Mediation:*
*Allegan: (616) 399-1600*
*Kalamazoo: (269) 552-3434*
*Van Buren: (269) 982-7898*

*Additional Resources:*
*Ask Family Services: (269) 343-5896*

*For additional assistance please contact:*
*Allegan Area Educational Service Agency (AAESA): (269) 512-7700*
*Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323*
*Van Buren Intermediate School District (VBISD): (269) 674-8091*

**CONFIDENTIAL**

PLAINTIFFS 00003303

*The Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org
- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde
- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

## SIGNATURES

**DISTRICT COMMITMENT**

The school district superintendent/designee assures that the least restrictive environment has been fully considered and assigns this student to the following:

- ☑ The resident district
- ☐ An operating district

**Building/Program:** Comstock Compass High School

**Resident District Superintendent/Designee:** _____  **Date:** 09/24/2020