# EXHIBIT AE

CONFIDENTIAL



# Request for a State Complaint Investigation

Parents and other individuals and organizations may file a complaint if they believe a school district or other educational agency has violated one or more requirements of the **Michigan Administrative Rules for Special Education, Michigan special education law, or the Individuals with Disabilities Education Act.**

**Author:** Michigan Department of Education, Office of Special Education
**Last updated:** 10/15/18

*Note: This document was updated to comply with Michigan Department of Education standards for accessibility. No other content changes were made.*

## Person filing the complaint

George White
Name

4022 Rockwood Dr.
Address

Kalamazoo Mi 49004
City/State/Zip

269-929-6137
Telephone

gwhiteknan@yahoo.com
Email

Complainant's relationship to student:

☐ Parent    ☐ Citizen    ☐ Attorney    ■ Advocate    ☐ Self

## The public agency the complaint is against

Comstock Public School District
Name of Public Agency

Michigan Department of Education, Office of Special Education          Page 1

CONFIDENTIAL

PLAINTIFFS 00003088



## The student involved (required if the alleged violation is regarding a specific student)

Ke'Aujanaa Janielle Shepherd-Friday

Name of Student

‎ 02

Date of Birth (optional)

Home Address (include if different from above; if homeless, include other contact information)

Kalamazoo Michigan 49007

City/State/Zip

Comstock/Compass Alternative H.S.

Name of School Student is Attending

## Allegations

Number and list each alleged violation separately. Describe the alleged violation and specific facts related to the alleged violation. If possible, include names, dates, and locations. Additional pages may be attached if needed.

Ke'Aujanaa was approved for special education services under OHI on 02/27/2020.  1. Upon review of Ke'Aujanaa's evaluation it was noted that her reading and math scores fell several deviations below the means and she was not certified as needing academic multi-tiered systems and supports. 2. Compass schools was confronted and they have not amended her plan to a Standards based IEP.  3. Ke'Aujanaa is now in her 5th year of school and Comstock is not providing

## Proposed Resolution

Proposed resolution of the problem, if the alleged violation is regarding a specific student, to the extent known and available at the time the complaint is filed. This section is optional.

**CONFIDENTIAL**

Allegations

appropriate EGLCE services to address reading and math weaknesses. 4. Ke'Aujanaa will not be able to attain secondary education goals without academic intervention. 5. Ke'Aujanaa needs a compensatory education plan. 6. Comstock is denying Ke'Aujanaa a Free and Appropriate Public Education.

**CONFIDENTIAL**



## Submit Form

This state complaint investigation request must be signed and mailed or faxed to the OSE.

Michigan Department of Education
Office of Special Education
608 West Allegan
P.O. Box 30008
Lansing, MI 48909
Fax 517-241-7141

_/s/ George White_   1-25-21
Signature (required)   Date

If the person filing the complaint is not the student's parent, or if the student has reached the age of majority (18 in Michigan), this state complaint investigation request should include a consent for the release of information to the complainant, signed by the student's parent or the student if age 18 or older, before any information will be shared with the complainant. If authorization for release of information is not provided, then no information will be shared with the complainant subsequent to the issuance of this office's final decision in this matter.

**CONFIDENTIAL**

PLAINTIFFS 00003091