# EXHIBIT AG




# B-Complaint CAP Menu

B Complaint April2021 Menu > Status History

## Comstock Public Schools (39030) April 2021

Final Decision Date: 3/26/2021

Case No: 21-0005

| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
|---|---|---|---|---|---|---|
| Write and Submit CAP | MDE Review | Complete and Submit Progress Report | Implement CAP | District Request Closeout | ISD Complete and Submit Verification | MDE Verify and Close |
| Due: 06/01/2021 | | Due: 10/15/2021 | | Due: 01/01/2022 | Due: 02/01/2022 | |

### Document Status History

| Status | Date/Time | By | Notes |
|---|---|---|---|
| CAP Created | 4/11/2021 2:00:05 AM | System, Catamaran | |
| Needs to be Completed | 4/15/2021 8:14:42 AM | System, Catamaran | |
| Submitted to MDE for Review | 5/21/2021 10:23:46 AM | Deller, Mr. Brian | |
| Returned by MDE for Modifications | 6/1/2021 11:26:08 AM | Corliss, Jessica | |
| Resubmitted to MDE for Review | 6/3/2021 9:51:51 AM | Deller, Mr. Brian | |
| Returned by MDE for Modifications | 6/15/2021 9:54:04 AM | Corliss, Jessica | |
| Resubmitted to MDE for Review | 6/15/2021 9:57:48 AM | Deller, Mr. Brian | |
| Approved - PR Required | 6/17/2021 10:35:49 AM | Corliss, Jessica | |
| PR Submitted to MDE for Review | 10/15/2021 10:23:56 AM | Deller, Mr. Brian | |
| PR Returned by MDE for Modifications | 10/28/2021 9:45:46 AM | Corliss, Jessica | |
| PR Resubmitted to MDE for Review | 10/28/2021 1:07:26 PM | Deller, Mr. Brian | |
| PR Returned by MDE for Modifications | 11/4/2021 2:35:53 PM | Corliss, Jessica | |
| PR Resubmitted to MDE for Review | 11/9/2021 8:33:47 AM | Deller, Mr. Brian | |
| PR Returned by MDE for Modifications | 11/16/2021 8:53:39 AM | Corliss, Jessica | |
| PR Resubmitted to MDE for Review | 11/23/2021 11:35:42 AM | Deller, Mr. Brian | |
| PR Accepted by MDE | 12/15/2021 10:14:39 AM | Corliss, Jessica | |
| Implement CAP | 12/15/2021 10:14:39 AM | Corliss, Jessica | |
| Verification & Closeout Request Submitted | 12/16/2021 10:41:56 AM | Deller, Mr. Brian | |
| Closeout Request Submitted to MDE | 3/2/2022 11:43:19 AM | Wentela, Mrs. Victoria | |
| UNC Required | 3/25/2022 8:05:07 AM | Mozden, Chantel | Per MDE, district did not demonstrate 100% compliance within the correction timeline; UNC required. |
| UNC In Progress | 3/25/2022 8:05:07 AM | Mozden, Chantel | |
| Verification & Closeout Request Submitted | 2/27/2023 12:42:56 PM | Oakley, Dr. Ben | |
| Closeout Request Submitted to MDE | 2/28/2023 3:27:34 PM | Mckey, Christie | |
| Verified and Closed by MDE | 2/28/2023 6:29:26 PM | Jeanne AT | |

8

For additional assistance, contact the Catamaran Help Desk or visit the Catamaran Technical Assistance Website.

Catamaran Help Desk
help@catamaran.partners
877-474-9023 (Toll Free)
M - F 8:00 AM to 5:00 PM EST
Catamaran Technical Assistance Website

Catamaran is an *Individuals with Disabilities Education Act* (IDEA) Grant Funded Initiative through the Michigan Department of Education, Office of Special Education.
Notice of Nondiscrimination | State of Michigan Policies