# EXHIBIT AK

CONFIDENTIAL



**Kalamazoo Public Schools**
**1220 Howard Street**
**Kalamazoo, Michigan 49008-1871**
**Phone: 269-337-0161**

## ELIGIBILITY RECOMMENDATION

| STUDENT INFORMATION |
|---|

**Student Name:** K█████B█████
**Birthdate:** ███████06
**Age:** 11-7
**Grade:** Sixth grade

**Date of Eligibility Recommendation:** 01/16/2018
**Resident District:** Kalamazoo
**Student Primary Language:** English
**Language in the Home:** English

| PURPOSE |
|---|

This form is used by the evaluation team to recommend eligibility for special education programs/services based on evaluation for: *(Select one)*
   **Type of MET Evaluation:** Initial Eligibility

| EVALUATION INFORMATION |
|---|

**Reason for Assessment**
   This referral was made by H████B████ Parent, Parent
   The reason for referral is K██'s mother has concerns with her academic performance.

**Background Information**
   A review of her cumulative file notes that K██ entered kindergarten at Woodward elementary in the fall of 2011. Cumulative file notes from grades 1 – 5 indicate that she made slow academic progress. Cognitive Ability testing from the fall of 2013 found Low Average cognitive ability with a composite score of 81. A variety of interventions were initiated with K██ while she attended at Woodward and summer school was recommended after grades 2 and 3.

   A review of her school attendance notes that she has been absent from school on an average of about 30 days during grades 2,3,4 and 5. In addition she was absent 14 days in kindergarten abs 11 days in first grade. She has also been tardy numerous times each school year. Her attendance this year in 6th grade has been very problematic. At the date of this report, she had already been absent 17 days and also had a 3-day suspension form school. She was also tardy many times, both at the start of the school day, and during the school day. An analysis of her attendance notes that she has missed all, or part, of 67% of the school days so far, this year. This is a significant barrier to academic achievement.

**Current Education/Developmental Level *(Include teacher input)***
   K██ is currently failing several of her classes. Her teachers believe this is due primarily to a lack of effort and poor school attendance and a difficult attitude at times from K██ Her teachers report that she has difficulty with unstructured time, particularly in the hallway when passing classes. She can also show disrespect and non-compliance to teacher direction.

**Relevant Behavior Observations**
   Her teachers believe this is due primarily to a lack of effort and poor school attendance and a difficult attitude at times from K██ Her teachers report that she has difficulty with unstructured time, particularly in the hallway when passing classes. She can also show disrespect and non-compliance to teacher direction.

**Information from Parents/Guardians**
   In a phone conversation with this psychologist (11-14-17) K██'s mother reported that she is concerned with her low academic performance. She also stated that K██ has behavior and attitude difficulties.

**Educationally Relevant Medical Information *(If none, you must enter "none")***

CONFIDENTIAL

CONFIDENTIAL

None known

**Observation of areas of difficulty during classroom instruction**
Her teachers report that she wants to do well in class, and can do well when given a specific job. She can be a leader among peers. However, she can also show disrespect and non-compliance to teacher direction.

| DIAGNOSTIC ASSURANCES |
|---|

**SPECIFIC LEARNING DISABILITY**

**Assurance Statement**  |  **Report and Date**

☑ True ☐ False This student was provided appropriate instruction by qualified personnel in the general education setting. — MET Report, 1/16/18

☑ True ☐ False This student was provided repeated assessments of achievement at reasonable intervals with data-based documentation available and provided to parents. — MET Report, 1/16/18

☑ True ☐ False The suspected disability is not primarily the result of autism spectrum disorder or a cognitive, emotional, visual, hearing or motor impairment nor of an economic, cultural or environmental disadvantage. — MET Report, 1/16/18

☐ True ☑ False The suspected disability of this student is based on the following rationale: *(Select all that apply)* — MET Report, 1/16/18
  - ☐ This student exhibits a pattern of strengths and weaknesses in performance, achievement or both relative to her age, intellectual development or state approved grade level standards.
  - ☐ This student did not make sufficient progress to meet age or state approved grade level standards in response to scientific, research based intervention
  - ☐ Other research-based methodology for determining a specific learning disability: *(Give rationale for alternative methodology in report listed above)*

This student has a suspected disability in at least one of the following areas: *(Select all that apply)*

| | | | |
|---|---|---|---|
| ☐ Basic Reading Skills | ☐ Reading Fluency | ☐ Reading Comprehension | ☐ Written Expression |
| ☐ Mathematics Calculation | ☐ Mathematical Problem-solving | ☐ Listening Comprehension | ☐ Oral Expression |

☑ True ☐ False The suspected disability is not due to limited English proficiency. — MET Report, 1/16/18

☑ True ☐ False The suspected disability is not due to a lack of appropriate instruction in math or the essential components of reading. — MET Report, 1/16/18

☐ True ☑ False The suspected disability adversely affects educational performance and requires special education programs/services.

**Eligibility Recommendation**
Based on **1)** evaluation findings and **2)** a review of diagnostic assurance statements, the evaluation team makes the following recommendation regarding this student's need for special education programs/services:
☐ **Eligible**   ☑ **Not eligible**

**Participant Signatures**
As a member of the evaluation team, my input is included in print and I agree with the eligibility recommendation: *(Sign and check below)*

CONFIDENTIAL

PLAINTIFFS 00002715

CONFIDENTIAL

| **Evaluation Team Representative** | Dean Raycraft | | ☑ Yes ☐ No |
|---|---|---|---|
| **General Education Teacher** | April Dellinger | | ☑ Yes ☐ No |

## ELIGIBILITY SUMMARY

Provide explanation for evaluation team's recommendation of Ineligibility (Explanation required if a Learning Disability was suspected))

K▮▮ does not show a pattern of Strengths and Weaknesses in her abilities or achievement. Her academic achievement is commensurate with her intellectual ability. She has been provided with adequate instruction in reading and math, and has received several interventions within the general education curriculum. K▮▮s school attendance has been very problematic through out school career, missing and average of approximately 30 days preyer in grades 2 through 5. This year in 6th grade she has missed (to date) 17 days of school and been suspended 3 days. Cumulatively, since the start of her school career she has been absent the equivalent of one school year. She also has had frequent tardy's, both before school and during the school day, which have further negatively impacted the continuity of instruction.

CONFIDENTIAL

PLAINTIFFS 00002716

CONFIDENTIAL

| PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE | |
|---|---|
| Area Of Need | Subarea |

PLAINTIFFS 00002717