# EXHIBIT AL

CONFIDENTIAL

# Kalamazoo Public Schools

Every child, every opportunity, every time!

Kalamazoo Public Schools
1220 Howard St
Kalamazoo, MI 49008
(269) 337-0161   fax: (269) 337-0169

Nkenge A. Bergan
**Director of Student Services**
berganna@kalamazoopublicschools.net

May 14, 2019

Ms. H███ B███
███████████
Kalamazoo MI 49007

Dear Ms. B███:

The purpose of this letter is to confirm the decision reached by the Kalamazoo Public School District to exclude your child, K███ B███, for repeatedly assaulting a student and a staff member. This incident, which occurred on April 16, 2019, at the Middle School Alternative Learning Program, is a Category III violation of the District Student Code of Conduct.

K███ is excluded from Kalamazoo Public Schools for a total of 35 school days. During the exclusion period, K███ is not allowed to be on any Kalamazoo Public School property or attend any school related activities. K███ will need to complete 5 counseling sessions and provide verification of counseling prior to returning to school on September 3, 2019.

Should you have any questions, please contact my office at (269) 337-0161.

Sincerely,

Nkenge A. Bergan
Director of Student Services

cc:   Dr. Michael Rice, Superintendent
      Ms. Tamica Frison, Principal-Alternative Learning Program
      File

CONFIDENTIAL
PLAINTIFFS 00002851