# EXHIBIT AM

CONFIDENTIAL

# Kalamazoo Public Schools
*Every child, every opportunity, every time!*

**Kalamazoo Public Schools**
1220 Howard St
Kalamazoo, MI 49008
(269) 337-0161   fax: (269) 337-0169

**Nkenge A. Bergan**
**Director of Student Services**
berganna@kalamazoopublicschools.net

June 27, 2019

Ms. H▪▪▪ B▪▪
▪▪▪▪▪▪▪▪▪▪
Kalamazoo, MI 49007

Dear Ms. B▪▪

The purpose of this letter is to confirm the decision reached by the Kalamazoo Public School District to exclude your child, K▪▪ B▪▪, for trespassing and assaulting another student. This incident, which occurred on May 23, 2019, at the Northglade Montessori School, is a Category III violation of the District Student Code of Conduct.

K▪▪ is excluded from Kalamazoo Public Schools until the end of the first six week marking period in the 2019-2020 school year, a total of 29 school days. During the exclusion period, K▪▪ is not allowed to be on any Kalamazoo Public School property or attend any school related activities. K▪▪ **will need to complete 5 counseling sessions and provide verification of counseling prior to returning to school on October 14, 2019.**

Should you have any questions, please contact my office at (269) 337-0161.

Sincerely,

*Nkenge A. Bergan*
Nkenge A. Bergan
Director of Student Services

cc:   Dr. Michael Rice, Superintendent
      Ms. Tamica Frison, Principal-Alternative Learning Program
      File

CONFIDENTIAL