# EXHIBIT AN

Client ID: ▓▓▓▓  
Page 1 of 9

## Kalamazoo CMHSA Services
### Assessment

| | | | |
|---|---|---|---|
| **Client Name:** | B▓▓, K▓▓ | **Client ID:** | ▓▓▓▓ |
| **Clinician Name:** | BEEBE, DEB | **Date:** | 7/15/2019 |
| **Assessment date:** | 7/15/2019 | **Date of First Request:** | 7/15/2019 |

**Assessment type:**  ◉ Initial  ○ Update  ○ Annual  ○ Screen

**Population type:**  ○ Adult  ◉ Child  ☐ Child does not have parental consent
☐ DD  ☐ SA  ☑ MH

☑ Does the client have a guardian?

| Name | Address | Phone | Type |
|---|---|---|---|
| B▓▓, H▓▓ | ▓▓▓▓ Kalamazoo, MI 49007 | (Home)(269) ▓▓▓▓ | |

**Referral Type:**

School

**Current Living Arrangement:**

Private Residence - With Relatives

**Current Employment Status**

Not applicable to the person (e.g., child under 18)

**Current Primary Care Physician:**

Dr. Jackson, Family Health Center

**Presenting problem:**

K▓▓'s behavioral difficulties have been escalating throughout the school year. She was placed at the Alternative Learning Program (ALP) during her 6th grade year and will be an 8th grader in the Fall. K▓▓ has had numerous school suspensions this year, and she is currently excluded from school for 6 weeks once school resumes. This exclusion is the result of her and two other girls trespassing on the grounds of an elementary school, entering the building, and assaulting another student. Charges have been filed against K▓▓ by the family of the student who was victimized. At the time of this incident, K▓▓ was already suspended from ALP for assaulting a staff member and destroying a bulletin board.

**Desired outcomes of service (hopes and dreams) as specified by the person/guardian:**

H▓▓ wants her daughter to be successful in school and is hopeful that there is a way to address her distractibility and learning difficulties. K▓▓ would like to be able to earn her way out of ALP and join the cheer team and play volleyball.

### CAFAS

| | | | |
|---|---|---|---|
| CAFAS Date: | 7/15/2019 | | |
| Interval: | Initial CAFAS | Rater: | DEB BEEBE |

Scores:

**30**  School/Work Role Performance

K▓▓ is currently excluded from school due to her significant behavioral problems in that setting. Most recently, she assaulted an elementary school student after trespassing and entering the elementary school.

**20**  Home Role Performance

At home, K▓▓ has an "attitude" and does not comply with mom's directives. H▓▓ feels that she needs to be diligent in her supervision of K▓▓ and notes that her daughter is definitely "boy crazy."

*Client ID:* ▮▮▮▮                                                                                                        *Page 2 of 9*

| | | |
|---|---|---|
| 30 | Community Role Performance | |

Charges are being filed against K▮ for her assault on an elementary school student.

| 20 | Behavior Toward Others |
|---|---|

K▮ frequently engages in inappropriate behaviors, leading to problems for her and for others. Her behaviors of concern include fighting, promiscuity, and defiance of authority figures.

| 10 | Moods/Emotions |
|---|---|

K▮ is extremely irritable, and H▮▮▮ states that K▮ "breaks down" when she is frustrated.

| 0 | Self-harmful Behavior |
|---|---|

No self-harm behaviors are noted.

| 0 | Substance use |
|---|---|

Substance use has been denied.

| 0 | Thinking |
|---|---|

No concerns.

**Youth Total Score: 110**

| 0 | Primary Material |
|---|---|

Youth's material needs are met.

| 20 | Primary Support |
|---|---|

Mom's physical illness, blindness that resulted from a tumor on her optic nerve, has led to her becoming depressed and questioning her ability to meet the needs of her children. H▮▮▮ has indicated that her children suffer as a result of her limitations, and she is struggling with all the changes/losses associated with going blind.

| 0 | Non Custodial - Material |
|---|---|

N/A

| 0 | Non Custodial - Support |
|---|---|

N/A

| 0 | Surrogate - Material |
|---|---|

N/A

| 0 | Surrogate - Support |
|---|---|

N/A

**CRAFFT**

○ Yes  ● No   No Is CRAFFT applicable? (If no, specify reason below)

○ Yes  ○ No   Have you ever ridden in a CAR driven by someone (including yourself) who was "high" or had been using alcohol or drugs?

