# EXHIBIT AQ



# Request for a State Complaint Investigation

Parents and other individuals and organizations may file a complaint if they believe a school district or other educational agency has violated one or more requirements of the **Michigan Administrative Rules for Special Education, Michigan special education law, or the Individuals with Disabilities Education Act**.

**Author:** Michigan Department of Education, Office of Special Education
**Last updated:** 10/15/18

*Note: This document was updated to comply with Michigan Department of Education standards for accessibility. No other content changes were made.*

## Person filing the complaint

George White
Name

4022 Rockwood Dr.
Address

Kalamazoo Michigan 49004
City/State/Zip

269-929-6137
Telephone

gwhiteknan@yahoo.com
Email

Complainant's relationship to student:

☐ Parent    ☐ Citizen    ☐ Attorney    ■ Advocate    ☐ Self

## The public agency the complaint is against

Kalamazoo Public Schools
Name of Public Agency

Michigan Department of Education, Office of Special Education          Page 1



## The student involved (required if the alleged violation is regarding a specific student)

K▆▆ B▆▆
Name of Student

Date of Birth (optional)
▆▆▆▆▆▆

Home Address (include if different from above; if homeless, include other contact information)

Kalamazoo Michigan 49007
City/State/Zip

Alternative Learning Program
Name of School Student is Attending

## Allegations

Number and list each alleged violation separately. Describe the alleged violation and specific facts related to the alleged violation. If possible, include names, dates, and locations. Additional pages may be attached if needed.

1. K▆▆ was assigned to ALP for behavioral reasons. K▆▆ does not have an IEP and she has been in alternative placement for 2 years in violation of the child find act. 2. Mom (H▆▆ B▆▆) was told verbally over the phone by Barry Smith in May of 2019 that K▆▆ could not return to school until she had 5 therapy sessions. Therapy sessions were provided by community mental and at the beginning of the 2019-2020 school year mom was told K▆▆ could not return until October 2019. K▆▆ was not assessed for health impairments that may have contributed to her behavior issues, suspending K▆▆ for 2 months was a violation of her right to a free and appropriate public education.

## Proposed Resolution

Proposed resolution of the problem, if the alleged violation is regarding a specific student, to the extent known and available at the time the complaint is filed. This section is optional.

Michigan Department of Education, Office of Special Education   Page 2



## Submit Form

This state complaint investigation request must be signed and mailed or faxed to the OSE.

> Michigan Department of Education
> Office of Special Education
> 608 West Allegan
> P.O. Box 30008
> Lansing, MI  48909
> Fax 517-241-7141

_____George White_____     _9-08-19_
Signature (required)                  Date

If the person filing the complaint is not the student's parent, or if the student has reached the age of majority (18 in Michigan), this state complaint investigation request should include a consent for the release of information to the complainant, signed by the student's parent or the student if age 18 or older, before any information will be shared with the complainant. If authorization for release of information is not provided, then no information will be shared with the complainant subsequent to the issuance of this office's final decision in this matter.