# EXHIBIT AS

**Kalamazoo Public Schools**
**1220 Howard Street**
**Kalamazoo, Michigan 49008-1871**
**Phone: 269-337-0161**

### NOTICE REGARDING PROVISION OF SPECIAL EDUCATION

#### STUDENT INFORMATION

**Student:** K___ B___  
**Birthdate:** _____06  
**Age:** 11-8  
**Grade:** Sixth grade  

**Date of IEP Team Meeting:** 01/18/2018  
**Resident District for Purpose of FAPE:** Kalamazoo  
**Student Primary Language:**  
**Language in the Home:** English  

#### PURPOSE

This notice is a result of the Individualized Education Program (IEP) Team meeting that was held on the date listed above for the following purpose(s):

**Primary Purpose:** Initial      **Additional Purpose:**

**NOTICE OF INELIGIBILITY FOR SPECIAL EDUCATION PROGRAMS AND SERVICES**
You are receiving this notice because, based upon the **initial** IEP Team meeting, K___ was found **ineligible for special education programs/services.** If age-appropriate, the district will support K___ using resources in general education.

#### OPTIONS CONSIDERED

The IEP Team Report describes the assessment/evaluation procedures and data used during the IEP Team meeting. The following options were considered but not selected for the reason(s) indicated below:

| Considered Options | Reasons Not Selected |
|---|---|
| Teacher consultant services | The Team recommends continuing current interventions within the general education curriculum. |

Other relevant factors to the district's proposal or refusal:
None

#### RESOURCES FOR PARENTS

The *Resources for Parents Include:*
*ARC (Resources and Advocacy for Parents):*
*Allegan: (269) 673-8841*
*Kalamazoo/Van Buren: (269) 342-9801*

*Mediation:*
*Allegan: (616) 399-1600*
*Kalamazoo: (269) 552-3434*
*Van Buren: (269) 982-7898*

*Additional Resources:*
*Advocacy Services for Kids (ASK): (269) 343-5896*
*Parent-to-Parent: (269) 345-8950*

*For additional assistance please contact:*
*Allegan Area Educational Service Agency (AAESA): (269) 512-7700*
*Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323*
*Van Buren Intermediate School District (VBISD): (269) 674-8091*

*The Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION

PLAINTIFFS 00007941