# EXHIBIT AT

# B-Complaint SLCAP Menu

Complaints Student Level Corrective Action Plan - Sept2019 Menu > Status History

## Kalamazoo Public Schools (39010) September 2019
## B-Complaints SLCAP-19-0188-01

### Document Status History

| Status | Date/Time | By | Notes |
|---|---|---|---|
| In Progress | 11/13/2019 9:00:14 PM | System, Catamaran | |
| Submitted to ISD | 1/14/2020 11:35:28 AM | Saunders, Rikki | |
| Extension Request Submitted to MDE | 1/16/2020 11:20:56 AM | Wentela, Mrs. Victoria | |
| In Progress | 1/17/2020 11:45:16 AM | Schafer, Holly | Victoria Wentela asked Rikki to upload more documentation |
| Submitted to ISD | 1/17/2020 11:48:27 AM | Saunders, Rikki | |
| Extension Request Submitted to MDE | 1/17/2020 2:05:00 PM | Wentela, Mrs. Victoria | |
| Submitted to ISD | 1/20/2020 8:27:51 AM | Sellers, Melissa | 1.20.20 ms per Tori Wentela |
| Extension Request Submitted to MDE | 1/20/2020 10:00:42 AM | Wentela, Mrs. Victoria | |
| Extension Approved | 1/23/2020 1:34:55 PM | McIntyre, Rebecca | |
| Modifications Required | 1/23/2020 1:34:55 PM | McIntyre, Rebecca | |
| Resubmitted to ISD | 1/23/2020 3:53:46 PM | Saunders, Rikki | |
| Closeout Request Submitted to MDE | 1/26/2020 3:23:21 PM | Wentela, Mrs. Victoria | |
| Verified and Closed by MDE | 2/10/2020 4:05:05 PM | Alexander, Gina | |