# EXHIBIT AV

CONFIDENTIAL



# Request for a State Complaint Investigation

Parents and other individuals and organizations may file a complaint if they believe a school district or other educational agency has violated one or more requirements of the **Michigan Administrative Rules for Special Education, Michigan special education law, or the Individuals with Disabilities Education Act.**

**Author:** Michigan Department of Education, Office of Special Education
**Last updated:** 10/15/18

*Note: This document was updated to comply with Michigan Department of Education standards for accessibility. No other content changes were made.*

## Person filing the complaint

George White

Name

4022 Rockwood Dr.

Address

Kalamazoo Mi 49004

City/State/Zip

269-929-6137

Telephone

gwhiteknan@yahoo.com

Email

Complainant's relationship to student:

☐ Parent      ☐ Citizen      ☐ Attorney      ■ Advocate      ☐ Self

## The public agency the complaint is against

KRESA Intermediate School District

Name of Public Agency

Michigan Department of Education, Office of Special Education          Page 1

CONFIDENTIAL

PLAINTIFFS 00002510

CONFIDENTIAL



## MICHIGAN
Department of **Education**

## The student involved (required if the alleged violation is regarding a specific student)

K███ B██

Name of Student

█████ 06

Date of Birth (optional)

████████████.

Home Address (include if different from above; if homeless, include other contact information)

Kalamazoo Michigan 49006

City/State/Zip

Intensive Learning Center/Juvenile Home School.

Name of School Student is Attending

## Allegations

Number and list each alleged violation separately. Describe the alleged violation and specific facts related to the alleged violation. If possible, include names, dates, and locations. Additional pages may be attached if needed.

1. A REED request was made of Intensive Learning Center on behalf of K███ B██ and request was denied. 2. Upon review of K███ 's juvenile home psychological evaluation it was noted that her reading and math scores fell several deviations below the means and juvenile home psychologist recommended to the court that an evaluation be done in the education setting. 3. K████ has multple psychiatric diagnosis and should qualify under OHI as well. 4. k███ attends Intensive

## Proposed Resolution

Proposed resolution of the problem, if the alleged violation is regarding a specific student, to the extent known and available at the time the complaint is filed. This section is optional.

CONFIDENTIAL

PLAINTIFFS 00002511

CONFIDENTIAL

Allegations

Learning Center, a school that reportedly has all special education teachers and she does not have an EGLCE/Standards Based IEP.  5. K███ does not have an FBA.  6. K███ requires a Socio emotional learning curriculum.  7. K███ requires 1:1 compensatory education to address reading and math weaknesses.  8. K███ requires a (45 day) transition plan to address her return to regular public school. 9. K███'s sister has the same issues and she also does not have an IEP.  This appears to be a systemic issue.

PLAINTIFFS 00002512

CONFIDENTIAL



## Submit Form

This state complaint investigation request must be signed and mailed or faxed to the OSE.

Michigan Department of Education
Office of Special Education
608 West Allegan
P.O. Box 30008
Lansing, MI  48909
Fax 517 241-7141

_____                              1-25-21
Signature (required)                                    Date

If the person filing the complaint is not the student's parent, or if the student has reached the age of majority (18 in Michigan), this state complaint investigation request should include a consent for the release of information to the complainant, signed by the student's parent or the student if age 18 or older, before any information will be shared with the complainant. If authorization for release of information is not provided, then no information will be shared with the complainant subsequent to the issuance of this office's final decision in this matter.

CONFIDENTIAL

PLAINTIFFS 00002513