# EXHIBIT AW

CONFIDENTIAL

6/2/2021                                    REED And Consent To Evaluate for K██ B██ (1708394341)

 **Kalamazoo Regional Educational Service Agency**

*inspiring educational excellence*

## REVIEW OF EXISTING EVALUATION DATA (REED) AND EVALUATION PLAN

| STUDENT INFORMATION | |
| --- | --- |
| **Student:** K██ B██ | **Initiation Date for Review/Plan:** 04/12/2021 |
| **Birthdate:** ███06 | **Resident District:** Kalamazoo |
| **Age:** 15-0 | **Student Primary Language:** English |
| **Grade:** Ninth grade | **Language in the Home:** English |

| PURPOSE | |
| --- | --- |

The purpose of this process is to review the information we have and what is needed by the IEP Team to consider:

☑ An **initial eligibility** for special education                    ☐ An **ongoing eligibility** for special education

☐ **Out of state transfer** eligibility determination for special education                    ☐ A **change in eligibility** for special education

☐ Transition from **Early On to Part B**                    ☐ Appropriate **programs or services** in special education

| WRITTEN REQUEST FOR INITIAL EVALUATION | |
| --- | --- |

We have received a referral indicating that your child may have a disability and may need special education services and/or programs. To determine initial eligibility for these services and/or programs, we are requesting your consent to conduct the necessary evaluation(s).

| **Person Making Referral:** Laura Draper | **Title:** Juvenile Home School Principal | **Date:** 03/31/2021 |
| --- | --- | --- |

**Reason for Referral:**
Written request sent in by parent to Juvenile Home School on 3/31/21 for an Initial evaluation by KRESA's Evaluation Team and follow up on child find requirements.

| PARTICIPANTS | |
| --- | --- |

The persons indicated below participated in the Evaluation Review and Plan process

| ☑ **Student:** K██ B██ | ☑ **Parent/Guardian:** B██, H██ |
| --- | --- |
| ☑ **Special Ed Provider:** Kayla Pagano | ☑ **Parent/Guardian:** Dameetrius Little |
| ☐ **General Education Teacher:** | ☑ **Eval Team Rep:** Stephanie Brown-Boyer (the individual who can interpret the instructional implications of evaluation results) |
| ☑ **School District Rep:** Laura Draper, JHS principal | ☑ **Other/Title:** Steve Ragotzy, school psychologist |

| EVALUATION REVIEW | |
| --- | --- |

For the purpose(s) indicated above, the following information must be reviewed:

**Previous evaluation team findings:**

A review of her cumulative file notes that K██ entered kindergarten at Woodward elementary in the fall of 2011. Cumulative file notes from grades 1 – 5 indicate that she made slow academic progress. Cognitive Ability testing from the fall of 2013 found Low Average cognitive ability with a composite score of 81. A variety of interventions were initiated wit K██ while she attended at Woodward and summer school was recommended after grades 2 and 3.

A review of her school attendance notes that she has been absent from school on an average of about 30 days during grades 2,3,4 and 5. In addition she was absent 14 days in kindergarten abs 11 days in first grade. She has

CONFIDENTIAL

PLAINTIFFS 00002943

CONFIDENTIAL

6/2/2021                                    REED And Consent To Evaluate for K███ B███ (1708394341)

also been tardy numerous times each school year. Her attendance this year in 6th grade has been very problematic. At the date of this report, she had already been absent 17 days and also had a 3-day suspension form school. She was also tardy many times, both at the start of the school day, and during the school day. An analysis of her attendance notes that she has missed all, or part, of 67% of the school days so far, this year. This is a significant barrier to academic achievement.

K███'s mother requested an evaluation in November of 2017, due to concerns about K███ struggling academically in school.

