# EXHIBIT AX

05/17/2021   09:49 black copies                                    (FAX)2692509771           P.002/002

KALAMAZOO REGIONAL EDUCATION SERVICE AGENCY
4606 Croyden Ave
Kalamazoo, MI 49006
(269) 250-9600

PHYSICIAN'S VERIFICATION OF PHYSICAL, MENTAL OR HEALTH IMPAIRMENT

Student Name: K███ B███                    Birthdate: ██ ██ 06
Parent(s) Name: H███ B███                  Telephone: 269███████
Address: ████████████

The following is to be completed by the physician. All responses are confidential and are to be used as part of an evaluation for educational placement and/or adaptations by Kalamazoo Regional Education Service Area. Please contact the school if you have questions about the completion of this form. Thank you for helping us serve this child's educational needs.

The student's medical diagnosis is: ATTENTION DEFICIT HYPERACTIVITY DISORDER

The diagnosis is considered permanent: ☒ Yes   ☐ No

1) The prognosis for this student's physical, mental or health impairment is:
   ☐ Improving        ☐ Stable        ☒ Deteriorating
2) Describe your current treatment or therapy prescribed for this student's condition (including frequency and/or dosage of medication, prosthetic device, other providers, etc.)
   MEDICATION

3) Please check the characteristics/symptoms of the diagnosed medical condition that would adversely affect this student's educational performance and cause significant learning problems in school:
   ☒ distractibility                    ☐ limited alertness/inattention
   ☒ difficulty following directions    ☐ frequent absences
   ☐ limited strength/tires easily      ☒ easily frustrated
   ☐ hyperactive                        ☒ impulsive/excitable
   ☐ hypoactive                         ☐ disorganized
   ☐ limited mobility                   ☐ other _____

4) Is this student's impairment based solely on behaviors relating to environmental, cultural, or economic differences? ☐ Yes   X No
5) Describe how these medical factors could affect this student's education performance (e.g. medication effects, allergies, behaviors, distractibility, frequent absences, limited mobility, etc.) DIFFICULTY COMPLETING WORK AND GETTING ALONG WITH OTHER STUDENTS

Physician's Signature: Jacob Weintraub, MD    Date: 5/17/2021
Physician's Name (Please Print): JACOB WEINTRAUB, MD
Professional Title/Specialization: BEHAVIORAL PEDIATRICS

PLEASE RETURN THIS FORM TO: Steven Ragotzy, PhD Young Adult Program
Phone (269) 250-9600/ FAX (269) 250-9601