# EXHIBIT AY

CONFIDENTIAL

### Kalamazoo Regional Educational Service Agency
### Multidisciplinary Evaluation Team Report
### For



### May 26, 2021

**Date of Birth:** ▮▮/06                     **Age:** 15-0
**School:** Intensive Learning Center

REASON FOR REFERRAL:
This assessment was completed to determine if K▮▮▮ was eligible for services under the Michigan Special Educational Rules and Regulations. The referral was a result of a Special Education complaint alleging Kalamazoo RESA violated the Individuals with Disabilities Education Act and the Michigan Administrative Rules for Special Education.

**Educational Background:**

A review of her cumulative file notes that K▮▮▮ entered kindergarten at Woodward elementary in the fall of 2011. Cumulative file notes from grades 1 – 5 indicate that she made slow academic progress. Cognitive Ability testing from the fall of 2013 found Low Average cognitive ability with a composite score of 81. A variety of interventions were initiated with K▮▮▮ while she attended at Woodward and summer school was recommended after grades 2 and 3.

A review of her school attendance notes that she has been absent from school on an average of about 30 days during grades 2,3,4 and 5. In addition she was absent 14 days in kindergarten, absent 11 days in first grade. She has also been tardy numerous times each school year. Her attendance this year in 6th grade has been very problematic. At the date of this report, she had already been absent 17 days and also had a 3-day suspension form school. She was also tardy many times, both at the start of the school day, and during the school day. An analysis of her attendance notes that she has missed all, or part, of 67% of the school days so far, this year. This is a significant barrier to academic achievement.

K▮▮▮'s mother requested an evaluation in November of 2017, due to concerns about k▮▮▮

CONFIDENTIAL

PLAINTIFFS 00002922

CONFIDENTIAL

struggling academically in school.

K███ was evaluated for special education services in January of 2018, looking specifically at the eligibilities of a Specific Learning Disability and the evaluation team found K███ ineligible for services.

The reports stated she was ineligible for special education services under the SLD label due to a lack of pattern of strengths and weaknesses and also due to her history of excessive absenteeism.

An additional Initial Evaluation was completed on 10/23/19 by Kalamazoo Public Schools multidisciplinary evaluation team. The findings were as follows:

BES-4 ASSESSMENT

The BES-4:L (Behavior Evaluation Scale-Fourth Edition: Long) assessment was completed with K███s general education science teacher, Ms. Doorlag, as well as her mother, Ms. B███. Ms. Doorlag completed the survey on October 11, 2019, and Ms. B███ completed the survey with the school social worker on September 26, 2019. The BES-4:L focuses on behaviors in five subscale areas: Learning Problems, Interpersonal Difficulties, Inappropriate Behavior, Unhappiness/Depression, and Physical Symptoms/Fears. Within these subscales, the BES-4:L provides an assessment of the characteristics of behavior disorders most relevant to the educational setting.

The BES-4:L provides an overall quotient score, standard scores in each of the five subscales, as well as individual item ratings. The quotient score is a global measure of a student's overall behavior problems, with a mean of 100 and a standard deviation of 15. Quotient from 85-115 are considered within the normal range of behavior. Scores below 85 are more than one standard deviation below the mean. The subscale standard scores provide a measure of specific clusters of behavior problems in each subscale area. Behaviors in each subscale are ranked on a scale of 1 (not observed) to 7 (observed continuously throughout the day). Subscale standard scores have a mean of 10 and a standard deviation of 3. Subscale standard scores of 7-13 are considered statistically average. Scores below 7 fall one standard below the mean and a serious level of concern. In general, students who score more than one standard deviation below the mean are in need of a behavior intervention plan or other accommodations in order to be successful at school.

In the home BES-4:L assessment, within her age range, K███ scored an overall quotient of 81, at the 10th percentile. This score falls more than one standard deviation below the mean, in the At-Risk range. Subscale scores and behaviors of concern are discussed below.

The Learning Problems subscale assesses behaviors conducive to learning, study habits, assignment and homework completion, work habits, academic performance, memory and comprehension skills, and skill in following oral and written directions. It represents the children and youth who do not respond to traditional learning experiences and are not successful in learning without special attention or assistance in the home environment from

2

PLAINTIFFS 00002923

parents or guardians. The understanding is that the learning difficulty is behavioral, thus constituting its inclusion in the need to consider the failure to learn, without other explanation, as a behavior disorder. In K███ s case, it is likely that her significant absences from school over multiple years also contribute to her learning difficulties. K███ scored at three standard deviations below the mean on the Learning Problems subscale.

The Interpersonal Difficulties subscale assesses social skills conducive to the formation of positive relationships with other persons in the home or residential setting. Items within this subscale include such behaviors as fighting, inappropriate comments, agitation or provocation of others, difficulties at meal times, difficulties within the community, and refusal to follow directions. It encompasses the inclusion of behaviors ranging from the inability to make or keep friends to the acting out/aggressive behavior which interferes with resolving conflict, etc. The range of behaviors runs from passivity to aggressiveness as exhibited in varying forms by all age groups, 4.0 years through 19 years. K███ scored within one standard deviation below the mean on the Interpersonal Difficulties subscale.

The Inappropriate Behavior subscale is an all encompassing one which represents behavior atypical in the context of the residential environment. It is this area which represents participation in family activities, stealing, sexually-related behavior, cheating, etc. Much of this characteristic deals with the inability to conform to expected patterns of behavior necessary for social/employment success in society. Stability, responsibility, dependability, etc., are behaviors measured by this characteristic. K███ scored at two standard deviations below the mean on the Inappropriate Behavior subscale.

