# EXHIBIT AZ

6/2/2021                    Individualized Education Program for K██ B██ (1708394341)



**Kalamazoo Regional Educational Service Agency**
1819 E Milham Ave
Portage, Michigan 49002-3035
Phone: 269-250-9200

*inspiring educational excellence*

## INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT

| Date of IEP | Date of IEP | Date of Most Recent |
|---|---|---|
| **Team Meeting:** 05/26/2021 | **Offer of FAPE:** 05/26/2021 | **Evaluation IEP:** 10/23/2019 |
| **Student Name:** K██ A██ B██ | **Home Phone:** 269█ | |
| **Student's Address:** █ | **State:** Michigan | **Zip Code:** 49006 |
| Kalamazoo | | |
| **County:** | **Resident District for Purpose of FAPE:** Kalamazoo | |
| **Student Primary Language:** | **Language in the Home:** English | |
| **Birthdate:** █06 | **Age:** 15-0 | **Grade:** Ninth grade |

### PURPOSE

**Purpose of IEP Team Meeting:** Initial

### PARTICIPANTS

| | |
|---|---|
| ☑ **Student:** K██ A██ B██ | ☑ **Parent/Guardian:** B██, H██ |
| ☐ **General Ed Teacher:** | ☐ **Parent/Guardian:** |
| ☑ **Special Ed Provider:** Audrey Helsom | ☑ **School District Rep:** Janine Vanstee, KPS |
| ☑ **Eval Team Rep:** Steven Ragotzy | ☑ **Other/Title:** Laura Draper, Principal |
| (the individual who can interpret the instructional implications of evaluation results) | |
| ☑ **Other/Title:** Jeff Crawford, Dean of Students | ☑ **Other/Title:** Jeff Martin, Behavior Interventionist |
| ☑ **Other/Title:** Anne Lape, Special Education Teacher | ☑ **Other/Title:** Stephanie Brown-Boyer, Social Worker |
| ☑ **Other/Title:** Jennifer Horrocks, Probation Officer | ☑ **Other/Title:** Lauren Cooper, Counselor, Wraparound |
| ☑ **Other/Title:** Krissy Manelli, Wraparound | ☑ **Other/Title:** Rikki Saudners, KPS |

### STUDENT PROFILE AND ELIGIBILITY

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**

K██ has a very strong personality and can definitely command a room. She is very caring and always stands up for the underdog. If she knows that you care for her and are there to help her, she can be very respectful and can get along well with others in the classroom. She is a natural care giver.

**Parent/Guardian Concerns**

Her mom has expressed concerns about K██'s academic ability in comparison with her sister's and other students her age. She also worries that her behaviors are holding her back from accomplishing her academic and social goals.

**Current Evaluations**

K██ has taken the NWEA Math test both in the fall of 2020 and in the spring of 2021. She increased her score from 191 to 194 respectively. That places her around a second grade level. K██ has taken the NWEA Reading test both in the fall of 2020 and in the spring of 2021. She increased her score from 183 to 193 respectively. This places her around a second grade to almost third grade level. She also completed the Kaufman test this spring. Her results were diverse:
Letter Word Recognition 6.9
Reading Comp 4.7
Math computation 2.10
Math Concepts and application 3.7

For the third trimester, K██ has 16 absences so far (4 Virtual Present, 5 Absent Excused, and 7 Absent Unexcused).

Her grades for the trimester so far are as follows:

https://psse.kresa.org/templatedocprint.aspx?template=149&doc=638308&sec=687&child=0&origin=U&prdoc=Y                    1/18

PLAINTIFFS 00002957

CONFIDENTIAL

5/26/2021      (DRAFT VERSION) Individualized Education Program for K███ E███ (1708394341)



**Kalamazoo Regional Educational Service Agency**
1819 E Milham Ave
Portage, Michigan 49002-3035
Phone: 269-250-9200

## INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT

| | | |
|---|---|---|
| **Date of IEP** | **Date of IEP** | **Date of Most Recent** |
| **Team Meeting:** 05/26/2021 | **Offer of FAPE:** | **Evaluation IEP:** |
| **Student Name:** K██ A██ E██ | **Home Phone:** 269█ | |
| **Student's Address:** | **State:** Michigan | **Zip Code:** 49006 |
| Kalamazoo | | |
| **County:** | **Resident District for Purpose of FAPE:** Kalamazoo | |
| **Student Primary Language:** | **Language in the Home:** English | |
| **Birthdate:** ███06 | **Age:** 15-0 | **Grade:** Ninth grade |

### PURPOSE

**Purpose of IEP Team Meeting:** Initial

### PARTICIPANTS

☑ **Student:** K██ A██ E██

☐ **General Ed Teacher:**

☑ **Special Ed Provider:** Audrey Helsom

☑ **Eval Team Rep:** Steven Ragotzy
(the individual who can interpret the instructional implications of evaluation results)

☑ **Other/Title:** Jeff Crawford, Dean of Students

☑ **Other/Title:** Anne Lapa, Special Education Teacher

☑ **Other/Title:** Jennifer Horrocks, Probation Officer

☑ **Other/Title:** Krissy Manelli, Wraparound

☑ **Parent/Guardian:** B██, H██

☐ **Parent/Guardian:**

☑ **School District Rep:** Janine Vanstee, KPS

☑ **Other/Title:** Laura Draper, Principal

☑ **Other/Title:** Jeff Martin, Behavior Interventionist

☑ **Other/Title:** Stephanie Brown-Boyer, Social Worker

☑ **Other/Title:** Lauren Cooper, Counselor, Wraparound

☑ **Other/Title:** Rikki Saudners, KPS

### STUDENT PROFILE AND ELIGIBILITY

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**

███ has a very strong personality and can definitely command a room. She is very caring and always stands up for the underdog. If she knows that you care for her and are there to help her, she can be very respectful and can get along well with others in the classroom. She is a natural care giver.

