# EXHIBIT BA



STATE OF MICHIGAN
DEPARTMENT OF EDUCATION
LANSING

GRETCHEN WHITMER
GOVERNOR

MICHAEL F. RICE, Ph.D.
STATE SUPERINTENDENT

February 2, 2022

David Campbell
Superintendent
Kalamazoo RESA
1819 East Milham Ave
Kalamazoo, MI 49002-3035


Kalamazoo, MI 49006

Re: Special Education Complaint 21-0007

Dear Parties:

On January 27, 2021 the Office of Special Education (OSE) received a complaint against the Kalamazoo RESA (district). The OSE issued a Final Decision March 28, 2021.

The district has completed the required student and district level corrective action. The OSE has determined that complaint 21-0007 is resolved and the complaint is closed, as of the date of this letter.

The file in this matter will be destroyed when it has been inactive (closed) for seven years, consistent with the State of Michigan Record Retention and Disposal Schedule.

If you have any questions or concerns regarding this matter, please contact me at 517-335-0457. To avoid loss or unnecessary delay in response, all correspondence should be clearly marked as pertaining to case 21-0007.

Sincerely,

Rebecca McIntyre, Supervisor
Program Accountability
Office of Special Education

STATE BOARD OF EDUCATION

PAMELA PUGH – PRESIDENT • ELLEN COGEN LIPTON / TIFFANY D. TILLEY – CO-VICE PRESIDENTS
JUDITH PRITCHETT – SECRETARY • MARSHALL BULLOCK II – TREASURER
MITCHELL ROBINSON – NASBE DELEGATE • TOM MCMILLIN • NIKKI SNYDER

608 WEST ALLEGAN ST • P.O. BOX 30008 • LANSING, MICHIGAN 48909 • WWW.MICHIGAN.GOV/MDE • 833-633-5788

cc: H███████ B███
    Mindy Miller
    Tori Wentela