# EXHIBIT BC

Settlement Agreement of K.B.

Temporarily withheld because the document is marked "Confidential" under the terms of the Protective Order (ECF 33). Defendant's counsel will meet and confer with Plaintiffs' counsel to determine if Plaintiffs still seek the document to be filed under seal in light of the Court's Order (ECF 79).