# EXHIBIT BD

Case 1:22-cv-00838-RJJ-PJG   ECF No. 80-57, PageID.983   Filed 02/07/25   Page 1 of 12

U.S. DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


DONQUARION LEWIS; KE'AUJANAA

SHEPHERD-FRIDAY; and K.B.,

by and through her parent

and next friend, H.B.,            Case No. 1:22-cv-00838-RJJ-PJG

          Plaintiffs,      Hon. Robert J. Jonker

  vs.                             Mag. Phillip J. Green

MICHIGAN DEPARTMENT OF

EDUCATION, a governmental

agency,

          Defendant.

_____


    The Deposition of JESSICA S. BRADY,

    Taken at 525 West Ottawa Street,

    Lansing, Michigan,

    Commencing at 10:15 a.m.,

    Tuesday, July 16, 2024,

    Before Peggy S. Savage, CSR-4189, RPR.

Jessica S. Brady
July 16, 2024

|    |    |
|---:|----|
|    | 6 |
| 1  | Lansing, Michigan |
| 2  | Tuesday, July 16, 2024 |
| 3  | 10:15 a.m. |
| 4  | |
| 5  | JESSICA S. BRADY, |
| 6  | was thereupon called as a witness herein, and after |
| 7  | having first been duly sworn to testify to the truth, |
| 8  | the whole truth and nothing but the truth, was |
| 9  | examined and testified as follows: |
| 10 | EXAMINATION |
| 11 | BY MR. SICKON: |
| 12 | Q.  Okay.  Ms. Brady, my name is Mitch Sickon, and I'll be |
| 13 | taking your deposition today. |
| 14 | Have you ever been deposed before? |
| 15 | A.  Yes. |
| 16 | Q.  How many times have you been deposed? |
| 17 | A.  I believe two. |
| 18 | Q.  Okay.  Could you -- what case was the first one? |
| 19 | A.  I believe it was Flint. |
| 20 | Q.  Could you tell us a little bit about that case? |
| 21 | A.  It had to do with providing students with special |
| 22 | education services during the Flint water crisis. |
| 23 | Q.  Okay.  And was that a case where you were deposed in |
| 24 | your professional capacity? |
| 25 | A.  Yes. |

18

| | | |
|---|---|---|
| 1 | Q. | Okay.  So administration covers all of the other units |
| 2 | | as well? |
| 3 | A. | It would be leadership. |
| 4 | Q. | Gotcha.  And then there's also two smaller groups: |
| 5 | | Michigan School for the Deaf and the Low Incidence |
| 6 | | Outreach, right? |
| 7 | A. | Correct. |
| 8 | Q. | Okay.  The chart shows that you supervise the |
| 9 | | performance reporting unit, and that unit has several |
| 10 | | groups of other employees.  Do you supervise all of |
| 11 | | those other employees? |
| 12 | A. | Yes. |
| 13 | Q. | I'm going to review those employee types listed.  I |
| 14 | | just want you to confirm if that group still works |
| 15 | | under your supervision. |
| 16 | | First, we have the monitoring and technical |
| 17 | | assistance folks, right? |
| 18 | A. | Yes. |
| 19 | Q. | And that's the biggest group? |
| 20 | A. | Yes. |
| 21 | Q. | I understand that Chantel Mozden has moved from that |
| 22 | | group to take the supervisor role at program |
| 23 | | accountability; is that right? |
| 24 | A. | Yes. |
| 25 | Q. | Do the remaining names look right? |

```
                                                              21
 1         contractors?
 2   A.    I believe four.
 3   Q.    Could you provide their names?
 4   A.    Yes.
 5   Q.    Will you do so, please?
 6   A.    Kelley Kendrick Miller.  Lynn Delpy.  Katie -- now I
 7         can't remember her last name.  And Christy McKee.
 8   Q.    Okay.  And Katie's last name, if it comes to you out
 9         of the blue sometime later on, you can fill that in
10         later.
11                   Second, the next biggest group in this
12         organizational chart is the planning reporting folks
13         in performance reporting; is that right?
14   A.    Yes.
15   Q.    And that group seems to be Julie Trevino, Amy Hurth,
16         and Marci VanHorn; is that right, according to this
17         chart?
18   A.    According to the chart, yes.
19   Q.    Is that accurate currently?
20   A.    No.
21   Q.    What's different about that group now?
22   A.    Marci VanHorn is not with us anymore.
23   Q.    Okay.  Has anyone taken her place?
24   A.    It is posted.
25   Q.    So you're still seeking someone for that position?
```

