# EXHIBIT BH






# Student Level Corrective Action Plan

Complaints Student Level Corrective Action Plan Menu > Student Level Corrective Action Plan

Spell Check   Next

 **Page Error(s)**

Your information has been saved and the following Page Error(s) have been found.
Please update and save this page.

## Kalamazoo Public Schools (39010) September 2019

Last Modified: 2/10/2020 4:05:02 PM by Gina Alexander

Please save your work every 10 minutes due to the 20-minute timeout feature.

These files contain sensitive student-level data, and must not be copied, printed, transmitted, or distributed without appropriate protection against unauthorized disclosure or use.

### Instructions

Review each item listed for the below-referenced student. The district will document that the required correction(s) listed under *Corrective Action Required* have been made, and then select the appropriate date in the *Tasks* column below. Then, the district will upload all supporting documentation to show correction of the student record. Note that district correction is due to be submitted no later than the date indicated below.

Next, the ISD will review each corrected item, ensuring that the student record reflects the changes noted below. Once each item is confirmed as correct, the ISD will select the appropriate date in the *Tasks* column.

Finally, MDE will review each SLCAP to verify that the necessary corrections have been made to the student record. Once the review and verification is completed, it will be noted with the appropriate date in the *Tasks* column below.

**Show Less**

Show SLCAP Text from Final Decision Report

Case Number: 19-0188

### Student Information

| | |
|---|---|
| Student Name: | K▇▇ B▇▇ |
| Date of Birth: | N/A |
| UIC: | 1708394341 |
| **District Modifications Due:** | **01/29/2020** |

**Show More**

| | |
|---|---|
| ISD Review Due: | 2/6/2020 |

| Citation | Item of Noncompliance | Corrective Action Required | Tasks |
|---|---|---|---|



| Citation | Finding | Corrective Action | Review | Date |
|---|---|---|---|---|
| 300.111(c)(1) Child Find | The District had information to suspect that the Student might be a student with a disability and in need of special education. The District did not meet their Child Find obligation. | Review existing evaluation data (REED) / Review Student data from the Student's educational file, including input from teacher and Parent(s); Identify special education and related service needs; Determine evaluations to be conducted in all areas of suspected disabilities, if any. If evaluations were identified, seek consent from Parent to conduct evaluations as determined at the REED. Provide written notice to Parent for evaluations or for determination that no additional evaluations were needed, include reasons for determination. | District Correction | 10/23/2019 |
| | | | ISD Review | 01/16/2020 |
| | | | MDE Review | 02/10/2020 |
| 300.111(c)(1) Child Find | The District had information to suspect that the Student might be a student with a disability and in need of special education. The District did not meet their Child Find obligation. | Conduct a full and individual evaluation / Conduct the evaluation specified by the review of existing evaluation data / Conduct a comprehensive evaluation with a variety of assessment tools/strategies to gather current, relevant social-emotional, functional, developmental and academic information. Include information provided by Parent, to identify all special education and related service needs per REED after consent is provided by Parent, in the following areas as appropriate: achievement, social/emotional/behavioral, adaptive skills, cognitive ability, and other relevant areas of need including an FBA and BIP. | District Correction | 10/23/2019 |
| | | | ISD Review | 01/17/2020 |
| | | | MDE Review | 02/10/2020 |
| 300.111(c)(1) Child Find | The District had information to suspect that the Student might be a student with a disability and in need of special education. The District did not meet their Child Find obligation. | Develop a MET / Conduct a multidisciplinary evaluation team meeting to make a recommendation to the IEP team regarding eligibility, and if eligible, identify the educational needs of the Student consistent with the MARSE and the IDEA requirements. | District Correction | 10/23/2019 |
| | | | ISD Review | 01/17/2020 |
| | | | MDE Review | 02/10/2020 |
| 300.111(c)(1) Child Find | The District had information to suspect that the Student might be a student with a disability and in need of special education. The District did not meet their Child Find obligation. | Complete a new IEP and provide timely notice / Conduct an IEP team meeting to determine eligibility. If eligible, develop an IEP with a present level statement of academic achievement/functional performance, how the Student's disability affects involvement/progress in the gen. ed. curriculum, measurable annual goals/short-term objectives with baseline data, time frame, skills that can be counted/observed, a measurement strategy and level of attainment to show mastery. Identify special education, related services, supplementary aids/services. | District Correction | 10/23/2019 |
| | | | ISD Review | 01/17/2020 |
| | | | MDE Review | 02/10/2020 |

Upload Documentation

The district should upload supporting documentation - to show correction of the student record - by clicking on the button below. Note: you may upload multiple documents if necessary.

