UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONQUARION LEWIS; KE'AUJANAA SHEPHERD-FRIDAY; and K.B., by and through her parent and next friend H.B., | Case No. 22-cv-00838-RJJ-PJG |
| | Hon. ROBERT J. JONKER |
| Plaintiffs, | MAG. PHILLIP J. GREEN |
| v | **DEFENDANT'S NOTICE REGARDING THE FILING OF EXHIBITS P, AI, AND BC ATTACHED TO DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF No. 80)** |
| MICHIGAN DEPARTMENT OF EDUCATION, | |
| Defendant. | |

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplaw.com
fegley@spplaw.com

Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorney for Plaintiffs
325 E. Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

Kathleen A. Halloran (P76453)
Neil Giovanatti (P82305)
Ticara D. Hendley (P81166)
Attorneys for Defendant
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
hallorank1@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov

**DEFENDANT'S NOTICE REGARDING THE FILING OF EXHIBITS P, AI, AND BC ATTACHED TO DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF No. 80)**

Defendant Michigan Department of Education (MDE) temporarily withheld Exhibits P, AI, and BC from Defendant's Brief in Support of Motion for Summary Judgment (ECF No. 80) because the documents are marked "Confidential" under the terms of the Protective Order (ECF No. 33). Defendant's counsel met and conferred with Plaintiffs' counsel to determine if Plaintiffs still sought to keep the documents confidential and under seal in light of the Court's Order regarding the same (ECF No. 79). The parties have since agreed that exhibits P, AI, and BC can be filed as part of the public record. Defendant accordingly submits these exhibits with this notice. The attached exhibits should replace ECF No. 80-17 (Exhibit P), 80-36 (Exhibit AI), and 80-56 (Exhibit BC).

Respectfully submitted,

/s/ *Kathleen A. Halloran*
Kathleen A. Halloran (P76453)
Neil Giovanatti (P82305)
Ticara D. Hendley (P81166)
Attorneys for Defendant
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
hallorank@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov

Dated:  March 7, 2025