UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B.,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

Case No. 22-cv-00838-RJJ PJG

Hon. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplaw.com
fegley@spplaw.com

Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
Attorney for Plaintiffs
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

Ticara D. Hendley (P81166)
Kathleen A. Halloran (P76453)
Neil Giovanatti (P82305)
Attorneys for Defendant
Michigan Department of
of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
hendleyt1@michigan.gov
giovanattin@michigan.gov
zacka@michigan.gov

1

## STIPULATION AND ORDER REGARDING PLAINTIFFS' OPPOSITION BRIEF AND DEFENDANT'S REPLY

Given the complexity of the legal issues, the number of discovery materials, and that there are three plaintiffs each with distinct factual circumstances, the parties stipulate to extend the word limit of Plaintiffs' response brief opposing MDE's dispositive motion, and further stipulate to one change to the briefing schedule in ECF No. 76, as follows:

1. Plaintiffs' response brief opposing MDE's dispositive motion shall not exceed eighteen thousand (18,000) words.

2. All other brief limitations in ECF No. 76 remain in place.

3. Similarly, Plaintiffs' opposition brief remains due on April 8, 2025.

4. Defendant has 30 days to reply to Plaintiffs' response to MDE's dispositive motion, making such reply due on May 8, 2025.


Dated: April _3_, 2025                    /s/ Robert J. Jonker
                                          HON. ROBERT J. JONKER
                                          United States District Court Judge

Respectfully submitted,

| | |
|---|---|
| /s/ *Mitchell D. Sickon* | /s/ *Kathleen A. Halloran* (with consent) |
| Erin H. Diaz (P80388) | Ticara D. Hendley (P81166) |
| Mitchell D. Sickon (P82407) | Kathleen A. Halloran (P76453) |
| Disability Rights Michigan | Neil Giovanatti (P82305) |
| Attorneys for Plaintiffs | Amanda E. Zack (P82326) |
| 4095 Legacy Parkway | Attorneys for Defendant |
| Lansing, Michigan 48911 | Michigan Department of |
| (517) 487-1755 | Attorney General |
| ediaz@drmich.org | Health, Education & Family |
| msickon@drmich.org | Services Division |
| | P.O. Box 30758 |
| Jennifer B. Salvatore (P66640) | Lansing, MI 48909 |
| David L. Fegley (P85275) | (517) 335-7603 |
| Salvatore Prescott Porter & Porter | hendleyt1@michigan.gov |
| Attorneys for Plaintiffs | hallorank1@michigan.gov |
| 105 E. Main Street | giovanattin@michigan.gov |
| Northville, Michigan 48167 | |
| (248) 679-8711 | |
| salvatore@sppplaw.com | |
| fegley@sppplaw.com | |

Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
Attorney for Plaintiffs
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

3