# EXHIBIT 4

Jessica S. Brady
July 16, 2024

```
                U.S. DISTRICT COURT
           WESTERN DISTRICT OF MICHIGAN
                 SOUTHERN DIVISION


DONQUARION LEWIS; KE'AUJANAA
SHEPHERD-FRIDAY; and K.B.,
by and through her parent
and next friend, H.B.,       Case No. 1:22-cv-00838-RJJ-PJG
           Plaintiffs,       Hon. Robert J. Jonker
     vs.                     Mag. Phillip J. Green
MICHIGAN DEPARTMENT OF
EDUCATION, a governmental
agency,
           Defendant.
_____


     The Deposition of JESSICA S. BRADY,
     Taken at 525 West Ottawa Street,
     Lansing, Michigan,
     Commencing at 10:15 a.m.,
     Tuesday, July 16, 2024,
     Before Peggy S. Savage, CSR-4189, RPR.
```

U.S. Legal Support | www.uslegalsupport.com

---

Jessica S. Brady
July 16, 2024

1  Q.  Okay.  And SEA is a state educational agency, right?
2  A.  Correct.
3  Q.  A FAPE or an F-A-P-E is a free appropriate public
4      education, right?
5  A.  Correct.
6  Q.  A CAP is a corrective action plan; is that right?
7  A.  Correct.
8  Q.  The SPP is a state performance plan; is that right?
9  A.  Correct.
10 Q.  And APR is an annual performance report; is that
11     right?
12 A.  Correct.
13 Q.  Okay.  I'm going to have some more that we go over as
14     time goes on.  I just like to get some of that out of
15     the way so that everyone knows we're speaking the same
16     language.  Okay.
17              MARKED FOR IDENTIFICATION
18              DEPOSITION EXHIBIT 81
19              10:26 a.m.
20 BY MR. SICKON:
21 Q.  Now, if we'll turn to Exhibit 81 in the binder.  Do
22     you recognize what this document is?
23 A.  Yes.
24 Q.  Is this a staff directory for the MDE OSE?
25 A.  This is the organization chart.

U.S. Legal Support | www.uslegalsupport.com    16

---

Jessica S. Brady
July 16, 2024

1      noncompliance, would also check to see if that were
2      widespread in the district; is that right?
3  A.  No.
4  Q.  Am I understanding you?  No.
5              How am I misunderstanding you?
6  A.  It is widespread.
7  Q.  The example that we're talking about, B-12?
8  A.  No.
9  Q.  What is widespread?
10 A.  In a monitoring visit --
11 Q.  Yes.
12 A.  -- when performance reporting pulls a sample of
13     records, if it is found in one, because it is a sample
14     of records, it is determined it is widespread, non- --
15     a noncompliance.
16 Q.  I think I understand.  Okay.  Okay.  All right.
17              Monitoring in this way, you're pulling a
18     selection of student records, like you said, a sample,
19     right?
20 A.  Yes.
21 Q.  How do you determine the number of students for a
22     sample that you review?
23 A.  There are business rules.
24 Q.  Okay.  And those are formulas for determining the
25     sample size?

U.S. Legal Support | www.uslegalsupport.com    81

---

Jessica S. Brady
July 16, 2024

1  A.  Yes.
2  Q.  Do those -- how do those business rules work?  Are --
3      is it related to the number of students eligible for
4      special education in a district, in an ISD?
5  A.  The business rules have to do with error, percent of
6      time that we would perceive error.
7  Q.  Could you elaborate, please?
8  A.  So if there was -- if we pulled eight records or
9      20 records, what is the probability that there would
10     be an error if we didn't -- if we pulled less or more
11     if -- because it's a random selection.
12 Q.  And that chance of error, is that determined based on
13     experience monitoring for that issue?
14 A.  Statistical.
15 Q.  Statistical experience?
16 A.  I can't exactly tell you.  I had an ed research
17     consultant do it.
18 Q.  If you need a degree in statistics to understand it,
19     I -- we'll struggle.  I appreciate it.
20              Is there any other information concerning
21     these business rules that is online or elsewhere?
22 A.  Business rules are not online.
23 Q.  Okay.  Are there internal guidance documents that MDE
24     has concerning business rules?
25 A.  Yes.

