# EXHIBIT 6

Michigan Department of Education

Office of Special Education

# Directory and Overview

March 2025





# Table of Contents

| | |
|---|---|
| **Introduction** | **3** |
| **Special Education Advisory Committee (SEAC)** | **5** |
| **Office of Special Education (OSE)** | **6** |

**Administration Unit** ................................................................................ 7
State Systemic Improvement Plan (SSIP) ..................................................... 7
Significant Disproportionality.................................................................... 8
Assessment ............................................................................................ 9
Michigan Medicaid School Services Program (SSP) Direct Service Claiming (DSC) 10
Secondary Transition.............................................................................. 10
Child Find............................................................................................. 11
Personnel Approvals............................................................................... 12

**Performance Reporting Unit** ................................................................. 13
SPP/APR Performance Indicators............................................................. 13
SPP/APR................................................................................................ 14
Public Reporting .................................................................................... 15
Monitoring and Technical Assistance........................................................ 15

**Program Accountability Unit**................................................................. 16
*Michigan Administrative Rules for Special Education* (MARSE)...................... 16
Michigan Special Education Information Line ............................................ 16
ISD Plans .............................................................................................. 17
Waivers and Deviations .......................................................................... 17
Dispute Resolution................................................................................. 18

**Program Finance Unit**........................................................................... 20
Special Education Flowthrough Grant ...................................................... 20
General Supervision System Grant........................................................... 21
Program Fiscal Oversight........................................................................ 21
IDEA Part B Fiscal Requirements.............................................................. 23

**MDE Low Incidence Outreach (MDE-LIO)** ............................................. 24

**Michigan School for the Deaf (MSD)** .................................................... 24

| | |
|---|---|
| **IDEA Grant Funded Initiatives (GFIs)** | **25** |

# Introduction

This document provides an overview of the Michigan Department of Education (MDE) Office of Special Education (OSE), including information about OSE responsibilities. Also included are primary contacts for each area of work, important updates, and resources to better support special education stakeholders.

MDE OSE's purpose is to ensure the civil rights of children with disabilities for a free appropriate public education (FAPE) in the least restrictive environment (LRE) are maintained, and the rights of children and families are protected. This support ranges from the federal to the local level and includes special education laws, programs, and services. Understanding the different safeguards and programs for students with disabilities will help special education stakeholders understand the role of OSE in this continuum of support.

The following is a brief overview of foundational information about the laws, offices, and safeguards for individuals with disabilities.

## Laws, Regulations, and Rules

### *Individuals with Disabilities Education Act* (IDEA)

- The IDEA is a federal law. The IDEA is further supported by its regulations.
- The IDEA established two separate sets of services for different age segments:
  - **Part B:** Special education programs and services for children ages 3 through 21
  - **Part C:** Early intervention services for children birth to age 3
- Part B requires a **free appropriate public education** (FAPE) in the least restrictive environment (LRE) for children and students with disabilities. A FAPE in LRE is provided through special education programs and services.

### Michigan Compiled Law (MCL)

- The MCL is the state's comprehensive set of laws, including Michigan education laws, such as the Revised School Code.
- The MCL mandates that special education services are provided from birth through age 25.
  - Federal funding for special education is for children and youth birth through age 21. Therefore, programs and services paid for by IDEA Part B funds or IDEA Part C funds serve children and youth birth through 21. Also, data used for federal reporting includes children and youth ages birth through 21.
  - The state and districts must use state and local funds to provide special education programs and services to eligible youth ages 22 through 25, as mandated by the MCL.

### *Michigan Administrative Rules for Special Education* (MARSE)

- The MARSE are state rules promulgated by OSE through the process defined in the state's *Administrative Procedures Act*.
- The rules supplement and complement state and federal laws.

# Introduction

## Offices Outside of the OSE

### Office of Special Education Programs (OSEP)

- OSEP is a program component of the U.S. Department of Education (USED), Office of Special Education and Rehabilitative Services (OSERS).
- OSEP produces the implementing regulations for the IDEA.
- OSEP provides guidance for state education agencies (such as MDE) and monitors states for compliance with the IDEA.

### Office of Early Education, Division of Early Learning and Family Supports in the Department of Michigan Lifelong Education, Advancement, and Potential (MiLEAP)

- The Office of Early Education is part of the Michigan Department of Lifelong Education, Advancement, and Potential (MiLEAP) that provides programs and services for children from birth through 5 years of age and their families.
- The Office of Early Education coordinates and oversees Michigan's early childhood programs, including:
  - **Early On**, a program that provides services to children with developmental delays and disabilities from birth to age 3 and their families.
    - *Early On* is Michigan's early intervention system for implementing Part C of IDEA. *Early On* collaborates with OSE regarding special education requirements as defined in the *Michigan Administrative Rules for Special Education* for children from birth to age 3.

## Federal Reporting and Monitoring

### Indicators

- Indicators are the monitoring priorities developed by OSEP. The indicators are used for evaluating the success of services for Part B and Part C of the IDEA.
- OSEP developed 18 indicators for Part B for monitoring.
- OSEP developed 12 indicators for Part C for monitoring (for which MiLEAP is responsible).

