# EXHIBIT 7

KPS Complaint Timeline Printable

Page 1

| Date | 17-0159 | 18-0085 | 19-0088 |
|---|---|---|---|
| 11/1/2016 | | | |
| 12/1/2016 | **17-0159**<br>Violations:<br>-  Child Find Evals<br>- MDR & Change of<br>Placement<br>-Denial of FAPE<br>- Consent | CAP:<br>- Revise or Develop<br>Procedures RE:<br>- Comprehensive Evals -<br>MDR Requirements<br>- IEP Development<br>-Obtaining Consent | |
| 1/1/2017 | | | |
| 2/1/2017 | | | |
| 3/1/2017 | | | |
| 4/1/2017 | | | |
| 5/1/2017 | | | |
| 6/1/2017 | 6/30/17 - Filed | | |
| 7/1/2017 | | | |
| 8/1/2017 | 8/29/17 - Decision | | |
| 9/1/2017 | | | |
| 10/1/2017 | | | |
| 11/1/2017 | | | |
| 12/1/2017 | 12/1/17 - Revision Due | | |
| 1/1/2018 | | | |
| 2/1/2018 | | | |
| 3/1/2018 | | | |
| 4/1/2018 | 4/15/18 - PD Due | 4/9/18 - Filed | |
| 5/1/2018 | | | |
| 6/1/2018 | | 6/8/18 - Decision | |
| 7/1/2018 | | | |
| 8/1/2018 | 8/29/18 - One year | | |
| 9/1/2018 | | 9/1/18 - Revision Due | |
| 10/1/2018 | | | |
| 11/1/2018 | | | |
| 12/1/2018 | | | |
| 1/1/2019 | | 1/15/19 - PD Due | |
| 2/1/2019 | | | |
| 3/1/2019 | | | |
| 4/1/2019 | | | |
| 5/1/2019 | | | 5/3/19 -  Filed |
| 6/1/2019 | | 6/7/19 - One Year | |
| 7/1/2019 | **18-0085**<br>Violations:<br>- Child Find<br>- No Denial of FAPE | CAP:<br>- Revise or Develop<br>Procedures to Ensure<br>Child Find<br>- PD on new procedures | 7/2/19 - Decision |
| 8/1/2019 | | | |
| 9/1/2019 | | | |
| 10/1/2019 | | | |
| 11/1/2019 | | | |
| 12/1/2019 | | | |
| 1/1/2020 | | | 1/15/20 -CAP due |
| 2/1/2020 | | | |
| 3/1/2020 | **19-0088**<br>Violations:<br>- Child Find Eval<br>- Denial of FAPE | CAP:<br>- Revise or Develop Child<br>Find Procedures | |
| 4/1/2020 | | | |
| 5/1/2020 | | | |
| 6/1/2020 | | | |
| 7/1/2020 | | | 7/2/2020 - One Year |

KPS Complaint Timeline Printable

| Date | 19-0188 | 19-0213 | 19-0220 |
|------|---------|---------|---------|
| 3/1/2019 | | | |
| 4/1/2019 | | **19-0213** Violations: - Child Find - Discipline Protections - Denial of FAPE if Found Eligible | CAP: - Revise or Develop Child Find Procedures - PD on New Procedures |
| 5/1/2019 | | | |
| 6/1/2019 | | | |
| 7/1/2019 | | | |
| 8/1/2019 | | | |
| 9/1/2019 | 9/9/2019 - Filed | | |
| 10/1/2019 | | 10/4/19 - Filed | 10/10/19 - Filed |
| 11/1/2019 | 11/8/2019 -Decision | | |
| 12/1/2019 | | | 12/9/19 - Decision |
| 1/1/2020 | | | |
| 2/1/2020 | | | 2/21/20 - All Files |
| 3/1/2020 | | | 3/20/20 -Determination |
| 4/1/2020 | | 4/18/20 - Decision | |
| 5/1/2020 | | | |
| 6/1/2020 | 6/15/20 - CAP Due | | |
| 7/1/2020 | | | |
| 8/1/2020 | | | |
| 9/1/2020 | | | |
| 10/1/2020 | | | |
| 11/1/2020 | 11/8/2020 - One Year | 11/15/20 - CAP Due | |
| | **19-0188** Violations: -  Child Find Eval - Discipline Protections  |  - Denial of FAPE CAP: Revise or Develop Procedures Re: - Chid Find | 12/9/20 - One Year |
| 5/1/2021 | | 4/18/21 - One Year | |
| 6/1/2021 | | **19-0220** Violations: - Child Find - Student no longer in District | CAP: - Revise or Develop Child Find Procedures - PD on New Procedures - Review Addtional  Files |
| 7/1/2021 | | | |
| 8/1/2021 | | | |
| 9/1/2021 | | | |
| 10/1/2021 | | | |
| 11/1/2021 | | | |

