# EXHIBIT 8

Updated-Alpena Complaint Timeline Printable

| Date | 20-0062 | 20-0130 | 23-0087 |
|---|---|---|---|
| 10/1/2019 | | | |
| 11/1/2019 | **20-0062** Violations: = Child Find = Discipline Protections | CAP: - Revise/Develop procedures re: - Child Find - Discipline | |
| 12/1/2019 | | | |
| 1/1/2020 | | | |
| 2/1/2020 | | | |
| 3/1/2020 | 3/12/20 - Filed | | |
| 4/1/2020 | | | |
| 5/1/2020 | 5/11/20 - Decision | | |
| 6/1/2020 | 6/22/20 - SLCAP Due | | |
| 7/1/2020 | | | |
| 8/1/2020 | | | |
| 9/1/2020 | | | |
| 10/1/2020 | | | |
| 11/1/2020 | | 11/16/20 - Filed | |
| 12/1/2020 | 12/15/20 - CAP Due | | |
| 1/1/2021 | | 1/15/21 - Decision | |
| 2/1/2021 | | | |
| 3/1/2021 | | 3/5/21 - SLCAP Due | |
| 4/1/2021 | | | |
| 5/1/2021 | 5/11/2021 - One Year | | |
| 6/1/2021 | | | |
| 7/1/2021 | | | |
| 8/1/2021 | | 8/15/21 - CAP Due | |
| 9/1/2021 | | | |
| 10/1/2021 | | | |
| 11/1/2021 | | | |
| 12/1/2021 | | | |
| 1/1/2022 | | 1/15/21 - One Year | |
| 2/1/2022 | | | |
| 3/1/2022 | **20-0130** Violations: - IEP Development - Child Find | CAP: - Child Find - IEP Development | |
| 4/1/2022 | | | |
| 5/1/2022 | | | |
| 6/1/2022 | | | |
| 7/1/2022 | | | |
| 8/1/2022 | | | |
| 9/1/2022 | | | |
| 10/1/2022 | | | |
| 11/1/2022 | | **23-0087** Violations: Evaluations/Eligibility | CAP: Revise/Develop procedures re: Evaluation/Eligibility |
| 12/1/2022 | | | |
| 1/1/2023 | | | |
| 2/1/2023 | | | |
| 3/1/2023 | | | 3/9/23 - Filed |
| 4/1/2023 | | | |
| 5/1/2023 | | | 5/8/23 - Decision |
| 6/1/2023 | | | 6/9/23 - SLCAP Due |
| 7/1/2023 | | | |
| 8/1/2023 | | | 8/1/23 - CAP Due |
| 9/1/2023 | | | |
| 10/1/2023 | | | |
| 11/1/2023 | | | |
| 12/1/2023 | | | |
| 1/1/2024 | | | 1/15/24 - PD Due |
| 2/1/2024 | | | |
| 3/1/2024 | | | |
| 4/1/2024 | | | |
| 5/1/2024 | | | 5/8/24 - One Year |
| 6/1/2024 | | | |