# EXHIBIT 10

| Date | 18-0171 | 19-0181 | 19-0229 | |
|---|---|---|---|---|
| 1/1/2018 | | | | |
| 2/1/2018 | | | | |
| 3/1/2018 | **18-0171** Violations: - Child Find - Eval Timeline - Discipline Protections | CAP - Revise/Develop procedures re: - Child Find - Discipline - Evaluations | | |
| 4/1/2018 | | | | |
| 5/1/2018 | | | | |
| 6/1/2018 | | | | |
| 7/1/2018 | | | | |
| 8/1/2018 | 8/23/2018 - Filed | | | |
| 9/1/2018 | | | | |
| 10/1/2018 | 10/22/2018 - Decision | | | |
| 11/1/2018 | | | | |
| 12/1/2018 | | | | |
| 1/1/2019 | | | | |
| 2/1/2019 | | | | |
| 3/1/2019 | | | | |
| 4/1/2019 | | | | |
| 5/1/2019 | 5/15/19-District CAP Due | | | |
| 6/1/2019 | | | **19-0229** Violations: - Eval Timeline | CAP - Revise/Develop procedures re: - Eval Timelines |
| 7/1/2019 | | | | |
| 8/1/2019 | 8/1/19-Student CAP Due | | | |
| 9/1/2019 | | 9/6/19 - Filed | | |
| 10/1/2019 | 10/22/19 - One Year | | 10/21/19 - Filed | |
| 11/1/2019 | | 11/1/19-Decision | | |
| 12/1/2019 | | | 12/20/19 - Decision | |
| 1/1/2020 | | | | |
| 2/1/2020 | | | | |
| 3/1/2020 | | | | |
| 4/1/2020 | | | | |
| 5/1/2020 | | 5/15/20-District CAP due | | |
| 6/1/2020 | | | | |
| 7/1/2020 | | | 7/15/20-District CAP Due | |
| 8/1/2020 | | | | |
| 9/1/2020 | | | | |
| 10/1/2020 | | | 10/1/20-Student CAP Due | |
| 11/1/2020 | | 11/1/20 - One Year | | |
| 12/1/2020 | | | 12/1/20 - One Year | |
| 1/1/2021 | | **18-0171** Violations: - Child Find - Eval Timeline - Discipline Protections | CAP - Revise/Develop procedures re: - Child Find - Discipline | |
| 2/1/2021 | | | | |
| 3/1/2021 | | | | |
| 4/1/2021 | | | | |
| 5/1/2021 | | | | |

| Date | 19-0290 | 21-0039 | 21-0057 |
|---|---|---|---|
| 11/1/2019 | | | |
| 12/1/2019 | 12/16/19 - Filed | | |
| 1/1/2020 | | | |
| 2/1/2020 | 2/14/20 - Decision | | |
| 3/1/2020 | | | |
| 4/1/2020 | | | |
| 5/1/2020 | 5/1/20 - Start Monitoring | | |
| 6/1/2020 | | | |
| 7/1/2020 | | | |
| 8/1/2020 | | | |
| 9/1/2020 | 9/15/20 - PD Due | | |
| 10/1/2020 | | | |
| 11/1/2020 | | | |
| 12/1/2020 | 12/1/20-Student CAP Due | | |
| 1/1/2021 | | | |
| 2/1/2021 | 2/14/20 - One Year | | |
| 3/1/2021 | | 3/16/21 - Filed | |
| 4/1/2021 | | | 4/23/21-Filed |
| 5/1/2021 | | 5/14/21 - Decision | |
| 6/1/2021 | | | 6/22/21- Decision |
| 7/1/2021 | | | |
| 8/1/2021 | | | |
| 9/1/2021 | | | |
| 10/1/2021 | | | |
| 11/1/2021 | | | |
| 12/1/2021 | | 12/15/21-District CAP Due | |
| 1/1/2022 | | | 1/15/22- District CAP due |
| 2/1/2022 | | | |
| 3/1/2022 | | 3/1/22 - Student CAP Due | |
| 4/1/2022 | | | |
| 5/1/2022 | | 5/15/22 - One Year | |
| 6/1/2022 | | | 6/22/22- One year |
| 7/1/2022 | | | |
| 8/1/2022 | | | |
| 9/1/2022 | | | |
| 10/1/2022 | | | |
| 11/1/2022 | | | |

