# EXHIBIT 16

**(This page is left intentionally blank)**