# EXHIBIT 18

---

REUQUIYAH SAUNDERS                                June 14, 2024
LEWIS vs MI DEPT OF EDUCATION                                 1

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF MICHIGAN

DONQUARION LEWIS, et al,

         Plaintiffs,         File No. 1:22-cv-00838-RJJ-PJG

vs.

MICHIGAN DEPARTMENT
OF EDUCATION,

         Defendant.
_____/




                         DEPOSITION OF

                      REUQUIYAH SAUNDERS




                    Friday - June 14, 2024

                         10:11 a.m.

              215 S. Washington Square, Suite 200

                      Lansing, Michigan




                    Karen L. Banks, CER 3592
                   Certified Electronic Recorder
                   Esquire Deposition Solutions
                   Firm Registration Number 8035
```

---

REUQUIYAH SAUNDERS                                June 14, 2024
LEWIS vs MI DEPT OF EDUCATION                                55

here probably helped me through that process. There's one coordinator for special education, which was the only person I had and myself, and then Tori Wentela was the monitor before Shelly Hawthorne.

Q  Okay.

A  And then other administrator of our department, but not a special education administrator, Mr. Smith. And then one of our school psychologists.

Q  Okay. On page 3 of Exhibit 14 at the top, there's a question, "What documentation will your district have available as evidence that your tasks and activities were completed ..."

A  Yes.

Q  It notes there that, "The District will upload meeting notes, agendas and new policies and procedures throughout the '17-18 school year." Right?

A  Yes.

Q  Do you remember submitting a revised version of the KPS Child Find policy to MDE during that school year?

A  I don't.

Q  Okay.

A  I don't recall the -- I mean actually uploading this.

Q  Okay. Do you know if anyone else would have uploaded it?

A  I don't think so. It would have been me or maybe Tori, but really the responsibility was me, mine to upload.

Q  Okay. And speaking of Tori Wentela, just real quick, do you

---

REUQUIYAH SAUNDERS                                June 14, 2024
LEWIS vs MI DEPT OF EDUCATION                                79

   person, whether it was Tori Wentela or somebody else?

A  Not to my knowledge. And I can safely say that they -- no one from my team probably would. They don't -- they will try to reach out. They have tried to reach out sometimes to team or administrators, but they usually come through me. Their communication comes through me.

Q  Okay, all right. I'd like to move to Exhibit 24.

         (Deposition Exhibit 24 marked)

BY MR. SICKON:

Q  This is one of the Child Find policy documents that KPS provided to MDE as demonstration of coming into compliance. We had talked about how behavioral concerns were at the heart of this particular case; right?

A  Yes.

Q  Okay. If you go to page 4 of this Child Find policy, we'll find the only mention of behavior in a section titled "Multi-Tiered System of Supports." Do you see the word "behavioral" in that paragraph?

A  Yes.

Q  Would you review that paragraph, please, and let me know when you're done?

A  Yes.

Q  Okay. Now, after reviewing that paragraph, do you believe that that paragraph would ensure that a student's behavioral concerns are considered and assessed appropriately in initial

---

REUQUIYAH SAUNDERS                                June 14, 2024
LEWIS vs MI DEPT OF EDUCATION                                80

   evaluation?

A  Not alone, no. This is one document. We have several other documents that speak to if students aren't making progress academically and behaviorally. So I wouldn't anticipate that this would be the only document staff who are trained would use to determine if student behavior needs to be addressed in an initial evaluation.

Q  Okay. So this --

A  This is a very --

Q  -- wouldn't do it on its own?

A  No. This is a very -- I don't even know what date, but this is -- yeah, this is a very general document.

Q  Okay. We're going to stick with it for just a second more. If we flip back to page 2.

A  Um-hmm.

Q  I'm sorry. Page 3. The first paragraph of the referral processes section states that a district -- I'm sorry, that KPS "... is required to make reasonable efforts to obtain parental consent for the initial evaluation within thirty calendar days of receipt of a referral ..."; is that right?

A  Yes.

Q  Is that an accurate statement of law?

A  I believe that it is -- the district is required. I think that you're asking me -- reasonable efforts, we have to obtain parental consent for the initial evaluation within thirty days



