# EXHIBIT 19

# B-Complaint CAP Request Verification and Closeout of Findings
## Kalamazoo Public Schools (39010)
## B-Complaint CAP - Oct2017

---

**District Evidence of Correction: Briefly summarize CAP activities and describe when and how they were completed.**

The district held professional development, revised IEP invitation documents and MDR procedures from December 2017 to April 2018. All special education ancillary staff were provided updates and new procedures as of January 2018 in monthly meetings. In addition, Jordan Bullinger of Clark Hill Associates provides a professional development regarding special education discipline and IEP placement recommendation requirements based on MARSE and IDEA in February 2018. The special education department changed procedures for district administrators in the event an MDR is necessary to hold for a student with a disability. The new procedures were review with district administrators an instructional leaders and will be reflected in the MDR procedural packets for fall 2018.

**Date:** 6/14/2018

MDE_007643

B-Complaint-CAP-Oct2017-
Kalamazoo-39-39010-1

Printed On: 11/28/2023

MDE_007644