# EXHIBIT 23

# B-Complaint CAP Menu

B Complaint July2018 Menu > Status History

## Kalamazoo Public Schools (39010) July 2018



Write and Submit CAP
Due: 09/01/2018

MDE Review

Complete and Submit Progress Report
Due: 01/15/2019

Implement CAP

District Request Closeout
Due: 04/01/2019

ISD Complete and Submit Verification
Due: 05/01/2019

MDE Verify and Close

### Document Status History

| Status | Date/Time | By | Notes |
|---|---|---|---|
| CAP Created | 7/11/2018 10:31:46 AM | System, The | |
| Needs to be Completed | 7/13/2018 1:20:01 PM | Clark, Lynne | |
| Submitted to MDE for Review | 9/5/2018 11:30:39 AM | Saunders, Rikki | |
| Approved - PR Required | 9/5/2018 12:31:36 PM | Falardeau Curtright, Tracey | |
| PR Submitted to MDE for Review | 1/27/2019 9:17:56 PM | Saunders, Rikki | |
| PR Accepted by MDE | 2/7/2019 8:50:08 AM | Jeanne AT | |
| Implement CAP | 2/7/2019 8:50:08 AM | Jeanne AT | |
| Verification & Closeout Request Submitted | 4/30/2019 9:09:39 AM | Saunders, Rikki | |
| Closeout Request Submitted to MDE | 4/30/2019 10:13:54 AM | Wentela, Mrs. Victoria | |
| Verified and Closed by MDE | 5/9/2019 10:05:40 AM | Jeanne AT | |