# EXHIBIT 28

(This page left intentionally blank)