# EXHIBIT 31



👤 Hello, Rebecca McIntyre! ▼

Dashboard   Monitoring   Finance   Policy   Search

# B-Complaint CAP Menu

B Complaint Dec2019 Menu > Status History

## Kalamazoo Public Schools (39010) December 2019

✓ Write and Submit CAP
Due: 02/01/2020

✓ MDE Review

✓ Complete and Submit Progress Report
Due: 06/15/2020

✓ Implement CAP

✓ District Request Closeout
Due: 09/01/2020

✓ ISD Complete and Submit Verification
Due: 10/01/2020

✓ MDE Verify and Close

## Document Status History

| Status | Date/Time | By | Notes |
|---|---|---|---|
| CAP Created | 12/11/2019 2:00:13 AM | System, Catamaran | |
| Needs to be Completed | 12/13/2019 9:57:20 AM | System, Catamaran | |
| Submitted to MDE for Review | 2/11/2020 9:55:33 AM | Saunders, Rikki | |
| Returned by MDE for Modifications | 2/25/2020 3:08:03 PM | Delpy, Lynn | |
| Resubmitted to MDE for Review | 2/28/2020 4:33:39 PM | Saunders, Rikki | |
| Returned by MDE for Modifications | 3/2/2020 1:30:34 PM | Delpy, Lynn | |
| Resubmitted to MDE for Review | 3/2/2020 1:47:28 PM | Saunders, Rikki | |
| Returned by MDE for Modifications | 3/2/2020 2:44:55 PM | Delpy, Lynn | |
| Resubmitted to MDE for Review | 3/5/2020 9:41:07 AM | Saunders, Rikki | |
| Approved - PR Required | 3/9/2020 12:02:54 PM | Delpy, Lynn | |
| PR Submitted to MDE for Review | 6/15/2020 3:29:27 PM | Saunders, Rikki | |
| PR Returned by MDE for Modifications | 6/16/2020 3:43:25 PM | Delpy, Lynn | |
| PR Resubmitted to MDE for Review | 6/26/2020 12:39:48 PM | Saunders, Rikki | |
| PR Returned by MDE for Modifications | 6/26/2020 1:28:23 PM | Delpy, Lynn | |
| PR Resubmitted to MDE for Review | 6/26/2020 1:37:15 PM | Saunders, Rikki | |
| PR Accepted by MDE | 6/29/2020 8:00:20 AM | Delpy, Lynn | |
| Implement CAP | 6/29/2020 8:00:21 AM | Delpy, Lynn | |
| Verification & Closeout Request Submitted | 9/28/2020 12:45:14 PM | Saunders, Rikki | |
| Implement CAP | 10/5/2020 1:45:14 PM | Sellers, Melissa | 10/5/20 ms per Victoria Wentela |
| Verification & Closeout Request Submitted | 10/13/2020 2:45:17 PM | Saunders, Rikki | |
| Closeout Request Submitted to MDE | 10/27/2020 9:06:58 AM | Wentela, Mrs. Victoria | |
| Closeout Request Returned to ISD | 10/27/2020 4:06:32 PM | Delpy, Lynn | |
| Closeout Request Resubmitted to MDE | 11/4/2020 11:24:48 AM | Wentela, Mrs. Victoria | |
| Verified and Closed by MDE | 11/12/2020 1:18:11 PM | Jeanne AT | |

8

For additional assistance, contact the Catamaran Help Desk or visit the Catamaran Technical Assistance Website.

**Catamaran Help Desk**
help@catamaran.partners
877-474-9023 (Toll Free)
M - F 8:00 AM to 5:00 PM EST
Catamaran Technical Assistance Website

Catamaran is an *Individuals with Disabilities Education Act* (IDEA) Grant Funded Initiative through the Michigan Department of Education, Office

MDE_00005958

Special Education.
Notice of Nondiscrimination | State of Michigan Policies

MDE_00005959