# EXHIBIT 32

| | |
|---|---|
| **From:** | O"Brien, Marcia (MDE) |
| **To:** | McIntyre, Rebecca (MDE); Collier, Kristina (MDE) |
| **Subject:** | RE: Complaint CAP question |
| **Date:** | Wednesday, November 4, 2020 12:03:16 PM |
| **Attachments:** | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image002.png |
| | image003.png |

I know.

Sincerely,

*Marcia O'Brien, Ed.S.*
State Complaint Coordinator
Office of Special Education
608 West Allegan Street
Lansing, MI 48909
(517) 241-7507
OBrienM6@michigan.gov



**From:** McIntyre, Rebecca (MDE) <McIntyreR1@michigan.gov>
**Sent:** Wednesday, November 4, 2020 12:02 PM
**To:** O'Brien, Marcia (MDE) <OBrienM6@michigan.gov>; Collier, Kristina (MDE) <CollierK1@michigan.gov>
**Subject:** RE: Complaint CAP question

Undo, undo, undo!!!

Rebecca McIntyre, Supervisor
Office of Special Education
Michigan Department of Education
517-290-6430



**From:** O'Brien, Marcia (MDE) <OBrienM6@michigan.gov>
**Sent:** Wednesday, November 4, 2020 11:34 AM
**To:** McIntyre, Rebecca (MDE) <McIntyreR1@michigan.gov>; Collier, Kristina (MDE) <CollierK1@michigan.gov>
**Subject:** RE: Complaint CAP question

Agree we are vague. Our district level corrective actions used to be more robust, but then when PR took those over, we were asked to align our language to the language they utilized. UGH.

Sincerely,

*Marcia O'Brien*, Ed.S.
State Complaint Coordinator
Office of Special Education
608 West Allegan Street
Lansing, MI 48909
(517) 241-7507
OBrienM6@michigan.gov



**From:** McIntyre, Rebecca (MDE) <McIntyreR1@michigan.gov>
**Sent:** Tuesday, November 3, 2020 2:53 PM
**To:** Collier, Kristina (MDE) <CollierK1@michigan.gov>; O'Brien, Marcia (MDE) <OBrienM6@michigan.gov>
**Subject:** RE: Complaint CAP question

What we will need is to provide a training for ISDs....when we take this over. I have a vision!

Now stop working!

Rebecca McIntyre, Supervisor
Office of Special Education
Michigan Department of Education
517-290-6430



**From:** Collier, Kristina (MDE) <CollierK1@michigan.gov>
**Sent:** Tuesday, November 3, 2020 2:43 PM
**To:** McIntyre, Rebecca (MDE) <McIntyreR1@michigan.gov>; O'Brien, Marcia (MDE) <OBrienM6@michigan.gov>
**Subject:** RE: Complaint CAP question

Thanks for the feedback, Rebecca. I will work with Lynn on these CAPs.

I look forward to more discussion about CAPs. I'm wondering if there is a need to be more specific in our language when we're writing CAPS? Because we don't do the close out, I don't think our case managers really process what exactly is needed to fulfill what is being ordered. For both of these CAPs, the wording was almost identical (see below) and involves the district not initiating the special education evaluation process for the students.

   (The District fulfills its ongoing child find obligation to identify, locate and evaluate students who are suspected of having a disability and in need of special education.) (Affording the Student the procedural safeguards contained in the IDEA's discipline provisions for students not determined eligible for special education.)  ( Not suspecting the Student might be a student with a disability and in need of special education.)
So, when the ISD asks if they need to verify comprehensiveness of an evaluation as part of these CAPs, is that an ISD training issue or a CAP writing issue? What would we need to see in order for the district to verify they are initiating the child find process when needed?
Just some thoughts for now. No need to respond to any of my questions. We can discuss when we meet about CAPs later.
 Have a great day!

*Kristina Collier*
Coach and Training Coordinator
Michigan Department of Education
Office of Special Education
**P:** 517-335-0442
**F:** 517-241-7141
**E:** CollierK1@michigan.gov
**A:** 608 West Allegan Street, Lansing, MI 48933

  



**From:** McIntyre, Rebecca (MDE) <McIntyreR1@michigan.gov>
**Sent:** Tuesday, November 3, 2020 1:30 PM
**To:** O'Brien, Marcia (MDE) <OBrienM6@michigan.gov>; Collier, Kristina (MDE) <CollierK1@michigan.gov>
**Subject:** RE: Complaint CAP question

I would say with a complaint CAP, the aspect of child find which must be verified will depend on the the final decision.  What were the issues specifically that resulted in identified noncompliance?  If we determined an evaluation was not comprehensive then when doing a file review the ISD would need to look in the file and determine whether the evaluations for the 8 students were comprehensive.  If the comlaint identified they didn't use a variety of tools, or they did have a basis of knowledge  then that is what would be verified.

