# EXHIBIT 38

Child Find Snapshot from KPS Special Education Handbook
10.30.2020

## Child Find

- Child Find is a legal requirement that schools find all children who have disabilities and who may be entitled to special education services.
- Any person from a school team can initiate a request to determine if a student is eligible for a special education evaluation, however, every school has special education ancillary staff to work with for any and all students who may be struggling with academic and/or social/emotional issues.
- All requests may not initiate a special education evaluation, however, *all requests by school teams or a parent request in writing,* must be addressed and responded to by school staff, i.e. school psychologist.
- Child Find covers every child from birth through age 25.
- The school must evaluate any child that it knows or suspects may have a disability.

**KPS Students Services Handbook Child Find Procedures -**

"As part of IDEA and the Michigan Revised School Code, if a staff member receives a written request from a parent or guardian to evaluate their child for special education eligibility, then the school psychologist, speech therapist, or Student Services must be notified within 24 hours. The school psychologist or speech therapist need to meet with the parent/guardian within 10 school days to conduct a REED. The parent/guardian must sign for the evaluation being proposed. This includes Child Find efforts involving any student suspected of having a disability or having a disability who is in need of special education and related services. The consent for evaluation must be signed from the parent to proceed with conducting the evaluation. If staff members determine that an evaluation is not needed, then written support for refusing the evaluation must be made. Staff members need to notify a Student Services administrator if this occurs to review the written notice before it is sent to the parent/guardian."

MDE_00005774