# EXHIBIT 39

# Kalamazoo Public School Guidance for Child Study Process

**Guiding Principles for Support**
- We recognize that all children have unique strengths & challenges
- Understanding the student is fundamental as we work together to improve, instruction, curriculum, and classroom environment and culture
- The child, parent, and classroom teacher stay at the center as we add layers of support
- As we add additional layers of support, we intensify the interventions, increase the regularity of data collection and add more formal systems of documentation & communication
- Determining eligibility for special education services does NOT improve outcomes



**Purpose for Child Study**
- To come together to find ways to provide opportunities for children (what ways can we change things for the student to help them access learning?)
- Empowering children by helping them understand themselves as learners
- Child Study is not a SPED referral process – SPED referral is one possible outcome of the Child Study Team Process

**Role of Teacher Teams**
In the layers of support, there is a layer of Teacher Teams between the Child, Parent & Teacher and the Child Study Team.  This layer of may look different depending on the supports in each school – grade level teams, department teams, cross-disciplinary teams, student support meetings.  As we move to the next layer in the Child Study Process, the process should be more consistent across schools.
- Teachers and teacher teams can keep documentation in Google classroom to document instructional interventions and student progress
- This information will help guide the process if the student moves to the formal Child Study Team Process

**Child Study Team Process**
If the teacher and team continue to have concerns about a student, it may be time to increase the formal structure of interventions, support, data monitoring, documentation and communication.

**Key Elements of Child Study Process**

1. Key elements of the Child Study Process
    1. Formal Parent Contact (not consent)
    2. Identifying Areas of Concern
    3. Observation
    4. Action Plan – Interventions Related to Area of Concern and Data Gathering
    5. Summary – reviewing steps 1-4 and making a team decision:

- continue with instructional interventions
- add new instructional interventions
- add language supports for language learners or phase out supports
- 504/SPED evaluation

**Remember:**

- Child Study is not a SPED referral process – SPED referral is one possible outcome of Child Study
- The Child Study Process has a clear beginning and ending for each student Take notes of each
- Child Study meeting in the Meeting Notes section of the Child Study Google document

> *Child Study Information on the District website*
> *Child Find Information*
> *Layers of Support Narrative (explains the guiding principles for how we think about the layers of support that include the Child Study Process)*
> - *Child Study Flowchart*
> - *Procedural Guidance for Child Study*
> - *Process document*

**Starting the Child Study Process**

The school psychologist, behavior specialist, opens the Child Study Document may assign others as participants, e.g. Principal, Case Manager, Assistant Principal

When possible, it is better to enter information directly into Google forms so they will auto-populate into the Child Study Summary form. Meeting Notes and other attachments do not auto-populate into Child Study Summary form.

General and special education teachers should work together to collect data and report it in the Present Levels of the IEP.

**Documentation of Parent Contact**

- Parent contact is important before starting the Child Study process. This is not a formal consent process. The parents do not need to sign anything to give the school permission to explore classroom-level interventions for their child.
- Include method of contact, person who made the contact, date of contact, and input from parents – can have multiple contacts with the parent listed in the Child Study Google document in
- Parent Input is valuable in the Child Study process. Record this in the documentation in the Google document. There is no requirement that a parent be part of the Child Study team. However, the school team may decide that they want parents to be a part of the Child Study team in addition to providing input.

**Educator Inputs**

- Who can enter Educator Inputs? Classroom Teachers, Specials Teachers, SLP, Occupational Therapist, Physical Therapist, Behavior Specialist, Counselor, etc. – anyone who knows the student and has information to share
- Strengths – We always want to include strengths as we think about the whole child
- Areas of Inquiry – only fill in the boxes in the areas that we have actual concerns (what brought this child to the Child Study Team?). We don't need to look for additional concerns that have not yet emerged.
    - Quantitative and Qualitative information – whatever we have noticed that has raised a concern
- Educator Inputs form may be filled out before or during the Child Study Team meeting

**Student Observation Form**

- Child Study Team member observes the student so there is another set of eyes to help gather information
- Observation should occur during the time when the student is engaged in the area of inquiry
    - Consider the relevance of the context of the observation
- We do not need parent permission for the observation as long as there has been a parent contact made bout the child being in the child study process

**Child Study Action Plan**

- Child Study Team selects 1 or 2 relevant areas of inquiry in which to collect information over time, and strategies used to intervene
- Child Study Team considers these important questions and completes the corresponding boxes:
    - What specific skill does the student need to learn?
    - What is the baseline data related to the specific skill?
    - What high leverage strategy will be used to help the student learn the skill?
    - Who will be responsible for implementing the strategy?
    - When will the strategy be implemented?
    - Where will the strategy be implemented?
    - How often will the strategy be implemented?
    - When will the implementation start?
    - What is the expected rate of growth and how will we know if the student has made growth?
    - What data collection tool will be used to measure growth on the specific skill?

- The strategy is implemented for a period of time (3 weeks? 6 weeks? 8 weeks?) The duration of implementation depends on the situation – the Child Study Team can decide this

- When the Child Study team meets again to review this child's progress, they reopen that same entry on the Action Plan and input:

    - The date of the follow-up meeting
    - What quantitative data has been gathered on the student's learning?
    - What observational evidence has been gathered about the student's learning?
    - What are the possible next steps?
        - If the team wants to continue with interventions for this Area of Inquiry, click the blue button to Add Another Round of Intervention/Support
        - If the team wants to pursue an intervention in another Area of Inquiry, add that information to the Action Plan
        - If the team has enough data to complete the Child Study Process, open the Child Study Summary Form

**Child Study Summary Form**

- All fields will be auto filled with information from the last two years
- You can also add more information or edit existing information
- If the student has been in our district for over one year, all attendance and information from eSchool will populate the form, however, the summary of disciplinary actions does not
- Child Study Team reviews data in the Summary form and makes a decision
    - Factors indicate student has responded well to effective instruction

4

MDE_00005778

- ▪ Current level of support will be continued
- ▪ Current level of support will be faded out
- o Factors indicate attendance concerns
- o Factors indicate concerns are due to language or cultural concerns of Factors indicate an evaluation for 504/SPED
- o Factors indicate referral for substance abuse report
- o Factors indicate none of the above

**What if the parent brings in a previous evaluation and/or requests a Special Education evaluation?**

- Parent input is recorded in the Child Study Documentation of Parent Contact box – including a brief summary of information from the outside evaluation
- School-related data is summarized in the Educator Inputs box
- Child Study Team meets with parent and makes a decision (one of 3 options):
    1. When team shares school data, parent no longer has a concern and withdraws request for evaluation
    2. Team decides to gather more information through Child Study process – begin cycle of interventions/data collection/progress monitoring/review
    3. Team reviews parent's data and school data and decides to move to SPED evaluation process
- Documentation of the decision is completed on the Child Study Summary Form
- Be sure to take clear meeting minutes in the Meeting Notes section of the Child Study Google document