# EXHIBIT 41

**(This page left intentionally blank)**