# EXHIBIT 43

## Kalamazoo Public Schools

### ELIGIBILITY RECOMMENDATION

| STUDENT INFORMATION |
|---|

**Student Name:** Kayla Bush

**Birthdate:** 05/22/2006
**Age:** 13-6
**Grade:** Eighth grade

**Date of Eligibility Recommendation:** 10/23/2019
**Resident District:** Kalamazoo
**Student Primary Language:** English
**Language in the Home:** English

### PURPOSE

This form is used by the evaluation team to recommend eligibility for special education programs/services based on evaluation for: *(Select one)*
**Type of MET Evaluation:** Initial Eligibility

### EVALUATION INFORMATION

**Reason for Assessment**
This referral was made by Erik Eldred, School Psychologist
The reason for referral is parent request

**Background Information**
Ms. Bush states that Kayla's general health is "great," and reports no diagnoses or medications prescribed at this time. Ms. Bush does not have any concerns about Kayla's speech, and said she is getting an eye doctor appointment soon to have her vision checked. Kayla is seen at the Family Health Center, and Ms. Bush believes her last well-child visit was in January of this year. Kayla has an appointment on October 16 with behavioral health. The family currently has the following supports in place: a family support partner from ASK and a housing resource caseworker. Kayla has a wraparound worker from CMH who has been working with her since July, as well as a home-based therapist who has been working with her since August. Ms. Bush reports that her therapist is working with Kayla to take a break and take deep breaths when she gets upset at school. Kayla also has a mentor through the Big Sister program, who helps her with homework and takes her on social outings.

Ms. Bush relayed several major changes in the family over the past several years. Ms Bush lost her vision about four years ago due to a tumor on her optical nerve, and her independence has been greatly reduced. She believes both Kayla and her sister are more protective of her now that she is disabled. Ms. Bush's mother had lived with them and been a strong support in their lives, and since she moved to Mississippi in her retirement, Ms. Bush and her daughters have been on their own.

**Current Education/Developmental Level** *(Include teacher input)*
Kayla's teachers report that Kayla was well behaved and attentive during her first week at Milwood Middle School. She participated in class, asked questions, and generally followed adult directions. Kayla would independently check with teachers about what work she needed to catch up on and when assignments were due.

After about a week of school, Kayla began to skip class with several of her peers. She is now part of a peer group of four to five female peers who frequently skip class and engage in conflicts with other peers. Kayla appears to have become the leader of the group as her peers often look to her for direction. Kayla uses a high rate of profanity and directs her language towards staff and peers. Staff have observed her using her phone to to initiate, or continue, conflicts with peers.

Kayla's teachers have been keeping an Antecedent-Behavior-Consequence (ABC) chart to track Kayla's positive behaviors as well as behavioral incidents. Most of Kaya's incidents are threatening/intimidating others, use of obscene language, and disrespect towards staff

**Relevant Behavior Observations**
Kayla's teachers have been keeping an Antecedent-Behavior-Consequence (ABC) chart to track Kayla's positive behaviors as well as behavioral incidents. Most of Kaya's incidents are threatening/intimidating others, use of obscene language, and disrespect towards staff. The disrespect towards staff include obscenities and inappropriate comments

**Information from Parents/Guardians**
The school social worker met with Kayla's mother, Heather Bush, along with Kayla and her wraparound

worker, on September 26, 2019. Kayla lives at home with her mother and twin sister (Kyala, who is attending Hillside Middle School). A younger brother and her maternal grandmother recently moved to Mississippi, and Kayla's family moved into a new neighborhood three days ago. Ms. Bush describes Kayla as a "people person" who gets along well with everyone and enjoys watching movies, going to the park, and doing hair.

