# EXHIBIT 44

**Kalamazoo Public Schools**
1220 Howard Street
Kalamazoo, Michigan 49008-1871
Phone: 269-337-0161

| INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT |
|---|

| **Date of IEP Team Meeting:** 10/23/2019 | **Date of IEP Offer of FAPE:** 10/23/2019 | **Date of Most Recent Evaluation IEP:** 01/18/2018 |
|---|---|---|

**Student Name:** Kayla Bush    **Home Phone:** 2693483148

**Student's Address:** 709 Garland Cir APT Apt. B, Kalamazoo    **State:** Michigan    **Zip Code:** 49008

**County:**    **Resident District for Purpose of FAPE:** Kalamazoo

**Student Primary Language: Language in the Home:** English

**Birthdate:** 05/22/2006    **Age:** 13-5    **Grade:** Eighth grade

| PURPOSE |
|---|

**Purpose of IEP Team Meeting:** Initial

| PARTICIPANTS |
|---|

☐ **Student:**

☑ **General Ed Teacher:** Mr. Perry

☐ **Special Ed Provider:**

☑ **Eval Team Rep:** Erik Eldred (the individual who can interpret the instructional implications of evaluation results)

☑ **Other/Title:** Ms. Doorlag - Teacher

☑ **Other/Title:** Ms. Northam - Teacher

☑ **Parent/Guardian:** Heather Bush

☐ **Parent/Guardian:**

☑ **School District Rep:** Mark Tobolski

☐ **Other/Title:**

☑ **Other/Title:** Kirsten Jennings - SW

☑ **Other/Title:** Ms. Minelli -

| STUDENT PROFILE AND ELIGIBILITY |
|---|

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**
Has peer group
Good leadership skills
Initially showed an interest in grades

**Parent/Guardian Concerns**
Feels daughters are taking advantage of mom's visual impairment
wants daughter to be successful in school
Wants help @ school
Feels behavior became worse after ALP
Does not see same behaviors as at school

**Current Evaluations**
Previous NWEA scores at 1st percentile
Kayla refused to participate in additional assessment
.
.
.
.
.
.
.
.

Based on **1)** Kayla's current functioning, **2)** the most recent evaluation findings and **3)** any additional assessment information, does the IEP Team determine that this student has a disability that requires special education programs/services?

MDE_00005673

☑ No, Kayla is **not eligible** for special education
    no data to suggest pattern of strengths/weaknesses

MDE_00005674

**Kalamazoo Public Schools**

## NOTICE REGARDING PROVISION OF SPECIAL EDUCATION

| STUDENT INFORMATION |
|---|

**Student:** Kayla Bush

**Birthdate:** 05/22/2006

**Age:** 13-5

**Grade:** Eighth grade

**Date of IEP Team Meeting:** 10/23/2019

**Resident District for Purpose of FAPE:** Kalamazoo

**Student Primary Language:**

**Language in the Home:** English

| PURPOSE |
|---|

This notice is a result of the Individualized Education Program (IEP) Team meeting that was held on the date listed above for the following purpose(s):

**Primary Purpose:** Initial                **Additional Purpose:**

**NOTICE OF INELIGIBILITY FOR SPECIAL EDUCATION PROGRAMS AND SERVICES**

You are receiving this notice because, based upon the **initial** IEP Team meeting, Kayla was found **ineligible for special education programs/services.** If age-appropriate, the district will support Kayla using resources in general education.

| OPTIONS CONSIDERED |
|---|

The IEP Team Report describes the assessment/evaluation procedures and data used during the IEP Team meeting. The following options were considered but not selected for the reason(s) indicated below:

| **Considered Options** | **Reasons Not Selected** |
|---|---|
| provide special education services | not eligible |

Other relevant factors to the district's proposal or refusal:
none

| RESOURCES FOR PARENTS |
|---|

The *Resources for Parents Include:*
*ARC (Resources and Advocacy for Parents):*
*Allegan: (269) 673-8841*
*Kalamazoo/Van Buren: (269) 342-9801*

*Mediation:*
*Allegan: (616) 399-1600*
*Kalamazoo: (269) 552-3434*
*Van Buren: (269) 982-7898*

*Additional Resources:*
*Ask Family Services: (269) 343-5896*

*For additional assistance please contact:*
*Allegan Area Educational Service Agency (AAESA): (269) 512-7700*
*Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323*
*Van Buren Intermediate School District (VBISD): (269) 674-8091*

*The Procedural Safeguards* that you received describes the protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

| SIGNATURES |
|---|

**DISTRICT COMMITMENT**

The school district superintendent/designee agrees with the recommendation of the IEP Team.

**Resident District Superintendent/Designee:** _____  **Date:** 10/23/2019

MDE_00005676