# EXHIBIT 48

CONFIDENTIAL

# Youth Advancement Academy
## 6750 Chime Street
## Kalamazoo, Michigan 49009
## Phone: 269-353-4193

## PRIOR WRITTEN NOTICE

The Individuals with Disabilities Education Act (IDEA) mandates that the district provide written notice to the parent when the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of the student or the provision of a free appropriate public education (FAPE) to the student.

**You are receiving this notice for:** Kayla Bush

| PURPOSE |
|---|

**Summarize request for district action:** On January 30, 2020, the parent submitted a request for an initial special education evaluation for their student, Kayla Bush. The student currently does not attend a Kalamazoo Public Schools program. The student has been evaluated on January, 2018 and October 2019 and found ineligible for special education services. The parent has submitted information from a Community Mental Health screener completed in July of 2019 that has already been considered during the October 2019 evaluation.

**The district refuses the following regarding the request described above:** The district has evaluated this student and found her to be ineligible in all disability areas. The parent and advocate continue to submit information based in a Community Mental Health screener and forms to qualify the student for a subsidy for social security. According to MARSE, Other health impairment" means having limited strength, vitality, or alertness, including a heightened alertness to environmental stimuli, which results in limited alertness with respect to the educational environment and to which both of the following provisions apply:
(a) Is due to chronic or acute health problems such as any of the following:
(i) Asthma.
(ii) Attention deficit disorder.
(iii) Attention deficit hyperactivity disorder.
(iv) Diabetes.
(v) Epilepsy.
(vi) A heart condition.
(vii) Hemophilia.
(viii) Lead poisoning.
(ix) Leukemia.
(x) Nephritis.
(xi) Rheumatic fever.
(xii) Sickle cell anemia.
(b) The impairment adversely affects a student's educational performance.
(2) A determination of disability shall be based upon a full and individual evaluation by a multidisciplinary evaluation team, which shall include 1 of the following persons:

MARSE R 340.1709a "Other heath impairment" defined; determination. Rule 9a.
Michigan Administrative Rules for Special Education With Related IDEA Federal Regulations 33
(a) An orthopedic surgeon.
(b) An internist.
(c) A neurologist.
(d) A pediatrician.
(e) A family physician or any other approved physician as defined in 1978 PA 368, MCL 333.1101 et seq.
In addition, the district also looked at eligibility in the area of Emotional Impairment, according to MARSE, MARSE R 340.1706 Emotional impairment; determination; evaluation report.
Rule 6.
(1) Emotional impairment shall be determined through manifestation of behavioral problems primarily in the affective domain, over an extended period of time, which adversely affect the student's education to the extent that the student cannot profit from learning experiences without special education support. The problems result in behaviors manifested by

CONFIDENTIAL

PLAINTIFFS 00002989

1 or more of the following characteristics:
(a) Inability to build or maintain satisfactory interpersonal relationships within the school environment.
(b) Inappropriate types of behavior or feelings under normal circumstances.
(c) General pervasive mood of unhappiness or depression.
(d) Tendency to develop physical symptoms or fears associated with personal or school problems.
(2) Emotional impairment also includes students who, in addition to the characteristics specified in subrule (1) of this rule, exhibit maladaptive behaviors related to schizophrenia or similar disorders. The term "emotional impairment" does not include persons who are socially maladjusted, unless it is determined that the persons have an emotional impairment.
(3) Emotional impairment does not include students whose behaviors are primarily the result of intellectual, sensory, or health factors.(3) Emotional impairment does not include students whose behaviors are primarily the result of intellectual, sensory, or health factors.
(4) When evaluating a student suspected of having an emotional impairment, the multidisciplinary evaluation team report shall include documentation of all of the following:
(a) The student's performance in the educational setting and in other settings, such as adaptive behavior within the broader community.
(b) The systematic observation of the behaviors of primary concern which interfere with educational and social needs.
(c) The intervention strategies used to improve the behaviors and the length of time the strategies were utilized.
(d) Relevant medical information, if any.
(5) A determination of impairment shall be based on data provided by a multidisciplinary evaluation team, which shall include a full and individual evaluation by both of the following:
Michigan Administrative Rules for Special Education With Related IDEA Federal Regulations 29
(a) A psychologist or psychiatrist.
(b) A school social worker.

The student's data from the initial evaluation, determined that the student was not eligible for services in the area of Cognitive Impairment, Autism and Special Learning Disability.

**Describe the evaluation procedures, assessment, record or reports the agency used to as a basis for the action or refusal described above:** Kayla was evaluated for special education services in January of 2018 and found ineligible for serves. Data reported below:
WISC-V Full Scale IQ: 82
KTEA-III:
Word Recognition: 84
Reading Comprehension: 81
Math Concepts and applications: 79
Math Computation: 77

The reports stated she was ineligible for special education services under the SLD label due to a lack of pattern of strengths and weaknesses and also due to her history of excessive absenteeism. sed upon the evaluation review and needs, the following evaluation plan is proposed: (Select and define all that apply)

Please See October 2019 Report Attached
Assessment Area Information Needed
Achievement review of district and state assessments. review of academic records. Standardized achievement test
Social/Emotional/Behavioral, Review of disciplinary history. Parent interview. teacher interview. D
Direct observation.
Consideration of any medical/mental health diagnosis.
FBA
Cognitive Ability IQ test

| OPTIONS CONSIDERED |
|---|

CONFIDENTIAL

PLAINTIFFS 00002990

In consideration of the request made and the district's proposed action or refusal noted above, other options may have been considered and are indicated below:

| Options Considered but Not Selected | Reasons Not Selected |
|---|---|
| To obtain consent for an initial evaluation for the student based on the parent request. | The student has been evaluated for special education services in January of 2018 and October of 2019 and was found not eligible. The district has reviewed and considered all of the relevant, submitted documentation and conducted comprehensive evaluations to determine ineligibility. |

Other factors that are relevant to the district's proposal or refusal (describe):
The information submitted on January 31, 2020 was already considered during the initial evaluation requested in September 2019. There has been no new diagnosis or documentation from a physician, pediatrician, neurologist or family physician to consider conducting a third evaluation.

### RESOURCES FOR PARENTS

The *Procedural Safeguards Notice* describes protections under the Individuals with Disabilities Education Act (IDEA). This document is available on request from your district. Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES,
  1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES,
  PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY,
  4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

### DISTRICT SIGNATURES

District Superintendent/Designee: *Reuquiyah Saunders*    Date: 02/07/2020

Reuquiyah Saunders

District Contact Person: Reuquiyah Saunders    Phone: