# EXHIBIT 53



**MICHIGAN STATE UNIVERSITY**
**KALAMAZOO CENTER FOR**
**MEDICAL STUDIES**

▼

A PARTNERSHIP OF

BORGESS MEDICAL CENTER

BRONSON METHODIST HOSPITAL

MICHIGAN STATE UNIVERSITY

▼

PEDIATRIC
HEMATOLOGY/ONCOLOGY

LEONARD A. MATTANO, JR., MD
DIRECTOR

JEFFREY S. LOBEL, MD

KATHARINA E. ELLIOTT, MD

MELISA W. MULLINS, MD, PHD

ELAINE M. CATLIN, LMSW

▼

THE CHILDREN'S HOSPITAL AT BRONSON

601 JOHN STREET, SUITE M-005

KALAMAZOO, MICHIGAN 49007

PHONE: (269) 341-6350

FAX: (269) 341-8580

WWW.KCMS.MSU.EDU

November 23, 2009

Re: **Keaujanaa Shepherd-Friday**

To Whom It May Concern,

Keaujanaa Shepherd-Friday, the daughter of your client Natasha Shepherd, has been receiving treatment in our Clinic since being diagnosed shortly after birth with sickle cell disease. Sickle cell disease is a chronic, lifelong illness. Sickle cell patients may experience severe pain episodes caused by the blockage of blood flow to body organs or bones. Treatment can include inpatient hospitalization which Keaujanaa has required several times this past year. She was most recently hospitalized at Bronson Methodist Hospital from 10/25/09-10/30/09 and 11/18-11/21/09.

Keaujanaa may also experience intermittent episodes of pain, infection or fatigue that may only require outpatient treatment or simply close supervision by her mother. Natasha has been told to contact the doctor should Keaujanaa experience fever, headache, chest pain, abdominal pain, numbness or weakness.

Keaujanaa also takes an oral medication daily called hydroxurea, the side effects of which can include low blood counts. She has lab work performed monthly to check her blood counts and receives a physical exam quarterly.

Please feel free to contact our office at (269) 341-6350 if you have any questions or desire additional documentation.

Sincerely,

Elaine Catlin, LMSW
Medical Social Worker

*Your Center for Child & Adolescent Specic*

PLAINTIFFS 00009233