# EXHIBIT 54

BRONSON PEDIATRIC HEMATOLOGY/ONCOLOGY
601 John St, M-005
Kalamazoo MI 49007-5381
Dept: 269-341-6350
Dept Fax: 269-341-8580

Linden Grove Middle School
4241 Arboretum
Kalamazoo MI 49006

04/29/16

Patient: **Keaujanaa Janielle ShepherdFriday**
Date of Birth: **7/15/2002**

To Whom It May Concern:

Keaujanaa Shepherd Friday is followed in our clinic for sickle cell disease. I am writing to inform you that she is currently receiving inpatient care at Bronson Hospital for complications related to her disease. She was admitted on 4/27. It's not yet known when she will be ready for discharge.

Please feel free to contact our office at 269-341-6350 if you have any questions or desire additional information.

Sincerely,

*Elaine Catlin, LMSW* (signature)

Elaine Catlin, LMSW
Medical Social Worker