# EXHIBIT 57

| | |
|---|---|
| **From:** | McIntyre, Rebecca (MDE) |
| **To:** | O"Brien, Marcia (MDE) |
| **Subject:** | Re: McIntyre, Rebecca (MDE) shared "19-0213 final decision draft" with you. |
| **Date:** | Thursday, April 16, 2020 10:58:17 AM |
| **Attachments:** | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |

I am saying: as an administrator I would not have suspected a disability under IDEA because the medical nature of her disability was being supported through a Section 504 plan, which we cannot make a decision on the quality of, but that 504 plan talked about the attendance and absences and so they should have done a better job enforcing and supporting. That's where they failed then if she was in class more, her academics might be higher. Not that she needs specialized instruction to ensure that.

My thoughts. Question....did this a parent filed complaint with support from George, or is this a George filed complaint? Is this going to benefit the student any way.....is this going to benefit the district in any way.....has the district already addressed child find procedures through the other george complaints?

Rebecca McIntyre, Supervisor
Office of Special Education
Michigan Department of Education
517-335-0457

**You have the power to shape your future, and the future of all children, by counting everyone in your home in the 2020 Census.**



---

**From:** O'Brien, Marcia (MDE) <OBrienM6@michigan.gov>
**Sent:** Thursday, April 16, 2020 7:55 AM
**To:** McIntyre, Rebecca (MDE) <McIntyreR1@michigan.gov>
**Subject:** RE: McIntyre, Rebecca (MDE) shared "19-0213 final decision draft" with you.

Thanks Rebecca. I can get this to Carrie this morning, but one last response to the child find (and I do mean last):

How do you know she didn't need specialized instruction unless you evaluate?  She had a disease that is known and documented to cause absences and yes, she was absent.  On top of that she was in 9th grade for three years.  This is my thinking.  Let's says she didn't have Sickle Cell but failed 3 years.  Would we think differently?

If you still say no, I will change the conclusion to your direction.  As this Student has been in another district since the fall of 2019, it really doesn't have student implications.

Sincerely,

*Marcia O'Brien*, Ed.S.
State Complaint Coordinator
Office of Special Education
608 West Allegan Street
Lansing, MI 48909
(517) 241-7507
OBrienM6@michigan.gov

**You have the power to shape your future, and the future of all children, by counting everyone in your home in the 2020 Census.**



---

**From:** McIntyre, Rebecca (MDE) <McIntyreR1@michigan.gov>
**Sent:** Thursday, April 16, 2020 6:53 AM
**To:** O'Brien, Marcia (MDE) <OBrienM6@michigan.gov>
**Subject:** McIntyre, Rebecca (MDE) shared "19-0213 final decision draft" with you.

I have read and provided comments.  Good report but I am not seeing it.



This link only works for the direct recipients of this message.

19-0213 final decision draft

MDE_00006164





Sender will be notified when you open this link for the first time.

Microsoft respects your privacy. To learn more, please read our Privacy Statement.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

MDE_00006165