# EXHIBIT 58

# B-Complaint CAP Cover Page
## Kalamazoo Public Schools (39010) - May 2020

The RAP Team, as listed below has created the Corrective Action Plan and will assure that all responsible parties complete the tasks and activities and provide evidence of correction.

| Name | Position | Date |
|---|---|---|
| Rikki Saunders | Director of Special Education | 2/3/2020 |
| Janine VanStee | Coordinator of Special Education | 2/3/2020 |
| Johnny Edwards | Director of Secondary Education | 2/3/2020 |
| Kevin Seale | School Psychologist | 2/3/2020 |
| Tamica Frison | Principal - ALP | 2/3/2020 |
| Nkenge Bergan | Director of Student Services | 2/3/2020 |

## Required Compliance and Sanctions

Each activity in the Corrective Action Plan (CAP) is subject to and must be carried out in compliance with the procedural requirements of the IDEA and corresponding implementing federal regulations and state rules. In no event may the district leave its obligations toward these findings of noncompliance unresolved.

This CAP will remain open pending OSE and/or OGS/ECD&FE verification that the noncompliance has been corrected within the required timeline. The district is advised that the OSE and/or OGS/ECD&FE will maintain jurisdiction over the findings of noncompliance until the CAP is officially closed. Failure to correct the areas of noncompliance will result in enforcement actions by the State.

## MDE CAP Clarification/Approval Comments

This CAP is approved. Please complete and submit Progress Report by 11-15-20. This submission must include all revised or newly developed procedures.

*Christie Mckey | 08/03/2020 10:40 AM*

## District CAP Clarification

## MDE Verification/Closeout Comments

Please upload the following and resubmit to MDE:
1. Student record for ▓▓▓▓▓▓▓▓ as evidence of correction
2. Evidence of assurance general education staff understand their roles and responsibilities of the district's child find obligation.

*Christie Mckey | 03/02/2021 11:07 AM*

Training or an email outlining the roles and responsibilities of general education staff regarding the district's child find obligation is required to verify and close this CAP. This training or communication to general education staff must outline when to suspect or request an evaluation as well as factors or signs that may prompt a special education referral. Please upload evidence and resubmit to MDE.

*Christie Mckey | 03/09/2021 03:52 PM*

## ISD Verification Clarification

3327760086 ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ C01 Male White C10 Kalamazoo Indian Prairie Elementary School Indian Prairie Elementary School 1/4/2021 12/4/2020 2/10/2021 C11 C1

*Victoria Wentela | 03/03/2021 12:53 PM*

Case Number: 19-0213

Complaint Findings:

The district is not in compliance with the IDEA and/or the MARSE regarding child find including:
- • The District did not take an affirmative action to fulfil the child find obligation.

1. Based on your RAP Team activities, what are the underlying problems that caused the noncompliance? How may district policies, procedures and practices, or the lack of supports, have contributed to these results?

The district was found to not assess students with Tier 2-3 concerns for special education eligibility at the Alternative Learning Program. The district implemented go Tier 2-3 intervention for high risk general education students and the teams did not consider eligibility for some students being referred to the program or student that were currently being services by the program. The district has decided to discontinue the program and interventions for middle school students will occur within district building who need Tier 2-3 supports.

2. Required Corrective Action:

The district must revise or develop procedures regarding child find, as needed, by 11/15/2020 to document and ensure that:
- • The District takes affirmative action in its child find obligation by addressing the following:
    - • The District's responsibility to initiate a special education evaluation, for a student who is suspected of being a student with a disability and in need of special education, even when a parent has not made a request.
    - • Identification of factors or signs which may prompt District staff to consider a special education referral.
    - • Assurance general education staff are informed of their role and responsibility in implementing the District's child find obligation.

The district must provide professional development by 11/15/2020 for all relevant staff regarding the new procedures. Evidence of change in the district's practices must be provided and verified by the OSE.

3. Activity steps, dates they will occur, and name/title of person responsible:

| | **Activity Steps** | **Date/Deadline(s)** | **Name/Title of Person Responsible** |
|---|---|---|---|
| 1 | The district has updated all Child Find procedures. | 2/14/2020 | Rikki Saunders, Director of Special Education |
| 2 | The district conducted professional development on the updated Child Find procedures for all middle school administrators, Child Study teams, all district principals, senior leadership, and special education ancillary staff member. All staff PD was schedule for April 2020 but due to COVID-19 and school closures, that PD is postponed. | 3/20/2020 | Rikki Saunders, Director of Special Education |

4. What documentation will your district have available as evidence that your tasks and activities were completed (e.g., meeting notes, agendas, new procedures)?

The document will be agendas, sign-in sheets, presentations and the new procedures.

5. How will the district monitor data on a monthly basis to determine that the tasks and activities listed in #3 have corrected the noncompliance (e.g., monthly data pulls, monthly record reviews)?

The district will conduct monthly reviews of Child Study Team progress meetings with ancillary staff and Tier 2 -3 district coaches. The review will consist of record reviews as well as intervention plans for students who have been identified by the team.

If an assurance statement is required, please upload it here:

**MDE Findings Comments**                                **District Findings Clarification**