# EXHIBIT 61

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Comstock Public Schools**
**Eastern Service Area - 3010 Gull Road**
**Kalamazoo, Michigan 49048-9223**
**Phone: 269-250-8920**

### INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT

| | | |
|---|---|---|
| **Date of IEP Team Meeting:** 05/13/2021 | **Date of IEP Offer of FAPE:** 05/13/2021 | **Date of Most Recent Evaluation IEP:** 02/27/2020 |
| **Student Name:** Ke'aujanaa Janielle Shepherd-Friday | **Home Phone:** (269)532-9011 | |
| **Student's Address:** 1716 Woodward Ave, Kalamazoo | **State:** Michigan | **Zip Code:** 49007 |
| **County:** | **Resident District for Purpose of FAPE:** Comstock | |
| **Student Primary Language:** | **Language in the Home:** English | |
| **Birthdate:** 07/15/2002 | **Age:** 18-10 | **Grade:** Twelfth grade |

| PURPOSE |
|---|

**Purpose of IEP Team Meeting:** Annual Review

| PARTICIPANTS |
|---|

- ☑ **Student:** Ke'aujanaa Janielle Shepherd-Friday
- ☑ **General Ed Teacher:** Dawn Krasts
- ☑ **Special Ed Provider:** Peggy Kurpinski
- ☑ **Eval Team Rep:** Laura Henly
  (the individual who can interpret the instructional implications of evaluation results)
- ☑ **Other/Title:** Janan Zimmerman
- ☑ **Other/Title:** Jay Birchmeijer, principal

- ☑ **Parent/Guardian:** Natasha Shepherd
- ☐ **Parent/Guardian:**
- ☑ **School District Rep:** Lindsay Clark, teacher consultant
- ☑ **Other/Title:** Rida Jones, SSW

- ☑ **Other/Title:** Brian Deller
- ☑ **Other/Title:** George White, advocate

| STUDENT PROFILE AND ELIGIBILITY |
|---|

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**
Ke'aujanaa is a young woman with a lot of potential. She is very easy to talk with, and has a lot of interest outside of school. She loves drawing and journaling. She has a big plan for her life, and how to help others.

**Parent/Guardian Concerns**
The teacher consultant reached out to mom, her concerns included: her daughter's overall education, when is graduation, how is she in terms of credits, and overall communication between the school and her daughter. Mom would like to streamline communication, so her daughter can progress towards graduation more quickly.

**Current Evaluations**
ESTR-J (Fall 2020, staff attempted to contact her prior to the May 2021 IEP, in order to update data)
BASC-3
ABAS
KTEA-3

Based on **1)** Ke'aujanaa's current functioning, **2)** the most recent evaluation findings and **3)** any additional assessment information, does the IEP Team determine that this student has a disability that requires special education programs/services?

☑   Yes, Ke'aujanaa is **eligible** for special education

| Primary Disability | Qualifying Criteria | Qualifying Criteria | Medical Diagnosis |
|---|---|---|---|
| Other Health Impairment | Limited alertness to education | | Sickle Cell Disease (SCD) |
| | Limited vitality | | Sickle Cell Disease (SCD) |
| | Limited strength | | Sickle Cell Disease (SCD) |

CONFIDENTIAL

PLAINTIFFS 00003345

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                    **IEP Date:** 05/13/2021

| Secondary Transition Considerations | | |
|---|---|---|
| **Transition Assessments Completed:** | | **Date of Most Recent Assessment:** 09/23/2020 |
| **Assessments** | **Student/Parent Input** | **School Observation Data** |
| ESTR-J revised | Student Interview<br>Parent Interview | Transcripts<br>Grades<br>Attendance Records<br>Phone Logs |

| |
|---|
| **Date of Educational Development Plan (EDP):** 09/23/2020 |
| **If student did not attend IEP, describe steps taken to ensure consideration of student's preferences/vision**: |

