# EXHIBIT 62

**District Name: Comstock Public Schools**
Comstock Compass High School Official Transcript
Tel: (269)250-8930
3010 Gull Road, Kalamazoo, MI 49048

**Shepherd-Friday, Ke'aujanaa**
Student Number: 305007452   Grade: 12
1716 Woodward Ave, Kalamazoo, MI 49007
Generated on 02/14/2021 04:18:47 PM   Page 1 of 1

### Student Information

Student Number: 305007452   Grade: 12
Birthdate: 07/15/2002   Gender: F
State ID: 7298581448
Diploma Type:
Diploma Date:

### GPA Summary

Cumulative GPA (Weighted): 0.000
Class Rank: 44 of 48
Percentile: 8.33%

### # Phoenix High School

| Course | Mark | Weight | Credit |
|---|---|---|---|
| **2016-2017 Grade 9 Term 1** | | | |
| 513A Algebra I | E | | 0 |
| 7726 Biology A | E | | 0 |
| 3000 Ceramics as Sculpture | E | | 0 |
| 2000 Creative Writing | E | | 0 |
| 1000 Dance | D | | 0.5 |
| 2203 English 9A | E | | 0 |
| 9000 Essential Living Skills A | E | | 0 |
| 9000 Future Young Entrepreneurs | E | | 0 |
| 6000 Health: A Wellness Approach | E | | 0 |
| 381A Spanish 1 A | B- | | 0.5 |
| 8000 World History & Geography A | B+ | | 0.5 |
| Credit: 1.500 GPA: 0.0000 | | | |
| **2016-2017 Grade 9 Term 2** | | | |
| 7730 Biology B | E | | 0 |
| 2204 English 9B | E | | 0 |
| 381B Spanish 1 B | E | | 0 |
| 8000 World History & Geography B | E | | 0 |
| Credit: .000 GPA: 0.0000 | | | |
| **2017-2018 Grade 9 Term 1** | | | |
| 513A Algebra I | E | | 0 |
| 8000 Debate | E | | 0 |
| 2000 English 1 A - GP | NC | | 0 |
| 2208 English 10A | C- | | 0.5 |
| 6000 Health - GP | NC | | 0 |
| 3000 Modern/Jazz Dance Studio | A | | 0.5 |
| 1000 Photography: Digital Imaging | C | | 0.5 |
| 2000 Public Speaking | E | | 0 |
| 8000 US History A | E | | 0 |
| Credit: 1.500 GPA: 0.0000 | | | |

### # Phoenix High School

| Course | Mark | Weight | Credit |
|---|---|---|---|
| **2017-2018 Grade 9 Term 2** | | | |
| 5502 Algebra 1 B | C- | | 0.5 |
| 7702n Earth Science B | E | | 0 |
| 2205 English 10B | E | | 0 |
| 2204 English 9B | A- | | 0 |
| 381B Spanish 1 B | E | | 0 |
| 8000 US History B | E | | 0 |
| Credit: .500 GPA: 0.0000 | | | |
| **2018-2019 Grade 9 Term 1** | | | |
| 7726 Biology A | C- | | 0.5 |
| 723A Chemistry A | NC | | 0 |
| 9000 College Readiness | NC | | 0 |
| 8891n Economics | D- | | 0.5 |
| 2207 English 11A | D | | 0.5 |
| 7760 Forensic Science | NC | | 0 |
| 5511 Geometry A | E | | 0 |
| 5511 Geometry A | NC | | 0 |
| 381A Spanish 1 A | C+ | | 0.5 |
| 3000 YOU Work Experience | CR | | 0.5 * |
| Credit: 2.500 GPA: 0.0000 | | | |
| **2018-2019 Grade 9 Term 2** | | | |
| 7730 Biology B | NC | | 0 |
| 2205 English 10B | D+ | | 0.5 |
| 2206 English 11B | D | | 0.5 |
| 8000 US History B | E | | 0 |
| Credit: 1.000 GPA: 0.0000 | | | |

### #05038 Comstock Compass High School

| Course | Mark | Weight | Credit |
|---|---|---|---|
| **2019-2020 Grade 12 Term 1** | | | |
| 8811 20th Cent AM History A | E | 0.5000 | 0 |
| 5582 Algebra 1 A | E | 0.5000 | 0 |
| Credit: .000 GPA: 0.000 | | | |
| **2019-2020 Grade 12 Term 3** | | | |
| 8811 20th Cent AM History A | WE | 0.5000 | 0 |
| 8841 American Govt | WE | 0.5000 | 0 |
| 5511 Geometry A | WE | 0.5000 | 0 |
| 504 Statistics | WE | 0.5000 | 0 |
| Credit: .000 GPA: 0.0000 | | | |
| **2020-2021 Grade 12 Term 1** | | | |
| 8811 20th Cent AM History A | E | 0.5000 | 0 |
| Credit: .000 GPA: 0.000 | | | |
| **2020-2021 Grade 12 Term 2** | | | |
| 2295 Studies in the Novel B | E | 0.5000 | 0 |
| Credit: .000 GPA: 0.000 | | | |
| **2020-2021 Grade 12 Term 4** | | | |
| 8812 20th Cent AM History B | E | 0.5000 | 0 |
| 504 Statistics | E | 0.5000 | 0 |
| Credit: .000 GPA: 0.000 | | | |


1.5

**Official's Signature**

PLAINTIFFS 00009281

District Name: Comstock Public Schools
**Comstock Compass High School Official Transcript**
Tel: (269)250-8930
3010 Gull Road, Kalamazoo, MI 49048

**Shepherd-Friday, Ke'aujanaa**
Student Number: 305007452   Grade: 12
1716 Woodward Ave , Kalamazoo, MI 49007
Generated on 06/12/2020 10:20:29 AM   Page 1 of 1

### Student Information

| | | | |
|---|---|---|---|
| Student Number: | 305007452 | Grade: | 12 |
| Birthdate: | 07/15/2002 | Gender: | F |
| State ID: | 7298581448 | | |
| Diploma Type: | | | |
| Diploma Date: | | | |

### GPA Summary

| | |
|---|---|
| Cumulative GPA (Weighted) | 0.000 |
| Class Rank | 44 of 44 |
| Percentile | 0.00% |

#### #05038 Comstock Compass High School

| Course | Mark | Weight | Credit |
|---|---|---|---|
| **2019-2020 Grade 12  Term 1** | | | |
| 8811 20th Cent AM History A | E | 0.5000 | 0 |
| 5582 Algebra 1 A | E | 0.5000 | 0 |
| Credit: .000  GPA: 0.000 | | | |

Official's Signature: _Kelly Noteboom_ (signature)

PLAINTIFFS 00009282