# EXHIBIT 63

5/21/2021    Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday    **IEP Date:** 09/24/2020

## Progress Reporting--Text

**Area of Need:** Transition (age 16+)    **Subarea:** Post-Secondary

**Curriculum Reference:**

**Annual Goal:**
In order to meet her postsecondary goal, of attending KVCC to become a respiratory therapist, Ke'aujanaa will improve her organizational skills as evidence by being able to create and follow through with a 3 to 5 step plan for completing work within the time period allowed by staff, 70% of the time, as measured by grades on assignments in infinite campus, by September 2021.

**Short-Term Instructional Objectives:**

| | Objectives | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | Ke'aujanaa will develop a daily/hourly schedule to assist her managing her assignments, tests, and daily work expectations. | to be completed daily | Teacher Observations Classroom Assignments grades | each marking period |
| 2 | Ke'aujanaa will report her progress to her case manager, home bound instructor, and teachers on a weekly basis. | weekly | Teacher Observations Classroom Assignments grades | each marking period |
| 3 | | | | |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher:
School Social Worker:

**Progress On Short Term Instructional Objectives**

| Date | Grade Level | Objective | Status | Comments on Progress | Staff Initial |
|---|---|---|---|---|---|
| 10/29/2020 | Twelfth grade | 1 | No Progress | We just had an IEP and she is getting ready for a bone-marrow transplant. | RJ/PK |
| 11/04/2020 | Twelfth grade | All | No Progress | Due to medical issues, and recently holding her IEP, Ke'aujanaa has made little progress on hers goals. | PSK |
| 01/22/2021 | Ninth grade | | Not Applicable | Due to medical issues, and COVID-19} has made no progress on her goals. | PK/RJ |

PLAINTIFFS 00005586

5/21/2021        Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday      **IEP Date:** 09/24/2020

## Progress Reporting--Text

**Area of Need:** Mathematics      **Subarea:** Numbers and Operations

**Curriculum Reference:**

**Annual Goal:**
By September 2021, Ke'aujanaa will solve equations involving, but not limited to, combining like terms and distributive property with 66% accuracy.

**Short-Term Instructional Objectives:**

| | Objectives | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By December 2020, Ke'aujanaa will solve equations involving, but not limited to, combining like terms and distributive property with 33% accuracy. | 1 out of 3 | Classroom Assignments Teacher Observations Written test | bi-weekly |
| 2 | By June 2021, Ke'aujanaa will solve equations involving, but not limited to, combining like terms and distributive property with 50% accuracy. | 2 out of 4 | Classroom Assignments Teacher Observations Written test | bi-weekly |
| 3 | | | | |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher:
                                 GE teacher:

**Progress On Short Term Instructional Objectives**

| Date | Grade Level | Objective | Status | Comments on Progress | Staff Initial |
|---|---|---|---|---|---|
| 10/29/2020 | Twelfth grade | 1 | No Progress | Since we just held the IEP and these goals are new. No progress to report at this point | KP |
| 11/04/2020 | Twelfth grade | 1 | No Progress | Due to attendance and lack of participation, the student is falling behind. | KP |
| 01/22/2021 | Twelfth grade | 1 | No Progress | Due to a lack of communication and returning of messages. Progress isn't taking place. | KP |

PLAINTIFFS 00005587

5/21/2021　　　　　Individualized Education Program for Ke'aujanaa Shepherd-Friday (7298581448)

**Student Name:** Ke'aujanaa Janielle Shepherd-Friday　　　　　**IEP Date:** 09/24/2020

## Progress Reporting--Text

**Area of Need:** Reading　　　　　**Subarea:** Comprehension

**Curriculum Reference:**

**Annual Goal:**
By September 2021, after reading a passage, Ke'aujanna will answer comprehension questions at 66% accuracy in 2 out of 3 trials.

**Short-Term Instructional Objectives:**

| # | Objectives | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By December 2020, after reading a passage, Ke'aujanna will answer comprehension questions at 33% accuracy | in 1 out of 3 trials. | Teacher Observations Classroom Assignments Written test | bi-weekly |
| 2 | By June 2021, after reading a passage, Ke'aujanna will answer comprehension questions at 50% accuracy | in 2 out of 4 trials. | Teacher Observations Classroom Assignments Written test | bi-weekly |
| 3 | | | | |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher:
　　　　　GE teacher:

**Progress On Short Term Instructional Objectives**

| Date | Grade Level | Objective | Status | Comments on Progress | Staff Initial |
|---|---|---|---|---|---|
| 10/29/2020 | Twelfth grade | 1 | No Progress | Just had an IEP and she is getting ready for a bone-marrow transplang | PK |
| 11/04/2020 | Twelfth grade | 1 | No Progress | Due to medical issues and recently holding this IEP. There has been no progress to report. | PK |
| 01/22/2021 | Twelfth grade | 1 | No Progress | Due to medical issues and COVID 19, she has made no progress on her goals. Attendance and participation are factors. | PK |

PLAINTIFFS 00005588