# EXHIBIT 72

11/30/2020                    Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis                                              **IEP Date:** 01/08/2019

## Programs and Services

**Related Services with General Education and/or Special Education Programs**

**Direct Service:** the primary mode of service is directly working with the student. There may be occasional consultation with others.

**Consultative Service:** the primary mode of service is working with the teacher(s) and others having daily contact with the student. Direct work with the student is occasional

| Current IEP Year: From Date 01/08/2019 | | | | | | | | | | | | To Date: 01/07/2020 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| School Year: 2018-19 | | | | | | | | | | | | School Year: 2019-20 | | | | |
| Grade: Tenth grade | | | | | | | | | | | | Grade: Eleventh grade | | | | |
| Related Services | Start Date | End Date | Service Mode | | Minutes | | Sessions | | Frequency | | Setting within Location | | | | | |
| | | | | | Low Min. | High Min. | Low Number | High Number | | | | | | | | |
| Programs | | | Depart-mentalized | Start Date | End Date | | Bldg/Location | | SE | | GE | | Total | Frequency | | |
| | | | | | | | | | Low Min | High Min | Low Min | High Min | Min | | | |
| Elementary or Secondary-Level Resource Program | | | ☐ Y ☑ N | 01/08/2019 | 01/07/2020 | | Kalamazoo Central High School | | 50 | | | 1835 | 1885 | Week | | |

**Does the student require a reduced day?** ☐ Yes ☑ No