# EXHIBIT 73

CONFIDENTIAL
CONFIDENTIAL
PLAINTIFFS 00004562

| Year | | Incident | Category | School | Location | Date/Time | Role | | Action |
|---|---|---|---|---|---|---|---|---|---|
| 2018-19 | N | 251 - Theft of property less than $200 | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 10/17/2018 9:20 AM | Offender | | ISS - In-School Suspension |
| 2018-19 | N | 217 - Repeated disruptive behavior | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 10/10/2018 8:55 AM | Offender | | ISS - In-School Suspension |
| 2018-19 | N | 250 - Defiance of school personnel | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 10/10/2018 1:15 PM | Offender | | ADM - Conference with Administrator |
| 2018-19 | N | 217 - Repeated disruptive behavior | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 10/8/2018 10:45 AM | Offender | | ADM - Conference with Administrator |
| 2018-19 | N | 234 - Harassment - on the basis of gender | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 10/5/2018 10:05 AM | Witness | 01 - Another Student | - |
| 2018-19 | N | 250 - Defiance of school personnel | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 10/3/2018 1:15 PM | Offender | | ADM - Conference with Administrator |
| 2017-18 | N | 212 - Fighting | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 5/17/2018 12:55 PM | Offender | | SUS - Suspension |
| 2017-18 | N | 217 - Repeated disruptive behavior | 1 - Category I - General Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 5/9/2018 12:35 PM | Offender | | CBI - Conference with the Behavior Interventionist; ISS - In-School Suspension |
| 2017-18 | N | 217 - Repeated disruptive behavior | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 3/29/2018 12:30 PM | Offender | | ADM - Conference with Administrator |
| 2017-18 | N | 107 - Disruptive school and classroom behavior | 1 - Category I - General Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 3/28/2018 12:30 PM | Offender | | CBI - Conference with the Behavior Interventionist; DET - Detention |
| 2017-18 | N | 217 - Repeated disruptive behavior | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 3/19/2018 12:30 PM | Offender | | DET - Detention |
| 2017-18 | N | 250 - Defiance of school personnel | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 3/15/2018 8:10 AM | Offender | | ADM - Conference with Administrator |
| 2017-18 | N | 250 - Defiance of school personnel | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 10/17/2017 8:00 AM | Offender | | DET - Detention |
| 2017-18 | N | 217 - Repeated disruptive behavior | 2 - Category II - Serious Misconduct | 406117 - Kalamazoo Central High School | CLS - Classroom | 10/17/2017 8:00 AM | Offender | | DET - Detention |
| 2016-17 | N | 214 - Failure to accept assigned consequences | 2 - Category II - Serious Misconduct | 309942 - Linden Grove Middle School | CLS - Classroom | 3/9/2017 1:50 PM | Offender | | LOP - Withdrawal of Privileges |
| 2016-17 | N | 218 - Defiance/Disrespect/Insubord compliance | 2 - Category II - Serious Misconduct | 309942 - Linden Grove Middle School | CLS - Classroom | 3/6/2017 2:25 PM | Offender | | ISS - In-School Suspension |
| 2016-17 | N | 214 - Failure to accept assigned consequences | 2 - Category II - Serious Misconduct | 309942 - Linden Grove Middle School | GYM - Gym | 3/2/2017 8:30 AM | Offender | | AL - Apology Letter |
| 2015-16 | N | 246 - Inappropriate physical contact | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | HAL - Hall | 5/26/2016 10:45 AM | Offender | | ADM - Conference with Administrator |
| 2015-16 | N | 218 - Defiance/Disrespect/Insubord compliance | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | HAL - Hall | 5/26/2016 1:50 PM | Offender | | ADM - Conference with Administrator |
| 2015-16 | N | 217 - Repeated disruptive behavior | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | CLS - Classroom | 5/3/2016 7:40 AM | Offender | | 002 - Parent/Guardian Phone Call |
| 2015-16 | N | 217 - Repeated disruptive behavior | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | CLS - Classroom | 2/24/2016 1:00 PM | Offender | | ADM - Conference with Administrator |
| 2015-16 | N | 250 - Defiance of school personnel | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | - | 2/23/2016 | Offender | | ADM - Conference with Administrator |
| 2015-16 | N | 218 - Defiance/Disrespect/Insubord compliance | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | CLS - Classroom | 2/9/2016 1:10 PM | Offender | | ADM - Conference with Administrator |
| 2015-16 | N | 218 - Defiance/Disrespect/Insubord compliance | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | CLS - Classroom | 12/8/2015 8:30 AM | Offender | | ADM - Conference with Administrator |
| 2015-16 | N | 220 - Potentially harmful behavior to oneself or others | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | CLS - Classroom | 12/7/2015 9:11 AM | Offender | | ADM - Conference with Administrator |
| 2015-16 | N | 217 - Repeated disruptive behavior | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | - | 11/19/2015 1:15 PM | Offender | | SUS - Suspension |
| 2015-16 | N | 218 - Defiance/Disrespect/Insubord compliance | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | CLS - Classroom | 11/13/2015 10:50 AM | Offender | | 002 - Parent/Guardian Phone Call |
| 2014-15 | N | 107 - Disruptive school and classroom behavior | 1 - Category I - General Misconduct | 302575 - Milwood Middle School | CAF - Cafeteria | 4/30/2015 11:08 AM | Offender | | SUS - Suspension |
| 2014-15 | N | 218 - Defiance/Disrespect/Insubord compliance | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | CAF - Cafeteria | 4/2/2015 10:30 AM | Offender | | SUS - Suspension |
| 2014-15 | N | 220 - Potentially harmful behavior to oneself or others | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | GYM - Gym | 3/9/2015 11:00 AM | Offender | | DET - Detention |
| 2014-15 | N | 107 - Disruptive school and classroom behavior | 1 - Category I - General Misconduct | 302575 - Milwood Middle School | - | 3/6/2015 1:00 PM | Offender | | 002 - Parent/Guardian Phone Call |
| 2014-15 | N | 218 - Defiance/Disrespect/Insubord | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | CLS - Classroom | 3/4/2015 11:31 AM | Offender | | CS - Community Service |

