# EXHIBIT 78

```
                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF MICHIGAN
                      SOUTHERN DIVISION

D.L.; K.S.F.; and K.B., by and
through her parent and next
friend H.B.,

              Plaintiffs,
vs.
                              Case No. 22-cv-00838-RJJ-PJG
                              Hon. Robert J. Jonker
                              Mag. Phillip J. Green

MICHIGAN DEPARTMENT OF
EDUCATION,

              Defendant.
_____/

DEPOSITION OF:    MARK MLAWER
LOCATION:         Remote Location
DATE:             Friday, November 1, 2024
TIME:             10:00 a.m.


Taken remotely in the above-entitled cause, before
Stefanie S. Pohl, Certified Shorthand Reporter, CSR 5616,
and Notary Public for the County of Clinton.
```

---

Mark Mlawer
November 1, 2024
28

1   questions.
2          MS. DIAZ:  Can we take, sorry, about a
3   ten-minute break before I ask questions?  Thanks.
4          (Brief recess.)
5                    EXAMINATION
6   BY MS. DIAZ:
7   Q  Good morning, Mr. Mlawer, how are you today?
8   A  Good morning.  I'm fine.
9   Q  Good.
10  A  Hope you are.
11  Q  Thanks.  I am.
12         MS. DIAZ:  And, Ticara, I just want to put on
13  the record that we'd like the 30 days for Mr. Mlawer to
14  be able to have the chance to review the transcript
15         MS. HENDLEY:  Okay.
16         MS. DIAZ:  Thanks.
17  Q  (By Ms. Diaz)  Mr. Mlawer, Ms. Hendley went through your
18  CV a little bit, but could you tell us what expertise
19  you have regarding general supervision under IDEA?
20  A  Sure.  I began working on general supervision issues in
21  1988 in my position as executive director of a coalition
22  for inclusive education.  That -- that appointment
23  coincided with a federal monitoring event or the
24  aftermath of a federal monitoring event here in
25  Maryland, and I did a fair amount of work around the --

PRS - Pohl Reporting Services
(517)243-2695

---

Mark Mlawer
November 1, 2024
29

1   a suppressed draft monitoring report from the feds in
2   1989 and the follow-up monitoring that took place a few
3   years later in terms of preparing for that.  That was a
4   course several years ago under IDEA so much has changed
5   since then and in that era there was a state -- a state
6   plan, and I reviewed such documents, provided comments
7   to the feds, and I got quite interested in these kinds
8   of issues so that's where it all began.
9   Q  Okay.  And since 1988 and 1989 have you had experience
10  reviewing general supervision in other states?
11  A  Yes.  If you could put my résumè back up I can --
12  Q  I can do that.
13  A  If you'd like me to.
14  Q  Yup.
15  A  I don't have a copy of that with me, so.
16  Q  Okay.  I'll pull it up for you.
17  A  Okay.
18  Q  Let me adjust my settings a little bit.
19         Okay.
20         Can you see that okay?
21  A  It's a blank -- black screen for me.
22  Q  Oh, goodness.  Okay.  Maybe it's still loading.  Let me
23  try it one more time.  Okay.  I can see a black screen.
24  Interesting.
25         MS. DIAZ:  Mitch, can you go ahead and try

PRS - Pohl Reporting Services
(517)243-2695

---

Mark Mlawer
November 1, 2024
30

1   sharing it on your screen.  I'm not sure why it's not
2   coming up on mine.  Yup, that looks great or at least on
3   my end.
4   Q  (By Ms. Diaz)  Mr. Mlawer, can you see it okay?
5   A  Yes, I can.
6   Q  Okay.  Just let Mitch know where you want to scroll up
7   or down.
8   A  Well, I can go in reverse chronological order.  In the
9   Emma C. case the State, in addition to the district,
10  they were both defendants.  The State side of the case
11  concerned its monitoring system and technically
12  continues to concern its monitoring system so I had
13  occasion over the course of this project to review
14  multiple iterations -- multiple generations of the
15  State's monitoring system and make determinations
16  regarding it and draw conclusions regarding it depending
17  on which era of the case you're referring to.
18         My work -- my most recent work from 2021 to the
19  present for Wyoming Department of Ed is all about
20  general supervision specific -- specifically performance
21  based monitoring.  That aspect of general supervision.
22         In the AB case my -- my work also had to do with
23  MDE's general supervision in -- in this one particular
24  case that concerned one student.
25         In North Carolina my brief -- relatively brief work

