# EXHIBIT 79

**From:** Birnbaum, Gina (MDE) <BirnbaumG@michigan.gov>
**Sent:** Tuesday, March 2, 2021 1:10 PM
**To:** Tori Wentela <tori.wentela@kresa.org>
**Cc:** Collier, Kristina (MDE) <CollierK1@michigan.gov>
**Subject:** 21-0004 Correction

***ATTENTION:*** This email was sent from an ***external source***. Please be extra vigilant when opening attachments or clicking links.***

Hi Tori,

I realize I stated Complainant/ Parent in my previous email regarding 21-0004....These are for district staff.  I am very sorry!

District  Interview Questions:
1. Can you describe your role and how it pertains to the student?
2. Can you describe the student's 2021 schedule and how attendance was recorded.
3. Has the district been virtual for the entire year?
4. The student's IEP lists 50 minutes of resource room services, can you describe what these services are?
5. Can you explain the specialized instruction that the student received in the 2020-2021 school year to address annual goals and objectives?
6. Can you describe the transition services added in the 2020-2021 IEP.
7. Can you describe how the student participated in the development of the 2020 IEP?
8. Describe how the student participated in the development of the CLP?
9. And how the CLP is meeting the student's needs.
10. Describe progress made during the year. And how progress was measured?
11. What is the process for developing Present Level Statements and Goals and Objectives.

Kind Regards,

*Gina C. Birnbaum*

**Gina C. Birnbaum**
State Complaint Investigator

**Phone:** 517-335-0459
**Mobile:** 989-326-0610
**Email:** birnbaumg@michigan.gov
608 West Allegan St.
P.O. Box 30008
Lansing, MI 48909

MDE_00006779