# EXHIBIT 82



1



2



3

### For Example:

- The LEA shall provide all special education staff and service providers with at least six (6) hours of training on IDEA's IEP requirements, including at a minimum, reviewing and revising the IEP to address lack or progress and the use of regulated behavior interventions.
  - The training shall be completed by September 15, 2019.
  - The LEA shall provide XXXX with the name and credentials of the trainer within 30 days of the date of this decision.
  - Evidence of completion, including staff sign in sheets and copies of training materials, shall be provided to XXXX within 10 days of the completion of the training.

March 2020    PingoraConsulting.com  |  © Pingora Consulting, LLC    211

211

- The SEA must ensure corrective action is completed as soon as possible, by the deadline set in the state complaint decision, and no later than one year following the identification of noncompliance.

### Timeline for Corrective Action



PingoraConsulting.com  |  © Pingora Consulting, LLC    March 2020    212

212

### Graduated Sanctions

- DON'T keep doing the same thing.
- DON'T continue ordering the same corrective action.
- DON'T turn a blind eye to continued noncompliance.
- DO link your complaint and monitoring systems.

March 2020    PingoraConsulting.com  |  © Pingora Consulting, LLC    213

213

MDE_00002772

71