# EXHIBIT 83







# Correction

IDEA State Complaint Investigations



## Correction of Noncompliance

**01** | **34 C.F.R. §300.149**
The SEA is responsible for ensuring compliance with IDEA.

**02** | **34 C.F.R. §300.600**
Correction completed as soon as possible, but no later than one year.

**03** | **Question B-31**
The SEA must ensure correction within one year.

**04** | **Letter to Zirkel**
In some circumstances providing the remedy ordered in the SEA's complaint decision could take more than one year to complete.

12/2020    © Pingora Consulting    IDEA Complaint Investigation

181

## Graduated Sanctions for Repeated Violations

**1 — Isolated**
Student correction & attestation, possibly training.

**2 — Other Findings**
Student correction, training, internal audit, assurances.

**3 — More Non-compliance**
Student correction, independent expert training, oversight, and SEA reports.

**4 — Unable or Unwilling**
Directing funds, mentoring, providing service, withholding funds.

12/2020 © Pingora Consulting | IDEA Complaint Investigation

## Verification of Correction

- LEA submissions
- Follow-up reviews
- Interviews
- Monitoring visits
- What else?

12/2020 © Pingora Consulting | IDEA Complaint Investigation



