# EXHIBIT 84



3/22/23



ENFORCEMENT

Enforce the decision &

Verify correction.

160



SEAs must ensure correction of noncompliance as soon as possible, and in no case later than one year after the SEA identifies the noncompliance.

*34 C.F.R. §300.600(e).*

161



CASE LAW REVIEW
The Highlight Reel

162

54

MDE_00002696