# EXHIBIT 85

| | |
|---|---|
| **From:** | McIntyre, Rebecca (MDE) |
| **To:** | Chapman, Teri (MDE) |
| **Subject:** | Fw: New State Complaint |
| **Date:** | Friday, October 4, 2019 9:09:27 AM |
| **Attachments:** | Outlook-kh4inawh.png |

Another George White complaint against the ALP program in Kalamazoo Public Schools.

I really think we need an on-site investigation looking at this systemically as we do not have enough case managers to take these on one by one as he files them....

The issue here is he believes the district is placing general education students into this program due to behavior without regard to child find and potential discipline protections as not yet eligible students.  So far, the corrective action for 1 final decision has resulted in the order for an initial evaluation and at the end of it the IEP Team did determine eligibility.  Not sure how many others will pan out that way, but......

Rebecca McIntyre, Supervisor
Office of Special Education
Michigan Department of Education
517-335-0457



Do you know an outstanding Michigan educator?
Nominate them for 2020-2021 Michigan Teacher of the Year!

The MTOY Program is accepting nominations through October 6.
Nominate an educator at http://bit.ly/2020-2021MTOY.
For more information visit www.michigan.gov/mtoy.

---

**From:** Wisuri, Jessica (MDE) <WisuriJ@michigan.gov>
**Sent:** Friday, October 4, 2019 9:02 AM
**To:** Alexander, Gina (MDE) <AlexanderG3@michigan.gov>; Collier, Kristina (MDE) <CollierK1@michigan.gov>; Cooke, Elizabeth (MDE) <CookeE@michigan.gov>; Jarve, Beth (MDE-Contractor) <JarveB@michigan.gov>; Lightbourn, Yvette (MDE) <LightbournY@michigan.gov>; McGlory, Dedra (MDE) <McGloryD@michigan.gov>; McIntyre, Rebecca (MDE) <McIntyreR1@michigan.gov>; Noyes, Terri (MDE) <NoyesT@michigan.gov>; O'Brien, Marcia (MDE)

<OBrienM6@michigan.gov>; Radu, Sarah (MDE) <RaduS@michigan.gov>; Rotarius, Nancy (MDE) <RotariusN@michigan.gov>; Weckstein, Janis (MDE) <WecksteinJ@michigan.gov>
**Subject:** New State Complaint

New State Complaint #19-0213
White vs. Kalamazoo Public Schools



Program Accountability Secretary
Michigan Department of Education
Office of Special Education
Phone 517-241-7107
Fax 517-241-7141



*Family Matters* **is an outreach effort to equip families of children with disabilities by offering free information and resources.**

Visit Family Matters, call OSE Information Line at 888-320-8384 or Email: mde-ose@michigan.gov.