UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONQUARION LEWIS; KE'AUJANAA SHEPHERD-FRIDAY; and K.B., by and through her parent and next friend H.B.,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

Case No. 22-cv-00838-RJJ PJG

Hon. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**INDEX OF EXHIBITS TO PLAINTIFFS' CORRECTED RESPONSE BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Ex. 1 | Mark Mlawer Declaration |
| Ex. 2 | Rebecca Mc Intyre Deposition Transcript |
| Ex. 3 | MDE-OSE Role and Responsibility |
| Ex. 4 | Jessica S. Brady Deposition Transcript |
| Ex. 5 | MDE and ISD Responsibilities |
| Ex. 6 | MDE-OSE Overview 2025 |
| Ex. 7 | KPS State Complaints Spreadsheet |
| Ex. 8 | Alpena Complaint Timeline |
| Ex. 9 | Detroit Complaint Timeline |
| Ex. 10 | Flint Complaint Timeline |
| Ex. 11 | Pingora Report 2016 |
| Ex. 12 | Pingora Report 2021 |
| Ex. 13 | Lenore Knudtson Deposition Transcript |
| Ex. 14 | Declaration of Jessica Murphy |

| Ex. 15 | Complaint Decision 17-0159 |
|---|---|
| Ex. 16 | Intentionally Omitted |
| Ex. 17 | 17-0159 CAP Summary, MDE_007645-7649 |
| Ex. 18 | Reuquiyah Saunders Deposition Transcript |
| Ex. 19 | 17-0158 CAP Closeout |
| Ex. 20 | 17-0159 CAP Status History |
| Ex. 21 | Complaint Decision 18-0085, PLAINTIFFS_00005421-5429 |
| Ex. 22 | CAP Summary 18-0085, MDE_007737 |
| Ex. 23 | 18-0085 CAP Status History |
| Ex. 24 | Complaint Decision 19-0088, MDE_00005431-5442 |
| Ex. 25 | 19-0088 Draft Child Find Policy, MDE_007739-7742 |
| Ex. 26 | 19-0088 Child Find Procedures, MDE_007743-7746 |
| Ex. 27 | 19-0088 Child Find Presentation, MDE_007755-7771 |
| Ex. 28 | Intentionally Omitted |
| Ex. 29 | 19-0188 CAP Summary, MDE_00005964 |
| Ex. 30 | 19-0188 CAP TA Notes, MDE_00005968-5970 |
| Ex. 31 | 19-0188 CAP Timeline, MDE_00005958 |
| Ex. 32 | 19-0188 RE Complaint CAP question Emails |
| Ex. 33 | 19-0188 RE Complaint CAP questions Emails Abbr., MDE_00005617-5621 |
| Ex. 34 | Complaint Decision 19-0189, PLAINTIFFS_00014044-4061 |
| Ex. 35 | 19-0188 CAP Closeout, MDE_00005984 |
| Ex. 36 | 19-0188 Child Find Procedures, MDE_00005765-5768 |
| Ex. 37 | 19-0188 Child Find Policy, MDE_00005769-5772 |
| Ex. 38 | 19-0188 Child Find Snapshot, MDE_00005774 |

| | |
|---|---|
| Ex. 39 | 19-0188 Child Study Procedures, MDE_00005775-5779 |
| Ex. 40 | 19-0188 Child Find Presentation, MDE_00005802-5818 |
| Ex. 41 | Intentionally omitted |
| Ex. 42 | 19-0188 MET Report, MDE_00005679-5699 |
| Ex. 43 | 19-0188 Eligibility Recommendation, MDE_00005669-5671 |
| Ex. 44 | 19-0188 IEP, MDE_00005673-5676 |
| Ex. 45 | 19-0188 McIntyre-Alexander Emails, MDE_00005603-5605 |
| Ex. 46 | K.B. Deposition Transcript |
| Ex. 47 | H. B Deposition Transcript |
| Ex. 48 | K.B. February 2020 Prior Written Notice PLFS_00002991 |
| Ex. 49 | PLFS 00002664-66, new title: Decision and Order Granting MDE's Motion for Summary Disposition-KB v. KPS-2022-3-16 |
| Ex. 50 | Ke'Aujanaa Declaration |
| Ex. 51 | Neuropsychological Evaluation for Ke'Aujanaa Shepherd-Friday 3/17/2021, PLAINTIFFS_00003377 |
| Ex. 52 | Shepherd-Friday Deposition Transcript |
| Ex. 53 | Letter from Medical Social Worker 11/23/2009, PLAINTIFFS_00009233 |
| Ex. 54 | Letter from Medical Social Worker 04/29/2016, PLAINTIFFS_00009232 |
| Ex. 55 | Documents submitted by KPS for Investigation 19-0213, MDE_00006010-00006018, 00006025 |
| Ex. 56 | Behavior Incidents for Ke'Aujanaa Shepherd-Friday, PLAINTIFFS_00009196 |
| Ex. 57 | 19-0213 McIntyre-OBrien Emails, MDE_00006163-6165 |
| Ex. 58 | 19-0213 CAP Summary, MDE_007894-7896 |
| Ex. 59 | 19-0213 Child Find Policy 1, MDE_00006270-6273 |
| Ex. 60 | 19-0213 Child Find Policy 2, MDE_00006265-6268 |
| Ex. 61 | Shepherd-Friday IEP 5/13/2021 |

| | |
|---|---|
| Ex. 62 | Transcript for Ke'Aujanaa Shepherd-Friday, PLAINTIFFS_00009281-00009282 |
| Ex. 63 | IEP Progress Report for Ke'Aujanaa Shepherd-Friday, PLAINTIFFS_00005586-00005588 |
| Ex. 64 | Ke'Aujanaa Meeting Minutes 11/5/20, PLAINTIFFS_00003421-00003422 |
| Ex. 65 | Decision and Order Granting State Respondents' Motion for Summary Disposition 04/06/2022, PLAINTIFFS_00003285 |
| Ex. 66 | Decision and Order Regarding KRESA, KPS, and CPS Motion to Dismiss 04/15/2022, PLAINTIFFS_00009109 |
| Ex. 67 | DQ Deposition Transcript |
| Ex. 68 | Owens Report DQ Due Process PLFS 00010048 |
| Ex. 69 | DQ Due Process Hearing transcript, PLFS 00001537-1538 |
| Ex. 70 | 2019-4-16 DQ IEP |
| Ex. 71 | 2019-10-16 IEP DQ, PLFS 00004480 |
| Ex. 72 | 2019-1-8-IEP DQ's, PLFS 00004496 |
| Ex. 73 | Discipline Referrals DQ, PLFS 00004561-4564 |
| Ex. 74 | DQ's MDR, PLFS 00004579-4580 |
| Ex. 75 | 21-0004 Issues Letter, MDE_00006300 |
| Ex. 76 | Order Granting MDE's Motion PLFS 00004689 |
| Ex. 77 | Katz Report, PLFS 00024241-44 |
| Ex. 78 | Mlawer Deposition Transcript |
| Ex. 79 | 21-0004 Interview Questions |
| Ex. 80 | 21-0004 Teacher questionnaire Email |
| Ex. 81 | DL's Motion for Reconsideration Ex. 81, PLFS 00004649-4657 |
| Ex. 82 | March 2020 Training, MDE_00002772 |
| Ex. 83 | December 2020 Training, MDE_00002581 |

| Ex. 84 | March 2023 Training 2, MDE_00002695 |
| --- | --- |
| Ex. 85 | 19-0213 McIntyre-Chapman Email, MDE_00006144 |
| Ex. 86 | MDE Guidance Comp. Ed |