# EXHIBIT 9



| Date | 19-0056 | 19-0123 | 19-0172 |
|---|---|---|---|
| 1/1/2019 | | 19-0123 Violations - Child Find | CAP - Revise/Develop Procedures re: - Child Find Aware of previous noncompliance |
| 2/1/2019 | | | |
| 3/1/2019 | 3/21/19 - Filed | | |
| 4/1/2019 | | | |
| 5/1/2019 | 5/8/19 - Decision | | |
| 6/1/2019 | | 6/7/19 - Filed | |
| 7/1/2019 | | | |
| 8/1/2019 | | 8/6/19 - Decision | 8/29/19 - Filed |
| 9/1/2019 | | 8/29/19 - SLCAP Due | |
| 10/1/2019 | | | 10/31/19 - Decision |
| 11/1/2019 | | | |
| 12/1/2019 | 12/15/19 - District CAP | | 12/13/19 - SLCAP Due |
| 1/1/2020 | | | |
| 2/1/2020 | | | |
| 3/1/2020 | | 3/15/20 - District CAP | |
| 4/1/2020 | | | |
| 5/1/2020 | 5/8/20 - One Year | | 5/15/20 - District CAP |
| 6/1/2020 | 19-0056 Violations - IEE / CAP Revise/Develop procedures - Re: - IEE | | |
| 7/1/2020 | | | |
| 8/1/2020 | | 8/6/20 - One Year | |
| 9/1/2020 | | | |
| 10/1/2020 | | | 10/31/20 - One Year |
| 11/1/2020 | | 19-0172 Violations - Child Find | CAP -Revise/Develop procedures re: -Child Find |
| 12/1/2020 | | | |
| 1/1/2021 | | | |
| 2/1/2021 | | | |



| Date | 19-0195 | 19-0227 | 19-0268 |
|---|---|---|---|
| 4/1/2019 | | | |
| 5/1/2019 | **21-0100** Violations -Child Find | CAP -Revise/Develop Procedures re Child Find | **19-0268** Violations - Child Find - IEP Development - IEP Implementation - Discipline protections |
| 6/1/2019 | | | |
| 7/1/2019 | | | |
| 8/1/2019 | | | |
| 9/1/2019 | 9/17/19 - Filed | | |
| 10/1/2019 | | 10/18/19 - Filed | |
| 11/1/2019 | 11/12/19 - District | | 11/19/19 - Filed |
| 12/1/2019 | | 12/17/19 - Decision | |
| 1/1/2020 | 1/10/20 - SLCAP Due | | 1/17/20 - Decision |
| 2/1/2020 | | 2/14/20 - SLCAP Due | |
| 3/1/2020 | | | 3/6/20 - SLCAP Due |
| 4/1/2020 | | | |
| 5/1/2020 | | | |
| 6/1/2020 | 6/15/20 - District CAP | | |
| 7/1/2020 | | 7/15/20 - District CAP | |
| 8/1/2020 | | | 8/15/20 - District CAP |
| 9/1/2020 | | | |
| 10/1/2020 | | | |
| 11/1/2020 | 11/12/20 - One Year | | |
| 12/1/2020 | | 12/17/20 - One Year | |
| 1/1/2021 | | | 1/17/21 - One Year |
| 2/1/2021 | **21-0107** Violations - Evals - IEP Development - Placement - Procedural Safeguards | CAP -Revise/Develop Procedurs re: - Discipline - Evaluation - IEP Development | |
| 3/1/2021 | | | |
| 4/1/2021 | | | |
| 5/1/2021 | | | |
| 6/1/2021 | | | |

CAP for 19-0268: - Revise/Develop Procedures Re: -Child Find -Discipline Upload info about ongoing corrective action Identify monitor

| Date | 19-0284 | 20-0012 | 20-0058 |
|---|---|---|---|
| 4/1/2019 | | | |
| 5/1/2019 | | | |
| 6/1/2019 | | | |
| 7/1/2019 | | **20-0012** Violaions: - IEP Development, -IEP Implementation, - Discipline, - Evaluations | **CAP** - Revise/Develop procedures re: -Discipline, -Evaluation, -IEP Development, -IEP Implementation |
| 8/1/2019 | | | |
| 9/1/2019 | | | |
| 10/1/2019 | | | |
| 11/1/2019 | | | |
| 12/1/2019 | 12/9/19 - Filed | | |
| 1/1/2020 | | 1/27/20 - Filed | |
| 2/1/2020 | 2/5/20 - Decision | | |
| 3/1/2020 | 2/28/20 - SLCAP Due | 3/26/20 - Decision | 3/9/20 - Filed |
| 4/1/2020 | | | |
| 5/1/2020 | | 5/22/20 - SLCAP Due | 5/6/20 - Decision |
| 6/1/2020 | | | 6/8/20 - SLCAP Due |
| 7/1/2020 | | | |
| 8/1/2020 | 8/15/20 - District CAP | | |
| 9/1/2020 | | | |
| 10/1/2020 | | 10/15/20 - District CAP | |
| 11/1/2020 | | | |
| 12/1/2020 | | | 12/15/20 - District CAP |
| 1/1/2021 | | | |
| 2/1/2021 | 2/5/21 -One Year | | |
| | **19-0284** Violations: -Child Find | 3/26/21 - One Year | |
| | **CAP** - Revise/Develop procedures res: -Child Find/Evals, - Ongoing | | 5/6/21 - One Year |
| | | **20-0058** Violaions: - Child Find | **CAP** - Revise or Develop procedures re violations. - Child Find -Ongoing noncompliance |
| 8/1/2021 | | | |
| 9/1/2021 | | | |
| 10/1/2021 | | | |

| Date | 22-0080 | 23-0039 | 23-0043 |
|---|---|---|---|
| 12/1/2021 | 22-0080 Violaions - Child Find | CAP - Revise or Develop procedures re violations. - Child Find | |
| 1/1/2022 | | | |
| 2/1/2022 | | | |
| 3/1/2022 | | | |
| 4/1/2022 | 4/18/22 - Filed | | |
| 5/1/2022 | | | |
| 6/1/2022 | 6/17/22 - Decision | | |
| 7/1/2022 | | | |
| 8/1/2022 | | | |
| 9/1/2022 | | 23-0039 Violaions - Child Find/Notice | CAP - Revise or Develop procedures re violations. - Eval Request/Notice |
| 10/1/2022 | 10/1/22 - SLCAP Due | | |
| 11/1/2022 | | | |
| 12/1/2022 | | | |
| 1/1/2023 | 1/15/23 - District CAP | 1/30/23 - Filed | |
| 2/1/2023 | | | 2/2/23 - Filed |
| 3/1/2023 | | 3/31/23 - Decision | 3/30/23 - Decision |
| 4/1/2023 | | | |
| 5/1/2023 | | 5/15/23 - SLCAP Due | 5/25/23 - SLCAP Due |
| 6/1/2023 | 6/17/23 - One Year | | |
| 7/1/2023 | | | |
| 8/1/2023 | | | |
| 9/1/2023 | | | |
| 10/1/2023 | | 10/15/23 - District CAP | 10/15/23 - District CAP |
| 11/1/2023 | | | |
| 12/1/2023 | | | |
| 1/1/2024 | | | |
| 2/1/2024 | | | |
| 3/1/2024 | | 3/31/2024 - One Year | 3/30/23 - Decision |
| 4/1/2024 | | 23-0043 Violaions - Eval Timeline | CAP - Revise or Develop procedures re violations. - Eval Timeline |
| 5/1/2024 | | | |
| 6/1/2024 | | | |
| 7/1/2024 | | | |