# EXHIBIT 20

# B-Complaint CAP Menu

B Complaint Oct2017 Menu > Status History

## Kalamazoo Public Schools (39010) October 2017



Write and Submit CAP — Due: 12/01/2017
MDE Review
Complete and Submit Progress Report — Due: 04/15/2018
Implement CAP
District Request Closeout — Due: 07/01/2018
ISD Complete and Submit Verification — Due: 08/01/2018
MDE Verify and Close

### Document Status History

| Status | Date/Time | By | Notes |
|---|---|---|---|
| CAP Created | 10/11/2017 1:43:50 PM | System, Catamaran | |
| Needs to be Completed | 10/12/2017 10:43:16 AM | Wurm, Mr. Chris | |
| Submitted to MDE for Review | 11/30/2017 1:55:19 PM | Saunders, Rikki | |
| Approved - PR Required | 12/8/2017 3:23:43 PM | Jeanne AT | |
| PR Submitted to MDE for Review | 4/17/2018 6:56:12 PM | Saunders, Rikki | |
| PR Accepted by MDE | 4/26/2018 3:40:55 PM | Dortch, Shawan | |
| Implement CAP | 4/26/2018 3:40:55 PM | Dortch, Shawan | |
| Verification & Closeout Request Submitted | 7/1/2018 12:20:15 PM | Saunders, Rikki | |
| Needs to be Completed | 7/31/2018 2:17:22 PM | Sellers, Melissa | 7.30.18 ms per Tori Wentela |
| Submitted to MDE for Review | 8/1/2018 10:33:15 AM | Saunders, Rikki | |
| Approved - PR Required | 8/6/2018 11:57:28 AM | Dortch, Shawan | |
| PR Submitted to MDE for Review | 9/17/2018 4:20:59 PM | Saunders, Rikki | |
| PR Accepted by MDE | 9/18/2018 10:58:03 AM | Jeanne AT | |
| Implement CAP | 9/18/2018 10:58:03 AM | Jeanne AT | |
| Verification & Closeout Request Submitted | 10/11/2018 3:30:40 PM | Saunders, Rikki | |
| UNC Required | 10/15/2018 3:13:51 PM | Clark, Lynne | 10/15/18: Per MDE, district not at 100% compliance; UNC required. |
| UNC In Progress | 10/15/2018 3:13:51 PM | Clark, Lynne | 10/15/18: Per MDE, district not at 100% compliance; UNC required. |
| Verification & Closeout Request Submitted | 10/15/2018 3:31:37 PM | Saunders, Rikki | |
| Closeout Request Submitted to MDE | 10/15/2018 4:16:49 PM | Wentela, Mrs. Victoria | |
| Verified and Closed by MDE | 10/18/2018 2:59:55 PM | Jeanne AT | |