# EXHIBIT 30

# B-Complaint CAP Technical Assistance (TA) Notes

Kalamazoo Public Schools (39010) - December 2019

## TA Team

Instructions: Record the name and contact information of everyone on the TA Team. To create additional rows, press the **SAVE** button.

| | | | |
|---|---|---|---|
| **Name:** | Lynn Delpy | **Name:** | |
| **Title:** | MDE Statewide Monitor | **Title:** | |
| **Email:** | delpyl@michigan.gov | **Email:** | |
| **Phone:** | 8103382483 | **Phone:** | |

## TA Notes - Interaction Highlights

Instructions: Record your TA notes for this district within the following log. If you need additional rows, please press the **SAVE** button.

To upload document(s) to support your notes, please click the Browse button below.

| Date | Initials | Contact Type | Notes | Rate Visit Status |
|---|---|---|---|---|
| 9/16/2020 | LD | | Noted at time of progress report not all training was completed. Verify training was completed at closeout. | |
| 10/6/2020 | LD | Email | Sent Email to ISD and district. It looks like the CAP was submitted to ISD then returned to the district by the ISD. Looking into what is holding up the progress. | |
| 10/5/2020 | TW | Other (indicate type in "Notes" column) | Returned CAP--documents used calendar day rather than school days. | |
| 10/27/2020 | TW | Other (indicate type in "Notes" column) | I don't see in the instructions if we are to summarize the interviews so I did not. If I need to just let me know. I am attaching the questions I used to guide the interviews. | |
| 10/27/2020 | LD | Other (indicate type in "Notes" column) | On the CAP Verification Appendix you will list any student files reviewed and summarize the interviews in the boxes. On the CAP Verification Worksheet you need to give specific detail on what the district has to show compliance. CAP is returned for your updated information. | 2 – As Expected |
| 10/30/2020 | TW | Other (indicate type in "Notes" column) | Training for this CAP was to occur in June 2020. The district was and is virtual so materials were shared. A review of MSDS data did not indicate any initial evaluations in the EOY collection. A peek at the fall staging area showed one initial that was a transfer in from out of state; therefore, interviews were used. | |
| 11/4/2020 | TW | Other (indicate type in "Notes" column) | Added several documents below. Covid did impact training. Made some recommendation changes or additions to Child Find PPT, Child Find Document, and Child Study Process. Language is not reflected in these documents; however, I do want the correct child find document uploaded. I am currently waiting on that | |

## B-Complaint CAP Technical Assistance (TA) Notes

Kalamazoo Public Schools (39010) - December 2019

| Date | Initials | Type | Notes |
|---|---|---|---|
| 11/9/2020 | LD | Other (indicate type in "Notes" column) | update. Hoping this update will come through today. District working remotely, looking at materials uploaded by Tori. Materials show training in Dec., Jan. and Feb. Looking into student files that might be available for after training. Sent email to Tori for clarification on the timeframe of training. |
| 11/10/2020 | TW | Other (indicate type in "Notes" column) | Cases 0188 & 0189 are connected. I this interview note I did not include but did in the other a note about training that did occur after Covid. Here is the comment added in the other case: Please note in the Director interview the notation of Discipline PD not being completed as planned due to Covid. I thought I found in one of the documents a statement but can't find it again. I did email Rikki 11/10 to verify my thinking. She indicated there was training scheduled in April and May but no other information was provided. |
|  | TW | Other (indicate type in "Notes" column) | Email from Rikki with clarification + one additional training document not in the original batch of documents. I will leap file PPT.<br> Tori,<br>Here is the language from 19-0188 and 19-189<br>In addition, the district drafted Child Find policies and provided training to all administrative leaders, special education ancillary staff and plan to train all building teams by the end 6/15/2020.<br>I covered Child Find in the Spring, the date on this presentation is May 27, 2020. |

**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164-ChildFindInterview.docx
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_2-DisciplineInterviewQuestions.docx
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_3-ChildFind--DistrictSpecialEdHandbookCOPYFOROSE.pdf
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_4-CopyofKPSChildStudyProcess.pdf
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_5-Copyof723689_1135126_4-AgendaandSign-InSheets.pdf
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_6-CopyofofKPSSWDDISCIPLINEMANUAL-UPDATEDDRAFT3-10-20.docx
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_7-Copyof723689_1135126-ChildFind

# B-Complaint CAP Technical Assistance (TA) Notes

Kalamazoo Public Schools (39010) - December 2019

PresentationDecember2019(1).pdf
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_8-KalamazooPublicSchoolsMail-SecondaryPrincipals'February2020Agenda.pdf
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_9-PrincipalsMeetingAgenda1-14-20.docx
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_10-CopyofSecondaryPrincipalsMeeting.docx
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_11-_ChildStudy.docx
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_12-CopyofSPECIALEDUCATIONDISCIPLINEPPT11.15.17.pdf
**Uploaded Document(s)**
https://catamaran.partners//_Upload/992483_1128164_13-_KPSChildFindPolicyUpdated10-21-20.pdf

If compensatory services have been ordered, please upload the requested evidence here:

**The following section should be completed at the end of the SLCAP Process**

## TA Provider Feedback and Reflection

Instructions: In an effort to improve the TA component, please reflect on the process and provide feedback in the space provided below.

**Strengths:** What went well during the provision of technical assistance? What interventions were particularly effective?
If you need additional rows, please press the **SAVE** button.

- 

**Areas of Concern:** What problems did you encounter during the technical assistance process?

**Areas for Improvement:** What would you do differently in the future?