# EXHIBIT 36

## Child Find

- Child Find is a legal requirement that schools find all children who have disabilities and who may be entitled to special education services.
- Any person from a school team can initiate a request to determine if a student is eligible for a special education evaluation, however, every school has special education ancillary staff to work with for any and all students who may be struggling with academic and/or social/emotional issues.
- All requests may not initiate a special education evaluation, however, ***all requests by school teams or a parent request in writing,*** must be addressed and responded to by school staff, i.e. school psychologist.
- Child Find covers every child from birth through age 25.
- The school must evaluate any child that it knows or suspects may have a disability.

### KPS Students Services Handbook Child Find Procedures -

"As part of IDEA and the Michigan Revised School Code, if a staff member receives a written request from a parent or guardian to evaluate their child for special education eligibility, then the school psychologist, speech therapist, or Student Services must be notified within 24 hours. The school psychologist or speech therapist need to meet with the parent/guardian within 10 school days to conduct a REED. The parent/guardian must sign for the evaluation being proposed.  This includes Child Find efforts involving any student suspected of having a disability or having a disability who is in need of special education and related services.  The consent for evaluation must be signed from the parent to proceed with conducting the evaluation.  If staff members determine that an evaluation is not needed, then written support for refusing the evaluation must be made.  Staff members need to notify a Student Services administrator if this occurs to review the written notice before it is sent to the parent/guardian."

### Multi-Tiered System of Support (MTSS)/Response to Intervention (RtI)

School districts use the school improvement process to build an infrastructure of evidence-based, system-wide practices to ensure that every student achieves to high standards. This includes ongoing monitoring of the effectiveness of instruction and intervention with rapid response to academic and behavioral needs. The term MTSS refers to a comprehensive system that includes both RTI and PBIS initiatives. The term MTSS is now used broadly at both federal and state levels.

Multi-Tiered System of Supports (MTSS) is a **framework** to provide **all students** with the best opportunities to succeed **academically and behaviorally** in school. MTSS focuses on:
• providing high quality instruction and interventions matched to student need;
• monitoring progress frequently to make decisions about changes in instruction or goals;
• using data to allocate resources to improve student learning;
• supporting staff implementation of effective practices.

Prior to special education referrals or services, students need to be given the opportunity to succeed in the regular education setting.  A team of educators, parents and support personnel need to plan interventions, data collection and monitoring through regularly scheduled building Child Study Team meetings.  Students making progress in the general education setting should remain in the setting.  Special education services should be a last resort.

### What are the tiers of instruction and intervention in an MTSS system?

| Tiers | |
|---|---|
| Tier 1 | Research-based instruction and classroom interventions that are available to all learners and effectively meet the needs of most |
| Tier 2 | Supplemental, targeted interventions intended for some learners who require support or extension beyond tier 1 |
| Tier 3 | Intense individual interventions for few learners with highly accelerated, or severe and persistently challenged, academic and/or non-academic needs. |

### What is the difference between RtI and MTSS?

| | RtI | MTSS |
|---|---|---|
| Interventions | Academic | Academic, Behavioral, Social, Emotional |
| Target Audience (in practice) | Students in danger of failing or becoming designated as special education students | All students |
| Resources & Support | Students in the target audience | All students, teachers and support staff |

| Collaboration | General educators and special educators work together on Tier 2 & 3 support | Even greater focus on collaboration between general and special education |
|---|---|---|
| Focus | Intervention and remediation | Intervention, remediation and a stronger sense of prevention |
| Problems Addressed | Student level problems addressed | Both student and system level problems addressed |
| Intervention Universe | Interventions centered within the school | Intervention centered in the school, community and in the home |

http://onhandschools.com/blog/2017/06/what-difference-between-rti-and-mtss

**Additional Components:**

| Positive Behavior Supports | |
|---|---|
| | |
| | |

School Community Collaboration
Whole Child
Trauma Informed Practices
Family Engagement
Professional Learning and Collaboration

## <u>Child Study Team Process - Example</u>

**THE CHILD STUDY TEAM (CST) PROCESS**

The primary goal of the CST is to arrive at appropriate solutions to students' problems in the school environment through a cooperative effort. The process is one in which information is shared and creative strategies/interventions are suggested, implemented, and tracked to address an academic, emotional, or medical concern in the regular education setting. Team members should include persons who have relevant information to contribute about the student. Team members could include general education teachers, social workers, academic quality controllers, and special education teachers, among other professionals.

MDE_00005767

CST addresses problems found through concerns brought up by parents, teachers, or staff members. The concerned party may complete an initial CST referral form describing in detail their concerns with a student. Parents may contact a member of the CST with their concerns to be listed on a CST form by that member.

The CST chair will then schedule a time slot for the student to be discussed at a subsequent CST meeting, and will distribute the data gathering forms to appropriate staff members (including teachers, counselors, social workers, parents, etc.)
Prior to the child study team meeting, the classroom teacher will be responsible for completing a Child Study Team Request Form, which documents their concerns about the student, what methods and materials have already been tried (including the duration and results of the intervention/trial), and a summary of the present level of academic functioning.

Prior to the meeting, the parent or primary caregiver may be requested to complete a Child Study Parent Input Form documenting developmental history, medical status, and interventions used within the home setting, and the school social worker will complete a Counselor Form including a record search and possibly a Classroom Observation Form.

During the initial child study team meeting, a review of the area of concern should be conducted and recorded in the child study team log/Google document. Data to discuss may include: educational history (record of progress, test scores, attendance, and classroom behavior), vision and hearing status, speech and language skills, medical history and physical status. The classroom teacher, other professionals and/or paraprofessionals should also provide work samples or additional achievement information. Once all of the information is gathered, suggestions/interventions should be generated for the student based on the student's age and ability level in the regular education setting. When recommendations are made, each assigned member will be expected to follow up and keep documentation on the student's response to the intervention. It is important to note that the CST's role is to be a support and resource to the teacher-not to replace or relieve the teacher of his/her responsibility for educating the child. It is expected that for the process to work everyone involved must do their part.

A follow up Child Study Team meeting will be scheduled at the initial or other meetings that may follow. At the follow up meeting(s), the results of the attempted suggestions/interventions will be evaluated, and the team members will decide if further adaptations or modifications are necessary.

Confidentiality is a very important aspect of the Child Find / Study process. As part of the Child Study process you may have access to information pertaining to individual students, including medical documents, intervention plans, cumulative school records. All information is confidential.