# EXHIBIT 40

# Implementing Effective Child Find and Initial Evaluation Processes in KPS

December 2019

MDE_00005802

## Purpose: Why Are We Here?

- Review of procedural requirements related to the initial evaluation process under federal and local law necessary based State Complaints filed this school year with Michigan Department of Education
- Review on implementation of child find systems and develop strategies to strengthen them
- Review key training supports for staff and administrators

MDE_00005803

# Child Find Overview

MDE_00005804

## What is Child Find?

Child Find is a requirement to locate, identify and evaluation children who may require early intervention or special education services.

Districts must engage in continuous public awareness and screening activities that help ensure this requirement is met.

MDE_00005805

## Child Find - IDEA and MARSE

The IDEA's child find "mandate" is an affirmative, ongoing obligation of states and local district to seek out students who are potentially eligible for and refer those students for an evaluation.

Other children in child find. Child find must include -

- Children who are suspected of being a child with a disability under IDEA and MARSE and in need of special education services, even though they are advancing from grade to grade;
- Highly mobile children, wards of the State, children in private schools and migrant children.

MDE_00005806

## Keys to an Effective Child Find System

- Provide written policies and procedures
- Provide professional development to staff annually
- Engage in public/parent awareness activities with partners(as appropriate)
- Conduct MTSS Tiered interventions with fidelity
- Ensure appropriate and timely referrals for evaluation
- Maintain and report accurate date, and use it to inform professional development needs
- Coordinate with other agencies (as appropriate)

MDE_00005807

## Procedural Review

MDE_00005808

## Child Find and Initial Evaluation Process

A child suspected of having a disability.

- Referral is made by parent/guardian or school staff/team.
- School determines that an evaluation is *not* required at this time and notice is provided(PWN).
- School team continues to maintain tiered support and monitor process.

- School team generates acknowledgement letter to parent within 10 school days, reviews existing data and makes determination.
- School team determines that an evaluation is required. Notice is issued.
- Child has a qualifying disability and needs specialized instruction. An IEP is created within 30 school days and FAPE is offered.

- School team requests parental consent to evaluate and conducts evaluation.
- Child does *not* qualify for services. School team maintains support and monitors progress.

MDE_00005809

## Referral Types

A written request for an evaluation due to suspicion of disability

- Triggers the 30 day timeline for an evaluation
- Can be initiated by the legal parent/guardian or school team

**NOTE: All written requests must be date stamped and submitted to the school psychologist and Student Services within 24 hours.**

MDE_00005810

## Exceptions to the Evaluation Timeline

- The parent of child repeatedly fails or refuses to produce the child for the evaluation i.e. missed days of attendance
- The parent fails or refuses to respond to a request for consent for the evaluation
- The child enrolls in a school of another district after the evaluation timeline has begun and prior to the determination by the team

MDE_00005811

## Reasonable Efforts To Obtain Parent Consent

Districts must make reasonable efforts to engage the family to obtain parent consent

Reasonable efforts include at least three attempts to contact the parent using at least two modalities on three different dates - Documentation logs should be kept-

Phone call          Written Correspondances (FedEx)

Text messages     Home visits

MDE_00005812

## Initial Evaluation: Data We Analyze

- Classroom assessments
- Schoolwide and state assessments
- Observations
- Student records
- Grades
- Parent reports
- Data of tiered interventions
- Health records
- Teacher records
- Any relevant data available

MDE_00005813

# Child Find and MTSS- Multi-tiered System of Supports

MDE_00005814

# What is MTSS?



The Michigan Department of Education defines a Multi-Tiered System of Supports (MTSS) as a multi-level framework of instruction, assessment, and intervention designed to meet the academic and behavioral health needs of all learners. This continuous improvement framework uses data informed problem solving and decision making across all levels (PK-12). The MTSS framework is a guide for organizing resources to provide timely instruction/intervention based on what is best for each student. It establishes that schools have structures and teams in place to ensure a systematized response for addressing identified student needs.

MDE_00005815

# Child Find and MTSS: Connecting the Dots

Child Find Referrals

- Concerns from parents and staff
- MTSS Strategies and Research-based Interventions
- Other assessments and observations



MDE_00005816

# Child Find and MTSS: Reminders

- The MTSS process that provides universal support and strong tiered interventions, is best practice. However, if cannot supplant evaluation requirements and timelines in IDEA.
- MTSS and other supports should continue for the students throughout the child find process and until the evaluation is complete.
- If the student eligible an IEP will be implemented.
- If the student is not eligible, intervention efforts should continue for the student.

MDE_00005817



# MTSS is not . . .

- An instructional program or isolated intervention
- A checklist of items for accountability
- Isolated building teams that operative independently
- A job for ancillary staff and other support staff.
- A wait and see who fails system.
- Just for students with disabilities.
- Just for general education students.
- A way to label students.

MDE_00005818