# EXHIBIT 44

Kalamazoo Public Schools
1220 Howard Street
Kalamazoo, Michigan 49008-1871
Phone: 269-337-0161

## INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT

**Date of IEP Team Meeting:** 10/23/2019
**Date of IEP Offer of FAPE:** 10/23/2019
**Date of Most Recent Evaluation IEP:** 01/18/2018

**Student Name:** Kayla Bush
**Home Phone:** 2693483148

**Student's Address:** 709 Garland Cir APT Apt. B, Kalamazoo
**State:** Michigan
**Zip Code:** 49008

**County:**
**Resident District for Purpose of FAPE:** Kalamazoo

**Student Primary Language:**
**Language in the Home:** English

**Birthdate:** 05/22/2006
**Age:** 13-5
**Grade:** Eighth grade

### PURPOSE

**Purpose of IEP Team Meeting:** Initial

### PARTICIPANTS

☐ **Student:**
☑ **Parent/Guardian:** Heather Bush
☑ **General Ed Teacher:** Mr. Perry
☐ **Parent/Guardian:**
☐ **Special Ed Provider:**
☑ **School District Rep:** Mark Tobolski
☑ **Eval Team Rep:** Erik Eldred (the individual who can interpret the instructional implications of evaluation results)
☐ **Other/Title:**
☑ **Other/Title:** Ms. Doorlag - Teacher
☑ **Other/Title:** Kirsten Jennings - SW
☑ **Other/Title:** Ms. Northam - Teacher
☑ **Other/Title:** Ms. Minelli -

### STUDENT PROFILE AND ELIGIBILITY

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**
Has peer group
Good leadership skills
Initially showed an interest in grades

**Parent/Guardian Concerns**
Feels daughters are taking advantage of mom's visual impairment
wants daughter to be successful in school
Wants help @ school
Feels behavior became worse after ALP
Does not see same behaviors as at school

**Current Evaluations**
Previous NWEA scores at 1st percentile
Kayla refused to participate in additional assessment
.
.
.
.
.
.
.

Based on **1)** Kayla's current functioning, **2)** the most recent evaluation findings and **3)** any additional assessment information, does the IEP Team determine that this student has a disability that requires special education programs/services?

MDE_00005673

☑ No, Kayla is **not eligible** for special education
    no data to suggest pattern of strengths/weaknesses

MDE_00005674

## Kalamazoo Public Schools

### NOTICE REGARDING PROVISION OF SPECIAL EDUCATION

### STUDENT INFORMATION

**Student:** Kayla Bush

**Birthdate:** 05/22/2006

**Age:** 13-5

**Grade:** Eighth grade

**Date of IEP Team Meeting:** 10/23/2019

**Resident District for Purpose of FAPE:** Kalamazoo

**Student Primary Language:**

**Language in the Home:** English

### PURPOSE

This notice is a result of the Individualized Education Program (IEP) Team meeting that was held on the date listed above for the following purpose(s):

**Primary Purpose:** Initial          **Additional Purpose:**

**NOTICE OF INELIGIBILITY FOR SPECIAL EDUCATION PROGRAMS AND SERVICES**
You are receiving this notice because, based upon the **initial** IEP Team meeting, Kayla was found **ineligible for special education programs/services.** If age-appropriate, the district will support Kayla using resources in general education.

### OPTIONS CONSIDERED

The IEP Team Report describes the assessment/evaluation procedures and data used during the IEP Team meeting. The following options were considered but not selected for the reason(s) indicated below:

| Considered Options | Reasons Not Selected |
|---|---|
| provide special education services | not eligible |

Other relevant factors to the district's proposal or refusal:
none

### RESOURCES FOR PARENTS

The *Resources for Parents Include:*
ARC (Resources and Advocacy for Parents):
Allegan: (269) 673-8841
Kalamazoo/Van Buren: (269) 342-9801

Mediation:
Allegan: (616) 399-1600
Kalamazoo: (269) 552-3434
Van Buren: (269) 982-7898

Additional Resources:
Ask Family Services: (269) 343-5896

For additional assistance please contact:
Allegan Area Educational Service Agency (AAESA): (269) 512-7700
Kalamazoo Regional Educational Service Agency (KRESA): (269) 250-9323
Van Buren Intermediate School District (VBISD): (269) 674-8091

*The Procedural Safeguards* that you received describes protections under the Individuals with Disabilities Education Act (IDEA). Information is also available from:

- MICHIGAN ALLIANCE FOR FAMILIES, 1819 South Wagner Road, PO Box 1406, Ann Arbor, MI 49106; 1-800-552-4821; www.michiganallianceforfamilies.org

- MICHIGAN DEPARTMENT OF EDUCATION, OFFICE OF SPECIAL EDUCATION AND EARLY INTERVENTION SERVICES, PO Box 30008, Lansing, MI 48909; 1-517-373-0923; www.michigan.gov/mde

- MICHIGAN PROTECTION AND ADVOCACY, 4095 Legacy Parkway, Suite 500, Lansing, MI 48911-4263; 1-800-288-5923; www.mpas.org

### SIGNATURES

**DISTRICT COMMITMENT**
The school district superintendent/designee agrees with the recommendation of the IEP Team.

**Resident District Superintendent/Designee:** _____   **Date:** 10/23/2019

MDE_00005676