# EXHIBIT 50

## DECLARATION OF KE'AUJANAA SHEPHERD-FRIDAY

I, Ke'Aujanaa Shepherd-Friday, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information and belief. I am aware that this Declaration will be filed in the United States District Court for the Western District of Michigan and that it is the legal equivalent of a statement under oath.

1. I am over the age of 18 and competent in all respects to make this Declaration. The facts contained herein are based upon my personal knowledge.

2. I am a plaintiff in this matter.

3. This Declaration is offered in support of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment and Brief in Opposition to Defendant's Motion to Exclude Expert Testimony.

4. I live at 1716 Woodward Avenue, Kalamazoo, MI 49007.

5. My home is within the boundaries of Kalamazoo Public Schools (KPS) and the Kalamazoo Regional Educational Service Area.

6. I am 22 years old.

7. I always strive to succeed.

8. I did not complete my merit diploma while I attended KPS or Comstock Public Schools (CPS).

9. My understanding at the time was that I had completed my assignments at KPS and CPS and earned the credit necessary to graduate.

10. CPS informed me that I had missed too many days of instruction due to my excused absences owing to chronic health issues related to my sickle cell anemia.

11. I left CPS because I was not being provided the supports I needed to make progress. (Dep. Transcript p41 L18-21).

1

12. I want to receive a merit diploma.

13. I understand that, according to my official transcript, that I am short of the credits needed to receive that diploma.

14. I have already done some searching to find a school district that can provide the help and understanding I need to make progress toward the credits I am missing.

15. I haven't yet tried to enroll at any school to complete the credits I am missing.

16. I would welcome any compensatory education issued as a part of this case to help me in earning the last credits I need for my diploma.

17. In the meantime, I have enrolled in a certification program at Kalamazoo Valley Community College to be able to work as a pharmacy technician.

18. To support myself, I also am employed as a caretaker, typically working [number] of hours a week.

19. If called as a witness to testify, I would competently testify to each fact contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that I have read the foregoing declaration and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 04/07/2025

Ke'Aujanaa Shepherd-Friday (Apr 7, 2025 12:33 EDT)
Ke'Aujanaa Shepherd-Friday

2

# KSF Declaration

Final Audit Report  2025-04-07

| | |
|---|---|
| Created: | 2025-04-07 |
| By: | Mark Weiker (laura@education-rights.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAvsxqEgdqk_lmNmf5uns1rMYc5lhh2Do7 |

## "KSF Declaration" History

- **Document created by Mark Weiker (laura@education-rights.com)**
  2025-04-07 - 4:30:02 PM GMT

- **Document emailed to keaujanaasf@gmail.com for signature**
  2025-04-07 - 4:30:06 PM GMT

- **Email viewed by keaujanaasf@gmail.com**
  2025-04-07 - 4:31:56 PM GMT

- **Signer keaujanaasf@gmail.com entered name at signing as Ke'Aujanaa Shepherd-Friday**
  2025-04-07 - 4:33:11 PM GMT

- **Document e-signed by Ke'Aujanaa Shepherd-Friday (keaujanaasf@gmail.com)**
  Signature Date: 2025-04-07 - 4:33:13 PM GMT - Time Source: server

- **Agreement completed.**
  2025-04-07 - 4:33:13 PM GMT

Adobe Acrobat Sign