# EXHIBIT 55



# MDE/OSE State Complaint Requested Documentation

## George White – Advocate

## Complaint 19-O213 – Keaujanaa Shepard-Friday

## INACTIVE IN KALAMAZOO PUBLIC SCHOOLS – 9-3-2019

MDE_00006007

# Attendance Records

Ke'aujanaa Janielle Shepherd-Friday > ID 173424

| | | | | |
|---|---|---|---|---|
| Grade | 10 | Building | 504737 - Phoenix High School | Birthdate / Age 7/15/2002 - 17:03 | Homeroom |
| Status | Inactive | Counselor | Freeman, Madison | House/Team | See Homeroom |

## Entry/Withdrawal

### Regular School Year

| School Year | Building | Calendar | Grade | Program Tracked Fields Residency | Entry Code | Date | Withdrawal Code | Date |
|---|---|---|---|---|---|---|---|---|
| 2020 | 504737 - Phoenix High School | H | 10 | P - Special permission | 001 - KPS school | 09/03/2019 | 002 - Michigan public school - not KPS | 09/03/2019 |
| 2019 | 504737 - Phoenix High School | H | 09 | P - Special permission | 001 - KPS school | 09/05/2018 | EOY - End of Year | 06/30/2019 |
| | Comments | KC Comstock Compass | | | | | | |
| 2019 | 406117 - Kalamazoo Central High School | H | 09 | R - Resident | 001 - KPS school | 09/04/2018 | 001 - KPS school | 09/04/2018 |
| | Comments | | | | | | | |
| 2018 | 406117 - Kalamazoo Central High School | H | 09 | R - Resident | 006 - Grade change | 09/06/2017 | RET - Retained in grade at end of school year | 06/14/2018 |
| 2018 | 406117 - Kalamazoo Central High School | H | 10 | R - Resident | 001 - KPS school | 09/05/2017 | 006 - Grade change | 09/05/2017 |
| | Comments | Grade change 1.5 credits | | | | | | |
| 2017 | 406117 - Kalamazoo Central High School | H | 09 | R - Resident | 001 - KPS school | 09/12/2016 | EOY - End of Year | 06/16/2017 |
| 2016 | 309942 - Linden Grove Middle School | M | 08 | P - Special permission | 011 - Homebound | 01/19/2016 | 000 - Unknown | 04/11/2016 |
| | Comments | Homebound 1/19/16-2/19/16. Return to LG 2/22/16. anc 'Student hasn't shown up for weeks, no updated doctor's note. No answer or response to homebound teacher. Drop 4/11/16 per Nkenge Bergan. | | | | | | |
| 2016 | 309942 - Linden Grove Middle School | M | 08 | P - Special permission | 001 - KPS school | 09/08/2015 | 011 - Homebound | 01/18/2016 |
| | Comments | Homebound 1/19/16-2/19/16. Return to LG 2/22/16. anc | | | | | | |
| 2015 | 309942 - Linden Grove Middle School | M | 07 | P - Special permission | 001 - KPS school | 09/02/2014 | EOY - End of Year | 06/10/2015 |
| 2014 | 309942 - Linden Grove Middle School | M | 06 | P - Special permission | 001 - KPS school | 09/03/2013 | EOY - End of Year | 06/11/2014 |
| 2013 | 100113 - Arcadia Elementary | E | 05 | P - Special permission | 001 - KPS school | 09/04/2012 | EOY - End of Year | 06/13/2013 |
| 2012 | 100113 - Arcadia Elementary | E | 04 | P - Special permission | 002 - Michigan public school - not KPS | 12/05/2011 | EOY - End of Year | 06/14/2012 |
| 2010 | 102753 - Northeastern Elementary | E | 02 | R - Resident | 001 - KPS school | 09/08/2009 | 002 - Michigan public school - not KPS | 02/02/2010 |
| 2009 | 100113 - Arcadia Elementary | E | 01 | P - Special permission | 001 - KPS school | 09/02/2008 | EOY - End of Year | 06/11/2009 |
| 2008 | 100113 - Arcadia Elementary | E | KP | R - Resident | 001 - KPS school | 09/05/2007 | EOY - End of Year | 06/12/2008 |