○ Yes  ○ No   Do you ever use alcohol or drugs to RELAX, feel better about yourself, or fit in?

○ Yes  ○ No   Do you ever use alcohol/drugs while you are by yourself, ALONE?

○ Yes  ○ No   Do you ever FORGET things you did while using alcohol or drugs?

○ Yes  ○ No   Do your family or FRIENDS ever tell you that you should cut down on your drinking or drug use?

○ Yes  ○ No   Have you gotten into TROUBLE while you were using alcohol or drugs?

Stage of Change:

☐ Complete Full SU Assessment

Client ID: ▮▮▮▮

Page 3 of 9

## Psychosocial Child

### Health

| Question | Yes | No | Unknown |
|---|---|---|---|
| Are there current physical health issues facing the child? | ○ | ● | ○ |
| ☐ Add to needs list | | | |
| Has the child met developmental milestones? | ● | ○ | ○ |
| ☐ Add to needs list | | | |
| Prenatal exposure to substances? | ○ | ● | ○ |
| ☐ Add to needs list | | | |
| Are there any issues around sexuality that are of concern? | ● | ○ | ○ |
| ☐ Add to needs list | | | |
| Are immunizations current? | ● | ○ | ○ |
| ☐ Add to needs list | | | |

**Medications**   ○ Initialize Medications   ○ List Medications   ● No Medications   ○ Unknown

☐ Add medications to needs list

Please address all of the above items that have been identified as areas of concern and describe overall health functioning.

K▮▮ does have acne that H▮▮ would like to be treated by a physician, and she also needs a vision exam. H▮▮r has expressed concern about K▮▮ being "boy crazy," and, in May of this year, there was allegedly a video circulating at ALP of K▮▮ having sex with a male peer. Earlier in the school year, teachers reported that K▮▮ was asked to leave class for engaging in sexually inappropriate behaviors.

### Functioning

| Question | Yes | No | Unknown |
|---|---|---|---|
| Are there concerns with language functioning (speech and hearing)? | ○ | ● | ○ |
| ☐ Add to needs list | | | |
| Are there concerns with visual functioning? | ○ | ○ | ● |
| ☐ Add to needs list | | | |
| Are there concerns with intellectual function? | ○ | ● | ○ |
| ☐ Add to needs list | | | |
| Are there concerns with learning ability? | ● | ○ | ○ |
| ☐ Add to needs list | | | |

Please address all of the above items that have been identified as areas of concern.

H▮▮r is concerned about K▮▮ academic deficits and believes she struggles with learning, but she has reported quite a bit of work since receiving homebound services.

### Culture/Ethnicity/Spirituality

| Question | Yes | No | Unknown |
|---|---|---|---|
| Are there any cultural/ethnic issues that are of concern? | ○ | ● | ○ |
| ☐ Add to needs list | | | |
| Are there any spiritual issues that are of concern? | ○ | ● | ○ |
| ☐ Add to needs list | | | |

Describe cultural/ethnic values or beliefs of client/family. Describe spirituality values or beliefs of client/family.

H▮▮ indicated she would like to attend church, but transportation has been a barrier. She identifies Friendship Baptist Church as her faith community.

### Family Functioning

Mental health history of child/family?   ● Yes  ○ No previous diagnosis or treatment history   ○ Unknown

☐ Add to needs list

○   ●   ○

**CONFIDENTIAL**

Client ID: ▮▮▮▮

Page 4 of 9

Are there current housing issues for the child?    Yes    No    Unknown
☐ Add to needs list

Are parents/guardians willing to participate in treatment?    ● Yes    ○ No    ○ Unknown
☐ Add to needs list

Has the child experienced abuse or neglect either as a victim or perpetrator or any previous physical or emotional trauma    ○ Yes    ● No    ○ Unknown
☐ Add to needs list

Please address all of the above items that have been identified as areas of concern or previous history and describe overall Family Dynamics.

K▮▮ received counseling services in the past when she was in elementary school. Mom acknowledged that her twin brother was diagnosed with ADHD, and she questions if K▮▮ might have this disorder. H▮▮ also stated that the biological father is "hyper." The family is in the process of moving to a different home.

## Supports

### Support 1

Big Brothers/Big Sisters (Sonya) - K▮▮ does have a Big Sister whom she sees weekly.