K███ was evaluated for special education services in January of 2018, looking specifically at the eligibilities of a Specific Learning Disability and found K███ ineligible for services. Data reported below:
WISC-V
Verbal Comprehension 84
Verbal Spatial 78
Fluid Reasoning 76
Working Memory 79
Processing Speed 105
Full Scale IQ: 82

KTEA-III:
Word Recognition: 84
Reading Comprehension: 81
Math Concepts and applications: 79
Math Computation: 77

The reports stated she was ineligible for special education services under the SLD label due to a lack of pattern of strengths and weaknesses and also due to her history of excessive absenteeism.

An additional Initial Evaluation was completed on 10/23/19 by Kalamazoo Public Schools multidisciplinary evaluation team. The findings were as follows:

BES-4 ASSESSMENT

The BES-4:L (Behavior Evaluation Scale-Fourth Edition: Long) assessment was completed with K███'s general education science teacher, Ms. Doorlag, as well as her mother, Ms. B███. Ms. Doorlag completed the survey on October 11, 2019, and Ms. B███ completed the survey with the school social worker on September 26, 2019. The BES-4:L focuses on behaviors in five subscale areas: Learning Problems, Interpersonal Difficulties, Inappropriate Behavior, Unhappiness/Depression, and Physical Symptoms/Fears. Within these subscales, the BES-4:L provides an assessment of the characteristics of behavior disorders most relevant to the educational setting.

The BES-4:L provides an overall quotient score, standard scores in each of the five subscales, as well as individual item ratings. The quotient score is a global measure of a student's overall behavior problems, with a mean of 100 and a standard deviation of 15. Quotient from 85-115 are considered within the normal range of behavior. Scores below 85 are more than one standard deviation below the mean. The subscale standard scores provide a measure of specific clusters of behavior problems in each subscale area. Behaviors in each subscale are ranked on a scale of 1 (not observed) to 7 (observed continuously throughout the day). Subscale standard scores have a mean of 10 and a standard deviation of 3. Subscale standard scores of 7-13 are considered statistically average. Scores below 7 fall one standard below the mean and a serious level of concern. In general, students who score more than one standard deviation below the mean are in need of a behavior intervention plan or other accommodations in order to be successful at school.

In the home BES-4:L assessment, within her age range, K███ scored an overall quotient of 81, at the 10th percentile. This score falls more than one standard deviation below the mean, in the At-Risk range. Subscale scores and behaviors of concern are discussed below.

CONFIDENTIAL

PLAINTIFFS 00002944

CONFIDENTIAL

6/2/2021                                        REED And Consent To Evaluate for K███ ███ (1708394341)

The Learning Problems subscale assesses behaviors conducive to learning, study habits, assignment and homework completion, work habits, academic performance, memory and comprehension skills, and skill in following oral and written directions. It represents the children and youth who do not respond to traditional learning experiences and are not successful in learning without special attention or assistance in the home environment from parents or guardians. The understanding is that the learning difficulty is behavioral, thus constituting its inclusion in the need to consider the failure to learn, without other explanation, as a behavior disorder. In K███ s case, it is likely that her significant absences from school over multiple years also contribute to her learning difficulties. K███ scored at three standard deviations below the mean on the Learning Problems subscale.

The Interpersonal Difficulties subscale assesses social skills conducive to the formation of positive relationships with other persons in the home or residential setting. Items within this subscale include such behaviors as fighting, inappropriate comments, agitation or provocation of others, difficulties at meal times, difficulties within the community, and refusal to follow directions. It encompasses the inclusion of behaviors ranging from the inability to make or keep friends to the acting out/aggressive behavior which interferes with resolving conflict, etc. The range of behaviors runs from passivity to aggressiveness as exhibited in varying forms by all age groups, 4.0 years through 19 years. K███ scored within one standard deviation below the mean on the Interpersonal Difficulties subscale.

The Inappropriate Behavior subscale is an all encompassing one which represents behavior atypical in the context of the residential environment. It is this area which represents participation in family activities, stealing, sexually-related behavior, cheating, etc. Much of this characteristic deals with the inability to conform to expected patterns of behavior necessary for social/employment success in society. Stability, responsibility, dependability, etc., are behaviors measured by this characteristic. K███ scored at two standard deviations below the mean on the Inappropriate Behavior subscale.