The Unhappiness/Depression subscale provides a measure of the more subtle indicators of emotional/behavioral problems represented by a pervasive mood of dissatisfaction and negative feelings resulting from personal, home, or school-related experiences. This subscale includes behaviors such as avoidance of group activities, self-blame, difficulty accepting suggestions or constructive criticism, lack of affect (e.g., smiling or laughing), apparent fatigue, apathy, frowning, scowling, and overly critical or pessimistic comments directed at oneself. K███ scored at one standard deviation below the mean on the Unhappiness/Depression subscale. K███ scored within one standard deviation above the mean on the Physical Symptoms/Fears subscale.

In the school BES-4:L assessment, within her age range, K███ scored an overall quotient of 78, at the 7th percentile. This score falls more than one standard deviation below the mean, in the At-Risk range. Subscale scores and behaviors of concern are discussed below.

The Learning Problems subscale assesses behaviors conducive to learning, study habits, assignment and homework completion, work habits, academic performance, memory and comprehension skills, and skill in following oral and written directions. It represents the students who do not respond to traditional learning experiences and are not successful in learning without special attention or assistance in the school environment. The understanding is that the learning difficulty is behavioral, thus constituting its inclusion in the need to consider the failure to learn, without other explanation, as a behavior disorder. K███ scored at one standard deviation below the mean on the Learning Problems subscale.

3

PLAINTIFFS 00002924

CONFIDENTIAL

The Interpersonal Difficulties subscale assesses social skills conducive to the formation of positive relationships with peers and teachers. Items within this subscale include such behaviors as fighting, inappropriate comments, agitation or provocation of other students, withdrawn behavior, and lack of acceptance by the student's peers. It encompasses the inclusion of behaviors ranging from the inability to make or keep friends to the acting out/aggressive behavior which interferes with resolving conflict, etc. The range of behaviors runs from passivity to aggressiveness as exhibited in varying forms by all age groups, 4.0 years through 19 years. K▒ scored at three standard deviations below the mean on the Interpersonal Difficulties subscale.

The Inappropriate Behavior subscale is an all encompassing one which represents behavior atypical in the context of the educational environment. It is this area which represents attendance, stealing, predictability, sexual behavior, cheating, rule-following, etc. Much of this characteristic deals with the inability to conform to expected patterns of behavior necessary for social/employment success in society. Stability, responsibility, dependability, etc., are behaviors measured by this characteristic. K▒ scored at three standard deviations below the mean on the Inappropriate Behavior subscale.

The Unhappiness/Depression subscale provides a measure of the more subtle indicators of emotional/behavioral problems represented by a pervasive mood of dissatisfaction and negative feelings resulting from personal or school- related experiences. This subscale includes behaviors such as avoidance of group activities, self-blame, difficulty accepting suggestions or constructive criticism, suicidal comments, lack of affect (i.e., smiling or laughing), apparent fatigue, apathy, frowning, scowling, and overly critical or pessimistic comments directed at oneself. K▒ scored at one standard deviation below the mean on the Unhappiness / Depression subscale. K▒ scored at one standard deviation below the mean on the Physical Symptoms / Fears subscale.

The "SURVEY OF COMMON CHARACTERISTICS" was completed by the evaluation team with the teacher and the parent. The following was the result of that survey:

The Wayne County RESA developed an instrument, the SURVEY OF COMMON CHARACTERISTICS, to assist multi-disciplinary teams in assessing if a student's challenging behavior stems more from social maladjustment or an emotional impairment. Social maladjustment is conceptualized as a conduct problem, wherein maladjusted students choose not to conform to socially acceptable rules and norms. Socially maladjusted students demonstrate knowledge of school/social norms and expectations and consistently demonstrate a pattern or intentionally choosing to break rules and violate norms of acceptable behavior. Maladjusted youth perceive themselves as "normal." Although these students are capable of behaving appropriately, they choose to break rules and violate norms of acceptable behavior. Socially maladjusted students view rule breaking as normal and acceptable. Thus, intentionality is the distinguishing feature between social maladjustment and emotional impairment.

4

CONFIDENTIAL
PLAINTIFFS 00002925

CONFIDENTIAL

The SURVEY OF COMMON CHARACTERISTICS is comprised of 56 true/false statements, and respondents are asked to decide if each statement is "mostly true or mostly false" for the student in question. Scoring involves comparing the number of true statements for the common characteristics of emotional impairment versus the common characteristics of social maladjustment. This instrument is not meant to be an exclusive data source on behavior for a special education evaluation, but it does provide an additional tool and source of data in a differential assessment.

One of K███ s core general education teachers, Ms. Doorlag, who also completed the BES-4 assessment, completed the SURVEY OF COMMON CHARACTERISTICS on October 11, 2019. The title of the document was removed so that emotional impairment and social maladjustment were not mentioned; the survey was completed as a list of 56 true/false statements regarding K███ 's behavior at school. Out of 28 possible responses in the Common Characteristics of Emotional Impairment, the teacher scored 9 as true for K███. Out of 28 possible responses for the Common Characteristics of Social Maladjustment, the teacher scored 14 as true for K███

K███ 's mother, Ms. B███ , who also completed the BES-4 assessment, completed the SURVEY OF COMMON CHARACTERISTICS on September 26, 2019. The title of the document was removed so that emotional impairment and social maladjustment were not mentioned; the survey was completed as a list of 56 true/false statements regarding K███ 's behavior at home. Out of 28 possible responses in the Common Characteristics of Emotional Impairment, 13 were scored as true for K███. Out of 28 possible responses for the Common Characteristics of Social Maladjustment, 19 were scored as true for K███.

The results of this survey, from both the teacher's and the parent's ratings, point to social maladjustment as a potential explanation for K███ 's behavior.

Looking over past and current information obtained the evaluation team did not qualify K███ for special education services at that time, specifically looking at the eligibility criteria for an Emotional Impairment.