**Parent/Guardian Concerns**

Her mom has expressed concerns about K██'s academic ability in comparison with her sister's and other students her age. She also worries that her behaviors are holding her back from accomplishing her academic and social goals.

**Current Evaluations**

K██ has taken the NWEA Math test both in the fall of 2020 and in the spring of 2021. She increased her score from 178 to 194 respectively. That places her around a second grade level. K██ has taken the NWEA Reading test both in the fall of 2020 and in the spring of 2021. She increased her score from 183 to 193 respectively. This places her around a second grade to almost third grade level. She also completed the Kaufman test this spring. Her results were diverse;
Letter Word Recognition 6.9
Reading Comp 4.7
Math computation 2.10
Math Concepts and application 3.7

For the third trimester, K██ has 16 absences so far (4 Virtual Present, 5 Absent Excused, and 7 Absent Unexcused).

Her grades for the trimester so far are as follows:

CONFIDENTIAL

PLAINTIFFS 00002958

6/2/2021                                      Individualized Education Program for K█████ E███ (1708394341)

Homeroom - Family, Career, and Community: D+ (68%)
Computer Applications: D (63%)
Strategic Math B: C (74%)
World History Geography A: E (19%)
Biology A: D- (61%)
English 9B: E (44%)

Based on **1)** K███'s current functioning, **2)** the most recent evaluation findings and **3)** any additional assessment information, does the IEP Team determine that this student has a disability that requires special education programs/services?

☑   Yes, K███ is **eligible** for special education

| **Primary Disability** | **Qualifying Criteria** | **Qualifying Criteria** | **Medical Diagnosis** |
| --- | --- | --- | --- |
| Other Health Impairment | Limited alertness to education | | ADHD |

PLAINTIFFS 00002959

CONFIDENTIAL

6/2/2021                                Individualized Education Program for K█ E█ (1708394341)

**Student Name:** K█ A█ E█                                                              **IEP Date:** 05/26/2021

## Secondary Transition Considerations

| Transition Assessments Completed: | | Date of Most Recent Assessment: 05/25/2021 |
|---|---|---|
| **Assessments** | **Student/Parent Input** | **School Observation Data** |
| ESTR-J - Revised | Student Interview | Grades<br>Attendance reports<br>Discipline reports<br>Kickboard data |

**Date of Educational Development Plan (EDP):** 05/25/2021

**If student did not attend IEP, describe steps taken to ensure consideration of student's preferences/vision:**

## Student's Post-Secondary Vision and Transition Activities

**Career/Employment:** As an adult, what kind of work will you do?
After finishing school, K█ will get a part-time job to earn and save money to enroll in Jackson State University to complete general courses and then enroll in nursing school.

**Career/Employment Assessment Results:** Present level assessment related to this vision statement.
According to the ESTR-J - Revised, K█ scored 7/13, about 54%, on the Employment section. K█'s strengths were in understanding what it takes to find a job, and she understands the behaviors she needs to display in order to hold a job. She does have realistic expectations about her abilities to always adhere to those behaviors however. Some areas K█ will need to work on include responding appropriately to authority figures, attendance, demonstrating the necessary interpersonal skills to work with others, and acquiring successful community-based work experience.

**Is there a need for activities or services for Career/Employment?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Employment | K█ will practice researching on-line job opportunities and filling out job applications. | K█, mother, teacher | 05/25/2022 |
| Employment | K█ will practice "commonly asked interview questions" in order to get more confident with job interviews and speaking to adults with whom she is not comfortable. | K█, mother, teacher | 05/25/2022 |
| Community Experiences | K█ will look for a summer job or volunteer experience in order to practice job skills and build her confidence. | K█, mother, teacher | 05/25/2022 |

**Post-Secondary Education/Training:** Upon completion of services, what additional education and training will you do?
After finishing school, K█ will move to Mississippi to attend Jackson State University where she will complete her general requirements before moving on to nursing school in Mississippi. She understands that she may need to work smaller jobs or part-time jobs prior to or during school in order to gain experience and money.

**Post-Secondary Education/Training Assessment Results:** Present level assessment related to this vision statement.
According to the ESTR-J - Revised, K█ scored 4/8, 50%, on the Post-Secondary Education section. K█'s strengths include identifying a variety of post-secondary options and potential housing options. She also understands the importance of advocating for herself and continuing to identify her personal goals. Some areas K█ will need to work on include learning about and understanding financial assistance opportunities and demonstrating self-confidence in her personal choices and her personal decisions.

CONFIDENTIAL

PLAINTIFFS 00002960

CONFIDENTIAL

6/2/2021    Individualized Education Program for K███ B███ (1708394341)

**Is there a need for activities or services for Post-Secondary Education/Training?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Daily Living Skills | K███ will continue to practice advocating for herself in a variety of settings including school, home, and in the community. | K███, mother, teacher | 05/25/2022 |
| Adult Living | K███ will start to research and learn about financial aid and budgets. | K███, mother, teacher | 05/25/2022 |

**Adult Living:** As an adult, what kind of living arrangements will you have?
After finishing school, K███ will move out completely on her own at 25 when she has finished school and has a job. She wants to live in a house in the city with a spouse. K███ is undecided about which city, but is considering Jackson, Mississippi where some of her family resides.