Jessica S. Brady
July 16, 2024

```
                                                                    22
 1   A.   Yes.
 2   Q.   Okay.  But Julie and Amy still work in that -- in
 3        those positions?
 4   A.   Correct.
 5   Q.   Okay.  All right.  Are there any contractors that help
 6        with supporting the planning and reporting group?
 7   A.   Yes.
 8   Q.   Who are those?
 9   A.   Amanda Way.
10   Q.   Okay.  Is she also considered a statewide monitor?
11   A.   No.
12   Q.   What's her title?
13   A.   SPP consultant.
14   Q.   Great.  Is she full-time?
15   A.   Yes.
16   Q.   Are the other statewide monitors also full-time?
17   A.   Yes.
18   Q.   There's three other smaller groups that you manage:
19        information management, data quality, and secretary,
20        right?
21   A.   Yes.
22   Q.   Okay.  Is the secretary still Deborah Schultz?
23   A.   Yes.
24   Q.   Is the data quality person John Robertson?
25   A.   Yes.
```

Jessica S. Brady
July 16, 2024

110

|    |    |    |
|---:|----|----|
| 1  |    | both on the data quadrant team. |
| 2  |    | So we do a lot together in terms of |
| 3  |    | developing technical assistance and providing that TA |
| 4  |    | to ISDs and member districts so that there's a |
| 5  |    | consistent message going out to the field regarding |
| 6  |    | what are the requirements and what is best practice |
| 7  |    | with regards to IDEA and MARSE. |
| 8  | Q. | You mentioned identifying patterns in ISDs is one area |
| 9  |    | where you work with program accountability as a |
| 10 |    | performance report, right? |
| 11 | A. | Yes. |
| 12 | Q. | Could you expand a little bit on how that |
| 13 |    | collaboration works? |
| 14 | A. | So if program accountability is seeing an increase in |
| 15 |    | state complaints or calls from their information line |
| 16 |    | from -- from a specific ISD and -- they would come and |
| 17 |    | maybe sit and say, "What are you seeing and monitoring |
| 18 |    | with this ISD?" Complaints -- you know, they could |
| 19 |    | get 250 complaints in a year. That's not that many. |
| 20 |    | In a 50 -- 50 -- or 15 are coming from a specific ISD, |
| 21 |    | that's cause for concern to see what else is happening |
| 22 |    | and monitoring, should we go do something else with |
| 23 |    | that ISD. Or if it's from a member district within |
| 24 |    | that ISD, talking and seeing -- with that ISD, going |
| 25 |    | in and doing something to see what's occurring. |

111

1  Q. And so you can -- after those collaborations, identify
2     certain districts are ISDs that you might monitor in a
3     targeted fashion?
4  A. Correct.  Or do something.
5  Q. Reach out, provide technical assistance?
6  A. Correct.  Or monitor with a little m, right.
7  Q. We're getting close on time, but I just want to try
8     and explore this little m/big M.
9                 What is monitor with a little m?
10 A. So it does not have to necessarily be where you're
11    going in and doing a monitoring, where you're going
12    and doing a full-on monitoring visit.  It's more let's
13    see where issues are happening, do we need to go and
14    conduct -- what are you doing, ISD, for your general
15    supervision to ensure things are occurring at the
16    member district.  Now, there is an obligation if the
17    Office of Special Education finds noncompliance; we
18    cite it.
19 Q. Okay.  But would that monitoring be more informal,
20    just kind of having a phone call with the ISD, kind of
21    talking through concerns?
22 A. We're looking at files also.
23 Q. Okay.  But --
24 A. And determining how much more we have to do.  Do we
25    have to go for procedure review, interviews,