☐ DELETE

679405_1148943-REEDAndConsentToEvaluatefor████(1708394341)(1).pdf
Browse

☐ DELETE

679405_1148943_████metreport.pdf
Browse

☐ DELETE

679405_1148943_3-EligibilityRecommendationfor████(1708394341)(3).pdf
Browse

☐ DELETE

679405_1148943_4-InvitationToAttendaMeetingfor████(1708394341)(2).pdf
Browse

☐ DELETE

679405_1148943_5-IndividualizedEducationProgramfor████(1708394341)(1).pdf
Browse

☐ DELETE

679405_1148943_6-kbdistrictsig012518.pdf
Browse

☐ DELETE

679405_1148943_7-████reedsignature(1).pdf
Browse

☐ DELETE

679405_1148943_8-REEDAndConsentToEvaluateforK████(1708394341)(3).pdf
Browse

☐ DELETE

679405_1148943_9-b████kdistsig11-8-19.pdf
Browse

☐ DELETE

679405_1148943_10-EligibilityRecommendationfor████(1708394341)(4).pdf
Browse

☐ DELETE

679405_1148943_11-fedexreceipt████initialiep(1).pdf
Browse

☐ DELETE

679405_1148943_12-IndividualizedEducationProgramfo████(1708394341)(2).pdf
Browse

☐ DELETE

679405_1148943_13-FunctionalBehaviorAssessment(FBA)fo████(1708394341).pdf
Browse

☐ DELETE

679405_1148943_14-K.B████METReport.pdf
Browse

**District SLCAP Comments**
Districts can use this box to clarify any corrections or communicate with the ISD or MDE.

The district has conducted two initial evaluations for this student. The first initial was conducted in January of 2018 and the second initial was conducted in October of 2019. The district has fulfilled its Child Find obligation for the past two school years regarding this student yet the is a SLCAP required for this student state complaint. IDEA and MARSE to not give MDE-OSE the authority to overturn IEP team decisions, however, the district continues to be required to do many things that are not in either document. The SLCAP has been met for this student.

Misinformation has bee give to Ms. B████ that the district is required to conduct another initial evaluation based on this SLCAP. This district completed the initial evaluation in October 2019 and has completed this process.

Character Limit: 1052 of 2500                                   Rikki Saunders | 1/17/2020 11:48:17 AM

| ISD SLCAP Comments | MDE SLCAP Comments |
|---|---|
| ISDs can use this space to record notes on any items that have not been corrected, any unrelated non-compliance identified, or further instructions to the district. | MDE can use this space to record notes on any items that have not been corrected, any unrelated non-compliance identified, or further instructions to the district. |
| 1/16/20 Please upload the MET for the Eligibility Recommendation dated 10/23/19. Statements included in the ER reference the MET. Also, what was the date the district received consent from the parent on the REED dated 9/12/19.<br><br>1/20/20 Worked with the Help Desk last week as there were issues with submission. On Monday, January 20, the help desk rolled this back so we could submit. We will attempt to do this again. If details are needed do to | 2/10/20-GA: The REED was completed as part of the initial evaluation (per 300.305), with areas listed as "not currently available." Required submissions for the SLCAP were received, verified and closed. The Student was found ineligible. |
| Character Limit: 492 of 2500    Mrs. Victoria Wentela \| 1/20/2020 9:54:44 AM | Character Limit: 238 of 2500    Gina Alexander \| 2/10/2020 4:05:02 PM |

MDE Notes (if necessary)

Character Limit: 0 of 3500

## Related SLCAPs

| Citation | Item of Noncompliance | Corrective Action Required | Due Date | Tasks | |
|---|---|---|---|---|---|
| 300.534(b)(3) Protections for children not determined eligible for special education | The District did not afford the Student the procedural safeguards contained in the IDEA's discipline provisions for students not determined eligible for special education | Develop a plan to provide and document compensatory educational services for the student, so as to enable continued participation in the general education curriculum<br><br>If Student is eligible, in collaboration with Parent and IEP team members, develop plan to provide 37 hours of comp. service to address the Student's needs-30 hours for academic needs and 7 hours for social-emotional/behavioral needs. Services provided are in addition to regular school day and requirements of IEP. Plan may include participation in group programs/activities with same age peers to work on social-emotional/behavioral and academic skills. Services must be complete by Sept. 1, 2020. | 02/05/2020 | District Correction<br>ISD Review<br>MDE Review | N/A<br>N/A<br>N/A |

679405

**For additional assistance, contact the Catamaran Help Desk or visit the Catamaran Technical Assistance Website.**

**Catamaran Help Desk**
help@catamaran.partners
877-474-9023 (Toll Free)
M - F 8:00 AM to 5:00 PM EST
Catamaran Technical Assistance Website

Catamaran is an *Individuals with Disabilities Education Act* (IDEA) Grant Funded Initiative through the Michigan Department of Education, Office of Special Education.
Notice of Nondiscrimination | State of Michigan Policies