U.S. Legal Support | www.uslegalsupport.com    82

Jessica S. Brady
July 16, 2024

1  Q.  Would you be able to provide them?
2  A.  I could get them.
3  Q.  Okay.  Okay.  And so if you find noncompliance within
4      a sample, because you have these business rules, and
5      you know that there is an issue that's widespread; is
6      that right?
7  A.  Correct.
8  Q.  Okay.  And so at the point when you find the
9      noncompliance, do you then request additional records
10     to see where else the issue may be?
11 A.  No.
12 Q.  Okay.  In the example we were talking about with B-12,
13     there was one student that you found and then four
14     similarly situated students.
15         In that hypothetical, were you thinking
16     that in that sample that you collected, there were
17     five issues in the sample?
18 A.  Correct.
19 Q.  So you don't take another sample when you find
20     noncompliance; is that right?
21 A.  Correct.
22 Q.  Okay.  All right.  And so we were talking about
23     verification of student-level correction of
24     noncompliance, and so that's what would be required at
25     the student level, right?

U.S. Legal Support | www.uslegalsupport.com      83

---

Jessica S. Brady
July 16, 2024

1  A.  Correct.
2  Q.  Now, backing up, there was also verification of
3      district-level noncompliance.  Can you please describe
4      that?
5  A.  Yes.  So after the student level has been corrected,
6      we do a system-level verification where the Office of
7      Special Education pulls another sample of students to
8      ensure that at the system level that has been
9      corrected.
10 Q.  I see.
11 A.  So that gets to that -- your questions before.
12 Q.  Yes.  Okay.  That makes sense.
13         Now, the systems level, that occurs after
14     the student-level correction is already verified; is
15     that right?
16 A.  Yes.
17 Q.  Okay.  And at the systems level, another sample is
18     taken, right?
19 A.  Correct.
20 Q.  And that sample also is taken according to similar
21     business rules; is that right?
22 A.  Correct.
23 Q.  Okay.  To ensure that the sample taken would be
24     representative and, if found, correction, then -- I'm
25     sorry, noncompliance, it would be understood it would

U.S. Legal Support | www.uslegalsupport.com      84

---

Jessica S. Brady
July 16, 2024

1      be widespread?  I can rephrase that.  I apologize.
2          The business rules are similar for the
3      sample of the systems, right?
4  A.  Correct.
5  Q.  So if you identified noncompliance in that sample, you
6      would know the issue was not corrected, right?
7  A.  Correct.
8          MR. SICKON:  I'd like to take one more
9      five-minute break, if that's all right with everybody.
10         (Off the record at 12:20 p.m.)
11         (Back on the record at 12:25 p.m.)
12 BY MR. SICKON:
13 Q.  All right.  Ms. Brady, we were just talking about
14     student-level and system-level verification for
15     noncompliance found during monitoring.  We had
16     discussed how, at nine months, an ISD or member
17     district ought to prompt ISD to start performing the
18     verification process, right?
19 A.  Yes.
20 Q.  Okay.  That leaves three months for OSE to verify; is
21     that right?
22 A.  Kind of.
23 Q.  The issue must be corrected with one -- within one
24     year of identification, right?
25 A.  Correct.