### State Performance Plan (SPP) and Annual Performance Report (APR)

- The IDEA requires that each state has an improvement plan for Part B and Part C.
  - States create an improvement plan which are submitted in two SPPs: one for Part B and one for Part C. MiLEAP is responsible for Part C reporting.
- Data are annually collected from each school district and submitted to OSEP as statewide data in the APRs for Part B and Part C.
  - The SPP/APR requires reporting of children and students ages 3 to 21 eligible under Part B of IDEA. Infants and Toddlers birth to three are reported under Part C of the SPP/APR. Michigan serves students to age 26, though students age 21 to age 26 are not required to be reported in the Part B SPP/APR.

# Performance Reporting Unit

**Jessica Brady**
Unit Supervisor
517-241-4414
BradyJ@Michigan.gov

The Performance Reporting Unit coordinates the collection, verification, analysis, and reporting of special education student and personnel data for required state and federal reports. The unit also coordinates and provides technical assistance to ISDs and other stakeholder groups to improve outcomes for students with disabilities and ensure compliance with state and federal requirements.

## SPP/APR Performance Indicators

Much of the Performance Reporting Unit work focuses on the data collection and reporting of the SPP/APR Performance Indicators. OSEP created the indicators to evaluate the success of the delivery of special education programs and services.

### Results Indicators

Michigan sets measurable and rigorous targets with broad stakeholder input. Targets vary by indicator.

1. Graduation
2. Dropout
3. Statewide Assessment
4A. Suspension and Expulsion
5. Educational Environments: Ages 5 in Kindergarten and Ages 6 through 21
6. Preschool Environments: Ages 3 through 5 in preschool
7. Preschool Outcomes
8. Parent Involvement
14. Postsecondary Outcomes
15. Resolution Session Agreements
16. Mediation Agreements
17. State Systemic Improvement Plan (SSIP)

### Compliance Indicators

OSEP sets targets of either zero percent or 100 percent.

4B. Suspension and Expulsion by Race/Ethnicity
9. Disproportionate Representation: Child With a Disability
10. Disproportionate Representation: Eligibility Categories
11. Child Find (Evaluation Timelines)
12. Early Childhood Transition
13. Secondary Transition
18. General Supervision

# Performance Reporting

## Public Reporting

ISDs and member districts submit data to MSDS or OSE for the SPP/APR Performance Indicators. Section 300.602 of the IDEA regulations requires states to report the local educational agency (LEA) level data to the public. In Michigan, for special education purposes, the LEA is the ISD.

This information provides ISDs and communities an opportunity to see strengths in their special education and early intervention programs and to identify areas of improvement.

As determined by OSEP, states must report on Indicators 1-14. For Indicators 1, 2, 4A, and 4B, there is a required one-year data lag.

> **View District-Level Data**
>
> The MI School Data website has special education data for ISDs and local school districts.

**Public Reporting Contacts**

**Julie Treviño**
Special Education Coordinator
TrevinoJ1@Michigan.gov
517-241-0497

**Amy Hurth**
Department Analyst
HurthA@Michigan.gov
517-335-0394

**Amanda Way**
Consultant
WayA@Michigan.gov
517-241-0786

## Monitoring and Technical Assistance

The Monitoring and Technical Assistance team uses Catamaran as a tool to monitor ISDs performance on SPP/APR Performance Indicators. Catamaran is the system used to track activities and data related to IDEA and MARSE for MDE OSE. Catamaran is managed by OSE. Catamaran offers extensive resources for ISDs and member districts on a variety of topics to assist in improving student outcomes.

ISDs and member districts submit Part B data through the MSDS. The data is reflected back to the ISDs through Catamaran. The data is used to issue findings of noncompliance and to select ISDs for monitoring activities. The monitoring and technical assistance team may conduct and/or assist with ISD monitoring visits, whether on-site or virtual; assigns technical assistance providers; and explores opportunities for professional development and best practices.

**Monitoring and Technical Assistance Contact**

**Jessica Brady**
Unit Supervisor
BradyJ@Michigan.gov
517-241-4414

**Websites**

Catamaran

Technical Assistance

# Program Accountability Unit

**Chantel Mozden**
Unit Supervisor
517-241-6299
MozdenC@Michigan.gov

The Program Accountability Unit develops and implements special education policy. Policy is developed to align with—and clarify—state and federal requirements. The unit also administers the state complaint and due process complaint processes.

**Michigan Special Education Information Line**

**1-888-320-8384**

MDE-OSE@Michigan.gov

The Program Accountability Unit manages a dedicated phone line and email that goes directly to OSE. The Michigan Special Education Information Line is staffed from 9:00 a.m. to 4:00 p.m. The information line has translation services available, including in American Sign Language, Arabic, and Spanish, to name a few.

The information line is available to all stakeholders and provides information and resources, and answers special education related questions. Any question that cannot be answered immediately will be researched and responded to as quickly as possible.

## *Michigan Administrative Rules for Special Education* (MARSE)

The MARSE are state rules created to carry out the intent of the IDEA and the MCL. The rules help clarify or define requirements of state and federal laws.

OSE manages the rule promulgation process, which includes writing the rules with stakeholder input, obtaining public comment, and submission to the Joint Committee on Administrative Rules (JCAR).

*MARSE Contact*

**Nancy Rotarius**
Policy Coordinator
RotariusN@Michigan.gov
517-335-0448

**Rule Promulgation Process**

1. Request for Rulemaking
2. Draft Rules
3. Public Comment
4. Draft Rules
5. JCAR
6. MDE Adopts Rules

**View the MARSE**

A web version of the MARSE is available on the MDE OSE website.