KPS Complaint Timeline Printable

| Date | 21-0004 | 21-0007 | 22-0040 |
|---|---|---|---|
| 8/1/2020 | | **21-0007** | CAP: |
| 9/1/2020 | | Violations: | -Revise or Develop Chid |
| 10/1/2020 | | - Child Find | Find Procedures in |
| 11/1/2020 | | - Denial of FAPE if Found | Juvenile Detention |
| 12/1/2020 | | Eligible | |
| 1/1/2021 | 1/27/21 - Filed | 1/27/21 - Filed ISD | |
| 2/1/2021 | no violations | | |
| 3/1/2021 | 3/23/21 - Decision | 3/23/21 - Decision | |
| 4/1/2021 | | | |
| 5/1/2021 | | | |
| 6/1/2021 | | 6/1/21 - Revision Due | |
| 7/1/2021 | | | |
| 8/1/2021 | | | |
| 9/1/2021 | | | |
| 10/1/2021 | | 10/15/21 - PD Due | |
| 11/1/2021 | | | |
| 12/1/2021 | | | |
| 1/1/2022 | | 1/23/22 - One Year | |
| 2/1/2022 | | | |
| 3/1/2022 | | | 3/4/22 - Filed |
| 4/1/2022 | | | 4/29/22 - Decision |
| 5/1/2022 | | | |
| 6/1/2022 | | | |
| 7/1/2022 | | | |
| 8/1/2022 | | | |
| 9/1/2022 | | | |
| 10/1/2022 | | | |
| 11/1/2022 | | | 11/15/22 - CAP Due |
| 12/1/2022 | | | |
| 1/1/2023 | | | |
| 2/1/2023 | | | |
| 3/1/2023 | | | |
| 4/1/2023 | | | 4/29/23 - One Year |
| 5/1/2023 | | **22-0040** | CAP: |
| 6/1/2023 | | Violations: | -Revise or Develop |
| 7/1/2023 | | - Child Find | evaluation procedures |
| 8/1/2023 | | - IEP Development | Revise or Develop IEP |
| 9/1/2023 | | - Student no longer in | development procedures |
| 10/1/2023 | | district | |

KPS Complaint Timeline Printable

| Date | 22-0135 | 22-0174 | 23-0052 | |
|---|---|---|---|---|
| 11/1/2021 | | | | |
| 12/1/2021 | **22-0135** | evaluation Procedures - PD on New Procedures | | |
| 1/1/2022 | Violations: | | | |
| 2/1/2022 | - Child Find/evaluations - Denial of FAPE can't be | | | |
| 3/1/2022 | found until evaluated | | | |
| 4/1/2022 | CAP: | | | |
| 5/1/2022 | -Revise or Develop | | | |
| 6/1/2022 | 6/27/22 - Filed | | | |
| 7/1/2022 | | | | |
| 8/1/2022 | 8/26/22 - Decision | | | |
| 9/1/2022 | | 9/12/22 - Filed | | |
| 10/1/2022 | 10/12/22 - SLCAP due | | **23-0052** Eligible | |
| 11/1/2022 | | 11/9/22 - Decision | Violations: CAP: | |
| 12/1/2022 | | | - Child Find -Revise or Develop Chid | |
| 1/1/2023 | | 1/19/23 - SLCAP due | - Denial of FAPE if Found Find Procedures | |
| 2/1/2023 | | | 2/3/2023 - Filed | |
| 3/1/2023 | 3/15/22 - CAP Due | | | |
| 4/1/2023 | | | 4/4/23 - Decision | |
| 5/1/2023 | | | | |
| 6/1/2023 | 6/27/23 - One Year | 6/15/23 - CAP Due | 6/5/23 - SLCAP due | |
| 7/1/2023 | | | | |
| 8/1/2023 | | | | |
| 9/1/2023 | | | | |
| 10/1/2023 | | | 10/15/23 - CAP Due | |
| 11/1/2023 | | 11/9/23 - One Year | | |
| 12/1/2023 | **22-0174** | -Revise or Develop Evaluation Procedures | | |
| 1/1/2024 | Violations: | | | |
| 2/1/2024 | - Child Find | | | |
| 3/1/2024 | - Denial of FAPE can't be found until evaluated | | | |
| 4/1/2024 | CAP: | | 4/4/24 - One Year | |
| 5/1/2024 | | | | |