**21-0039**
Violations:
- Comprehensive Evals

CAP:
- Revise/Develop Procedures re:
- Evaluations

**19-0290**
Violations
- Child Find
- Comp. Evals
- Discipline Protections

CAP
- MDE Monitoring and Revise/Develop procedures
- Re:
- Child FInd
- Evaluations
- Discipline

**21-0057**
Violations
- Evaluation

CAP
-Revise/Develop procedures re:
-evaluations

| Date | 21-0100 | 21-0107 | 21-0126 | |
|---|---|---|---|---|
| 2/1/2021 | | | | |
| 3/1/2021 | | | | |
| 4/1/2021 | **21-0100** Violations -Reeval | CAP -Revise/Develop Procedures re reevals | | |
| 5/1/2021 | | | | |
| 6/1/2021 | | | **21-0126** Violations - Evals | CAP - Plan for addressing ongoing issues, including MDE monitoring |
| 7/1/2021 | 7/22/21 - Filed | | | |
| 8/1/2021 | | 8/10/21 - Filed | | |
| 9/1/2021 | 9/20/21 - Decision | | 9/1/2021 - Filed | |
| 10/1/2021 | | 10/8/2021 - Decision | 10/29/21 - Decision | |
| 11/1/2021 | | | | |
| 12/1/2021 | | | | |
| 1/1/2022 | | | 1/26/22-Student CAP due | |
| 2/1/2022 | | | | |
| 3/1/2022 | | | | |
| 4/1/2022 | 4/15/22- District CAP Due | | | |
| 5/1/2022 | | | | |
| 6/1/2022 | | | | |
| 7/1/2022 | | | | |
| 8/1/2022 | 8/1/22- Student CAP Due | 8/1/22- All CAP due | 8/1/22 - District CAP due | |
| 9/1/2022 | 9/20/22 - One Year | | | |
| 10/1/2022 | | 10/8/22 - One Year | 10/29/22 - One Year | |
| 11/1/2022 | | | | |
| 12/1/2022 | | **21-0107** Violations - Initial Evals - Evals | CAP - Plan to address concerns re evaluations, including monthly monitoring | |
| 1/1/2023 | | | | |
| 2/1/2023 | | | | |
| 3/1/2023 | | | | |
| 4/1/2023 | | | | |

| Date | 21-0018 | 23-0084 |
|---|---|---|
| 10/1/2022 | | |
| 11/1/2022 | | 23-0084 Violaions - Reevaluations |
| 12/1/2022 | | |
| 1/1/2023 | 1/12/23 - Filed | |
| 2/1/2023 | | |
| 3/1/2023 | 3/13/23 - Decision | 3/7/23 - Filed |
| 4/1/2023 | | |
| 5/1/2023 | | 5/5/23 - Decision |
| 6/1/2023 | | |
| 7/1/2023 | | |
| 8/1/2023 | | |
| 9/1/2023 | | |
| 10/1/2023 | 10/15/23-District CAP Due | |
| 11/1/2023 | | 11/15/23-District CAP Due |
| 12/1/2023 | | |
| 1/1/2024 | 1/1/24 - Student CAP Due | |
| 2/1/2024 | | 2/1/24 - Student CAP Due |
| 3/1/2024 | 3/13/24 - One Year | |
| | 21-0018 Violations - Eval Timline | 5/5/24 - One Year |
| 8/1/2024 | | |
| 8/1/2024 | | |
| 9/1/2024 | | |
| 10/1/2024 | | |
| 11/1/2024 | | |
| 2/1/2025 | | |
| 3/1/2025 | | |
| 4/1/2025 | | |
| 5/1/2025 | | |
| 6/1/2025 | | |
| 7/1/2025 | | |
| 8/1/2025 | | |
| 9/1/2025 | | |
| 10/1/2025 | | |
| 11/1/2025 | | |

Callout boxes:

23-0084 Violaions - Reevaluations

CAP - System for monthly administrative review of 3 year evals

21-0018 Violations - Eval Timline

CAP - Plan to address eval timelines