```
 1        of the receipt of the referral.  What part are you asking?
 2   Q    Does the thirty-day timeline sound right to you?
 3   A    Yes.
 4   Q    Okay.  Now, this was something that I imagine you had
 5        uploaded, because you mentioned that it was more or less your
 6        sole responsibility in uploading things for CAPs at KPS;
 7        right?
 8   A    Yes, or whatever we would provide for training or maybe the
 9        website.  Anything that we would produce, I would just give
10        copies of just to make sure that if there were pieces that we
11        mentioned anything about evaluation, they were provided.  Or
12        anything to do with the department, they were provided if it
13        had something to do with compliance or a CAP.
14   Q    That you would upload it so MDE could have it?
15   A    Right.  So sometimes I'd -- you know, I would do a screenshot
16        of, you know, a QR code where people could access our
17        department or anything that was related to what we were
18        providing for students.  So it didn't have to always be a
19        document like this.  It could be a PowerPoint.  It could be,
20        you know, a survey.  As I mentioned, sign-in sheets, all kinds
21        of things.
22   Q    Okay.  Do you know if Tori Wentela might have reviewed this
23        document after it was uploaded?
24   A    I don't.
25   Q    Do you know if anybody at MDE reviewed it after it was
```

```
 1        uploaded?
 2   A    I don't.
 3   Q    And one last thing on page 2.  In the section that is
 4        Coordination with Non-Educational District Agencies, there is
 5        a bracketed and italicized section that states:
 6                "LEAs should tailor this section to describe all
 7           relevant relationships with District agencies and
 8           coordination efforts around Child Find responsibilities."
 9        Right?
10   A    Yes.
11   Q    Who do you think wrote that?
12   A    I'm not sure.  In this section I've seen where an LEA may list
13        all of their local, so this was a draft.  So updated
14        procedures or updated information so germane to Kalamazoo may
15        be, you know, Family and Children Services, may mean other
16        agencies that collaborate with us, and we have brochures,
17        fliers, different things for people in doctors' offices for
18        Child Find.  So I'm not sure.  This was a draft.
19   Q    Does it sound like something, framed as it is for LEAs in
20        general, that a KPS employee would write?
21   A    No.
22   Q    Any idea if it would have been somebody from KRESA?
23   A    Could be.  I mean using the term "LEAs" is not a term that we
24        use --
25   Q    Right.
```

```
 1   A    -- on a regular basis.  So it would have to be someone in a
 2        position that would be, you know, either in a KRESA or in a
 3        state kind of position.  It wouldn't be something that just an
 4        administrator would write or a staff member.
 5   Q    From KPS.
 6   A    Yes.
 7   Q    Okay, all right.  There's another Child Find policy document
 8        that was uploaded concerning this complaint as well, and we'll
 9        go there.  That's 42.
10              (Deposition Exhibit 42 marked) 
11   BY MR. SICKON:
12   Q    And like I said, this is another one that was submitted to MDE
13        in this complaint to demonstrate compliance with the CAP
14        ordered.  Are you familiar with this document?
15   A    Yes.  It's is an old document, but yes.
16   Q    On page 1 there's a section titled "KPS Student Services
17        Handbook Child Find Procedures"; right?
18   A    Yes.
19   Q    And that entire paragraph is highlighted, it appears.
20   A    Yes.
21   Q    Now, I know that we talked earlier about a handbook when we
22        were discussing the complaint right before lunch, 22-85.
23   A    Um-hmm, yes.
24   Q    We were looking at Exhibit 22 then and it discussed the
25        handbook.  Do you remember that?
```