This is very specific to us and again we understand our work best and so think we need to take this back.  I emailed Jessica with my proposal and asked to talk with her about it this week.

Rebecca McIntyre, Supervisor
Office of Special Education
Michigan Department of Education
517-290-6430



**From:** O'Brien, Marcia (MDE) <OBrienM6@michigan.gov>
**Sent:** Thursday, October 29, 2020 11:28 AM
**To:** Collier, Kristina (MDE) <CollierK1@michigan.gov>; McIntyre, Rebecca (MDE) <McIntyreR1@michigan.gov>
**Subject:** RE: Complaint CAP question

Sorry I'm pulling you in to yet another thing, Rebecca, but the question below is from Lynn Delpy and two of the complaints she is referring to (19-0188 and 19-0189) are Kalamazoo Public CAP close out questions.  For 19-0188, the District submitted on 9/28 and then again on 10/13 – it was due from the District 9/1.  The ISD (Tori Wentela) submitted for closeout on 10/27/20 – it was really due from the ISD 10/1, but of course they didn't have it yet from the district. This is an example of issues with the timeline.  Our final decision went out November 8, 2019, but the CAP was not created until 12/11/19, which makes me think our CAP team (Lynn Delpy) would not consider requesting an UNC until 13 months after the final decision was issued.

What's more is these are George White complaints. As we have SO much history of issues with Kalamazoo, I would say we need to expect more, not less of the district, when reviewing child find documents.  So when she asks the following, my gut would be to say if the evaluation was not comprehensive – we would not accept it as a verification that child find obligations were met.
> The ISDs are wondering if when closing out are they looking for documentation that Child Find obligations  mean the district followed the child find procedures correctly whether or not they found the student eligible or does in include that during the evaluation did the district complete the evaluations correctly in order to find the student eligible?  There is

concern that a district did evaluate but did not do a comprehensive evaluation thus not finding the student eligible when it appears student should have been.

Ugh. Not sure what the issue is specifically with 19-0203, which was against West MI Academy of Environmental Science.

Sincerely,

*Marcia O'Brien*, Ed.S.
State Complaint Coordinator
Office of Special Education
608 West Allegan Street
Lansing, MI 48909
(517) 241-7507
OBrienM6@michigan.gov



---

**From:** Collier, Kristina (MDE) <CollierK1@michigan.gov>
**Sent:** Wednesday, October 28, 2020 2:52 PM
**To:** O'Brien, Marcia (MDE) <OBrienM6@michigan.gov>
**Subject:** FW: Complaint CAP question

*Kristina Collier*
Coach and Training Coordinator
Michigan Department of Education
Office of Special Education
**P:** 517-335-0442
**F:** 517-241-7141
**E:** CollierK1@michigan.gov
**A:** 608 West Allegan Street, Lansing, MI 48933

 



---

**From:** Delpy, Lynn (MDE-Contractor) <DelpyL@michigan.gov>

**Sent:** Wednesday, October 28, 2020 1:58 PM
**To:** Collier, Kristina (MDE) <CollierK1@michigan.gov>
**Subject:** Complaint CAP question

Hello Kristina,

There is a question I have been asked about the child find CAPs.   The ISDs are wondering if when closing out are they looking for documentation that Child Find obligations  mean the district followed the child find procedures correctly whether or not they found the student eligible or does in include that during the evaluation did the district complete the evaluations correctly in order to find the student eligible?  There is concern that a district did evaluate but did not do a comprehensive evaluation thus not finding the student eligible when it appears student should have been.

FYI it is with Two different ISD/Districts similar CAPs 19-0188 & 19-0189 and 19-0203
I just want to give them advice on what they should be looking for when reviewing student files since they are asking.

(T**he District fulfills its ongoing child find obligation to identify, locate and evaluate students who are suspected of having a disability and in need of special education.**) (Affording the Student the procedural safeguards contained in the IDEA's discipline provisions for students not determined eligible for special education.)  ( **Not suspecting the Student might be a student with a disability and in need of special education.**)

Thank you,
**Lynn Delpy**
Statewide Monitor
Michigan Department of Education
Office of Special Education
Performance Reporting Unit
Cell: 810-338-2483
delpyl@michigan.gov



CONFIDENTIALITY NOTICE: This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy any and all copies of the original message.