Ms. Bush states that Kayla's general health is "great," and reports no diagnoses or medications prescribed at this time. Ms. Bush does not have any concerns about Kayla's speech, and said she is getting an eye doctor appointment soon to have her vision checked. Kayla is seen at the Family Health Center, and Ms. Bush believes her last well-child visit was in January of this year. Kayla has an appointment on October 16 with behavioral health. The family currently has the following supports in place: a family support partner from ASK and a housing resource caseworker. Kayla has a wraparound worker from CMH who has been working with her since July, as well as a home-based therapist who has been working with her since August. Ms. Bush reports that her therapist is working with Kayla to take a break and take deep breaths when she gets upset at school. Kayla also has a mentor through the Big Sister program, who helps her with homework and takes her on social outings.

**Educationally Relevant Medical Information** *(If none, you must enter "none")*
See MET

**Performance in school and other settings**
See attached MET report for information regarding behavioral and academic performance in school and other settings.

**Systematic observation of primary interfering behaviors**
Kayla arrived to fourth period on time but with her hood up. As she entered the classroom, she removed her hood and went directly to her seat. Kayla appropriately asked her teacher for assistance with the process for morning work and listened to the explanation. Kayla immediately began to work on her Chromebook. A few minutes later, her teacher approached her and gave her a ticket. As Kayla was relatively new to the class, she asked her teacher what the ticket was for and listened to the explanation of the classroom reward system

The class was directed to turn off their Chromebook and Kayla immediately replied. The class watched a video and had a discussion about what they had viewed. Kayla was attentive throughout the process and frequently raised her hand to participate in the conversations.

Eventually, Kayla asked her teacher for a bathroom break. She was given permission to leave the class and returned quietly and appropriately in fewer than five minutes.

See MET for additional observations

**Behavior intervention strategies, length of time used, results**
See MET

| DIAGNOSTIC ASSURANCES |
|---|

**EMOTIONAL IMPAIRMENT**

| Assurance Statement | | Report and Date |
|---|---|---|
| ☐ True ☑ False | **Over an extended period**, this student manifests behavioral problems primarily in the affective domain which adversely affect her ability to profit from learning experiences. | 10/23/19 MET |
| ☑ True ☐ False | The behavioral problems are characterized by one or more of the following characteristics: *(Select all that apply)*<br>☐ An inability to build or maintain satisfactory interpersonal relationships within the school environment<br>☑ Inappropriate types of behaviors or feelings under normal circumstances<br>☐ A general, pervasive mood of unhappiness or depression<br>☐ A tendency to develop physical symptoms or fears in association with personal or school problems | 10/23/19 MET |

MDE_00005670

          **In addition to** the characteristics listed above, this student ☐ manifests maladaptive behaviors related to schizophrenia or similar disorders

| | | |
|---|---|---|
| ☐ True ☑ False | The suspected disability does not include students who are socially maladjusted, unless it is determined that the student also has an emotional impairment. | 10/23/19 MET |
| ☑ True ☐ False | The suspected disability is not primarily the result of intellectual, sensory or health factors. | 10/23/19 MET |
| ☑ True ☐ False | The suspected disability is not due to limited English proficiency. | 10/23/19 MET |
| ☑ True ☐ False | The suspected disability is not due to a lack of appropriate instruction in math or the essential components of reading. | 10/23/19 MET |
| ☐ True ☑ False | The suspected disability adversely affects educational performance and requires special education programs/services. | |

### Eligibility Recommendation

Based on **1)** evaluation findings and **2)** a review of diagnostic assurance statements, the evaluation team makes the following recommendation regarding this student's need for special education programs/services:
    ☐ **Eligible**    ☑ **Not eligible**

### Participant Signatures

As a member of the evaluation team, my input is included in print and I agree with the eligibility recommendation: *(Sign and check below)*

| | | | |
|---|---|---|---|
| **Psychologist/Psychiatrist** | Erik Eldred | _____ | ☑ Yes ☐ No |
| **School Social Worker** | Kirsten Jennings | _____ | ☑ Yes ☐ No |
| **Other/Title** | Aaron Perry- Teacher | _____ | ☑ Yes ☐ No |

| ELIGIBILITY SUMMARY |
|---|

Provide explanation for evaluation team's recommendation of Ineligibility (Explanation required if a Learning Disability was suspected))