| Student's Post-Secondary Vision and Transition Activities |
|---|
| **Career/Employment:** As an adult, what kind of work will you do?<br>After finishing school, Ke'aujanaa will attend KVCC and become a Respiratory Therapist. |
| **Career/Employment Assessment Results:** Present level assessment related to this vision statement.<br>When given the Enderle-Severson Transition Rating Scale - Form J -Revised (ESTER-J - Revised) in September 2020, Ke'aujanaa scored a score of 92.3% with 11/12 positive responses.<br><br>Areas of Strength:<br>Good Attendance<br>Appropriate hygiene and grooming<br>Punctual<br>Need to eventually support himself<br>Responds to authority figures<br>Demonstrates an understanding that different jobs required varying levels of training<br>Demonstrated an understanding of factors that influence job retention, dismissal, and promotion<br>Able to access various resources for assistance in job searching<br>Demonstrates the necessary interpersonal skills to work with others<br>Demonstrates the skills necessary to perform successfully a job interview<br>Has realistic expectations of his vocational potential<br>Has had successful community-based work experience<br>Has accurately filled out a job application<br><br>Areas of Growth:<br>Need to complete a vocaonal potential interest survey |

| Is there a need for activities or services for Career/Employment? ☑ Yes ☐ No | | | |
|---|---|---|---|
| **Type of Activity** | **Explanation of activity/service** | **Responsible Agency/Persons** | **Expected Completion Date** |
| Functional Vocational Evaluation | Ke'aujanaa will researcher chosen career including pay, education, and potential employment possibilities. | student<br>parents<br>teacher | 05/12/2022 |

| |
|---|
| **Post-Secondary Education/Training:** Upon completion of services, what additional education and training will you do?<br>After finishing school, Ke'aujanaa will attend KVCC (Kalamazoo Valley Community College). |
| **Post-Secondary Education/Training Assessment Results:** Present level assessment related to this vision statement.<br>When given the Enderle-Severson Transition Rating Scale - Form J-Revised (ESTER-J-R) in September 2020, Ke'aujanaa scored 38 % on the "Post Secondary Education" subsection of the survey. with 3/8 questions answered in the positive.<br><br>Areas of Strength: |

CONFIDENTIAL

PLAINTIFFS 00003346

CONFIDENTIAL

5/20/2021                Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

She demonstrates self-awareness and self-confidence

Areas of Growth:
Made plans for post-secondary housing options
Identifies post-secondary options
learn how to arrange for training, housing, financial assistance and employment after completing training.

**Is there a need for activities or services for Post-Secondary Education/Training?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Instruction | Ke'aujanaa will attend a KVCC Starting Smart section. This is a returning goal, due to it not being able to be completed in the previous year. | Student Parent Teacher | 05/12/2022 |

**Adult Living:** As an adult, what kind of living arrangements will you have?
After finishing school, Ke'aujanaa will move to a warmer climate because the cold affects her health, and will live with her friend or alone in a condo.

**Adult Living Assessment Results:** Present level assessment related to this vision statement.
When given the Enderle-Severson Transition Rating Scale - Form J-Revised (ESTER- -J- R) in September 2020, Ke'aujanaa scored 74% on the "Home/Living" subsection of the survey.
The following score on the Enderle-Severson Transition Rating Scale Form-J Revised Home Living Domain: 11/15 (74%)

Areas of Strength:
Is able to use the phone
Dresses appropriately for specific situations
Performs household cleaning/laundry
Safely performs light household maintenance
Demonstrates the qualities of a good citizen
Understands concepts related to sexual awareness
Treats minor medical problems, performs basic first aid and knows how to seek medical assistance
Performs written correspondence
Responds to household emergency situations
Understands nutrition and is able to plan balanced meals
Understands basic parenting skills
Is able to prepare and serve foods that require a variety of cooking procedures

Areas of Need;
learn about checking and savings accounts, credit cards and budgets
Learn to manage money responsibility

**Is there a need for activities or services for Adult Living?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Daily Living Skills | Ke'aujanaa will practice budgeting and money management, using the salary of a respiratory therapist. | Ke'aujanaa, Parent(s), and Teachers | 05/12/2022 |

**Community Participation:** As an adult, how will you want to be involved in your community?
After finishing school, Ke'aujanaa will get around the community on her own, including going to restaurants and stores of her choosing.

**Community Participation Assessment Results:** Present level assessment related to this vision statement.
When given the Enderle-Severson Transition Rating Scale - Form J-Revised (ESTER- J-R ) in September 2020 Ke'aujanaa score 29%

CONFIDENTIAL

PLAINTIFFS 00003347

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

on the "Community Participation" subsection of the survey, answering 2/7 questions in the positive.