315

CONFIDENTIAL

| Year | | Offense | Category | School | Location | Date/Time | Role | | Action |
|---|---|---|---|---|---|---|---|---|---|
| 2014-15 | N | 212 - Fighting | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | HAL - Hall | 2/26/2015 2:30 PM | Offender | - | SUS - Suspension |
| 2014-15 | N | 220 - Potentially harmful behavior to oneself or others | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | HAL - Hall | 2/10/2015 8:33 AM | Offender | - | CS - Community Service |
| 2014-15 | N | 101 - Tardy | 1 - Category I - General Misconduct | 302575 - Milwood Middle School | CLS - Classroom | 1/15/2015 2:00 PM | Offender | - | 002 - Parent/Guardian Phone Call |
| 2014-15 | N | 218 - Defiance/Disrespect/Insubordination compliance | 2 - Category II - Serious Misconduct | 302575 - Milwood Middle School | CLS - Classroom | 10/6/2014 12:45 PM | Offender | - | 003 - Parent/Guardian Conference |
| 2013-14 | N | 218 - Defiance/Disrespect/Insubord compliance | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | BUS - Bus/Bus Stop | 6/11/2014 7:50 AM | Offender | - | 011 - Bus Suspension |
| 2013-14 | N | 236 - Harassment - other | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | BUS - Bus/Bus Stop | 6/11/2014 7:40 AM | Offender | - | 011 - Bus Suspension |
| 2013-14 | N | 236 - Harassment - other | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | CLS - Classroom | 5/30/2014 12:00 PM | Offender | - | REM - Removal from Class |
| 2013-14 | N | 232 - Bullying - other | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | CLS - Classroom | 4/18/2014 11:55 AM | Offender | - | 001 - Student Conference |
| 2013-14 | N | 107 - Disruptive school and classroom behavior | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | HAL - Hall | 3/17/2014 12:15 PM | Offender | - | 001 - Student Conference |
| 2013-14 | N | 212 - Fighting | 2 - Category II - Serious Misconduct | 104600 - Woodward Elementary | CLS - Classroom | 3/6/2014 3:00 PM | Offender | - | SUS - Suspension |
| 2013-14 | N | 107 - Disruptive school and classroom behavior | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | GYM - Gym | 1/30/2014 8:40 AM | Offender | - | 001 - Student Conference |
| 2013-14 | N | 107 - Disruptive school and classroom behavior | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | HAL - Hall | 1/22/2014 11:04 AM | Offender | - | REF - Referral |
| 2013-14 | N | 220 - Potentially harmful behavior to oneself or others | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | BUS - Bus/Bus Stop | 1/22/2014 7:45 AM | Offender | - | 002 - Parent/Guardian Phone Call |
| 2013-14 | N | 218 - Defiance/Disrespect/Insubord compliance | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | CLS - Classroom | 1/14/2014 1:10 PM | Offender | - | 002 - Parent/Guardian Phone Call |
| 2013-14 | N | 218 - Defiance/Disrespect/Insubord compliance | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | CLS - Classroom | 1/9/2014 11:00 AM | Offender | - | 001 - Student Conference |
| 2013-14 | N | 218 - Defiance/Disrespect/Insubord compliance | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | BUS - Bus/Bus Stop | 12/18/2013 3:15 PM | Offender | - | 001 - Student Conference |
| 2013-14 | N | 218 - Defiance/Disrespect/Insubord compliance | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | CLS - Classroom | 12/17/2013 10:50 AM | Offender | - | 001 - Student Conference |
| 2013-14 | N | 107 - Disruptive school and classroom behavior | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | CLS - Classroom | 11/5/2013 2:15 PM | Offender | - | TO - Time out |
| 2013-14 | N | 212 - Fighting | 2 - Category II - Serious Misconduct | 104600 - Woodward Elementary | GYM - Gym | 10/24/2013 8:40 AM | Offender | - | SUS - Suspension |
| 2013-14 | N | 212 - Fighting | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | GYM - Gym | 10/3/2013 8:50 AM | Offender | - | ISS - In-School Suspension |
| 2013-14 | N | 218 - Defiance/Disrespect/Insubord compliance | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | BUS - Bus/Bus Stop | 10/1/2013 7:50 AM | Offender | - | 001 - Student Conference |
| 2013-14 | N | 218 - Defiance/Disrespect/Insubord compliance | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | BUS - Bus/Bus Stop | 9/17/2013 7:50 AM | Offender | - | 003 - Parent/Guardian Conference |
| 2013-14 | N | 218 - Defiance/Disrespect/Insubord compliance | 1 - Category I - General Misconduct | 104600 - Woodward Elementary | BUS - Bus/Bus Stop | 9/16/2013 3:15 PM | Offender | - | 004 - Counselor/Staff Conference |
| 2012-13 | N | 212 - Fighting | | 104600 - Woodward Elementary | | 3/25/2013 | Offender | - | SUS - Suspension |
| 2012-13 | N | 122 - Other behavior | | 104600 - Woodward Elementary | | 1/7/2013 | Offender | - | SUS - Suspension |
| 2011-12 | N | 207 - Participation in disruptive gatherings | | 104600 - Woodward Elementary | | 2/9/2012 | Offender | - | ISS - In-School Suspension |
| 2011-12 | N | 311 - Battery - Physical violence without injury | | 104600 - Woodward Elementary | | 10/21/2011 | Offender | - | ISS - In-School Suspension |