PRS - Pohl Reporting Services
(517)243-2695

Mark Mlawer
November 1, 2024

31

1    with them, I helped counsel for the P&A in North
2    Carolina understand their state's general supervision
3    system through the review of complaints and complaint
4    resolutions that the instruments North Carolina used for
5    monitoring and there was several other kinds of
6    documents that related to monitoring and general
7    supervision.
8         Utah Disability Law Center, that was -- just that
9    concerned one school district and its attempt to realign
10   placements for students with disabilities so that was
11   not really general supervision.
12        In ACL/Michigan I reviewed aspect of what the
13   State's -- Michigan special ed monitoring system looked
14   like at that time. It's specifically for the issues
15   that were raised by plaintiffs in that litigation so
16   that was general supervision.
17        This -- my prior work for Wyoming Department of Ed
18   which is listed here was all about general supervision
19   which included an evaluation of the state's monitoring
20   system and then some training and technical assistance
21   that I provided as the state redeveloped and then
22   implemented its performance based systems. I also
23   facilitated meetings that were prestaffing of monitoring
24   visits.
25        Please tell me if I'm getting into too much detail

Mark Mlawer
November 1, 2024

32

1    or if there's something in specific -- specifically
2    you'd like me to focus on.
3    Q    You're fine. You can keep going.
4    A    Okay. The 2015 project for what was then DRM looked at
5    two complaints, one of which was systemic and drew some
6    conclusions about -- about those complaints and their
7    resolutions.
8         The North Dakota project was just facilitation of
9    prestaffing for monitoring visits that the North Dakota
10   was about to go on. That, of course, is general
11   supervision as well.
12        The project for the Louisiana Department of
13   Education also concerned general supervision and
14   monitoring in that I was -- in the first generation I
15   was training the people who were going to be monitors
16   and how to implement the monitoring system. I assisted
17   to some extent in the development of that system and
18   provided technical assistance in the early years to
19   monitoring teams as they monitored. So I did their two
20   evaluations, one after the first year of implementation
21   and the second after the fourth year of implementation.
22   I also wrote a manual that the state continued to use
23   for training, both the leaders and the members of
24   monitoring teams.
25        The New Hampshire project was a full evaluation of

Mark Mlawer
November 1, 2024

33

1    that state's monitoring system at that time and --
2    complete with recommendations were approved.
3         The external expert in Newark, New Jersey also had
4    the state as -- as a defendant, and I don't recall if I
5    reviewed the state's monitoring system for that project.
6    I don't think so. I was basically -- after the first
7    year or so I was reviewing drafts of corrective action
8    plans that the parties were negotiating about and
9    providing advice and assistance to plaintiff's counsel
10   in that case.
11        The Southern Poverty Law Center projects which had
12   to do with multiple states and districts, I was
13   reviewing -- I took the complaints that were systemic
14   and broke them down into recommended complaint
15   investigation methodologies for those states to use. I
16   then -- those were for the plaintiffs in those
17   situations and who then used those documents as I
18   understood it to negotiate with those SEAs around what
19   steps the state was going to take.
20        In the Jamie S. case in Wisconsin there had been
21   proposed by the defendants in -- in that matter a
22   monitoring system that purported to be able to fix the
23   problems in Milwaukee at that time and that was called a
24   building based assessment process, and I reviewed that,
25   critiqued it and then testified both by deposition and a

Mark Mlawer
November 1, 2024

34

1    trial.
2         The Florida project was all general supervision.
3    Had to do with complaint management. I did a -- an
4    evaluation of their complaint system as of I think that
5    was about 2005 and I trained -- did some training for
6    their complaint investigators and their monitors for how
7    -- regarding how you support findings of noncompliance
8    with adequate evidence of reason. I facilitated a task
9    force for them, but that was not really general
10   supervision.
11        The -- that Michigan project about the charter
12   schools was all general supervision. I looked at the --
13   how the state was monitoring special educating
14   compliance in its charter schools.
15        The Texas expert witness work was all monitoring.
16   The -- the experts hired by plaintiffs collaboratively
17   developed a potential monitoring system for Texas to use
18   that would resolve the issues in that complaint. My
19   testimony however concerned TEA's monitoring
20   instruments. The standards they -- the agency was using
21   to draw conclusions in their monitoring and then I
22   testified regarding that.
23        The Pennsylvania project in the Cordero case I did
24   two evaluations of the state's compliance with -- with
25   the federal -- the court orders that had been put in

Mark Mlawer
November 1, 2024

35

1  place, did that project and that -- so that was general
2  supervision but I was looking not at the statute but at
3  those court orders and we assess you can see the list of
4  things that that -- that those reports assessed which
5  included monitoring policy development and
6  implementation.
7       The first report in '97 I did alone.  The second
8  report I did in partnership with one of the R --
9  so-called RRCs, it doesn't exist anymore, Regional
10 Resource Centers, which were funded by the -- the US
11 Department of Ed to provide assistance.  At that time it
12 was all regional, so this one covered a region that
13 included Pennsylvania.
14      That technical assistant little project concerned
15 the case of which I'm court monitor before I was
16 appointed as court monitor and what I did for the first
17 Corrective Action Plan was develop -- essentially they
18 were called performance effectiveness parameters.  They
19 were ways to monitor compliance with that Corrective
20 Action Plan.  At the point I did that, of course, I had
21 no idea I was going to be appointed as the monitor
22 myself but so that was what I did.
23      The National Council on Disability project, which
24 was ultimately published in the year 2000 as Baptist One
25 Civil Rights, was all about general supervision.  It