### Summer School Year

| School Year | Building | Calendar | Grade | Program Tracked Fields Residency | Entry Code | Date | Withdrawal Code | Date |
|---|---|---|---|---|---|---|---|---|
| 2017 | 409990 - Summer School - High School | S | 09 | R - Resident | SRC - Summer School Recommended | 06/26/2017 | EOY - End of Year | 08/03/2017 |
| 2016 | 309990 - Summer School - Middle School | S | 08 | P - Special permission | SRC - Summer School Recommended | 06/27/2016 | EOY - End of Year | 08/04/2016 |
| 2013 | 102753 - Northeastern Elementary | E | 05 | P - Special permission | SRC - Summer School Recommended | 06/24/2013 | EOY - End of Year | 08/01/2013 |

MDE_00006009

# Student Attendance Report

**Student ID:** 173424
**Name:** Ke'aujanaa Janielle Shepherd-Friday
**Building:** 504737 - Phoenix High School
**Grade:** 10

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
| 9/6/2018 | 3 | U - Unexcused (U) | | | |
| 9/14/2018 | 3 | T - Tardy (T) | | | |
| | 4 | U - Unexcused (U) | | | |
| 9/17/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 9/24/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| 9/25/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | T - Tardy (T) | | | |
| 9/28/2018 | 1 | T - Tardy (T) | 07:40 AM | | |
| 10/1/2018 | 1 | T - Tardy (T) | 07:33 AM | | |
| 10/3/2018 | 1 | U - Unexcused (U) | | | |
| 10/4/2018 | 1 | S - Suspension (S) | | | |
| | 2 | S - Suspension (S) | | | |
| | 3 | S - Suspension (S) | | | |
| | 4 | S - Suspension (S) | | | |
| 10/8/2018 | 1 | T - Tardy (T) | 07:35 AM | | |
| | 4 | U - Unexcused (U) | | | |
| 10/11/2018 | 1 | U - Unexcused (U) | | | |
| 10/17/2018 | 1 | T - Tardy (T) | | | |
| | 3 | U - Unexcused (U) | | | |
| 10/23/2018 | 1 | U - Unexcused (U) | | | |
| 10/25/2018 | 1 | T - Tardy (T) | 07:55 AM | | |
| 11/1/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/5/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/6/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/7/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/8/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |

**Student ID:** 173424
**Name:** Ke'aujanaa Janielle Shepherd-Friday
**Building:** 504737 - Phoenix High School
**Grade:** 10

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
| | 4 | U - Unexcused (U) | | | |
| 11/9/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/12/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/13/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | T - Tardy (T) | | | |
| 11/14/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/15/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | T - Tardy (T) | | | |
| 11/16/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | T - Tardy (T) | | | |
| 11/19/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/20/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/27/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/28/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 11/29/2018 | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 12/4/2018 | 1 | S - Suspension (S) | | | |
| | 2 | S - Suspension (S) | | | |
| | 3 | S - Suspension (S) | | | |
| | 4 | S - Suspension (S) | | | |
| 12/5/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |

# Student Attendance Report

**Student ID:** 173424
**Name:** Ke'aujanaa Janielle Shepherd-Friday
**Building:** 504737 - Phoenix High School
**Grade:** 10

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
| 12/11/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | T - Tardy (T) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 12/12/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 12/17/2018 | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 12/19/2018 | 1 | U - Unexcused (U) | | | |
| 12/20/2018 | 3 | U - Unexcused (U) | | | |
| 12/21/2018 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 1/7/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 1/11/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | T - Tardy (T) | | | |
| 1/17/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 1/18/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 1/22/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 1/24/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 2/6/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 2/7/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |

**Student ID:** 173424
**Name:** Ke'aujanaa Janielle Shepherd-Friday
**Building:** 504737 - Phoenix High School
**Grade:** 10

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
| | 4 | U - Unexcused (U) | | | |
| 2/8/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 2/15/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 2/19/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 2/20/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 2/28/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/1/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/4/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/5/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/6/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/7/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/8/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |

**Student ID:** 173424
**Name:** Ke'aujanaa Janielle Shepherd-Friday
**Building:** 504737 - Phoenix High School
**Grade:** 10

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
| 3/11/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/12/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/13/2019 | 1 | U - Unexcused (U) | | | |
| 3/14/2019 | 1 | U - Unexcused (U) | | | |
| 3/15/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| 3/18/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/19/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/20/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/21/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/25/2019 | 1 | T - Tardy (T) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/26/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/27/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/28/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 3/29/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |

**Student ID:** 173424
**Name:** Ke'aujanaa Janielle Shepherd-Friday
**Building:** 504737 - Phoenix High School
**Grade:** 10

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
|  | 4 | U - Unexcused (U) |  |  |  |
| 4/8/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 4/10/2019 | 1 | T - Tardy (T) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
| 4/11/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
| 4/12/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 4/15/2019 | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 4/16/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 4/17/2019 | 1 | S - Suspension (S) |  |  |  |
|  | 2 | S - Suspension (S) |  |  |  |
|  | 3 | S - Suspension (S) |  |  |  |
|  | 4 | S - Suspension (S) |  |  |  |
| 4/18/2019 | 1 | S - Suspension (S) |  |  |  |
|  | 2 | S - Suspension (S) |  |  |  |
|  | 3 | S - Suspension (S) |  |  |  |
|  | 4 | S - Suspension (S) |  |  |  |
| 4/19/2019 | 1 | S - Suspension (S) |  |  |  |
|  | 2 | S - Suspension (S) |  |  |  |
|  | 3 | S - Suspension (S) |  |  |  |
|  | 4 | S - Suspension (S) |  |  |  |
| 4/22/2019 | 1 | S - Suspension (S) |  |  |  |
|  | 2 | S - Suspension (S) |  |  |  |
|  | 3 | S - Suspension (S) |  |  |  |
|  | 4 | S - Suspension (S) |  |  |  |
| 4/23/2019 | 1 | S - Suspension (S) |  |  |  |
|  | 2 | S - Suspension (S) |  |  |  |
|  | 3 | S - Suspension (S) |  |  |  |
|  | 4 | S - Suspension (S) |  |  |  |
| 4/24/2019 | 1 | S - Suspension (S) |  |  |  |
|  | 2 | S - Suspension (S) |  |  |  |
|  | 3 | S - Suspension (S) |  |  |  |
|  | 4 | S - Suspension (S) |  |  |  |
| 4/25/2019 | 1 | S - Suspension (S) |  |  |  |
|  | 2 | S - Suspension (S) |  |  |  |

# Student Attendance Report

**Student ID:** 173424
**Name:** Ke'aujanaa Janielle Shepherd-Friday
**Building:** 504737 - Phoenix High School
**Grade:** 10

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
| | 3 | S - Suspension (S) | | | |
| | 4 | S - Suspension (S) | | | |
| 4/26/2019 | 1 | S - Suspension (S) | | | |
| | 2 | S - Suspension (S) | | | |
| | 3 | S - Suspension (S) | | | |
| | 4 | S - Suspension (S) | | | |
| 4/29/2019 | 1 | S - Suspension (S) | | | |
| | 2 | S - Suspension (S) | | | |
| | 3 | S - Suspension (S) | | | |
| | 4 | S - Suspension (S) | | | |
| 4/30/2019 | 1 | S - Suspension (S) | | | |
| | 2 | S - Suspension (S) | | | |
| | 3 | S - Suspension (S) | | | |
| | 4 | S - Suspension (S) | | | |
| 5/1/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 5/2/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 5/3/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| 5/6/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 5/7/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 5/8/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 5/9/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 5/10/2019 | 1 | U - Unexcused (U) | | | |
| | 2 | U - Unexcused (U) | | | |
| | 3 | U - Unexcused (U) | | | |
| | 4 | U - Unexcused (U) | | | |
| 5/13/2019 | 1 | U - Unexcused (U) | | | |