● Current    ○ Not Current
☐ Paid Support    ☐ Clinically Recommended
☑ Unpaid Support    ☐ Customer desired

### Support 2

Mom's sister and friend (Alicia Brown) help with transportation and care of K▮▮ and her twin sister.

● Current    ○ Not Current
☐ Paid Support    ☐ Clinically Recommended
☑ Unpaid Support    ☐ Customer desired

## Mental Status

### General Appearance

☐ Add to Needs List

☑ neat/clean    ☐ poor personal hygiene/self care    ☐ well-groomed    ☐ appropriately dressed
☐ younger than stated age    ☑ older than stated age    ☐ overweight    ☐ underweight
☐ eccentric    ☐ seductive    ☐ unkempt/disheveled    ☐ other/comment

No concerns.

### Intellectual Assessment

☐ Add to Needs List

☐ appears above average    ☑ appears average    ☐ appears below average    ☐ possible MR
☐ documented MR    ☐ other/comment

K▮▮ does seem to have some difficulties with learning.

### Communication

☐ Add to Needs List

☑ normal    ☐ uses sign language    ☐ unable to read    ☐ need for Braille
☐ hearing impaired    ☐ does lip reading    ☐ English is second language
☐ translator (sign or spoken language) needed    ☐ other/comment

No concerns.

### Mood

☐

CONFIDENTIAL

PLAINTIFFS 00003002

Client ID: [redacted]                                                                 Page 5 of 9

Add to Needs List

- [ ] unremarkable   [x] cooperative   [ ] anxious   [ ] tearful   [ ] calm   [ ] labile
- [ ] pessimistic   [ ] cheerful   [ ] guilty   [ ] euphoric   [ ] depressed
- [ ] hostile   [x] irritable   [ ] dramatized   [ ] fearful   [ ] suspicious
- [ ] other/comment

K[redacted] does become frustrated with school work. She may become very irritable and hostile at times.

### Affect

- [ ] Add to Needs List
- [x] primarily appropriate   [ ] restricted   [ ] blunted   [ ] flattened   [ ] detached
- [ ] primarily inappropriate   [ ] other/comment

No concerns.

### Speech

- [ ] Add to Needs List
- [x] normal for age & intellect   [ ] logical/coherent   [ ] tangential   [ ] sparse/slow
- [ ] rapid/pressured   [ ] soft/mumbles/inaudible   [ ] circumstantial   [ ] loud
- [ ] rambling   [ ] other/comment

No concerns.

### Thought/Content/Perceptions

- [ ] Add to Needs List
- [x] unremarkable   [ ] paranoid   [ ] grandiose   [ ] obsessive   [ ] bizarre
- [ ] flight of ideas   [ ] disorganized   [ ] auditory hallucinations   [ ] visual hallucinations
- [ ] tactile hallucinations   [ ] other/comment

No concerns.

### Behavior/Motor Activity

- [x] Add to Needs List
- [ ] normal/alert   [x] restless/overactive   [x] poor eye contact
- [ ] agitated/tense   [ ] peculiar mannerisms   [ ] self-destructive
- [ ] slowed/lethargic   [ ] destructive to others or property   [ ] compulsive/repetitious
- [ ] tremors/tics   [ ] other/comment

K[redacted] is highly distractible and struggles to stay on task. Eye contact is poor.

### Orientation

- [ ] Add to Needs List
- [x] oriented to person, place and time   [ ] not oriented to person   [ ] not oriented to place
- [ ] not oriented to time   [ ] other/comment

No concerns.

### Insight

- [ ] Add to Needs List
- [ ] good   [ ] fair   [x] poor   [ ] lacking   [ ] other/comment

K[redacted] lacks insight into the negative consequences of her behaviors and minimizes behavioral concerns.

### Memory

- [ ]

Client ID: ▇▇▇▇          *Page 6 of 9*

- Add to Needs List
- ☑ good/normal    ☐ impaired short-term    ☐ impaired long-term
- ☐ other/comment

No concerns.

**Reality Orientation**
- ☐ Add to Needs List
- ☑ intact    ☐ tenuous    ☐ poor    ☐ other/comment

No concerns.