The Unhappiness/Depression subscale provides a measure of the more subtle indicators of emotional/behavioral problems represented by a pervasive mood of dissatisfaction and negative feelings resulting from personal, home, or school-related experiences. This subscale includes behaviors such as avoidance of group activities, self-blame, difficulty accepting suggestions or constructive criticism, lack of affect (e.g., smiling or laughing), apparent fatigue, apathy, frowning, scowling, and overly critical or pessimistic comments directed at oneself. K███ scored at one standard deviation below the mean on the Unhappiness/Depression subscale. K███ scored within one standard deviation above the mean on the Physical Symptoms/Fears subscale.

In the school BES-4:L assessment, within her age range, K███ scored an overall quotient of 78, at the 7th percentile. This score falls more than one standard deviation below the mean, in the At-Risk range. Subscale scores and behaviors of concern are discussed below.

The Learning Problems subscale assesses behaviors conducive to learning, study habits, assignment and homework completion, work habits, academic performance, memory and comprehension skills, and skill in following oral and written directions. It represents the students who do not respond to traditional learning experiences and are not successful in learning without special attention or assistance in the school environment. The understanding is that the learning difficulty is behavioral, thus constituting its inclusion in the need to consider the failure to learn, without other explanation, as a behavior disorder. K███ scored at one standard deviation below the mean on the Learning Problems subscale.

The Interpersonal Difficulties subscale assesses social skills conducive to the formation of positive relationships with peers and teachers. Items within this subscale include such behaviors as fighting, inappropriate comments, agitation or provocation of other students, withdrawn behavior, and lack of acceptance by the student's peers. It encompasses the inclusion of behaviors ranging from the inability to make or keep friends to the acting out/aggressive behavior which interferes with resolving conflict, etc. The range of behaviors runs from passivity to aggressiveness as exhibited in varying forms by all age groups, 4.0 years through 19 years. K███ scored at three standard deviations below the mean on the Interpersonal Difficulties subscale.

CONFIDENTIAL

PLAINTIFFS 00002945

CONFIDENTIAL

The Inappropriate Behavior subscale is an all encompassing one which represents behavior atypical in the context of the educational environment. It is this area which represents attendance, stealing, predictability, sexual behavior, cheating, rule-following, etc. Much of this characteristic deals with the inability to conform to expected patterns of behavior necessary for social/employment success in society. Stability, responsibility, dependability, etc., are behaviors measured by this characteristic. K███ scored at three standard deviations below the mean on the Inappropriate Behavior subscale.

The Unhappiness/Depression subscale provides a measure of the more subtle indicators of emotional/behavioral problems represented by a pervasive mood of dissatisfaction and negative feelings resulting from personal or school- related experiences. This subscale includes behaviors such as avoidance of group activities, self-blame, difficulty accepting suggestions or constructive criticism, suicidal comments, lack of affect (i.e., smiling or laughing), apparent fatigue, apathy, frowning, scowling, and overly critical or pessimistic comments directed at oneself. K███ scored at one standard deviation below the mean on the Unhappiness / Depression subscale. K███ scored at one standard deviation below the mean on the Physical Symptoms / Fears subscale.

The "SURVEY OF COMMON CHARACTERISTICS" was completed by the evaluation team with the teacher and the parent. The following was the result of that survey:

The Wayne County RESA developed an instrument, the SURVEY OF COMMON CHARACTERISTICS, to assist multi-disciplinary teams in assessing if a student's challenging behavior stems more from social maladjustment or an emotional impairment. Social maladjustment is conceptualized as a conduct problem, wherein maladjusted students choose not to conform to socially acceptable rules and norms. Socially maladjusted students demonstrate knowledge of school/social norms and expectations and consistently demonstrate a pattern or intentionally choosing to break rules and violate norms of acceptable behavior. Maladjusted youth perceive themselves as "normal." Although these students are capable of behaving appropriately, they choose to break rules and violate norms of acceptable behavior. Socially maladjusted students view rule breaking as normal and acceptable. Thus, intentionality is the distinguishing feature between social maladjustment and emotional impairment.