<u>Past Evaluations</u>

**Evaluation**
Family Health Center Well Child Exam 9-11 8/2/17
**Reason for Referral**
Well child exam
**Test Results**
Nutrition – regular diet
Dental – Last dental exam occurred less then 6 months ago
Behavioral – No behavior problems with peers, siblings or school
Sleep – No sleep problems
School – No signs of learning disabilities. Child is doing well in school
Social – Spends 6 hours in front of tv/ computer per day.  Demonstrating independent decision making, caring relationships with family/peers and developing self confidence.

CONFIDENTIAL

PLAINTIFFS 00002926

**Medical**
No current prescriptions and no known allergies
**Recommendation**
Update vaccines and return in about a year.


**Evaluation**
Kalamazoo Public Schools Multidisciplinary Evaluation Team Report 1/16/18
**Reason for Referral**
K▇▇ s mother was concerned about her academic performance
**Test Results**
WISC – V Verbal SS 85, Visual Spatial SS 78, Fluid Reasoning SS 76, Working Memory SS 79, Processing Speed SS 105, and Full Scale SS 82.
KTEA – III Word Recognition SS 84, Reading Comprehension SS 81, Math Concepts SS 79, and Math Computation SS 77.
**Medical**
None
**Recommendation**
No indication of a pattern of academic strengths and weaknesses and achievement is commensurate with here general abilities.  Attendance has been problematic missing an average of 30 days per year. Which has negatively impacted instruction.


**Evaluation**
Kalamazoo CMHSA Services Diagnosis Document 7/15/19
**Medical**
Oppositional Defiant Disorder
Attention-deficit/hyperactivity Disorder, Combined Presentation


**Evaluation**
Kalamazoo Public Schools Multidisciplinary Evaluation Team Report 10/23/19
**Reason for Referral**
Parent Request
**Test Results**
Behavior Evaluation Scale – 4 Parent SS 81 Teacher SS 78
K▇▇ refused or did not actively participle in individual evaluation assessments including:
Kaufman Test of Education Achievement – III and Wechsler Intellignece Scales for Children – V.
**Medical**
Mother reports "great health" and no diagnoses or medications prescribed at this time. Family Health center diagnosis with Oppositional Defiant Disorder and rule-out Attention Deficit Hyperactivity Disorder.
**Recommendation**
Not eligible Specific Learning Disability R 340.1713, Other Health Impairment R 340.1709a, or Emotional Impairment R 340.1705

6

PLAINTIFFS 00002927

**Evaluation**
Family Health Center Diagnosis Document 10/24/19
**Medical**
Conduct Disorder unspecified ICD-10 CM: F91.9
Sleep Disorder unspecified ICD-10 CM: G47.9


**Evaluation**
Ninth Judicial Circuit Court Family Division Psychological Evaluation 3/19/20
**Reason for Referral**
Court Ordered
**Test Results**
Wechsler Abbreviated Scale of Intelligence – II Verbal Comprehension SS 87, Perceptional Reasoning SS 81, and Full Scale SS 82
Kaufman Test of Educational Achievement – III Letter Word Recognition SS 84, Math Computation SS 70, and Spelling SS 79
Vineland Adaptive Behavior Scale – III Communication SS 108, Daily Living SS 128, Socialization, 128 and Adaptive Composite SS 125
Behavior Assessment System for Children – III Self Report Anger Control T score 58, Mania T score 55, Test Anxiety T score 55, Ego Strength T score 54, and Functional Impairment T score 54
Mitlon Adolescent Clinical Inventory Current Clinical Signs Delinquent Predisposition and Impulsivity Propensity
Profile Integration Result indicate a number of features consistent with symptoms of ADHD ODD and other specified trauma and stressor related disorders.
**Recommendation**
Diagnosis
Attention-Deficit/Hyperactivity disorder, combined presentation, moderate (F90.2)
Other specified trauma and stressor-related disorder, adjustment like disorder with prolonged duration of more the six months (F43.8)
Oppositional defiant disorder, moderate (F91.3)


<u>Current Medical</u>

Physician's Verification of Physical, Mental, or Health Impairment KRESA 5/17/2021
Diagnosis- Attention Deficit/Hyperactivity Disorder
Condition is Deteriorating
Current Medication:
Clonidine 0.1mg oral 1 each bedtime
Invega 1.5mg TR24 oral 1 each bedtime
Trileptal 150mg Tab oral 1 each bedtime

<u>Current Evaluation Results</u>

*School Attendance*

7

PLAINTIFFS 00002928

| Grade | School | Days absent |
|---|---|---|
| K | Woodward | 7 |
| 1 | Woodward | 5.5 |
| 2 | Woodward | 16 |
| 3 | Woodward | 12 |
| 4 | Woodward | 16 |
| 5 | Woodward | 13.5 |
| 6 | Hillside/ALP | 22.5 |
| 7 * | ALP/Hombound | 19.5 |
| 8 until November * | Millwood | 14 |
| 9 * | YCC/Juvenile Home | 45 |

Suspensions

| Grade | School | Suspensions |
|---|---|---|
| K | Woodward | 0 |
| 1 | Woodward | 2 in-school |
| 2 | Woodward | 0 |
| 3 | Woodward | 0 |
| 4 | Woodward | 4 |
| 5 | Woodward | 0 |
| 6 | Hillside/ALP | 5 |
| 7 * | ALP/Hombound | 28 |
| 8 until November * | Millwood | 23 |
| 9 * | YCC/Juvenile Home | 6 |

*Estimation base on multiple data set given movement between programs

### Kaufman Test of Educational Achievement 3 (Brief)

Reading

| SUB TEST | STANDARD SCORE | PERCENTIAL | GRADE LEVEL |
|---|---|---|---|
| Letter Word Rec | 90 | 25 | 6.9 |
| Reading Comp | 76 | 5 | 4.7 |

K⬛ was able to correctly read the words recognition, argumentative, offend, prestige and bulged. She was not able to decode the words anxious, geyser, chaos or bouquet. She was able to recognize some grade words and was able to sound out most regular words. Comprehension tasks were more difficult for K⬛. She was better at answering questions about factual information (literal comprehensive). Inferential questions were more difficult for K⬛. Also, longer passages provided more difficulty, regardless of difficulty.