**Adult Living Assessment Results:** Present level assessment related to this vision statement.
According to the ESTR - J - Revised, K███ scored 9/15, 60%, on the Home Living section. K███'s strengths include her ability to manage general domestic chores and maintenance. She is confident in taking care of her peronal needs. Some areas K███ will need to work on include money management, such as checking and savings accounts, budgeting, bills, and taxes. She will also need to work on demonstrating qualities of a good citizen such as obeying rules and laws and showing consideration for others.

**Is there a need for activities or services for Adult Living?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Adult Living | K███ will take math courses or community education courses in money management - at the very least she will practice balancing a budget and practice with a checking account. | K███, mother, teacher | 05/25/2022 |
| Community Experiences | K███ will practice interacting with the community and demonstrating behaviors in order to be successful with those interactions. | K███, mother, teacher | 05/25/2022 |

**Community Participation:** As an adult, how will you want to be involved in your community?
After finishing school, K███ will be involved in her community by getting her driver's license, making her own appointments, and shopping for her own personal needs.

**Community Participation Assessment Results:** Present level assessment related to this vision statement.
According to the ESTR-J - Revised, K███ scored 2/7, 29%, on the Community Participation section. K███'s strengths include getting around in the community such as using public transportation or even asking for rides from family memebers. She is also aware of the importance of not living beyond her means. Some areas K███ will need to work on include using relevant community resources, and she also needs to work on displaying appropriate social behaviors in the community. She understands that she needs practice interacting with people and being in situations in which she is not comfortable, so that she learns how to interact appropriately and confidently.

**Is there a need for activities or services for Community Participation?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|

CONFIDENTIAL

PLAINTIFFS 00002961

CONFIDENTIAL

6/2/2021                         Individualized Education Program for K█ B█ (1708394341)

| Community Experiences | K█ will practice interacting with others in the community and asking for specific needs to be met such as making her own appointments and asking questions of those in charge of community resources she may be in need of. | K█, mother, teacher | 05/25/2022 |
| Community Experiences | K█ will practice using community resources such as the library, post office, and take-out services. | K█, mother, teacher | 05/25/2022 |

## Course of Study

**Describe how the student's course of study aligns with the postsecondary vision:**
K█ is currently enrolled in classes folloiwng the Michigan Merit Curriculum that will lead to a high school diploma.

**Check Only One:**
☑ Michigan Merit Curriculum leading to a high school diploma.
☐ Course of Study leading to Certificate of Completion

Is K█ expected to graduate with a Regular Diploma during this IEP year? ☐ Yes ☑ No

Will K█ complete age eligibility for Special Education services? ☐ Yes ☑ No

## Community Agency Involvement

Was there a need to invite a community agency representative likely to provide current or future services? ☑ Yes ☐ No
If **Yes**, did agency representative attend? ☑ Yes ☐ No
Consent Signature Date: 05/14/2021

Additional comments regarding community agency involvement: K█'s probation officer, integrated services - wrap around worker, and other advocacy services have been directly involved with the school, Juvenile Home School - Intensive Learning Center, and with K█ and her family.

Did parent invite a community agency representative? ☑

## Parental Rights and Age of Majority

Check only one:

CONFIDENTIAL

PLAINTIFFS 00002962

CONFIDENTIAL

6/2/2021                                    Individualized Education Program for K▇ B▇ (1708394341)

**Student Name:** K▇ A▇ B▇                                           **IEP Date:** 05/26/2021

## PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Reading | Informational Text: Language, Craft, Structure | ☑ |

**Data Sources and Description of Need**

K▇'s spring NWEA score was 193 (Mid-year 3rd grade) up from a score of 183 (Mid-year 2nd grade) in the fall. While K▇'s reading level remains far below her grade-level peers, her 10 point growth from fall to spring is in the 69th %ile.

**K▇ is ready to reinforce these reading skills:**
Determine a shared theme in multiple texts
Determine central idea in literary text
Determine the moral of a fable
Determine the moral of a story
Determine theme in literary text
Determine theme in poetry
Identify the best title for a literary text

**K▇ is ready to be introduced to the following skills:**
Identify evidence that supports a statement in informational text
Determine the meaning of a figurative phrase in informational text
Determine the meaning of a word or phrase used figuratively in literary nonfiction
Interpret simile in literary nonfiction

**Adverse Impact**
K▇'s below grade-level performance in reading will make it difficult to reach her goal of obtaining a Michigan Merit diploma.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Mathematics | Real and Complex Number Systems | ☑ |

**Data Sources and Description of Need**

K▇'s spring Math NWEA score was 194 (Mid-year 3rd grade) up from a fall score of 191 (Beginning of the year 3rd grade)

**K▇ shows a relative strength in the area Data, Statistics, and Probability. She is ready to reinforce the following skills:**
Determine theoretical probabilities of simple events
Make predictions based on theoretical probabilities of simple events
Order events from least likely to most likely given probabilities

**K▇ needs the most support in the area of The Real and Complex Number System. She is ready to develop the following skills:**
Determines the coordinates of points in all four quadrants of a coordinate graph
Plot points in all four quadrants of a coordinate plane
Compare decimals to the thousandths, with the same number of digits after the decimal point, using symbols
Order decimals to the hundredths, with the same number of digits after the decimal point
Order decimals to the thousandths, with a different number of digits after the decimal point