128

1      my fault.
2                MS. HENDLEY:  79?
3                MR. SICKON:  Exhibit 79.
4                MS. HENDLEY:  Page?
5                MR. SICKON:  Page 16.
6                MS. HENDLEY:  Okay.
7  BY MR. SICKON:
8  Q.   On page 21, it starts at a section called Integrated
9       Monitoring Activities, right, Ms. Brady?
10 A.   Yes.
11 Q.   That section starts with a definition of monitoring;
12      that MDE OSE defines monitoring as a proactive,
13      preventive, and correct approach to improving
14      educational results and functional outcomes for
15      children and youth with IEPs and compliance with
16      requirements of the IDEA and MARSE using financial
17      programmatic data and data from other activities to
18      identify the performance and progress of ISDs on
19      elements and indicators of results and compliance
20      through an ongoing and systematic process.  Monitoring
21      encourages and supports improvement and enforces
22      compliance combined with technical assistance,
23      professional learning and development, and a continuum
24      of incentives and sanctions.
25                Did I get all that right?

129

```
 1   A.   Correct.
 2   Q.   We had talked before the last break about big M
 3        monitoring and little m monitoring.  Is this big M
 4        monitoring, or does this feel just like everything,
 5        general supervision, the whole --
 6   A.   This is --
 7   Q.   -- deal?
 8   A.   This is monitoring as in little m monitoring as the
 9        general sense of monitoring.
10   Q.   Okay.  And the resource that you referred me to that
11        had a definition for big M monitoring, can you remind
12        me what that was?
13   A.   State Performance Plan Monitoring Manual.
14   Q.   Is that issued by OSEP?
15   A.   No.
16   Q.   Who issues that?
17   A.   OSE.
18   Q.   Okay.  Is that a publicly available document?
19   A.   Yes.
20                  MARKED FOR IDENTIFICATION
21                  DEPOSITION EXHIBIT 67
22                  2:47 p.m.
23   BY MR. SICKON:
24   Q.   Okay.  I'd like to go to Exhibit 67.  And this is OSEP
25        document QA 23-01, State General Supervision
```

Jessica S. Brady
July 16, 2024

182

| | | |
|---|---|---|
| 1 | Q. | Do you know if any other MDE folks, outside of OSE, |
| 2 | | went on that on-site visit? |
| 3 | A. | I don't know. |
| 4 | Q. | Okay.  This email does mention that the program -- I'm |
| 5 | | sorry, the performance reporting unit had just |
| 6 | | conducted an on-site in Grand Rapids, right? |
| 7 | A. | Yes. |
| 8 | Q. | And it was for the same issue; is that right? |
| 9 | A. | That is what it states. |
| 10 | Q. | Okay.  Do you recall there being an on-site visit -- |
| 11 | | on-site visit that performance reporting conducted in |
| 12 | | Grand Rapids around this time? |
| 13 | A. | No.  I don't recall.  We do a lot of on-sites. |
| 14 | Q. | Okay.  How frequently are the on-sites concerning |
| 15 | | Child Find? |
| 16 | A. | I don't know how frequently concerning Child Find |
| 17 | | specifically, but the performance reporting unit |
| 18 | | conducts hundreds of monitoring visits a year. |
| 19 | Q. | Okay.  How many of those are you personally involved |
| 20 | | with? |
| 21 | A. | I do not go specifically on the on-sites typically |
| 22 | | myself.  I have staff go. |
| 23 | Q. | Okay.  What are the standards for making the decision |
| 24 | | to have performance reporting unit employees go on an |
| 25 | | on-site visit? |

Jessica S. Brady
July 16, 2024

```
                                                              211
 1                      CERTIFICATE OF NOTARY
 2   STATE OF MICHIGAN )
 3                     ) SS
 4   COUNTY OF OTTAWA  )
 5
 6                I, PEGGY S. SAVAGE, certify that this
 7       deposition was taken before me on the date
 8       hereinbefore set forth; that the foregoing questions
 9       and answers were recorded by me stenographically and
10       reduced to computer transcription; that this is a
11       true, full and correct transcript of my stenographic
12       notes so taken; and that I am not related to, nor of
13       counsel to, either party nor interested in the event
14       of this cause.
15
16
17
18
19
20
21
22                      PEGGY S. SAVAGE, CSR-4189, RPR
23                      Notary Public,
24                      Ottawa County, Michigan.
25   My Commission expires:  7-13-25
```