U.S. Legal Support | www.uslegalsupport.com      85

---

Jessica S. Brady
July 16, 2024

1      Child Find, right?
2  A.  Yes.
3  Q.  Now, we talked a little bit about how CAPs operate.
4      How would this CAP work?  How would it -- what do you
5      imagine this CAP would require KPS to do?
6  A.  A full corrective action plan.
7  Q.  How do you imagine they would satisfy that corrective
8      action plan, if you know?
9  A.  I -- whatever -- they would have to do a -- develop a
10     RAP team and then develop activities to fill those
11     activities and then the Office of Special Education
12     would have to verify correction of -- verify
13     correction of noncompliance.
14 Q.  And would that include the same sampling review of
15     educational files that we talked about at the student
16     level and system level?
17 A.  Yes.
18 Q.  Okay.  When it comes to those reviews, that
19     verification of the student and system level, who
20     performs those reviews?
21 A.  Both the ISD and the Office of Special Ed.
22 Q.  So in this instance, the member district, KPS, would
23     provide the educational records for, let's say, the
24     student level to the ISD to review; is that right?
25 A.  Yes.

U.S. Legal Support | www.uslegalsupport.com      89

## Page 90

Jessica S. Brady
July 16, 2024

```
 1   Q.   And then the ISD would then provide it to OSE; is that
 2        right?
 3   A.   Yes.
 4   Q.   And the same would be true for the systemwide
 5        verification, right?
 6   A.   Yes.
 7   Q.   Okay.  Would there be a statewide monitor assigned to
 8        do the review for OSE at that student and system
 9        level?
10   A.   Potentially.
11   Q.   Who else could do that work at performance review --
12        I'm sorry, performance reporting?
13   A.   Any of the monitoring and technical assistance
14        consultants.
15   Q.   Or the statewide monitors that are contracted, right?
16   A.   Correct.
17   Q.   Okay.  All right.  Would program accountability have
18        any involvement in either issuing or verifying this
19        CAP?
20   A.   No.
21   Q.   Okay.  On the next page, on 3, at the top there it
22        shows that KPS was issued an UNC CAP concerning 4B; is
23        that right?
24   A.   Yes.
25   Q.   That's suspension and expulsion by race or ethnicity,
```

## Page 96

Jessica S. Brady
July 16, 2024

```
 1        help with state complaint, district-level CAPs?
 2   A.   It's hard to quantify.
 3   Q.   If you had to guess.
 4   A.   I -- I can't guess.
 5   Q.   Who, at performance reporting, would help with the
 6        verification of a correction of noncompliance that's
 7        the result of a state complaint, district-level CAP?
 8   A.   Statewide monitors.
 9   Q.   Okay.  And those are the contract employees?
10   A.   Yes.
11   Q.   Okay.  And so those statewide monitors can receive
12        work from program accountability as well as
13        performance reporting; is that right?
14   A.   Yes.
15   Q.   Can they receive that work independent of performance
16        reporting knowing about it?
17   A.   It's a weird question.
18   Q.   I'm just wondering if they can receive assignments
19        from program accountability that performance reporting
20        wouldn't know about?
21   A.   It's assigned by Catamaran.
22   Q.   When you say Catamaran assigns work to statewide
23        monitors, is there a formula or an algorithm in
24        Catamaran that's choosing who works on CAPs?
25   A.   So for performance reporting, we say you're going
```

## Page 97

Jessica S. Brady
July 16, 2024

```
 1        to -- this person is going to work on these member
 2        districts within this ISD for complaints.  If we are
 3        going to work on district-level complaints, I say for
 4        the month of January, it will be Christy.  For the
 5        month of February, it will be this person.  That's why
 6        I can't quantify how many were released, right.  So it
 7        could be 15 were released in January.  One was
 8        released in February.  But Christy had January.
 9        Kelley had February.  I don't know whoever else.  I
10        can't ...
11   Q.   So on a monthly basis, you assign people to help with
12        those state complaint, district-level CAPs?
13   A.   Correct.
14   Q.   And that rotation among your staff is geographical as
15        well?
16   A.   No.
17   Q.   No.  It's just based on the assignment, the work type?
18   A.   For complaint CAPs, it's based on a month.
19   Q.   Okay.
20   A.   For monitoring CAPs, it's based geographical.
21   Q.   Okay.  Are the geographical assignments permanent?
22   A.   It doesn't have to be, no.
23   Q.   No.  Okay.
24              Would you know -- and this is for -- is
25        this for statewide monitors, or is it for also the
```