```
 1   A    Yes.
 2   Q    Could this be the section that was discussed in that Exhibit
 3        22?
 4   A    It could be a portion of that.  It looks like it's been cut
 5        out of something else.
 6   Q    Okay.  So the document in 22 may have been a larger document? 
 7   A    Yes.
 8   Q    The handbook that --
 9   A    Yes.
10   Q    The staff handbook is a larger document.
11   A    Yes.  Because uploading in Catamaran, there's a process that
12        you upload what you currently have, and there's a process that
13        you upload after you've been given recommendations or reports.
14        So some of the information may be the same and some of it may
15        be changed if they say you just need to update this section or
16        you need to address this or you need to do your policies and
17        procedures all over.  So Child Find is one that's pretty
18        general, so -- and looking at each individual case, many times
19        I would upload the same information if they said, "What do you
20        currently have if it hasn't been addressed, and then here's
21        the pieces that you need to change."  So this looks like it
22        might be a portion of some of that, but --
23   Q    Okay.
24   A    -- without seeing like the whole entire document.
25   Q    Okay.
```

---

REUQUIYAH SAUNDERS                                              June 14, 2024
LEWIS vs MI DEPT OF EDUCATION                                             85

1  A    But I know that it's something that we provided.
2  Q    All right.  And you had mentioned that the first document we
3       saw, Exhibit 24, was a more general overview of Child Find;
4       right?
5  A    Yes.
6  Q    Now --
7  A    And that it looks like myself and -- were working on or in the
8       midst of working on during like '17, maybe '17-18 --
9  Q    Okay.
10 A    -- when I first started.
11 Q    And the handbook that you're mentioning contains sometimes
12      updates that might be more particular, more specific than that
13      general document?
14 A    Yes.
15 Q    And this seems to be part of that staff handbook, right,
16      pulled out?
17 A    At some level, yes.  It doesn't have any page numbers on it,
18      but yes.
19 Q    Okay.
20 A    It seems to be.
21 Q    Now, for the purposes of this CAP, we had talked about a
22      student's behavioral concerns being considered and evaluated
23      appropriately.  In combination with Exhibit 24, do you believe
24      that this paragraph provides KPS employees enough information
25      to ensure that a student's behavioral concerns are considered



800.211.DEPO (3376)
EsquireSolutions.com

---

REUQUIYAH SAUNDERS                                              June 14, 2024
LEWIS vs MI DEPT OF EDUCATION                                             86

1       and evaluated appropriately?
2  A    Not alone.
3  Q    Not alone and not in --
4  A    But given the rest of the document and if -- it talks about
5       MTSS, it talks about RtI, topics that we talk about pretty
6       much at every turn, every meeting and training, and behavior
7       is a major part of what we try to support, so -- not alone,
8       but in part of a larger conversation about child study team
9       processes and tier one, tier two, tier three interventions,
10      and staff should be able to know that.
11 Q    And those are part of MTSS?
12 A    Yes.
13 Q    All right.  Those different tiers that you mentioned.
14 A    Yes.
15 Q    And as the tiers go up, so do the intensity of supports?
16 A    Yes.
17 Q    Typically fewer and fewer students end up with the higher-tier
18      supports; correct?
19 A    That's the hope.
20 Q    Yes.
21 A    That's the design.  Yes.
22 Q    And in the document here that discusses both MTSS and RTI, --
23 A    Yes.
24 Q    -- there's a chart that discusses RtI and MTSS, and if these
25      are concepts that are important that we should discuss, could



800.211.DEPO (3376)
EsquireSolutions.com

---

REUQUIYAH SAUNDERS                                              June 14, 2024
LEWIS vs MI DEPT OF EDUCATION                                             87

1       you just -- because the chart says, "What is the difference
2       between RtI and MTSS?"  Could you kind of run through some of
3       the highlights of those differences?
4  A    RtI is the intervention and I think we look at how that looks.
5       MTSS is the model.  So, you know, multi-tiered systems of
6       supports include academic and behavioral pieces, and the
7       response to the intervention that is decided within that model
8       is what we try to look at before we make determinations before
9       looking at any accommodations, eligibility, supports, in that
10      tier three.  So part of the job of our ancillary staff is to
11      sit on these teams so that they are aware and trained in what
12      those interventions look like and to give, in their expertise,
13      recommendations of evidence-based practices in these tiers,
14      behavior and academic.