Areas of Strength:
Demonstrates appropriate social behaviors in the community
Can get around in the community

Areas of need include:
using local resources
learning to comparison shop
Demonstrates understands of cost-saving techniques
learning about housing options, insurance and paying for large purchases
Demonstrates a basic understanding of basic insurance needs

**Is there a need for activities or services for Community Participation?** ☑ Yes ☐ No

| Type of Activity | Explanation of activity/service | Responsible Agency/Persons | Expected Completion Date |
|---|---|---|---|
| Adult Living | Student will obtain her drivers license | student parents | 05/12/2022 |

## Course of Study

**Describe how the student's course of study aligns with the postsecondary vision:**
Ke'aujanaa is working towards her general education degree. She currently has 7 credits. She will minimally need to earn the following credits:
English- 2 credits
Math- 2 credits
Science-2 credits
Social Studies- Government Credit, along with 2.5 additional credits
PE-1 credit
Health- 1 credit

**Check Only One:**
☑ Michigan Merit Curriculum leading to a high school diploma.
☐ Course of Study leading to Certificate of Completion

Is Ke'aujanaa expected to graduate with a Regular Diploma during this IEP year? ☐ Yes ☑ No

Will Ke'aujanaa complete age eligibility for Special Education services? ☐ Yes ☑ No

## Community Agency Involvement

Was there a need to invite a community agency representative likely to provide current or future services? ☐ Yes ☑ No
Please provide a rationale for determining that there is no need to invite a community agency: No services were requested at this time. The school has attempted to work with student and family on engaging student but due to illness, student has not been able to participate.
Did parent invite a community agency representative? ☐

## Parental Rights and Age of Majority

Check only one:
☑ The student has turned age 18 and the student and parent were informed of parental rights that were transferred to the student at age 18, including the right to invite a support person such as a parent, advocate, or friend.

CONFIDENTIAL

PLAINTIFFS 00003348

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                    **IEP Date:** 05/13/2021

## PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Progress on most recent goals and objectives?
Medical: According to the doctors note provided on 1-27-20, Ke'aujanaa suffers from sickle cell disease, as well as pulmonary hypertension. Due to these diagnosis she requires: medications, IV pain medicine, and oxygen at times. Due to her SCD, she often requires hospitalization and frequent doctor visits that create difficulty participating in school. As her original IEP states, this impacts her strength, vitality, and alertness. Her doctor notes: " oxygen can be a requirement, and her alertness can be affected due to her need for pain medication. Some activity can be tolerated, and oxygen should be available at all times." (Dr. Katherine Scott, MD)

Academic: Reading (from her 2020 evaluation)
Basic reading skills start with understanding of phonics and phonemic awareness followed by the polishing and fluency of word reading and reading fluency. These basic skills evolve into 3 reading comprehension and the complex ability to think about what is read and apply it to other events. For Ke'aujanaa, she has good basic reading abilities and can utilize skills to appropriately comprehend what she is reading. She does lack some understanding of higher level vocabulary, but this was not shown to impede her reading abilities.

Mathematics
Foundational math skills involve number concepts and fact recognition. This evolves into math facts fluency and fluidity with math operations culminating in mathematical problem solving of word problems, multi-step processes, and abstract math theory such as algebra and geometry. In Ke'aujanaa's case, her math skills are a bit more challenging for her. She can do appropriate calculation, but has a much harder time when it comes to the conceptual skills related to math. She struggles with multi-step problems, algebraic and fraction concepts, and word problems. At this time, these skills are below average for a student her age.

Adaptive Behavior (from her 2020 evaluation) Ke'aujanaa and her mother were given the Adaptive Behavior Assessment System, 3rd Edition (ABAS-3) in order to assess her adaptive functioning. Both Ke'aujanaa and her mother rated her adaptive skills as average in all areas and no deficits were seen. Based on observations from the psychologist, she would agree that Ke'aujanaa's adaptive skills are appropriate at this time.