▲ Offense / Action Totals

☐ Show Only Current Year Totals

Action Totals    Action Durations

CONFIDENTIAL

PLAINTIFFS 00004563

316

CONFIDENTIAL
PLAINTIFFS 00004564
CONFIDENTIAL

| Offense | Total | DPP | RPHYS | DET | EXC | SCI | SUS | DPP | RPHYS | DET | EXC | SCI | SUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 - Refusing to Follow school and classroom rules | 1 | | | | | | 1 | | | | | | 2 Days |
| 107 - Disruptive school and classroom behavior | 7 | | | 1 | | | | | | | | | 0.5 Days |
| 122 - Other behavior | 1 | | | | | | 1 | | | | | | 1 Days |
| 202 - Intentional damage, destruction of property | 1 | | | | | | 1 | | | | | | 3 Days |
| 212 - Fighting | 7 | 1 | | | 1 | | 6 | | | | 49 Days | | 18 Days |
| 214 - Failure to accept assigned consequences | 4 | | | | | | 1 | | | | | | 1 Days |
| 217 - Repeated disruptive behavior | 10 | | | 2 | | | 1 | | | 1 Days | | | 1 Days |
| 218 - Defiance/Disrespect/Insubordination/Non-compliance | 16 | | | | | | 1 | | | | | | 1 Days |
| 220 - Potentially harmful behavior to oneself or others | 4 | | | 1 | | | 1 | | | | | | 2 Days |
| 246 - Inappropriate physical contact | 3 | | | | | | 1 | | | 1 Days | | | |
| 250 - Defiance of school personnel | 12 | | | 1 | | | | | | | | | |
| 253 - Leaving classroom or building | 7 | | | | | 2 | | | | | | | |
| 329 - Assault | 1 | 1 | | | | | 1 | | | | | | 7 Days |

317