PRS - Pohl Reporting Services
(517)243-2695

---

Mark Mlawer
November 1, 2024

36

1  looked at federal monitoring and oversight of state's
2  implementation of the act so in the course of doing that
3  I read the -- I read and analyzed the most recent
4  monitoring report that the feds had done of every single
5  state and created a database to capture the information
6  and then looked at six states in depth over time to see
7  to what extent the problems that had been noted
8  originally had been fixed by the federal monitoring and
9  oversight system and then I wrote draft chapters -- I
10 think it was two draft chapters, of that report based on
11 that information most of which ended up in the final
12 report which is available online to review.
13      The Plaintiff's Representative Project, that was --
14 there was a longstanding lawsuit, a class action in
15 Baltimore called the Vaughn G. case, and in 1994 the
16 parties attempted to settle that case, and they created
17 an entity called the Management Oversight Team in which
18 the state superintendent of schools participated on
19 behalf of the state, the city superintendent of schools
20 on behalf of the LEA and me on behalf of the plaintiffs.
21      There were at that time 18,000 students in that
22 class, and it had the authority in theory at least to --
23 I have the language in there -- make, review and direct
24 all decisions which affected special education in the
25 district.  The reality turned out to be somewhat

PRS - Pohl Reporting Services
(517)243-2695

---

Mark Mlawer
November 1, 2024

37

1  different, but that was the charge of the team.
2       Ultimately that was disbanded and when another --
3  yet another settlement was reached in the case.
4  Q  Okay.  I'm going to stop you right there.
5  A  Sure.
6  Q  So based on the portion of your résumé you just reviewed
7     for us, it sounds like you've had experience looking at
8     general supervision all over the country.  Would you
9     agree with that?
10 A  I would.
11 Q  Okay.  And you mention a few court cases where you
12    either were deposed or you testified.  Is Jamie S. one
13    of them?
14 A  Jamie S., yes.
15 Q  Okay.  And there was a Texas case as well?
16 A  Yes, that was TEA -- Angel G. versus TEA, if I remember
17    right.
18 Q  And in either of those cases were you determined to be
19    an expert by the Court when you testified?
20 A  I believe so, but it's so long ago I don't remember if
21    that was challenged or how it went down, but I did
22    testify, so.
23 Q  Okay.  And do you recall which areas you were determined
24    to be an expert regarding or you were proposed to be an
25    expert regarding in those cases?

PRS - Pohl Reporting Services
(517)243-2695

---

Mark Mlawer
November 1, 2024

46

1     conclusion.  In general that's how I would approach it.
2  Q  Okay.  Okay.  What is Child Find?
3  A  Child Find is ensuring state --  requirement on the
4     state is to ensure that all students who can be
5     reasonably suspected of having a disability and needing
6     special education are identified, located and evaluated.
7  Q  Okay.  And who has that obligation?
8  A  The state does.
9  Q  Is it an important obligation?
10 A  It's crucial.
11 Q  Okay.
12 A  If you're not evaluated and given an IEP then you're not
13    going to receive services that respond to your
14    particular unique needs in the words of staff.
15 Q  So ultimately children are harmed when states don't
16    fulfill this obligation?
17 A  Yes, that's correct.
18 Q  Okay.  How many categories of eligibility are there in
19    IDEA?
20 A  I don't remember the number, 12, 13, 14, something like
21    that.
22 Q  So a number of them, right?
23 A  Yeah.  There are a number of different disabilities you
24    can be identified under.
25 Q  Okay.  So what happens if a school can't appropriately

PRS - Pohl Reporting Services
(517)243-2695

Mark Mlawer
November 1, 2024

47

```
 1        evaluate or a school district rather can't appropriately
 2        evaluate for one of those categories?
 3    A   Can't?  Mean does not have the expertise?
 4    Q   Correct.
 5    A   They -- what a state -- a district should be doing under
 6        that circumstance is reach out to the state that has the
 7        ultimate authority, explain to the state what it lacks
 8        and ask the state for assistance in getting that
 9        expertise that they need.
10    Q   Okay.  And if one piece of that Child Find system within
11        a district is not working, does the district have a
12        functioning Child Find system?
13    A   No, if it's not -- if it's not working, it's not
14        functioning.
15    Q   Okay.  So, for instance, with KPS you identified that
16        there were issues regarding comprehensive evaluations --
17    A   Yes.
18    Q   -- so in that situation -- sorry.
19    A   That was part of the issues that the complaint
20        resolutions uncovered, yes.
21    Q   Correct.  Would the district be effectively implementing
22        Child Find if it continued to have issues with
23        comprehensive evaluations?
24    A   No, it would not.
25    Q   Why not?
```