# Student Attendance Report

**Student ID:** 173424
**Name:** Ke'aujanaa Janielle Shepherd-Friday
**Building:** 504737 - Phoenix High School
**Grade:** 10

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 5/14/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 5/15/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 5/16/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | T - Tardy (T) | 10:25 AM |  |  |
| 5/17/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 5/20/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | T - Tardy (T) | 10:36 AM |  |  |
| 5/21/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 5/22/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 5/23/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | T - Tardy (T) | 10:27 AM |  |  |
| 5/24/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 5/28/2019 | 1 | E - Excused (E) |  |  |  |
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 5/29/2019 | 1 | E - Excused (E) |  |  |  |
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 5/30/2019 | 1 | E - Excused (E) |  |  |  |

**Student ID:** 173424
**Name:** Ke'aujanaa Janielle Shepherd-Friday
**Building:** 504737 - Phoenix High School
**Grade:** 10

| Date | Period | Code | Arrive Time | Dismiss Time | Comment |
|---|---|---|---|---|---|
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 5/31/2019 | 1 | E - Excused (E) |  |  |  |
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 6/3/2019 | 1 | E - Excused (E) |  |  |  |
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 6/4/2019 | 1 | E - Excused (E) |  |  |  |
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 6/5/2019 | 1 | E - Excused (E) |  |  |  |
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 6/6/2019 | 1 | E - Excused (E) |  |  |  |
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 6/10/2019 | 1 | E - Excused (E) |  |  |  |
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 6/11/2019 | 1 | E - Excused (E) |  |  |  |
|  | 2 | E - Excused (E) |  |  |  |
|  | 3 | E - Excused (E) |  |  |  |
|  | 4 | E - Excused (E) |  |  |  |
| 6/12/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |
|  | 3 | U - Unexcused (U) |  |  |  |
|  | 4 | U - Unexcused (U) |  |  |  |
| 6/13/2019 | 1 | U - Unexcused (U) |  |  |  |
|  | 2 | U - Unexcused (U) |  |  |  |

**Total Days with Attendance:** 117      **Total Attendance Records:** 396

# Discipline Records

MDE_00006019

| 10/29/2019 | Student Detail | Page 1 of 1 |

**504737 - Phoenix High School**

**9/5/2018 to 6/14/2019**

| Student ID | Name | Grade | Gender | Race | Birth Date |
|---|---|---|---|---|---|
| 173424 | Shepherd-Friday, Ke'aujanaa Janielle | 10 | F | American Indian | 7/15/2002 |

**OFFENSE TOTALS**

| OFFENSE | | Total |
|---|---|---|
| 115 | Electronic Usage | 1 |
| 212 | Fighting | 1 |
| 224 | Usage of electronic devices | 1 |
| 228 | Intimidation | 1 |
| | TOTAL: | 4 |

**DISCIPLINARY ACTION TOTALS**

| ACTION | | Total Duration | Total Actions |
|---|---|---|---|
| REF | Referral | 0 | 1 |
| SUS | Suspension | 12 | 3 |
| TOTALS: | DURATION | 12 | ACTIONS 4 |