## Risk Assessment

**Suicidality / Other Risk to Self**
- ☐ Current Suicidality / Risk to Self    ☐ Previous Attempts / History
- ☑ No Current or Previous History of Suicidality / Other Risk to Self

- ☐ Add Suicidality/ Other Risk to Self to Needs List

**Homicidality / Physical Aggression / Other Risk Factors**
- ☑ Current Homicidality / Physical Agression / Risk to Others
- ☑ Prior Homicidality / Physical Aggression / Risk to Others
- ☐ No Current or Previous History of Homicidality, Physical Agression, or Risk to others

Current Homicidality/Physical Aggression/Risk to Others
     ☐ Ideation    ☑ Active    ☐ Means    ☐ Plans
     ☐ Passive

▇▇▇ is currently excluded from school and facing criminal charges after she decided that she wanted to go into an elementary school, with the goal of getting into a fight. She had additional altercations in school prior to this most recent incident.

- ☑ Add Homicidality / Physical Aggression / Risk to Others to Needs List

**Other Risk Factors**
- ☑ No known other risk factors

- ☐ Add Other Risk Factors to Needs List

**Crisis Planning**

| | | |
|---|---|---|
| Does client have a crisis plan? | ☐ Yes | ☉ No |
| Does client desire a crisis plan? | ☐ Yes | ☉ No |
| Would client like more information about crisis planning? | ☐ Yes | ☉ No |

What information was the client given regarding crisis planning?

H▇▇▇ has information about how to contact MCR.

- ☐ Add Crisis Planning to Needs List

## DX

### Diagnosis

Client ID: ▮▮▮  Page 7 of 9

## Oppositional defiant disorder

| | | | | | |
|---|---|---|---|---|---|
| DSM5/ICD10 | F91.3 | DSMIV/ICD9 | 313.81 | SNOMED | 18941000 |
| ICD/ DSM Description | | Oppositional defiant disorder | | | |
| Remission | | Specifier | | Type | Primary |
| Source | | Severity | High | Order | 1 |
| Rule Out | No | Billable | Yes | | |

## Attention-deficit/hyperactivity disorder, Combined presentation

| | | | | | |
|---|---|---|---|---|---|
| DSM5/ICD10 | F90.2 | DSMIV/ICD9 | 314.01 | SNOMED | 31177006 |
| ICD/ DSM Description | | Attention-deficit/hyperactivity disorder, Combined presentation | | | |
| Remission | | Specifier | | Type | Additional |
| Source | | Severity | | Order | 2 |
| Rule Out | Yes | Billable | Yes | | |

### Additional Information

### Screening Tools Used

### Other General Medical Conditions

### Psychosocial, Environmental, and Other Factors

### Comments

### Level of Functioning Score

**GAF Score**

**LOCUS Score**

**CAFAS Score**

### Need List

| Need Name | Description Of Needs | Need Status |
|---|---|---|
| School / Work Performance - Child | K▮▮ is currently excluded from school due to her significant behavioral problems in that setting. Most recently, she assaulted an elementary school student after trespassing and entering the elementary school. | ● Add To Tx Plan ○ Defer |
| Home Role Performance - Child | At home, K▮▮ has an "attitude" and does not comply with mom's directives. H▮▮ feels that she needs to be diligent in her supervision of K▮▮ and notes that her daughter is definitely "boy crazy." | ● Add To Tx Plan ○ Defer |
| Community Role Performance - Child | Charges are being filed against K▮▮ for her assault on an elementary school student. | ● Add To Tx Plan ○ Defer |
| Behavior Toward Others - Child | K▮▮ frequently engages in inappropriate behaviors, leading to problems for her and for others. Her behaviors of concern include fighting, promiscuity, and defiance of authority figures. | ● Add To Tx Plan ○ Defer |
| Caregiver/Family - Support | Mom's physical illness, blindness that resulted from a tumor on her optic nerve, has led to her becoming depressed and questioning her ability to meet the needs of her children. H▮▮ has indicated that her children suffer as a result of her limitations, and she is struggling with all the changes/losses associated with going blind. | ● Add To Tx Plan ○ Defer |
| Behavior/Motor Activity | restless/overactive, poor eye contact, K▮▮ is highly distractible and struggles to stay on task. Eye contact is poor. | ● Add To Tx Plan ○ Defer |

Client ID: ███████  
Wrap Around  
KCMHSAS Youth Wraparound  

**Signed By :**  
**Name :** DEB BEEBE, LLP          **Signature Date :** 7/16/2019

*Page 9 of 9*

PLAINTIFFS 00003006