The SURVEY OF COMMON CHARACTERISTICS is comprised of 56 true/false statements, and respondents are asked to decide if each statement is "mostly true or mostly false" for the student in question. Scoring involves comparing the number of true statements for the common characteristics of emotional impairment versus the common characteristics of social maladjustment. This instrument is not meant to be an exclusive data source on behavior for a special education evaluation, but it does provide an additional tool and source of data in a differential assessment.

One of K███'s core general education teachers, Ms. Doorlag, who also completed the BES-4 assessment, completed the SURVEY OF COMMON CHARACTERISTICS on October 11, 2019. The title of the document was removed so that emotional impairment and social maladjustment were not mentioned; the survey was completed as a list of 56 true/false statements regarding K███'s behavior at school. Out of 28 possible responses in the Common Characteristics of Emotional Impairment, the teacher scored 9 as true for K███ Out of 28 possible responses for the Common Characteristics of Social Maladjustment, the teacher scored 14 as true for K███

K███'s mother, Ms. B███ who also completed the BES-4 assessment, completed the SURVEY OF COMMON CHARACTERISTICS on September 26, 2019. The title of the document was removed so that emotional impairment and social maladjustment were not mentioned; the survey was completed as a list of 56 true/false statements regarding K███'s behavior at home. Out of 28 possible responses in the Common Characteristics of Emotional Impairment, 13 were scored as true for K███. Out of 28 possible responses for the Common Characteristics of Social Maladjustment, 19 were scored as true for K███

The results of this survey, from both the teacher's and the parent's ratings, point to social maladjustment as a

CONFIDENTIAL

PLAINTIFFS 00002946

CONFIDENTIAL

6/2/2021                          REED And Consent To Evaluate for K███ B██ (1708394341)

potential explanation for K███'s behavior.

Looking over past and current information obtained the evaluation team did not qualify K███ for special education services at that time, specifically looking at the eligibility criteria for an Emotional Impairment.

**State and district assessments:** *(If none, enter "None")*
NWEA
MAPS Math (Spring 2020-2021) FA20 Grade 9, RIT 178, Norm for grade level 226
WI20 Grade 8, RIT 191, Norm for grade level 228
Student RIT Projection 183

MAPS LA/ Reading (Spring 2020-2021) FA20 Grade 9, RIT 183, Norm for grade level 219
Student RIT Projection 189

**Classroom-based assessments and observations:**

K███'s current grades reported are 53% in English, 50% in math, 10% in world history, and 63% in computer applications.

**Devereux Student Strengths Assessment High School Edition (DESSA)**

Interpreting Scores T-Scores
Each DESSA-HSE T-score is a standard score set to have a mean of 50 and standard deviation of 10. Like the percentile scores, T-scores are based on the ratings received by the youth in the standardization sample. In contrast to percentile scores, however, DESSA- HSE T-scores have the same meaning throughout their range. T-scores should always be used when reporting the DESSA-HSE results and when comparing scores earned on the various scales.

Percentile Scores DESSA-HSE raw scores are converted to percentile scores using the appropriate norms tables. Percentile scores compare the youth's behavior to that of other youth who have been rated using the Devereux Student Strengths Assessments. The percentile score indicates the percentage of youth in the standardization sample who earned the same or lower raw score.

Scale Description High scores (T-scores of 60 and above) are referred to as strengths. This range of scores is indicated by gray shading on the Individual Student Profile. T-scores that fall between 41 and 59 inclusive are described as typical. Low scores (T-scores of 40 and below) are described as a need for instruction. This range of scores is indicated by red shading on the Individual Student Profile. Youth with scores in this range can be considered at risk for exhibiting or developing social-emotional problems. On each scale, approximately 16% of the youth in the standardization sample received scores in the need for instruction range. It is recommended that a plan be developed and implemented to assist the youth in developing these important skills.