Math

| SUB TEST | STANDARD SCORE | PERCENTIAL | GRADE LEVEL |
|---|---|---|---|

8

PLAINTIFFS 00002929

| Math Comp | 67 | 1 | 2.10 |
|-----------|----|----|------|
| Math Applic | 73 | 4 | 3.7 |

███ was able to correctly answer simple addition, subtraction, multiplication and division problems. She did not correctly solve problems dealing with double digit division or multiplication, She was also not able to solve problems with fractions, mixed numerals, or decimals. K███ was able to solve simple story problems that required simple addition and subtraction.

### District Assessment

K███ has taken the NWEA Math test both in the fall of 2020 and in the spring of 2021. She has increased her score from 178 to 194 respectively. That places her at the around a second-grade level. K███ has taken the NWEA Reading test both in the fall of 2020 and in the spring of 2021. She increased her score from 183 to 193 respectively. This places her around a second grade to almost third grade level.

### Current Grades

Homeroom - Family, Career, and Community - D+ (68%)
Computer Applications: D (63%)
Strategic Math B: C (74%)
World History Geography A: E (19%)
Biology A: D- (61%)
English 9B: E (44%)

### Clinical Assessment of Behavior (CAB)

Clinical Assessment of Behavior Scale

The Clinical Assessment of Behavior (CAB) is a comprehensive, highly reliable instrument which assesses behavior. It is aligned with clinical diagnostic criteria and includes clusters which address current school concerns as well. The CAB is a tool used to evaluate and identify strengths in children and adolescents. The CAB utilizes parent and teacher rating forms in order to assess a student's behavior in more than one setting. (e.g., home and school). The CAB is designed in a way and utilized to help identify who may be in need of behavior interventions and supports or special education needs.

The Clinical scale takes a measure of Internalizing Behaviors (INT) and Externalizing Behaviors (EXT). Internalizing Behaviors consist of emotion, personal conditions, or behaviors that are experienced by a person individually, including experiences such as feelings of sadness, shyness, anxiety, lack of energy, or social withdrawal.

The Adaptive scale includes the areas of Social Skills (SOC) and Competence (COM). High scores within these scales are interpreted as reflecting good overall adaptive functioning or adaptive strength.

9

PLAINTIFFS 00002930

CONFIDENTIAL

The 10 CAB Clinical clusters include common psychiatric disorders (e.g. anxiety, depression) and clinical behaviors of either historical social interests (e.g. aggression, conduct problems) or more recent social interests (e.g. anger control, bullying). The Clinical cluster includes the follow areas: Anxiety (ANX), Depression (DEP), Anger (ANG), Aggression (AGG), Bullying (BUL), Conduct Problems (CP), Attention Deficit/Hyperactivity (ADH), Autistic Spectrum Behaviors (ASB), Learning Disability (LD), and Mental Retardation (MR). *IDEA* requires that emotional disturbance, an educationally related disorder, be differentiated from social maladjustment; two CAB scales, Emotional Disturbance and Social Maladjustment, can be used to help differentiate these conditions.

K███ 's teacher, Mrs. Audrey Helsom, completed the CAB teacher report form based on what she observed in the classroom setting. H███ r B███ K███ 's mother, completed the Parent Rating form of the CAB to which was observed to be a representation of her behavior at home.

Based on the information provided by H███ B███, K███ 's parent, in the CAB-P, K███ s scores came out in a **Mild Clinical Range** in the areas of Internalizing and Externalizing behaviors. In the area of Social Skills, K███ scores fell in the **Mild Adaptive Weakness Range.** Competence fell in the **Significant Adaptive Weakness Range.** The overall CAB Behavioral Index came out in the **Mild Clinical Risk Range.** The main cluster areas of Anxiety, Depression, Anger, Bullying, Conduct Problems, and Autistic Spectrum Behaviors all came out in a **Mild Clinical Risk Range.** Learning Disability and Mental Retardation, Aggression and Attention Deficit/Hyperactivity all fell in a **Significant Clinical Range Area.** Under the area of Adaptive, specifically Executive Function K███ 's mother rated her in the **Mild Adaptive Weakness** range and under Gifted and Talented rated K███ in the **Significant Adaptive Weakness Range.** On the Emotional Disturbance and Social Maladjustment Scales portion of this assessment K███ s scores indicated **Mild Clinical Risk** under Emotional Disturbance and a **Significant Clinical Risk** under Social Maladjustment area.