**Adverse Impact**
K▇'s below grade-level performance in math will make it difficult to reach her goal of obtaining a Michigan Merit diploma.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Socio-Emotional/Behavioral | Behavior/Feelings | ☑ |

**Data Sources and Description of Need**

**Devereux Student Strengths Assessment High School Edition (DESSA)**

Interpreting Scores T-Scores
Each DESSA-HSE T-score is a standard score set to have a mean of 50 and standard deviation of 10. Like the percentile scores, T-scores are based on the ratings received by the youth in the standardization sample. In contrast to percentile

CONFIDENTIAL

PLAINTIFFS 00002963

CONFIDENTIAL

6/2/2021                                   Individualized Education Program for K█████ E█████ (1708394341)

scores, however, DESSA- HSE T-scores have the same meaning throughout their range. T-scores should always be used when reporting the DESSA-HSE results and when comparing scores earned on the various scales.

Percentile Scores DESSA-HSE raw scores are converted to percentile scores using the appropriate norms tables. Percentile scores compare the youth's behavior to that of other youth who have been rated using the Devereux Student Strengths Assessments. The percentile score indicates the percentage of youth in the standardization sample who earned the same or lower raw score.

Scale Description High scores (T-scores of 60 and above) are referred to as strengths. This range of scores is indicated by gray shading on the Individual Student Profile. T-scores that fall between 41 and 59 inclusive are described as typical. Low scores (T-scores of 40 and below) are described as a need for instruction. This range of scores is indicated by red shading on the Individual Student Profile. Youth with scores in this range can be considered at risk for exhibiting or developing social-emotional problems. On each scale, approximately 16% of the youth in the standardization sample received scores in the need for instruction range. It is recommended that a plan be developed and implemented to assist the youth in developing these important skills.

The Dessa is broken down into nine areas of focus. Personal Responsibility, Optimistic Thinking, Goal Directed Behavior, Social Awareness, Decision Making, Relationship Skills, Self-Awareness, Self-Management, and Social Emotional Composite. K████'s scores are the following listed below:


Personal Responsibility  T -Score 35 , Percentile 7- A Need Area
Optimistic Thinking      T-Score 42, Percentile 21- Typical
Goal Directed Behavior   T-Score 39, Percentile 14-Need Area
Social Awareness         T-Score 35, Percentile 7- Need Area
Decision Making          T-Score 38, Percentile 12-Need Area
Relationship Skills      T-Score 41, Percentile 18- Typical
Self-Awareness           T-Score 39, Percentile 14- Need Area
Self-Management          T-Score 43, Percentile 24-Typical
Social Emotional Comp.   T-Score 38, Percentile 12-Need Area


**Clinical Assessment of Behavior (CAB)**

The Clinical Assessment of Behavior (CAB) is a comprehensive, highly reliable instrument which assesses behavior. It is aligned with clinical diagnostic criteria and includes clusters which address current school concerns as well. The CAB is a tool used to evaluate and identify strengths in children and adolescents. The CAB utilizes parent and teacher rating forms in order to assess a student's behavior in more than one setting. (e.g., home and school). The CAB is designed in a way and utilized to help identify who may be in need of behavior interventions and supports or special education needs. The Clinical scale takes a measure of Internalizing Behaviors (INT) and Externalizing Behaviors (EXT). Internalizing Behaviors consist of emotion, personal conditions, or behaviors that are experienced by a person individually, including experiences such as feelings of sadness, shyness, anxiety, lack of energy, or social withdrawal. The Adaptive scale includes the areas of Social Skills (SOC) and Competence (COM). High scores within these scales are interpreted as reflecting good overall adaptive functioning or adaptive strength.

The 10 CAB Clinical clusters include common psychiatric disorders (e.g. anxiety, depression) and clinical behaviors of either historical social interests (e.g. aggression, conduct problems) or more recent social interests (e.g. anger control, bullying). The Clinical cluster include the follow areas: Anxiety (ANX), Depression (DEP), Anger (ANG), Aggression (AGG), Bullying (BUL), Conduct Problems (CP), Attention Deficit/Hyperactivity (ADH), Autistic Spectrum Behaviors (ASB), Learning Disability (LD), and Mental Retardation (MR). IDEA requires that emotional disturbance, an educationally related disorder, be differentiated from social maladjustment; two CAB scales, Emotional Disturbance and Social Maladjustment, can be used to help differentiate these conditions. K████'s teacher, Mrs. Audrey Helsom, completed the CAB teacher report form based on what she observed in the classroom setting. H█████ E████, K████'s mother, completed the Parent Rating form of the CAB to which was observed to be a representation of her behavior at home.