## Page 98

Jessica S. Brady
July 16, 2024

```
 1        other monitoring group that you supervise?
 2   A.   Which one?
 3   Q.   The monitoring technical assistance group.
 4   A.   The monitoring CAPs are geographical for the
 5        monitoring and technical assistance team and the
 6        statewide monitors.
 7   Q.   Okay.  Would you happen to know who is assigned to
 8        monitoring CAPs for KRESA, Kalamazoo Regional
 9        Educational Service Agency?
10   A.   I do not know.
11   Q.   Okay.  Do you know who would be assigned to Kalamazoo
12        Public Schools?
13   A.   The same person that assigned the KRESA.
14   Q.   Okay.  All right.  But for the other CAPs, the program
15        accountability CAPs, the state complaint CAPs, those
16        are assigned by month; is that right?
17   A.   Correct.
18   Q.   And that involves the same group, the monitoring and
19        technical assistance folks and the statewide monitors?
20   A.   No.
21   Q.   Who is in that group?
22   A.   The statewide monitors for complaint CAPs.
23   Q.   I see.  So it doesn't include the monitoring and
24        technical assistance group?
25   A.   Correct.
```

```
                            Jessica S. Brady
                             July 16, 2024

 1        refer students for evaluation who might have
 2        disabilities?
 3                MS. HENDLEY:  Objection, form.
 4                You can answer, if you can.
 5                THE WITNESS:  If a concerned citizen
 6        notifies us that their child has not been evaluated or
 7        someone in the community has not been evaluated, and
 8        they requested an evaluation, we certainly monitor.
 9   BY MR. SICKON:
10   Q.   Okay.  When you say that you monitor, how do you
11        capture the data of that concern?
12   A.   It is either in a state complaint or addressed at the
13        ISD.
14   Q.   Would that be with the assistance of an ISD compliance
15        monitor?
16   A.   An ISD representative.
17   Q.   Okay.  Are there any other ways through MSDS -- it
18        could be, you know, the Wayne State surveys, any other
19        information -- that you receive other than from a
20        concerned citizen about students who may need special
21        education evaluations who don't get referred for it?
22   A.   Besides a state complaint?
23   Q.   Correct.
24   A.   I don't think so.
25   Q.   Okay.  Now, the next sentence in that paragraph states

           U.S. Legal Support | www.uslegalsupport.com         141
```

```
                            Jessica S. Brady
                             July 16, 2024

 1        that based on the analysis of such data and
 2        information, states may determine whether targeted
 3        monitoring -- and then it starts a parenthetical,
 4        i.e., a monitoring activity that occurs outside of the
 5        state's normal cycle to address emerging or new
 6        issues, and typically is limited in scope, end
 7        parenthetical, is appropriate to ensure that the
 8        relevant IDEA requirements are properly implemented.
 9        Is that right?
10   A.   Yes.  That's what it says.
11   Q.   Okay.  Does performance reporting perform targeted
12        monitoring in the same sense that it is used in this
13        sentence?
14   A.   No.
15   Q.   Does any other office in OSE -- or any other unit -- I
16        apologize -- in OSE perform targeted monitoring like
17        it's used in that sentence?
18   A.   No.
19   Q.   Any other office within MDE?
20   A.   Not that I'm aware of.
21                MR. SICKON:  Okay.  All right.  It's been
22        about an hour since we started up again.  I'd just
23        like to take another five-minute break, if that's all
24        right with everyone.
25                MS. HENDLEY:  Yes.  Thank you.

           U.S. Legal Support | www.uslegalsupport.com         142
```