15           We have a big district, so it could vary from
16      building to building of what that looks like, but we've over
17      the last several years had a district child study team process
18      that every person has been trained in as part of compliance.
19      We made sure that everyone has a specific way that they're
20      looking at across the district.  So that's the role.  It
21      doesn't live in special education, but it -- somehow we are
22      kind of the driver of making sure that those processes are in
23      place before we even go tier three, which would be
24      eligibility.
25 Q    Okay.  So like you said, this is a model that can be applied



800.211.DEPO (3376)
EsquireSolutions.com

---

REUQUIYAH SAUNDERS                                              June 14, 2024
LEWIS vs MI DEPT OF EDUCATION                                             88

1       in the general ed --
2  A    It's supposed to be.  Yes.
3  Q    And so this helps to collect information that you might then
4       use in the event that you do suspect a student may have a
5       disability?
6  A    Yes.  Or if there hasn't been sufficient intervention or
7       response to it, yes.
8  Q    Okay.  And so in bridging the gap between the MTSS/RtI and the
9       Child Find process, this CAP seeks to make sure that
10      behavioral concerns are considered and evaluated
11      appropriately; right?
12 A    Yes.
13 Q    So MTSS and RtI could be collecting that behavioral data;
14      right?
15 A    Yes, yes.  And, you know, quite frankly we do a lot of
16      behavioral collection.  So this is -- this CAP, you know -- of
17      course, we went back and reviewed it, but, you know, a lot of
18      our students don't come without behavior if they have academic
19      concerns.  So it's unlike us not to check if there are any
20      behavioral concerns that might be affecting their ability to
21      access the general education setting.
22 Q    Okay.  And you had mentioned, though, that this on its own --
23 A    Yeah.
24 Q    -- would not be enough to ensure that a student's behavioral
25      concerns are considered and evaluated appropriately.

800.211.DEPO (3376)
EsquireSolutions.com

| REUQUIYAH SAUNDERS | June 14, 2024 |
| --- | --- |
| LEWIS vs MI DEPT OF EDUCATION | 89 |

1  A   No, but our staff have enough other pieces that know that that
2      is a huge piece of how we look at the whole child.
3  Q   Okay.
4  A   So I wouldn't expect one document to do that, especially again
5      for training staff who are psychologists, social workers, you
6      know, resource teachers, literacy support folks.  Those are
7      all part of the team, so one document alone would not be
8      appropriate.
9  Q   There is one other concern that I wanted to bring up that does
10     go back to the Complaint 18-0085, which if you recall, the
11     underlying problem in that case or that complaint was that
12     chronic absenteeism was being used as an exclusionary factor;
13     right?  And that is not something that's considered in this
14     document; correct?
15 A   I don't see it.  No.
16 Q   Okay.  But like you said, this is only a portion of the staff
17     handbook; correct?
18 A   Um-hmm, um-hmm, yes.
19 Q   Okay.  So it may be in that handbook, but not here?
20 A   It may be in the handbook.  It may be in presentations.  It
21     may be a lot of learning pieces that we provide staff.
22 Q   And speaking of presentations, there's another exhibit I'd
23     like to go to, which is just the next one, 43.
24         (Deposition Exhibit 43 marked)
25 BY MR. SICKON:



*800.211.DEPO (3376)*
*EsquireSolutions.com*

| REUQUIYAH SAUNDERS | June 14, 2024 |
| --- | --- |
| LEWIS vs MI DEPT OF EDUCATION | 90 |

1  Q   This is another document that KPS provided to MDE in
2      satisfaction of its CAP for 19-0088.  Does this look familiar
3      to you?
4  A   2019, yes.
5  Q   I'll give you a couple minutes to just go through.  It's not
6      too long.  It's ten or fifteen pages.  Just let me know when
7      you're done.
8  A   Okay.
9  Q   Now, this document discusses both Child Find and MTSS, like we
10     had been speaking about; right?
11 A   Yes.
12 Q   Okay.  But in your opinion, does this document have guidance
13     to KPS employees about ensuring that a student's behavioral
14     concerns are considered and addressed appropriately in an
15     initial evaluation?
16 A   It doesn't specifically say "behavioral concerns," but MTSS,
17     again, that's part of the process.  So if this multi-tier
18     system does support it, it's academic and behavior.  Again,
19     that's not new learning for staff or anyone that's been, you
20     know, providing any kind of eligibility support.  So it
21     doesn't highlight behavior specifically in here, but it
22     doesn't highlight a lot of things, either.  It's pretty
23     general.
24 Q   Okay.  Now, do you recall submitting any other Child Find
25     policy documents to MDE regarding this complaint's CAP?



*800.211.DEPO (3376)*
*EsquireSolutions.com*