Emotional Functioning
Ke'aujanaa completed the self-report of the Behavior Assessment for Children, Third Edition (BASC-3) which evaluates her behavioral functioning. Ke'aujanaa's scores on the BASC-3 showed her to be in the At-Risk range for atypicality (occasionally having unusual thoughts and perceptions), locus of control (sometimes having little control over events occurring in her life), social stress, and depression. She fell within the Clinically significant range for anxiety, sense of inadequacy (being dissatisfied with 4 her ability to perform a variety of tasks even when putting forth substantial effort), and somatization (experiencing numerous health-related problems). Given her extensive health history, these results are in line with children who experience chronic illness.

Due to Ke'aujanaa's recent health, the global pandemic, and Comstock's inability to contact Ke'aujanaa or her mother on a consistent basis, she has made no progress on her previous IEP goals/objectives. The team has attempted to contact her via phone, text, email, through relatives, and completed home visits. She has not been present at Compass or attended any virtual classes since our previous IEP.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Reading | Comprehension & Vocabulary | ☑ |
| **Data Sources and Description of Need**<br>Grades and report cards<br>Progress reporting<br>Teacher observations<br>Work completing and missing assignment reporting<br>*Kaufman Test of Educational Achievement—Third Edition* (KTEA-III)<br><br>Academic: Reading (from her 2020 evaluation) | | |

CONFIDENTIAL

PLAINTIFFS 00003349

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

Basic reading skills start with understanding of phonics and phonemic awareness followed by the polishing and fluency of word reading and reading fluency. These basic skills evolve into 3 reading comprehension and the complex ability to think about what is read and apply it to other events. For Ke'aujanaa, she has good basic reading abilities and can utilize skills to appropriately comprehend what she is reading. She does lack some understanding of higher level vocabulary, but this was not shown to impede her reading fluency abilities. Fundamental skills required in efficient reading comprehension are knowing meaning of words, ability to understand meaning of a word from discourse context, ability to follow organization of passage and to identify antecedents and references in it, ability to draw inferences from a passage about its contents, ability to identify the main thought of a passage, and ability to answer questions answered in a passage. For Ke'aujanaa, assistance with these comprehension skills will increase her reading abilities.

**Adverse Impact**
This will make it difficult for the student to complete some tasks in the general curriculum at their grade level involving reading.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Mathematics | Numbers and Operations | ☑ |

**Data Sources and Description of Need**
Grades and report cards
Progress reporting
Teacher observations
Work completing and missing assignment reporting
*Kaufman Test of Educational Achievement—Third Edition (KTEA-III)*

Mathematics
Foundational math skills involve number concepts and fact recognition. This evolves into math facts fluency and fluidity with math operations culminating in mathematical problem solving of word problems, multi-step processes, and abstract math theory such as algebra and geometry. In Ke'aujanaa's case, her math skills are a bit more challenging for her. She can do appropriate calculation, but has a much harder time when it comes to the conceptual skills related to math. She struggles with multi-step problems and word problems. At this time, these skills are below average for a student her age.

**Adverse Impact**
Ke'aujanaa's difficulties with math problem-solving will impact her abilities to complete appropriate grade level materials, and interfere with her potential career choice as a respiratory therapist.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Socio-Emotional/Behavioral | Anxiety | ☑ |

**Data Sources and Description of Need**
ESTR-J Data
School Attendance/Grades
Parent Interview
Behavioral Assessment System for Children, 3rd Edition (BASC3)
Adaptive Behavior Assessment System (ABAS)

Ke'aujanaa completed the self-report of the Behavior Assessment for Children, Third Edition (BASC-3) which evaluates her behavioral functioning.  Ke'aujanaa's scores on the BASC-3 showed her to be in the At-Risk range for atypicality (occasionally having unusual thoughts and perceptions), locus of control (sometimes having little control over events occurring in her life), social stress, and depression. She fell within the Clinically significant range for anxiety, sense of inadequacy (being dissatisfied with her ability to perform a variety of tasks even when putting forth substantial effort), and somatization (experiencing numerous health-related problems). Given her extensive health history, these results are in line with children who experience chronic illness. In order to overcome these difficult areas, Ke'aujanaa needs direct support through social work services, to be taught coping strategies for times of heightened anxiety, and given tools how to manage her medical condition when it interferes with her learning.