# Grade Report/Transcript

**Kalamazoo Public Schools**

## Student Transcript

Page 1 of 2

**To:** Shepherd-Friday, Ke'aujanaa Janielle
1716 Woodward Ave
Kalamazoo, MI 49007

**From:** Phoenix High School
1411 Oakland Dr
Kalamazoo, MI 49008

**Principal:** Mark Hill
(269) 337-0760

**Student:** Shepherd-Friday, Ke'aujanaa Janielle
**Birth Date:** 7/15/2002

**Phone:** (269) 532-9011
**Grade:** 10

**StudentID:** 173424
**UIC:** 7298581448
**Graduation Date:**

**Year:** 2016-17  **Grade:** 09
**Building:** Kalamazoo Central High School

| Course | Grade | Credit |
|---|---|---|
| Ceramics as Sculpture | F | 0 |
| Future Young Entrepreneurs | F | 0 |
| Dance I: Beg. Technique & Chor | D | 0.5 |
| English 9 A | F | 0 |
| English 9 B | F | 0 |
| Creative Writing | F | 0 |
| Essential Living Skills A | F | 0 |
| Health: A Wellness Approach | F | 0 |
| Biology A | F | 0 |
| Biology B | F | 0 |
| World History & Geography A | B+ | 0.5 |
| World History & Geography B | F | 0 |
| Spanish I A | B- | 0.5 |
| Spanish I B | F | 0 |
| Algebra I A | F | 0 |

**GPA:** 0.4667   **Credit:** 1.500

**Year:** 2017-18  **Grade:** 09
**Building:** Kalamazoo Central High School

| Course | Grade | Credit |
|---|---|---|
| Debate | F | 0 |
| Public Speaking | F | 0 |
| Spanish I B | F | 0 |
| English 10 A | C- | 0.5 |
| English I A - GP | NC | 0 |
| Health - GP | NC | 0 |
| Earth Science B | F | 0 |
| English 10 B | F | 0 |
| English 9 B | A- | 0.5 |
| Algebra I A | NC | 0 |
| Algebra I B | C- | 0.5 |
| U.S. History A | F | 0 |
| U.S. History B | F | 0 |
| Photography: Digital Imaging I | C | 0.5 |
| Modern/Jazz Dance Studio | A | 0.5 |

**GPA:** 1.0917   **Credit:** 2.500

**Year:** 2018-19   **Grade:** 09
**Building:** Phoenix High School

| Building | Course | Grade | Credit |
|---|---|---|---|
| | Biology A | C- | 0.5 |
| | English 10 B | D+ | 0.5 |
| | English 11 A | D | 0.5 |
| | Economics | D- | 0.5 |
| | English 11 B | D | 0.5 |
| | Geometry A | F | 0 |
| | Biology B - GP | NC | 0 |
| 888888 | YOU Work Experience MYCITY | CR | 0.5 |
| | U.S. History B | F | 0 |
| | Spanish I A | C+ | 0.5 |
| | Geometry A | NC | 0 |
| | Forensic Science A | NC | 0 |
| | College Readiness | NC | 0 |
| | Chemistry A | NC | 0 |

**GPA:** 1   **Credit:** 3.500

MDE_00006022
Date Printed: 10/29/2019

**Kalamazoo Public Schools**

## Student Transcript

Page 2 of 2

**To:** Shepherd-Friday, Ke'aujanaa Janielle
1716 Woodward Ave
Kalamazoo, MI 49007

**From:** Phoenix High School
1411 Oakland Dr
Kalamazoo, MI 49008

**Principal:** Mark Hill
(269) 337-0760

**Student:** Shepherd-Friday, Ke'aujanaa Janielle
**Birth Date:** 7/15/2002

**Phone:** (269) 532-9011
**Grade:** 10

**StudentI ID:** 173424
**UIC:** 7298581448
**Graduation Date:**

| Type | GPA | Rank |
|---|---|---|
| Cumulative Weighted GPA | 0.8029 | 0 / 18 |

**Attendance Record**

| Building | Year | Grade | Total Days | Absent | Attended |
|---|---|---|---|---|---|
| 504737 | 2018-19 | 09 | 167.00 | 85.00 | 82.00 |

**Total Credit:** 7.500

MDE_00006023
Date Printed: 10/29/2019