The Dessa is broken down into nine areas of focus. Personal Responsibility, Optimistic Thinking, Goal Directed Behavior, Social Awareness, Decision Making, Relationship Skills, Self-Awareness, Self-Management, and Social Emotional Composite. K███'s scores are the following listed below:

Personal Responsibility T -Score 35 , Percentile 7- A Need Area
Optimistic Thinking       T-Score 42, Percentile 21- Typical
Goal Directed Behavior  T-Score 39, Percentile 14-Need Area
Social Awareness          T-Score 35, Percentile 7- Need Area
Decision Making           T-Score 38, Percentile 12-Need Area
Relationship Skills        T-Score 41, Percentile 18- Typical
Self-Awareness            T-Score 39, Percentile 14- Need Area
Self-Management          T-Score 43, Percentile 24-Typical
Social Emotional Comp. T-Score 38, Percentile 12-Need Area

CONFIDENTIAL

PLAINTIFFS 00002947

CONFIDENTIAL

6/2/2021                                 REED And Consent To Evaluate for K███ B███ (1708394341)

## Observations by teachers/providers of related services:

The school social worker received some current input from a few of K███'s teachers at the Juvenile Home School. She struggles the first few hours of school, she is very sleepy. She is hard to get awoke at these times. Multiple teachers reported K███ falls asleep in class, but can do the work at times if she is awake and ready to work. Her problem behaviors reported are sleeping in class, cussing staff and students out, making negative statements towards staff and students, demonstration of bullying behavior, walking out of class and baby talk when responding to teachers. Mrs. Helsom, K███'s English teacher also reported that she has stormed out of the room upset and kicked garbage cans in frustration out in the hallway. K███ recently had an experience with staff where they called her behavior out in front of others and she became extremely upset and was crying about the situation. A trigger appears to be when K███ feels embarrassed in front of others, then her behavior increases. Most of K███'s frustration is verbally expressed.

K███'s attendance record from 9/14/21 to 6/11/21 indicated she was absent 18.5 school days last school year. K███ had three suspensions in the year of 2020-2021 and behavioral data in her kickboard data that indicated a significant amount of Failure to follow directions, Inappropriate language, sleeping behavior and disrespectful behavior towards students and staff. K███ has been attending school more regularly, but struggles more with sleeping.

## Evaluations and input provided by parents/guardians:

### Current parent input

On 3/31/21 Mrs. B███, K███a's mother sent in a written note to request special education testing or to look at a 504 plan due to problem behaviors at school. The school social worker met with Mrs. B███ on 4/19/21. Mrs. B███ stated that K███ continues to struggle in school. She often "plays around" or is sleepy and does not focus on work. She does have a good sense of humor, like mom, this can be a positive as far as her interactions, but can also distract her from getting work completed. Mom says that K███ has a disorder since childhood. She needs more time to process when asked questions. K███ has attended last few therapy sessions with her current ISK worker. Previous to this ISK worker, she did not participate in therapy sessions with prior therapist from ISK. Her night time routine is challenging at times, does not get to sleep very easily. Her medication was the most regulated when she was detained. She was calmer and less negative when she took her medication. She doesn't like to take medication because it "makes her feel weird". Mrs. B███ reports she is depressed about her appearance, specifically her face breaking out. Issues around sexuality and being accepted for who she is continues to be a concern, some family members struggles with this due to religious beliefs. K███ and her sister have pretty severe conflict at times and mom struggles with their fighting and sometimes needs to call for the police to come assist. Mom stated that K███ is more impaired then her sister and it sometimes causes fights when her sister teases her about it.