K███ 's special education teacher, Audrey Helsom, also rated K███ on the above areas. Internalizing Behaviors came out in the **Mild Clinical Risk range** and Externalizing Behaviors where in the **Significant Clinical Risk Range.** Social Skills and Competence came out as being in a **Mild Adaptive Weakness Area** based on her information. The overall CAB Behavioral Index score also came out in a **Mild Clinical Risk Range.** The main Cluster Areas of Anxiety, Depression, Anger, Bullying, Conduct Problems, Attention-Deficit/Hyperactivity, Autism Spectrum Behaviors, Learning Disability and Mental Retardation all came out in a **Mild Clinical Risk Range.** Aggression came out in a **Significant Clinical Risk Range.** In the Adaptive Cluster the area of Executive Function came out in the **Normal Range** and Gifted and Talented came out as a **Mild Adaptive Weakness area.** On the Emotional Disturbance and Social Maladjustment Scales portion of this assessment K███ a's scores indicated **Mild Clinical Risk under Emotional Disturbance** and a **Significant Clinical Risk** under Social Maladjustment area. See Charts Below:

10

CONFIDENTIAL
PLAINTIFFS 00002931

CONFIDENTIAL

**Teacher Assessment Results in chart format:**

Clinical Assessment Blank                                    Test Date: 03/31/2021
                                                             Page 2 of 6

## CAB-T Score Summary

| Scale | Raw score | T-score | %ile rank | 90% C.I. | Qualitative classification |
|---|---|---|---|---|---|
| **Clinical scale** | | | | | |
| Internalizing Behaviors (INT) | 47 | 60 | 85 | 55 - 65 | Mild CR |
| Externalizing Behaviors (EXT) | 76 | 70 | 98 | 68 - 72 | Significant CR |
| **Adaptive scale** | | | | | |
| Social Skills (SOC) | 61 | 37 | 10 | 34 - 40 | Mild AW |
| Competence (COM) | 58 | 39 | 14 | 35 - 43 | Mild AW |
| **CAB Behavioral Index (CBI)** | 242 | 65 | 93 | 63 - 67 | Mild CR |

| Cluster | Raw score | T-score | %ile rank | 90% C.I. | Qualitative classification |
|---|---|---|---|---|---|
| **Clinical cluster** | | | | | |
| Anxiety (ANX) | 34 | 60 | 84 | 55 - 65 | Mild CR |
| Depression (DEP) | 50 | 61 | 87 | 57 - 65 | Mild CR |
| Anger (ANG) | 36 | 67 | 95 | 63 - 71 | Mild CR |
| Aggression (AGG) | 52 | 70 | 98 | 67 - 73 | Significant CR |
| Bullying (BUL) | 35 | 69 | 97 | 66 - 72 | Mild CR |
| Conduct Problems (CP) | 29 | 64 | 93 | 60 - 68 | Mild CR |
| Attention-Deficit/Hyperactivity (ADH) | 70 | 62 | 89 | 59 - 65 | Mild CR |
| Autistic Spectrum Behaviors (ASB) | 40 | 61 | 86 | 56 - 66 | Mild CR |
| Learning Disability (LD) | 49 | 61 | 85 | 57 - 65 | Mild CR |
| Mental Retardation (MR) | 41 | 62 | 89 | 58 - 66 | Mild CR |
| **Adaptive cluster** | | | | | |
| Executive Function (EF) | 43 | 40 | 17 | 36 - 44 | Normal range |
| Gifted and Talented (GAT) | 45 | 39 | 13 | 35 - 43 | Mild AW |

Note.  CR = Clinical Risk
       AW = Adaptive Weakness

## Emotional Disturbance and Social Maladjustment Scales

| Scale | Raw score | T-score | Qualitative Classification | T-score Difference |
|---|---|---|---|---|
| Emotional Disturbance (ED) | 53 | 48 | Mild CR | |
| Social Maladjustment (SM) | 82 | 71 | Significant CR | 3 |

Note.  CR = Clinical Risk

11

CONFIDENTIAL

PLAINTIFFS 00002932

## Parent Assessment Results in Chart Format:

### CAB-P Score Summary

| Scale | Raw Score | T- score | %ile rank | 90% C.I. | Qualitative classification |
|---|---|---|---|---|---|
| **Clinical scale** | | | | | |
| Internalizing Behaviors (INT) | 49 | 63 | 91 | 58 - 68 | Mild CR |
| Externalizing Behaviors (EXT) | 58 | 66 | 94 | 62 - 70 | Mild CR |
| **Adaptive scale** | | | | | |
| Social Skills (SOC) | 63 | 30 | 2 | 25 - 35 | Mild AW |
| Competence (COM) | 69 | 28 | 1 | 24 - 32 | Significant AW |
| CAB Behavioral Index (CBI) | 239 | 68 | 96 | 66 - 70 | Mild CR |

| Cluster | Raw score | T- score | %ile rank | 90% C.I. | Qualitative classification |
|---|---|---|---|---|---|
| **Clinical cluster** | | | | | |
| Anxiety (ANX) | 39 | 69 | 97 | 64 - 74 | Mild CR |
| Depression (DEP) | 54 | 67 | 93 | 62 - 72 | Mild CR |
| Anger (ANG) | 34 | 67 | 96 | 62 - 72 | Mild CR |
| Aggression (AGG) | 43 | 70 | 98 | 65 - 75 | Significant CR |
| Bullying (BUL) | 55 | 66 | 94 | 62 - 70 | Mild CR |
| Conduct Problems (CP) | 27 | 68 | 96 | 63 - 73 | Mild CR |
| Attention-Deficit/Hyperactivity (ADH) | 77 | 70 | 98 | 66 - 74 | Significant CR |
| Autistic Spectrum Behaviors (ASB) | 48 | 69 | 97 | 64 - 74 | Mild CR |
| Learning Disability (LD) | 58 | 71 | 98 | 66 - 76 | Significant CR |
| Mental Retardation (MR) | 47 | 71 | 98 | 66 - 76 | Significant CR |
| **Adaptive cluster** | | | | | |
| Executive Function (EF) | 50 | 30 | 2 | 26 - 34 | Mild AW |
| Gifted and Talented (GAT) | 56 | 27 | 1 | 23 - 31 | Significant AW |

*Note.  CR = Clinical Risk*
*AW = Adaptive Weakness*

### Emotional Disturbance and Social Maladjustment Scales

| Scale | Raw Score | T- score | Qualitative Classification | Z-score Difference |
|---|---|---|---|---|
| Emotional Disturbance (ED) | 46 | 60 | Mild CR | 16 |
| Social Maladjustment (SM) | 107 | 76 | Significant CR | |

*Note.  CR = Clinical Risk*

## Classroom Observation

The School Social worker, Stephanie Brown-Boyer, was able to do multiple observations of
K███ B███ within her classroom settings. K███ B███ was observed on 4/19/21, 4/27/21,
and 5/17/21. On 4/19/21 K███ was observed in Math class. K███ was working on an
assignment fairly quietly when writer entered. The teacher stated to the school social worker
that this behavior was not typical for K███. Writer did notice K███ struggling with blurting out
"I don't know what they are asking!" and struggling with asking for help in appropriate
manner. K███ did finish the assignment with support of teacher.