Based on the information provided by H█████ E████, K████'s parent, in the CAB-P, K████'s scores came out in a Mild Clinical Range

CONFIDENTIAL

PLAINTIFFS 00002964

6/2/2021        Individualized Education Program for K████ E███ (1708394341)

In the areas of Internalizing and Externalizing behaviors. In the area of Social Skills, K████'s scores fell in the Mild Adaptive Weakness Range. Competence fell in the Significant Adaptive Weakness Range. The overall CAB Behavioral Index came out in the Mild Clinical Risk Range. The main cluster areas of Anxiety, Depression, Anger, Bullying, Conduct Problems, and Autistic Spectrum Behaviors all came out in a Mild Clinical Risk Range. Learning Disability and Mental Retardation, Aggression and Attention Deficit/Hyperactivity all fell in a Significant Clinical Range Area. Under the area of Adaptive, specifically Executive Function K████'s mother rated her in the Mild Adaptive Weakness range and under Gifted and Talented rated K████ in the Significant Adaptive Weakness Range. On the Emotional Disturbance and Social Maladjustment Scales portion of this assessment K████'s scores indicated Mild Clinical Risk under Emotional Disturbance and a Significant Clinical Risk under Social Maladjustment area.

K████'s special education teacher, Audrey Helsom, also rated K████ on the above areas. Internalizing Behaviors came out in the Mild Clinical Risk range and Externalizing Behaviors where in the Significant Clinical Risk Range. Social Skills and Competence came out as being in a Mild Adaptive Weakness Area based on her information. The overall CAB Behavioral Index score also came out in a Mild Clinical Risk Range. The main Cluster Areas of Anxiety, Depression, Anger, Bullying, Conduct Problems, Attention-Deficit/Hyperactivity, Autism Spectrum Behaviors, Learning Disability and Mental Retardation all came out in a Mild Clinical Risk Range. Aggression came out in a Significant Clinical Risk Range. In the Adaptive Cluster the area of Executive Function came out in the Normal Range and Gifted and Talented came out as a Mild Adaptive Weakness area. On the Emotional Disturbance and Social Maladjustment Scales portion of this assessment K████'s scores indicated Mild Clinical Risk under Emotional Disturbance and a Significant Clinical Risk under Social Maladjustment area.

K████ has a medical diagnosis of Attention-Deficit with Hyperactivity Disorder and has been prescribed medication. K████'s physician indicated that the condition is deteriorating, and she will have difficulty completing work and getting along with other students. Based on student observations, both parent and teacher input, the team has also gathered information about the behavior difficulties that are impeding K████'s learning at school. Behaviors observed and reported for K████ included; blurting out, interrupting staff and students, loud volume, frustrated tone, poor peer interactions, work avoidance, frustration with work load, extremely distracted by classroom noises, off topic behavior, needing to get up and use the restroom on multiple occasions, sleeping behavior and low tolerance for unexpected schedule changes or unknown work. K████'s current academic performance has been impacted by these behaviors listed above and do require extra supports for her within the classroom. The Kalamazoo RESA Evaluation Team is recommending that K████ become Eligible for special education services under Other Health Impairment (OHI) at this time.

Adults who work with K████ report that she is goal-driven and responds well to incentives. Her English teacher, Ms. Helsom reports that this year K████ enjoys writing and drawing and has responded to praise about her writing and incentives of fancy pens. Self-awareness is an area of growth for K████ as she learns to name situations and instances that agitate her. Caretaking is a natural instinct for K████, but she struggles to extend that care to herself. When feeling stressed, K████ response is often to swear, or to attempt to leave the area. Throughout the year, she has become better at working with trusted adults at becoming aware of those impulses. This also affects K████ in the area of school work; when frustrated, she will often create distractions for herself and others to avoid beginning a task.

**Adverse Impact**

K████'s difficulty managing her feelings and behaviors make it difficult for her to be successful in the general education classroom.

**CONFIDENTIAL**

PLAINTIFFS 00002965

CONFIDENTIAL

6/2/2021                                   Individualized Education Program for H█ E█ (1708394341)

**Student Name:** K█ A█ B█                                                              **IEP Date:** 05/26/2021

## SPECIAL FACTORS, SUPPLEMENTARY AIDS AND ASSESSMENTS

Supports and Modifications to the Environment, Behavior Training Needs, Social Interaction Supports for the Student, Health-Related Needs, Physical Needs, Transition aids and supports are provided to enable the student:

- To advance appropriately toward attaining the annual goals.
- To be involved and progress in the general education curriculum and to participate in extra-curricular and other nonacademic activities.
- To be educated and participate in activities with other students with disabilities and nondisabled students.

The IEP team must consider the following areas of need for each student.

For the areas of need below, does K█ A█ B█ require supports and/or services due to?

☐ Yes ☑ No Communication needs

☐ Yes ☑ No Need for assistive technology devices and services.

The IEP team must consider the following for the student, as appropriate.

☑ The use of positive behavioral interventions and supports, and other strategies, to address behavior because the student has behavior that impedes his or her learning or the learning of others.

☐ The language needs of the student because the student has limited English proficiency.

☐ Braille instruction because the student is blind or visually impaired.

☐ The mode of language and communication because the student is deaf or hard of hearing.