**Adverse Impact**
Ke'aujanaa's lack of access to skills to assist her with the anxiety she experiences may impact her ability to meet with success in the school environment.

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Medical/Health/Physical | self-advocacy | ☑ |

CONFIDENTIAL

PLAINTIFFS 00003350

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

| | |
|---|---|
| **Data Sources and Description of Need** | |
| Ke'aujanaa may need to request and advocate for herself when accommodations are need related to her illness such as; continual access to water, frequent bathroom breaks, and request a change in location due to extreme temperatures. Due to her illness and COVID, Ke'aujanaa has not been able to build become with comfortable with staff, therefore it may be difficult or uncomfortable for her to request and/or share her needs. | |
| **Adverse Impact** | |
| The ability to advocate is an important skill to assist one to be successful and she will learn to vocalize her needs. | |

| Area of Need | Subarea of Need | Goal? |
|---|---|---|
| Transition (age 16+) | Transition | ☑ |

| |
|---|
| **Data Sources and Description of Need** |
| When given the Enderle-Severson Transition Rating Scale - Form J-Revised (ESTER- J-R ) in September 2020 Ke'aujanaa score 29% on the "Community Participation" subsection of the survey, answering 2/7 questions in the positive. |
| |
| Areas of Strength: |
| Demonstrates appropriate social behaviors in the community |
| Can get around in the community |
| |
| Areas of need include: |
| using local resources |
| learning to comparison shop |
| Demonstrates understands of cost-saving techniques |
| learning about housing options, insurance and paying for large purchases |
| Demonstrates a basic understanding of basic insurance needs |
| **Adverse Impact** |
| The ability to plan for ones future, have the basic skills to live/work independently, and using cost-saving techniques need to be addressed in order for Ke'aujanaa to be successful in a post-secondary setting. |

CONFIDENTIAL

PLAINTIFFS 00003351

CONFIDENTIAL

5/20/2021      Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday      **IEP Date:** 05/13/2021

## SPECIAL FACTORS, SUPPLEMENTARY AIDS AND ASSESSMENTS

Supports and Modifications to the Environment, Behavior Training Needs, Social Interaction Supports for the Student, Health-Related Needs, Physical Needs, Transition aids and supports are provided to enable the student:

- To advance appropriately toward attaining the annual goals.
- To be involved and progress in the general education curriculum and to participate in extra-curricular and other nonacademic activities.
- To be educated and participate in activities with other students with disabilities and nondisabled students.

The IEP team must consider the following areas of need for each student.

For the areas of need below, does Ke'aujanaa Janielle Shepherd-Friday require supports and/or services due to?

☐ Yes ☑ No Communication needs

☐ Yes ☑ No Need for assistive technology devices and services.

The IEP team must consider the following for the student, as appropriate.

☐ The use of positive behavioral interventions and supports, and other strategies, to address behavior because the student has behavior that impedes his or her learning or the learning of others.

☐ The language needs of the student because the student has limited English proficiency.

☐ Braille instruction because the student is blind or visually impaired.

☐ The mode of language and communication because the student is deaf or hard of hearing.

☑ **Supplementary aids and services are needed at this time.**

| Supplementary Aids/Program Modifications/Support for School Personnel | Frequency/Timeline | Location |
|---|---|---|
| Tests read out loud | All subjects, daily, when assignments/assessments are beyond Ke'aujanaa's independent working level | Academic Environment |
| Access to water | Permit water for hydration throughout the school day | Throughout school environment |
| When receiving medical treatments-deadlines/tests/assignments will follow a timeline discussed between administrators/teachers/and the student | all subjects as needed | Academic Environment |
| Access to restroom | Upon student request and/or staff recommendation or prompting | Throughout school environment |
| Ability to change location during extreme temperatures and conditions | Upon student request and/or staff recommendation or prompting | Throughout school environment |
| Frequent breaks | when student is feeling fatigued, due to medical reasons | Academic Environment |
| Extended time on assignments (per teacher/student agreement) | up to two weeks, unless medical notes require additional services | Academic Environment |
| Access to audio versions of all grade level textbooks, when available. | Upon student request and/or staff recommendation or prompting | Academic Environment |

## STATE ASSESSMENTS

Are state assessments required for the grade level(s) covered by this IEP?      ☐ Yes ☑ No