Mrs. B███ shared a few previous documents with the REED team on 4/19/21. The Family Health Center , Kathy Jackson, MD dated October 24th, 2019 gave K███ the following diagnoses of Disruptive Behavior Disorder Combination of ODD and CD, sleep disturbance. Information on court document dated 1/10/20 from Corrinne Overmer NP listed Adjustment disorder with mixed anxiety and depressed mood. Attention-deficit/Hyperactivity disorder combined presentation, Borderline Intellectual functioning, and other problems related to psychosocial circumstances. Psychological Evaluation by 9th District Court dated 3/19/20 by Danielle Williams, LLP listed Attention-deficit/ hyperactivity disorder combined presentation, other specified trauma and stressor-related disorder, adjustment-like disorder with prolonged duration of more than six months, and Oppositional defiant disorder, moderate.

### Previous Parent information from Eligibility Recommendation dated 10/23/19

The school social worker met with K███'s mother, H███ B███, along with K███ and her wraparound worker, on September 26, 2019. K███ lives at home with her mother and twin sister (K███), who is attending Hillside Middle School). A younger brother and her maternal grandmother recently moved to Mississippi, and K███'s family moved into a new neighborhood three days ago. Ms. B███ describes K███ as a "people person" who gets

CONFIDENTIAL

PLAINTIFFS 00002948

CONFIDENTIAL

6/2/2021                                    REED And Consent To Evaluate for ████ █████(1708394341)

along well with everyone and enjoys watching movies, going to the park, and doing hair.

Ms. B██n states that █████s general health is "great," and reports no diagnoses or medications prescribed at this time. Ms. ████n does not have any concerns about K████s speech, and said she is getting an eye doctor appointment soon to have her vision checked. K████s seen at the Family Health Center, and Ms. ████believes her last well-child visit was in January of this year. ████ has an appointment on October 16 with behavioral health. The family currently has the following supports in place: a family support partner from ASK and a housing resource caseworker. K████has a wraparound worker from CMH who has been working with her since July, as well as a home-based therapist who has been working with her since August. Ms. ████n reports that her therapist is working with ████to take a break and take deep breaths when she gets upset at school. ████also has a mentor through the Big Sister program, who helps her with homework and takes her on social outings.

| EVALUATION NEEDS |
|---|

On the basis of the above review, the educational needs of the child and input from the student's parents, additional data is needed to determine the following:

- ☑ Whether the child has or continues to have a disability
- ☐ The student's present level of academic achievement and developmental needs
- ☐ Whether the student needs or continues to need special education and related services
- ☐ Whether any additions or modification to special education and related services are needed to meet IEP goals and participate in general education

| EVALUATION PLAN |
|---|

Based upon the evaluation review and needs, the following evaluation plan is proposed: (*Select and define all that apply*)

| Assessment Area | Information Needed |
|---|---|
| Social/Emotional/Behavioral | Behavior Assessment- Clinical Assessment of Behavior ( CAB)<br>Parent Interview<br>Formal observations<br>File review of previous evaluations conducted and behavior data<br>Teacher input |
| Achievement | Current normed academic levels in Math and Reading.<br>Teacher input on classroom academic performance. |
| Other: (*Specify*) Medical and Mental Health | Current information regarding medical and mental health status. |

CONFIDENTIAL

PLAINTIFFS 00002949

CONFIDENTIAL

6/2/2021                          REED And Consent To Evaluate for K████ ▇███ (1708394341)

| **DISTRICT NOTICE** |
|---|

The REED describes the assessment/evaluation procedures and data used during planning and decisions on additional evaluations needed.

| **OPTIONS CONSIDERED** |
|---|

The following options were considered but not selected for the reason(s) indicated below:

| **Considered Options** | **Reasons Not Selected** |
|---|---|
| That no new testing is needed to make decisions regarding an initial special education eligibility decision. | Behavioral concerns, and written parent request for an evaluation to look at behavior concerns and follow up on child find requirements. |