K███'s teachers report that the class that behavior is more of a concern is World History.
The school social worker observed this classroom on two separate occasions. The first
occasion on 4/27/21 K███ was struggling with following two step directions, she was highly
distracted by different noises in a room, such as another student tapping pencil, a teacher
moving around, and another student coloring too loud. She would blurt out questions and
often interrupting a teacher when they are helping others. She has a loud volume of voice,

12

PLAINTIFFS 00002933

but does not seem to realize her volume. She has trouble focusing on the task at hand and started talking off topic with little self-awareness that she was off topic. When asked to do a small amount of writing her response was " NO! I am not about to do all that writing!" She then responded to a student who made a statement about not getting something and she stated "No you are not dumb, your just a little special" and continued to laugh at her sarcastic comment. The student ignored her, that was often the response of the students towards K███. They did not engage in conversation with her, they attempt to ignore her comments. Then when the instructor tried to get K███ back on the work task, she started focusing on how she can crack her knuckles and how loud and weird it sounds. Then she became focused on whether she will end up with arthritis one day if she continues to crack her knuckles too much. K███ clearly demonstrated issues with focusing throughout this class period. Her self-awareness of this lack of focus appeared very limited. K███ required one to one staff on her to help redirect her area of focus.

On 5/17/21 K███ was observed for a second time in her World History class. K███ was attempting to follow the assignment,but was distracted and then asked to use the bathroom. When K███ returned, she needed some staff support to help her catch up, but did eventually finish the assignment. She screamed out "Don't say I will miss him, speak for yourself!!" in response to a staff stating they would miss a student who was being taken out for testing. The student ignored K███ at the time, even though her volume was loud and tone sarcastic towards them. K███ was distracted when working by the teachers chair that was squeaking, she stated in a loud volume "Stop moving your chair its squeaking too much!" Student then ended up falling asleep for the last 15 minutes of class and part of the lunch hour. Staff attempted to wake her,but struggled getting her up. She eventually woke up and began to eat her lunch.

## Teacher interview

The school social worker interviewed Audrey Helsom, the assigned caseload teacher for K███. Mrs. Helsom reported that K███ needs specific, clear directions to complete work. K███ will do work about 50% of the time with staff prompting and support. The other 50% of the time K███ is often distracted, or avoiding work tasks or sleeping during class. K███ can be verbally aggressive and use sexually explicit language towards staff and students. K███ has exhibited physical aggression (i.e. throwing items or attempting to get into physical fights) but these incidents are demonstrated less often. During the time of this interview, for the third trimester K███ was failing three of her five classes (Strategic Math B, World History, English 9A), and had a D ( Computer Applications) and B- in the other two classes. Her highest grade of a B- was in Biology A. In regards to making and maintaining peer relationships, Mrs. Helsom reports that K███ struggles with how to interact with her peers without upsetting or offending them. Often peers either ignore her completely or get into a conflict event with her. K███ is reported as being distracted, off topic, having issues with volume and tone of voice, she struggles with staying on task and focusing, and seems to struggle with unexpected transitions. K███'s self-awareness is limited on some of the

13

PLAINTIFFS 00002934

CONFIDENTIAL

behaviors listed above that she struggles in. In addition, in previous self-assessments, she rated herself fairly high in adaptive and social areas.

### Parent Interviews

The school social worker met with Mrs. B█ on 4/19/21. Mrs. B█ stated that K█ continues to struggle in school. She often "plays around" or is sleepy and does not focus on work. She does have a good sense of humor, like mom, this can be a positive as far as her interactions, but can also distract her from getting work completed. Mom says that K█ has a disorder since childhood. She needs more time to process when asked questions. K█ has attended last few therapy sessions with her current therapist successfully. Previous to this therapist, she did not participate in therapy sessions. Her night- time routine is challenging at times, K█ does not get to sleep very easily. Her medication was the most regulated when she was detained. She was calmer and less negative when she took her medication. She doesn't like to take medication because it "makes her feel weird". Mrs. B█ reports she is depressed about her appearance, specifically her face breaking out. Issues around sexuality and being accepted for who she is continues to be a concern, some family members struggle with this due to religious beliefs. K█ and her sister have severe conflict at times and Ms. B█ struggles with their fighting and sometimes needs to call for the police to come assist. Mom stated that K█ is more impaired than her sister and it sometimes causes fights then her sister teases her about it. The school social worker set up a second interview for 4/26/21 to complete a behavior assessment and the interview process with mom. Due to scheduling issue, mom was not able to attend meeting on 4/26/21.

The school social worker rescheduled for 4/27/21, mom again was not able to attend. The social worker was informed that transportation was also an issue. A trip to Mississippi was scheduled by mom for the following week so she would not be available. The School Social Worker, Stephanie Brown-Boyer coordinated a home visit with the ISK worker, the original appointment for 13th was moved to the 20th of May with the ISK worker due to mom rescheduling.