☑ **Supplementary aids and services are needed at this time.**

| Supplementary Aids/Program Modifications/Support for School Personnel | Frequency/Timeline | Location |
|---|---|---|
| Assignments: Chunked or shortened to decrease frustration. One-half to three-quarters the amount of math problems. Sustained writing or reading for 15 minutes and then a 5 minute break. | For every class, after 15 minutes of sustained writing or reading, provide a 5 minute break. In math, after completion of half to three-quarters of the problems or assignment, provide a 5 minute break. | Classes with long writing assignments such as English and Social Studies, Classes with longer sustained reading such as English, and Math and Science classes where repetitive worksheets or individual problems are given. |
| Extra time on tests (1.5) | Review, Chapter tests, End of marking period exams, larger projects | All classes |
| Monitoring by service provider: meet with school social worker and outside counselor | 1-4 times monthly | Classroom space, Social Worker's office |
| Remote Service Plan | When school campus or face-to-face instruction is not accessible | Student's living space |

## STATE ASSESSMENTS

Are state assessments required for the grade level(s) covered by this IEP?                    ☑ Yes ☐ No

To participate in the state assessment(s), will K█ require accommodations and/or alternative assessments?                                                                      ☑ Yes ☐ No

Does K█ need to take an alternate assessment instead of a particular state assessment?         ☐ Yes ☑ No

**Student Name:** K█ A█ B█                                                              **IEP Date:** 05/26/2021

## ACCOMMODATIONS AND ALTERNATE ASSESSMENT

CONFIDENTIAL

PLAINTIFFS 00002966

CONFIDENTIAL

6/2/2021                              Individualized Education Program for K███ E███ (1708394341)

Additional Information:

K███ will be participating in a college entrance exam (PSAT 10) in the spring. The district will be applying for K███ to use accommodations during the assessment based on accommodations and needs described in this IEP. The following accommodations will be requested from the College Board:
extended time
small group setting
Breaks: Extra

CONFIDENTIAL

PLAINTIFFS 00002967

CONFIDENTIAL

6/2/2021                                     Individualized Education Program for K█ B█ (1708394341)

**Student Name:** K█ A█ B█                                                    **IEP Date:** 05/26/2021

## GOALS AND OBJECTIVES

**Area of Need:** Reading                          **Subarea:** Informational Text: Language, Craft, Structure

**Annual Goal:**
To reach her goal of becoming a nurse, by May 2022, K█ will raise her independent reading level from 2nd grade to 5th grade as measured by NWEA Map skills.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☑ Yes ☐ No

**Baseline Data Point:** 2          **Start Date of Monitoring:** 05/26/2021

**Target for Success:** 5          **End Date of Monitoring:** 05/25/2022

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By November 2021, K█ will raise her independent reading level from 2nd grade to 3rd grade as measured by NWEA Map skills. | 3rd grade independent reading level | NWEA MAP Skills | Monthly |
| 2 | By March 2022, K█ will raise her independent reading level from 3rd grade to 4th grade as measured by NWEA Map skills. | 4th grade independent reading level | NWEA MAP Skills | Monthly |
| 3 | By May 2022, K█ will raise her independent reading level from 4th grade to 5th grade as measured by NWEA Map skills. | 5th grade independent reading level | NWEA MAP Skills | Monthly |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher

**Comments:**
A written progress report will be sent out each grading period.
**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

CONFIDENTIAL

PLAINTIFFS 00002968

6/2/2021                                Individualized Education Program for K███ E███ (1708394341)

**Student Name:** K███ A█ E███                                                                **IEP Date:** 05/26/2021

## GOALS AND OBJECTIVES

**Area of Need:** Mathematics                          **Subarea:** Real and Complex Number Systems

**Annual Goal:**
By May 2022, K███ will will go from 7 skills passed to 19 skills passed or mastered on the Real and Complex Number Systems strand as measured by NWEA MAP skills.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☑ Yes ☐ No

**Baseline Data Point:** 7                    **Start Date of Monitoring:** 05/26/2021
**Target for Success:** 19                    **End Date of Monitoring:** 05/25/2022

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By November 2021, K███ will will go from 7 skills passed to 11 skills passed or mastered on the Real and Complex Number Systems strand as measured by NWEA MAP skills. | 11 skills passed or mastered | NWEA MAP skills | Monthly |
| 2 | By March 2022, K███ will will go from 11 skills passed or mastered to 15 skills passed or mastered on the Real and Complex Number Systems strand as measured by NWEA MAP skills. | 15 skills passed or mastered | NWEA MAP skills | Monthly |
| 3 | By May 2022, K███ will will go from 15 skills passed or mastered to 19 skills passed or mastered on the Real and Complex Number Systems strand as measured by NWEA MAP skills. | 19 skills passed or mastered | NWEA MAP skills | Monthly |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher

**Comments:**
A written progress report will be sent out each grading period.
**When will progress on goals and objectives be reported?**
  ☑ Every Grading Period
  ☐ Other

PLAINTIFFS 00002969

CONFIDENTIAL

6/2/2021                              Individualized Education Program for K██ B██ (1708394341)

**Student Name:** K██ A██ B██                                          **IEP Date:** 05/26/2021

## GOALS AND OBJECTIVES

**Area of Need:** Socio-Emotional/Behavioral                **Subarea:** Behavior/Feelings

**Annual Goal:**
By May 2022, when K██ is feeling agitated or upset, instead of using inappropriate language, K██ will use a named coping strategy, going from 0 times a trimester to 5 times a trimester, as measured by Kickboard, JHS's Positive Behavior System.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☑ Yes ☐ No

**Baseline Data Point:** 0                **Start Date of Monitoring:** 05/26/2021
**Target for Success:** 5                **End Date of Monitoring:** 05/25/2022