CONFIDENTIAL

PLAINTIFFS 00003352

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                          **IEP Date:** 05/13/2021

## GOALS AND OBJECTIVES

**Area of Need:** Reading                    **Subarea:** Comprehension & Vocabulary

**Annual Goal:**
By her next IEP, in May of 2022, she will read a 7th grade level reading passage, Ke'aujanna will answer comprehension questions at 66% accuracy in 2 out of 3 trials, as shown by teacher created assessment.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|
| 1 Ke'aujanna will read a 6th grade passage and answer questions with 66% accuracy, by October 2021. | 66% | teacher created assessment | each marking period |
| 2 Ke'aujanna will read a 6th grade passage and answer questions with 80% accuracy, by February 2022. | 80% | teacher created assessment | each marking period |
| 3 Ke'aujanna will read a 7th grade passage and answer questions with 66% accuracy, by May 2022. | 66% | teacher created assessment | each marking period |
| 4 | | | |

**Staff Responsible for Goal:** Teacher Consultant

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

CONFIDENTIAL

PLAINTIFFS 00003353

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                    **IEP Date:** 05/13/2021

## GOALS AND OBJECTIVES

**Area of Need:** Mathematics                    **Subarea:** Math Problem Solving

**Annual Goal:**

By May of 2022, Ke'aujanaa will increase her math problem solving abilities, when looking at a set income amount, by creating a budget, related to estimating college costs/expenses, from 0% to 50%, by completing an online budgeting profile.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By October 2021, Ke'aujanaa will increase her math problem solving abilities by creating a budget, related to estimating college costs/expenses, from 0% to 20%. | 20% | Online budgeting profile | each marking period |
| 2 | By February 2022, Ke'aujanaa will increase her math problem solving abilities by creating a budget, related to estimating college costs/expenses, from 0% to 40%. | 40% | Online budgeting profile | each marking period |
| 3 | By May 2022, Ke'aujanaa will increase her math problem solving abilities by creating a budget, related to estimating college costs/expenses, from 0% to 50%. | 50% | Online budgeting profile | each marking period |
| 4 | | | | |

**Staff Responsible for Goal:** Teacher Consultant

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

CONFIDENTIAL

PLAINTIFFS 00003354

CONFIDENTIAL

5/20/2021                          Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                          **IEP Date:** 05/13/2021

## GOALS AND OBJECTIVES

**Area of Need:** Medical/Health/Physical                     **Subarea:** Self Advocacy

**Annual Goal:**

By May 2022, Ke'aujanaa will increase her self advocacy skills, related to her needs within the school environment, related to her illness by sharing the information with her school social worker and requesting accommodations when needed from 0% to 60%.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By October 2021, Ke'aujanaa will increase her self advocacy skills, related to her needs within the school environment, related to her illness by sharing the information with her school social worker and requesting accommodations when needed from 0% to 20%. | 20% | Staff and student report | each marking period |
| 2 | By January 2022, Ke'aujanaa will increase her self advocacy skills, related to her needs within the school environment, related to her illness by sharing the information with her school social worker and requesting accommodations when needed from 0% to 35%. | 35% | Staff and student report | each marking period |
| 3 | By May 2022, Ke'aujanaa will increase her self advocacy skills, related to her needs within the school environment, related to her illness by sharing the information with her school social worker and requesting accommodations when needed from 0% to 60%. | 60% | Staff and student report | each marking period |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, School Social Worker

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

CONFIDENTIAL

PLAINTIFFS 00003355

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                              **IEP Date:** 05/13/2021

## GOALS AND OBJECTIVES

**Area of Need:** Socio-Emotional/Behavioral              **Subarea:** Anxiety

**Annual Goal:**

By May 2022, Ke'aujanaa will improve her ability to define a variety of calming strategies when presented with a multiple choice activity from 0% to 60% accuracy.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By October 2021, Ke'aujanaa will improve her ability to define a variety of calming strategies when presented with a multiple choice activity from 0% to 20% accuracy. | 20% | Multiple choice acitivty | each marking period |
| 2 | By January 2022, Ke'aujanaa will improve her ability to define a variety of calming strategies when presented with a multiple choice activity from 0% to 35% accuracy. | 35% | Multiple choice acitivty | each marking period |
| 3 | Ke'aujanaa will improve her ability to define a variety of calming strategies when presented with a multiple choice activity from 0% to 45% accuracy. | 45% | Multiple choice acitivty | each marking period |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, School Social Worker