Other relevant factors to the district's proposal or refusal:
None

| **RESOURCES FOR PARENTS** |
|---|

The *Resources for Parents Include:*
*ARC (Resources and Advocacy for Parents):*
*Allegan: (269) 673-8841*
*Kalamazoo/Van Buren: (269) 342-9801*

*Mediation:*
*Allegan: (616) 399-1600*
*Kalamazoo: (269) 552-3434*
*Van Buren: (269) 982-7898*

*Additional Resources:*
*Ask Family Services: (269) 343-5896*

*For additional assistance please contact:*
*Allegan Area Educational Service Agency (AAESA): (269) 512-7700*
*Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323*
*Van Buren Intermediate School District (VBISD): (269) 674-8091*

*The Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

| **CONSENT** |
|---|

I, as parent/guardian/student understand the contents of this plan and understand that I may request a comprehensive evaluation related to the disability of my child and: (*Select one*)

☑ I **consent** to the proposed evaluation plan.
☐ I **do not consent** to the proposed evaluation plan.
☐ **No response to requests to obtain parent consent**

**Parent/Guardian/Student**                          **Date**    04/19/2021

CONFIDENTIAL

PLAINTIFFS 00002950

CONFIDENTIAL

6/2/2021                    REED And Consent To Evaluate for K███ B███ (1708394341)

| DISTRICT SIGNATURES |
|---|

**District Superintendent Designee:** _____    **Date:** 04/19/2021

Laura Draper

**District Contact Person:**    Stephanie Brown-Boyer    **Phone:** 2692509776

CONFIDENTIAL

PLAINTIFFS 00002951

CONFIDENTIAL

4/26/2021                                REED And Consent To Evaluate for I███ E███ (1708394341)

| **DISTRICT NOTICE** |
| --- |

The REED describes the assessment/evaluation procedures and data used during planning and decisions on additional evaluations needed.

| **OPTIONS CONSIDERED** |
| --- |

The following options were considered but not selected for the reason(s) indicated below:

| **Considered Options** | **Reasons Not Selected** |
| --- | --- |
| That no new testing is needed to make decisions regarding an initial special education eligibility decision. | Behavioral concerns, and written parent request for an evaluation to look at behavior concerns and follow up on child find requirements. |

Other relevant factors to the district's proposal or refusal:
None

| **RESOURCES FOR PARENTS** |
| --- |

The *Resources for Parents Include:*
*ARC (Resources and Advocacy for Parents):*
*Allegan: (269) 673-8841*
*Kalamazoo/Van Buren: (269) 342-9801*

*Mediation:*
*Allegan: (616) 399-1600*
*Kalamazoo: (269) 552-3434*
*Van Buren: (269) 982-7898*

*Additional Resources:*
*Ask Family Services: (269) 343-5896*

*For additional assistance please contact:*
*Allegan Area Educational Service Agency (AAESA): (269) 512-7700*
*Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323*
*Van Buren Intermediate School District (VBISD): (269) 674-8091*

*The Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

| **CONSENT** |
| --- |

I, as parent/guardian/student understand the contents of this plan and understand that I may request a comprehensive evaluation related to the disability of my child and: (*Select one*)

☑ I **consent** to the proposed evaluation plan.
☐ I **do not consent** to the proposed evaluation plan.
☐ **No response to requests to obtain parent consent**

Parent/Guardian/Student                                Date        04/19/2021

CONFIDENTIAL

PLAINTIFFS 00002952

CONFIDENTIAL

4/26/2021                                    REED And Consent To Evaluate for K███ E██ (1708394341)

| **DISTRICT SIGNATURES** |
| --- |

**District Superintendent Designee:**      _Jan Draper_      **Date:** 04/19/2021
                                           Laura Draper

**District Contact Person:**                Stephanie Brown-Boyer            **Phone:** 2692509776

https://psse.kresa.org/templatedocprint.aspx?template=266&doc=626533&sec=727&child=0&origin=O2&prdoc=Y                                    9/9

CONFIDENTIAL

PLAINTIFFS 00002953