The School Social Worker, Stephanie Brown-Boyer, conducted a home visit with the ISK worker present on 05/20/21. The CAB and a parent interview were completed with H█ B█ on this date. Mom shared that K█ struggles with interrupting and blurting out. She is often off topic and is not able to focus well at home. K█ gets flustered by changes in schedule or routines and has a low tolerance to challenges. █ is easily confused, and often acts impulsively and demonstrates poor self-control. K█'s strengths are that she has improved her attendance and she has not given up on school. She is gifted at "braiding" in the area of hair care. She is interested in working a job and she has the ability to recognize unsafe situations where she needs to get help from adults. Ms. B█ reported that K█ does not have a history of a mood of unhappiness or major depression. She does not have a history of physical symptoms such as headaches, stomach pains etc. No drug or alcohol issues or use reported. K█ does struggle with anger management and will destroy other people's items. K█ does not have strong friendships with others, she mostly spends time with her family members.

14

PLAINTIFFS 00002935

CONFIDENTIAL

<u>Eligibility Recommendation Summary</u>

K___ has a medical diagnosis of Attention-Deficit with Hyperactivity Disorder and has been prescribed medication. K___'s physician indicated that the condition is deteriorating, and she will have difficulty completing work and getting along with other students. Based on student observations, both parent and teacher input, the team has also gathered information about the behavior difficulties that are impeding K___'s learning at school. Behaviors observed and reported for K___ included; blurting out, interrupting staff and students, loud volume, frustrated tone, poor peer interactions, work avoidance, frustration with work load, extremely distracted by classroom noises, off topic behavior, needing to get up and use the restroom on multiple occasions, sleeping behavior and low tolerance for unexpected schedule changes or unknown work. K___'s current academic performance has been impacted by these behaviors listed above and do require extra supports for her within the classroom. The Kalamazoo RESA Evaluation Team is recommending that K___ become Eligible for special education services under Other Health Impairment (OHI) at this time.

## ELIGIBILITY:

### Student with a Disability defined

**R 340.1702 "Student with a disability" defined. Rule 2.** "Student with a disability" means a person who is determined by an individualized education program team or a hearing officer to have 1 or more of the impairments specified that necessitates special education or related services, or both, who is not more than 25 years of age as of September 1 of the school year of enrollment, who has not completed a normal course of study, and who has not graduated from high school. A student who reaches the age of 26 years after September 1 is a "student with a disability" and entitled to continue a special education program or service until the end of that school year.

### R 340.1713 "Specific learning disability" defined; determination.

Rule 13. (1) "Specific learning disability" means a disorder in 1 or more of the basic psychological processes involved in understanding or in using language, spoken or written, that may manifest itself in an imperfect ability to listen, think, speak, read, write, spell, or to do mathematical calculations. The term includes such conditions as perceptual impairments, brain injury, minimal brain dysfunction, dyslexia, and developmental aphasia. The term does not include children who have learning problems that are primarily the result of a visual, hearing, or motor impairment, of a cognitive impairment, of an emotional impairment, of autism spectrum disorder, or of environmental, cultural, or economic disadvantage. (2) The individualized education program team may determine that a child has a specific learning disability if the child does not achieve commensurate with his or her age and ability levels in 1 or more of the areas listed in this subrule, when provided with learning experiences appropriate for the child's age and ability levels, and if the multidisciplinary evaluation team finds that a child has a severe discrepancy between achievement and intellectual ability in 1 or more of the following areas:
(a) Oral expression.
(b) Listening comprehension.

CONFIDENTIAL

PLAINTIFFS 00002936

CONFIDENTIAL

(c) Written expression.
(d) Basic reading skill.
(e) Reading comprehension.
(f) Mathematics calculation.
(g) Mathematics reasoning.

> K▮ s academic performance is below the 5th percentile in all areas except word recognition (25[th] percentile). She has a history of below average grades in academic classes. In the core academic areas there was not a pattern of significant strength or weakness in K▮ s performance. Based on past and current evaluations, K▮'s current academic performance is consistent with her performance in other areas including general abilities and functional skills.

(3) The individualized education program team shall not identify a child as having a specific learning disability if the severe discrepancy between ability and achievement is primarily the result of any of the following:
(a) A visual, hearing, or motor impairment.
(b) Cognitive impairment.
(c) Emotional impairment.
(d) Autism spectrum disorder.
(e) Environmental, cultural, or economic disadvantage.

> K▮ has had mental health involvement and diagnosis Attention-Deficit with Hyperactivity Disorder (Kalamazoo CMHSA and Ninth Judicial Circuit Court), Other Specified Trauma and Stressor Related Disorder (Ninth Judicial Circuit Court), Oppositional Defiant Disorder (Kalamazoo CMHSA and Ninth Judicial Circuit Court).

(4) At least 1 individualized education program team member other than the student's general education teacher shall observe the student's academic performance in the general education classroom setting. For a child who is less than school age or who is out of school, an individualized education program team member shall observe the child in an environment appropriate for a child of that age.

> Observations were conducted by both the School Social Worker and School Psychologist.

(5) For a student suspected of having a specific learning disability, the documentation of the individualized education program team's determination of eligibility shall include a statement concerning all of the following:
(a) Whether the student has a specific learning disability.
(b) The basis for making the determination.
(c) The relevant behavior noted during the observation of the student.
(d) The relationship of that behavior to the student's academic functioning.

16

CONFIDENTIAL

PLAINTIFFS 00002937

CONFIDENTIAL

(e) The educationally relevant medical findings, if any.
(f) Whether there is a severe discrepancy between achievement and ability that is not correctable without special education and related services.
(g) The determination of the team concerning the effects of environmental, cultural, or economic disadvantage.