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By November 2021, when K██ is feeling agitated or upset, instead of using inappropriate language, K██ will use a named coping strategy, going from 0 times a trimester to 2 times a trimester, as measured by Kickboard, JHS's Positive Behavior System. | Using a named coping strategy | Kickboard, JHS's Positive Behavior System | Each trimester |
| 2 | By March 2022, when K██ is feeling agitated or upset, instead of using inappropriate language, K██ will use a named coping strategy, going from 2 times a trimester to 3 times a trimester, as measured by Kickboard, JHS's Positive Behavior System. | Using a named coping strategy | Kickboard, JHS's Positive Behavior System | Each trimester |
| 3 | By May 2022, when K██ is feeling agitated or upset, instead of using inappropriate language, K██ will use a named coping strategy, going from 3 times a trimester to 5 times a trimester, as measured by Kickboard, JHS's Positive Behavior System. | Using a named coping strategy | Kickboard, JHS's Positive Behavior System | Each trimester |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher

**Comments:**
A written progress report will be sent out each grading period.
**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

CONFIDENTIAL

PLAINTIFFS 00002970

CONFIDENTIAL

8/2/2021                    Individualized Education Program for K██ B██ (1708394341)

**Student Name:** K██ A██ B██                                              **IEP Date:** 05/26/2021

## GOALS AND OBJECTIVES

**Area of Need:** Socio-Emotional/Behavioral                **Subarea:** Behavior/Feelings
                                                            Task Initiation

**Annual Goal:**
By May 2022, K██ will begin a task with no more than one additional prompt or reminder from an adult, going from 20% of the time to 70% of the time as measured by weekly classroom data reports.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☑ Yes ☐ No

**Baseline Data Point:** 20                **Start Date of Monitoring:** 05/26/2021
**Target for Success:** 70                **End Date of Monitoring:** 05/25/2022

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By November 2021, K██ will begin a task with no more than one additional prompt or reminder from an adult, going from 20% of the time to 40% of the time as measured by weekly classroom data reports. | Task is initiated with no more than one additional prompt from an adult. | Classroom Data Reports | Weekly |
| 2 | By March 2022, K██ will begin a task with no more than one additional prompt or reminder from an adult, going from 40% of the time to 65% of the time as measured by weekly classroom data reports. | Task is initiated with no more than one additional prompt from an adult. | Classroom Data Reports | Weekly |
| 3 | By May 2022, K██ will begin a task with no more than one additional prompt or reminder from an adult, going from 65% of the time to 70% of the time as measured by weekly classroom data reports. | Task is initiated with no more than one additional prompt from an adult. | Classroom Data Reports | Weekly |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher

**Comments:**
A written progress report will be sent out each grading period.
**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

CONFIDENTIAL

PLAINTIFFS 00002971

6/2/2021     Individualized Education Program for K█ B█ (1708394341)

**Student Name:** K█ A█ B█      **IEP Date:** 05/26/2021

## Programs and Services

**Service Mode:** The primary mode of delivery for related services may be consultative or direct.

- **Consultative Service -** involves working indirectly with a student by supporting teachers and other instructional staff members who work daily with the student. The service provider may occasionally work directly with the student.
- **Direct Service -** involves working directly with the student. The service provider may occasionally consult with instructional staff members who work with the student daily.

Related services may be provided in the context of general education, and/or special education programs and/or separately.

**Related Service Schedule:** The minutes, sessions, and frequency of related services will be provided as documented below except when the week or month is shortened due to holiday, school cancellation or student absence.

**Start Date/End Date:** All programs and services listed will begin on the implementation date of the IEP and continue for one calendar year following the school district's approved calendar.

**Departmentalized Program:** The student's special education program will be provided by more than one special education teacher with instruction typically divided by subject/content area.

| Current IEP Year: From Date 05/26/2021 | To Date: 05/25/2022 |
|---|---|
| School Year: 2020-21 | School Year: 2021-22 |
| Grade: Ninth grade | Grade: Tenth grade |

| Related Services | Start Date | End Date | Service Mode | Minutes | | Sessions | | Frequency | | Setting within Location |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Low Min. | High Min. | Low Number | High Number | | | |

| Programs | | Depart-mentalized | Start Date | End Date | Bldg/Location | SE | | GE | | Total | Frequency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Low Min | High Min | Low Min | High Min | Min | |
| Programs for Physical or Other Health Impairment | | ☑ Y ☐ N | 05/26/2021 | 05/25/2022 | Juvenile Home - Intensive Learning Center | 1850 | | | 0 | 1850 | Week |

☐ Yes ☑ No Based on a careful consideration of this student's **unique, disability-related needs**, the IEP Team has determined that the student requires a shortened school day for the following reason:

The IEP Team has a physician statement verifying this student's need for and duration of a shortened school day:
☐ Yes ☑ No

Explain the extent, if any, that the student will not participate with nondisabled peers.
The student will participate with nondisabled peers.

PLAINTIFFS 00002972

CONFIDENTIAL

6/2/2021                            Individualized Education Program for K██ B██ (1708394341)

**Student Name:** K██ A██ B██                                               **IEP Date:** 05/26/2021

## OTHER CONSIDERATIONS

### TRANSPORTATION PROVISIONS

Has the IEP Team determined that the student requires **special transportation?**

☑ Yes, special transportation is required due to the following:

☑ The recommended programs/services are not available in the student's regular attendance area.