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

CONFIDENTIAL

PLAINTIFFS 00003356

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                                        **IEP Date:** 05/13/2021

## GOALS AND OBJECTIVES

**Area of Need:** Transition (age 16+)                    **Subarea:** Transition

**Annual Goal:**

By May 2022, Ke'aujanaa will partner with a peer to use basic math skills, in order to use comparison shopping techniques, in 75% of trials, as shown by teacher created assignments.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | Ke'aujanaa will be able to use percentages to comparison shop. | 75% | teacher created assignments | each marking period |
| 2 | Ke'aujanaa will be able to successfully use a calculator to assist her in comparison shopping. | 75% | teacher created assignments | each marking period |
| 3 | | | | |
| 4 | | | | |

**Staff Responsible for Goal:** Teacher Consultant

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

CONFIDENTIAL

PLAINTIFFS 00003357

CONFIDENTIAL

5/20/2021                  Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                          **IEP Date:** 05/13/2021

| Programs and Services |
|---|

**Service Mode:** The primary mode of delivery for related services may be consultative or direct.

- **Consultative Service -** involves working indirectly with a student by supporting teachers and other instructional staff members who work daily with the student. The service provider may occasionally work directly with the student.
- **Direct Service -** involves working directly with the student. The service provider may occasionally consult with instructional staff members who work with the student daily.

   Related services may be provided in the context of general education, and/or special education programs and/or separately.

**Related Service Schedule:** The minutes, sessions, and frequency of related services will be provided as documented below except when the week or month is shortened due to holiday, school cancellation or student absence.

**Start Date/End Date:** All programs and services listed will begin on the implementation date of the IEP and continue for one calendar year following the school district's approved calendar.

**Departmentalized Program:** The student's special education program will be provided by more than one special education teacher with instruction typically divided by subject/content area.

| **Current IEP Year: From Date** 05/13/2021 | **To Date:** 05/12/2022 |
|---|---|
| **School Year:** 2020-21 | **School Year:** 2021-22 |
| **Grade:** Twelfth grade | **Grade:** Twelfth grade |

| Related Services | Start Date | End Date | Service Mode | Minutes Low Min. | Minutes High Min. | Sessions Low Number | Sessions High Number | Frequency | Setting within Location |
|---|---|---|---|---|---|---|---|---|---|
| School Social Worker | 05/13/2021 | 05/12/2022 | ☑ Direct ☐ Consultative | 15 | 30 | 2 | 4 | Month | Home |
| Teacher Consultant - LD | 05/13/2021 | 05/12/2022 | ☑ Direct ☐ Consultative | 15 | 45 | 1 | 2 | Month | Home |

| Programs | Depart-mentalized | Start Date | End Date | Bldg/Location | SE Low Min | SE High Min | GE Low Min | GE High Min | Total Min | Frequency |
|---|---|---|---|---|---|---|---|---|---|---|
| Elementary or Secondary-Level Resource Program | ☑ Y ☐ N | 05/13/2021 | 05/12/2022 | Comstock Compass High School | 30 | 400 | | 1535 | 1565 | Week |

☐ Yes ☑ No  Based on a careful consideration of this student's **unique, disability-related needs**, the IEP Team has determined that the student requires a shortened school day for the following reason:

The IEP Team has a physician statement verifying this student's need for and duration of a shortened school day:
☐ Yes ☑ No

Explain the extent, if any, that the student will not participate with nondisabled peers.
When on campus Ke'aujanaa will be able to participate with her non-disabled peers at all times, with the exception of the time she receives assistance from her special education teacher, social worker, and teacher consultant.

Compensatory education was also discuss with the family. Mom and the student are going to get the district a schedule of times and dates that work for them. The districts goal is to do this over the summer and provide 2 weeks of programming per week for 8 weeks. Until she reaches 15 hours.