> **K▮▮ has a medical diagnosis of Attention-Deficit with Hyperactivity Disorder and has been prescribed medication. K▮▮ physician indicated that the condition is deteriorating, and she will have difficulty completing work and getting along with other students. This was also evident through independent observations, parent, and teacher interviews. Currently, continued lack of academic progress has been present, even with small class size, materials at her instructional level, and one-on-one support. The team felt that these deficits were not a result of environmental, cultural or economic variables.**

(6) Each individualized education program team member shall certify, in writing, whether the report reflects his or her conclusion. If it does not reflect his or her conclusion, the team member shall submit a separate statement presenting his or her conclusions.

(7) A determination of learning disability shall be based upon a comprehensive evaluation by a multidisciplinary evaluation team, which shall include at least both of the following:
(a) The student's general education teacher or, if the student does not have a general education teacher, a general education teacher qualified to teach a student of his or her age or, for a child of less than school age, an individual qualified by the state educational agency to teach a child of his or her age.
(b) At least 1 person qualified to conduct individual diagnostic examinations of children, such as a school psychologist, an authorized provider of speech and language under R 340.1745(d), or a teacher consultant.

> **The evaluation team consisted of K▮▮ s classroom teacher, school psychologist, and school social worker.**

## R 340.1706 Emotional impairment; determination; evaluation report. Rule 6.

(1) Emotional impairment shall be determined through manifestation of behavioral problems primarily in the affective domain, over an extended period of time, which adversely affect the student's education to the extent that the student cannot profit from learning experiences without special education support. The problems result in behaviors manifested by 1 or more of the following characteristics:
(a) Inability to build or maintain satisfactory interpersonal relationships within the school environment.
(b) Inappropriate types of behavior or feelings under normal circumstances.
(c) General pervasive mood of unhappiness or depression.
(d) Tendency to develop physical symptoms or fears associated with personal or school problems.

CONFIDENTIAL

PLAINTIFFS 00002938

CONFIDENTIAL

Evaluations conducted, both in school and out of school have documented deficits in characteristics relating to sections (a) and (b) above. There is no current and past interviews, documentation or observations recorded indicating (c) or (d).

(2) Emotional impairment also includes students who, in addition to the characteristics specified in subrule

(1) of this rule, exhibit maladaptive behaviors related to schizophrenia or similar disorders. The term "emotional impairment" does not include persons who are socially maladjusted, unless it is determined that the persons have an emotional impairment.

(3) Emotional impairment does not include students whose behaviors are primarily the result of intellectual, sensory, or health factors.

K███ has a medical diagnosis of Attention-Deficit with Hyperactivity Disorder and has been prescribed medication. K███'s physician indicated that the condition is deteriorating, and she will have difficulty completing work and getting along with other students.

(4) When evaluating a student suspected of having an emotional impairment, the multidisciplinary evaluation team report shall include documentation of all of the following:

(a) The student's performance in the educational setting and in other settings, such as adaptive behavior within the broader community.
(b) The systematic observation of the behaviors of primary concern which interfere with educational and social needs.
(c) The intervention strategies used to improve the behaviors and the length of time the strategies were utilized.
(d) Relevant medical information, if any.

K███ has a medical diagnosis of Attention-Deficit with Hyperactivity Disorder. The primary set of behaviors observed in multiple settings are consistent with the key diagnostic factors associated with her diagnosis. The primary barriers observed and reported through medical documentation, and formal interviews are consistent with her diagnosis of Attention-Deficit and Hyperactivity Disorder.

(5) A determination of impairment shall be based on data provided by a multidisciplinary evaluation team, which shall include a comprehensive evaluation by both of the following:

(a) A psychologist or psychiatrist.
(b) A school social worker.

A school psychologist and school social worker were part of the multidisciplinary evaluation team.

18

PLAINTIFFS 00002939

CONFIDENTIAL

**R 340.1709a Other Health Impairment explained; determination.**
**Rule 9a.** (1) "Other health impairment" means having limited strength, vitality, or alertness, including a heightened alertness to environmental stimuli, which results in limited alertness with respect to the educational environment and to which both of the following provisions apply:

    (a) Is due to chronic or acute health problems such as any of the following:
        (i) Asthma.
        (ii) Attention deficit disorder.
        (iii) Attention deficit hyperactivity disorder.
        (iv) Diabetes.
        (v) Epilepsy.
        (vi) A heart condition.
        (vii) Hemophilia.
        (viii) Lead poisoning.
        (ix) Leukemia.
        (x) Nephritis.
        (xi) Rheumatic fever.
        (xii) Sickle cell anemia.

        **K▆ has a medical diagnosis of Attention-Deficit with Hyperactivity Disorder and has been prescribed medication. K▆'s physician indicated that the condition is deteriorating, and she will have difficulty completing work and getting along with other students.**

    (b) The impairment adversely affects a student's educational performance.

        **K▆'s academic performance is below the 5th percentile in all areas except word recognition (25th percentile). She has a history of below average grades in academic classes.**

(2) A determination of disability shall be based upon a comprehensive evaluation by a multidisciplinary evaluation team, which shall include 1 of the following persons:
(a) An orthopedic surgeon.
(b) An internist.
(c) A neurologist.
(d) A pediatrician.
(e) A family physician or any other approved physician as defined in 1978 PA 368, MCL 333.1101 et seq.

19

PLAINTIFFS 00002940

CONFIDENTIAL

Current diagnosis of ADHD was made by Jacob Weintraub, MD who's specialization is behavioral pediatrics.

RECOMMENDATIONS:
The Multidisciplinary Evaluation Team (MET) recommends that an IEPT be held to share this report.  Any questions regarding this report should be addressed to:

Steven Ragotzy, PhD
School Psychologist

Stephanie Brown-Boyer, LMSW
School Social Worker

Audrey Helsom
Teacher

Jacob Weintraub, MD
Behavioral Pediatrician
See attachment SR

20

PLAINTIFFS 00002941