☐ The medical, health or developmental and/or behavioral needs of this student
necessitate special transportation.

| Vehicle Type | Stop Type | Start Date | End Date |
|---|---|---|---|
| Other: KPS Bus | Corner to Corner | 05/26/2021 | 05/25/2022 |

Description of need for specialized transportation (medical/health, developmental, behavioral).
Identify other required transportation provisions not listed in the table above:
None

### EXTENDED SCHOOL YEAR SERVICES

☑ The IEP Team has considered the anticipated needs of this student including the need for
extended school year (ESY) services
☐ ESY services are needed

### ANTICIPATED NEEDS AND OTHER COMMENTS

Other Comments related to this IEP:
None

CONFIDENTIAL

PLAINTIFFS 00002973

6/2/2021



*inspiring educational excellence*

Individualized Education Program for K█ E█ (1708394341)

## Kalamazoo Public Schools

### NOTICE REGARDING PROVISION OF SPECIAL EDUCATION

| STUDENT INFORMATION | |
|---|---|
| **Student:** K█ A█ B█ | **Date of IEP Team Meeting:** 05/26/2021 |
| **Birthdate:** █06 | **Resident District for Purpose of FAPE:** Kalamazoo |
| **Age:** 15-0 | **Student Primary Language:** |
| **Grade:** Ninth grade | **Language in the Home:** English |

**PURPOSE**

This notice is a result of the Individualized Education Program (IEP) Team meeting that was held on the date listed above for the following purpose(s):

**Primary Purpose:** Initial                    **Additional Purpose:**

**INITIAL PROVISION OF PROGRAMS AND SERVICES**
You are receiving this notice because, based upon the **initial** IEP Team meeting, K█ was found **eligible for special education/services.** We are proposing to implement K█'s IEP. Upon district signature this notice and K█'s IEP constitute the district's offer of a Free Appropriate Public Education (FAPE).

**Pending receipt of your written consent, programs/services/supplementary aids will start on:** 05/26/2021
**The following person will assure implementation of this IEP:** Special Ed Teacher

**OPTIONS CONSIDERED**

The IEP Team Report describes the assessment/evaluation procedures and data used during the IEP Team meeting. The following options were considered but not selected for the reason(s) indicated below:

| **Considered Options** | **Reasons Not Selected** |
|---|---|
| Communication needs | K█ does not have specific communication needs that impact her ability to be successful in the general education curriculum. |
| Need for assistive technology devices and services. | K█ does not demonstrate the need for assistive technology to be successful in the general education curriculum. |

Other relevant factors to the district's proposal or refusal:
None

**RESOURCES FOR PARENTS**

*The Resources for Parents include:*
*ARC (Resources and Advocacy for Parents):*
*Allegan: (269) 673-8841*
*Kalamazoo/Van Buren: (269) 342-9801*

*Mediation:*
*Allegan: (616) 399-1600*
*Kalamazoo: (269) 552-3434*
*Van Buren: (269) 982-7898*

*Additional Resources:*
*Ask Family Services: (269) 343-5896*

CONFIDENTIAL

6/2/2021                    Individualized Education Program for K█ B█ (1708394341)

*For additional assistance please contact:*
*Allegan Area Educational Service Agency (AAESA): (269) 512-7700*
*Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323*
*Van Buren Intermediate School District (VBISD): (269) 674-8091*

*The Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

| SIGNATURES |
|---|

**DISTRICT COMMITMENT**

The school district superintendent/designee assures that the least restrictive environment has been fully considered and assigns this student to the following:

☐ The resident district
☑ An operating district

**Operating District:** Kalamazoo RESA

**Building/Program:** Juvenile Home - Intensive Learning Center

☑ The resident district authorizes the operating district to conduct subsequent IEP Team meetings.
☐ The operating district was previously authorized by the resident district to conduct subsequent IEP Team meetings.

**Resident District**
Superintendent/Designee: _____          **Date:** 05/26/2021

**Operating District**
Superintendent/Designee: _____          **Date:** 05/26/2021

**PARENT/GUARDIAN/STUDENT**

Parent consent is required for the initial provision of special education programs and/or services.
I/We, as parent/guardian/student:

☑ **Give consent** to the initial provision of special education programs/services
☐ **Decline to give consent** to the initial provision of special education programs/services
☐ Consent was not received within 10 school days

**Parent/Guardian/Student:** _____          **Date:** 05/26/2021

CONFIDENTIAL

PLAINTIFFS 00002975

CONFIDENTIAL

5/26/2021          (DRAFT VERSION) Individualized Education Program for K███ B███ (1708394341)

*For additional assistance please contact:*
*Allegan Area Educational Service Agency (AAESA): (269) 512-7700*
*Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323*
*Van Buren Intermediate School District (VBISD): (269) 674-8091*

*The Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

| SIGNATURES |
|---|

**DISTRICT COMMITMENT**

The school district superintendent/designee assures that the least restrictive environment has been fully considered and assigns this student to the following:

☐ The resident district
☑ An operating district

**Operating District:** Kalamazoo RESA

**Building/Program:** Juvenile Home - Intensive Learning Center

☑ The resident district authorizes the operating district to conduct subsequent IEP Team meetings.
☐ The operating district was previously authorized by the resident district to conduct subsequent IEP Team meetings.

**Resident District**
**Superintendent/Designee:** _Jan Drap_    Date: _03/26/21_

**Operating District**
**Superintendent/Designee:** _Jan Drap_    Date: _05/26/21_

**PARENT/GUARDIAN/STUDENT**

Parent consent is required for the initial provision of special education programs and/or services. I/We, as parent/guardian/student:

☐ **Give consent** to the initial provision of special education programs/services
☐ **Decline to give consent** to the initial provision of special education programs/services
☐ Consent was not received within 10 school days

**Parent/Guardian/Student:** _Alex_        Date: _5/26/21_

CONFIDENTIAL

PLAINTIFFS 00002976