CONFIDENTIAL

PLAINTIFFS 00003358

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday                              **IEP Date:** 05/13/2021

## OTHER CONSIDERATIONS

### TRANSPORTATION PROVISIONS

Has the IEP Team determined that the student requires **special transportation?**

☑ No, transportation is not required or general education transportation is sufficient to meet Ke'aujanaa's needs.

### EXTENDED SCHOOL YEAR SERVICES

☑ The IEP Team has considered the anticipated needs of this student including the need for extended school year (ESY) services

☐ ESY services are needed

### ANTICIPATED NEEDS AND OTHER COMMENTS

Other Comments related to this IEP:
This IEP was held virtually, due to Covid-19 protocols.

The team has created a phone log, in order to track contact, per mom's concern about contacts.

During the meeting, Mr. Birchmeier, signed her up for the Summer Success Camp.

Mom's IEP is: shepherdn@mail.com

CONFIDENTIAL

PLAINTIFFS 00003359

CONFIDENTIAL

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

## Comstock Public Schools
## NOTICE REGARDING PROVISION OF SPECIAL EDUCATION

| STUDENT INFORMATION | |
|---|---|
| **Student:** Ke'aujanaa Janielle Shepherd-Friday | **Date of IEP Team Meeting:** 05/13/2021 |
| **Birthdate:** 07/15/2002 | **Resident District for Purpose of FAPE:** Comstock |
| **Age:** 18-10 | **Student Primary Language:** |
| **Grade:** Twelfth grade | **Language in the Home:** English |

### PURPOSE

This notice is a result of the Individualized Education Program (IEP) Team meeting that was held on the date listed above for the following purpose(s):

**Primary Purpose:** Annual Review                    **Additional Purpose:**

### NOTICE FOR PROVISION OF PROGRAMS AND SERVICES

You are receiving this notice because, based upon the **most recent** IEP Team meeting, Ke'aujanaa remains **eligible for special education programs/services.** Upon district signature, this notice and Ke'aujanaa's IEP constitute the district's offer of a Free Appropriate Public Education (FAPE).

**All programs/services/supplementary aids will start on:** 05/13/2021
**The following person will assure implementation of this IEP:** Building Administrator

### OPTIONS CONSIDERED

The IEP Team Report describes the assessment/evaluation procedures and data used during the IEP Team meeting. The following options were considered but not selected for the reason(s) indicated below:

| Considered Options | Reasons Not Selected |
|---|---|
| Communication needs | Ke'aujanaa is able to communicate her own needs at this time. |
| ESY | Other options are available at this time. Comstock is offering a Summer Success Camp, and she is currently enrolled in that. |
| Need for assistive technology devices and services. | Ke'aujanaa does not requires these services in order to participate in the general education setting. |
| Using the previous evaluation data | The team and Ke'aujanaa feels a full evaluation is necessary at this time. This process will be in the Fall of 2021. No need for anxiety testing at this time. |

Other relevant factors to the district's proposal or refusal:
    None.

### RESOURCES FOR PARENTS

The *Resources for Parents Include:*
*ARC (Resources and Advocacy for Parents):*
*Allegan: (269) 673-8841*
*Kalamazoo/Van Buren: (269) 342-9801*

*Mediation:*
*Allegan: (616) 399-1600*
*Kalamazoo: (269) 552-3434*
*Van Buren: (269) 982-7898*

*Additional Resources:*
*Ask Family Services: (269) 343-5896*

*For additional assistance please contact:*

CONFIDENTIAL

PLAINTIFFS 00003360

**CONFIDENTIAL**

5/20/2021                    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

*Allegan Area Educational Service Agency (AAESA): (269) 512-7700*
*Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323*
*Van Buren Intermediate School District (VBISD): (269) 674-8091*

*The Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

| SIGNATURES |
|---|

**DISTRICT COMMITMENT**

The school district superintendent/designee assures that the least restrictive environment has been fully considered and assigns this student to the following:

☐ The resident district
☑ An operating district

**Operating District:** Comstock
**Building/Program:** Comstock Compass High School

☐ The resident district authorizes the operating district to conduct subsequent IEP Team meetings.
☑ The operating district was previously authorized by the resident district to conduct subsequent IEP Team meetings.

**Operating District Superintendent/Designee:** _____  **Date:** 05/13/2021

**CONFIDENTIAL**

PLAINTIFFS 00003361