# EXHIBIT 56

Ke'aujanaa Janielle Shepherd-Friday  >  ID 173424

| | | | | | |
|---|---|---|---|---|---|
| Grade | 10 | Building | 504737 - Phoenix High School | Birthdate / Age | 7/15/2002 - 17:02 | Homeroom |
| Status | Inactive | Counselor | Freeman, Madison | House/Team | | Sec Homeroom |

## Behavior Incidents

### Incident List

| School Year | Summer School | Incident | Incident Category | Building | Location | Incident Date/Time | Incident Role | Incident Role Category | Action(s) |
|---|---|---|---|---|---|---|---|---|---|
| 2018-19 | N | 212 - Fighting | 3 - Category III - Illegal Conduct | 504737 - Phoenix High School | CAF - Cafeteria | 4/16/2019 7:15 AM | Offender | - | SUS - Suspension |
| 2018-19 | N | 115 - Electronic Usage | 1 - Category I - General Misconduct | 504737 - Phoenix High School | CLS - Classroom | 12/3/2018 11:45 AM | Offender | - | SUS - Suspension |
| 2018-19 | N | 103 - Refusing to Follow school and classroom rules | 2 - Category II - Serious Misconduct | 504737 - Phoenix High School | CAF - Cafeteria | 10/3/2018 10:00 AM | Offender | - | SUS - Suspension |
| 2018-19 | N | 228 - Intimidation | 1 - Category I - General Misconduct | 504737 - Phoenix High School | HAL - Hall | 9/7/2018 10:20 AM | Offender | - | REF - Referral |
| 2017-18 | N | 329 - Assault | 3 - Category III - Illegal Conduct | 406117 - Kalamazoo Central High School | CAF - Cafeteria | 1/18/2018 | Offender | - | SUS - Suspension |
| 2015-16 | N | 212 - Fighting | 2 - Category II - Serious Misconduct | 309942 - Linden Grove Middle School | SCH - School Grounds | 11/4/2015 7:00 PM | Offender | - | SUS - Suspension |
| 2015-16 | N | 212 - Fighting | 2 - Category II - Serious Misconduct | 309942 - Linden Grove Middle School | SCH - School Grounds | 10/27/2015 3:02 PM | Offender | - | SUS - Suspension |
| 2014-15 | N | 212 - Fighting | 2 - Category II - Serious Misconduct | 309942 - Linden Grove Middle School | 3 - Commons/Common Areas | 10/22/2014 10:20 AM | Offender | - | SUS - Suspension |
| 2014-15 | N | 218 - Defiance/Disrespect/Insubordcompliance | 2 - Category II - Serious Misconduct | 309942 - Linden Grove Middle School | CLS - Classroom | 10/14/2014 11:28 AM | Offender | - | LOP - Withdrawal of Privileges |
| 2014-15 | N | 217 - Repeated disruptive behavior | 2 - Category II - Serious Misconduct | 309942 - Linden Grove Middle School | CLS - Classroom | 10/13/2014 9:07 AM | Offender | - | LOP - Withdrawal of Privileges |
| 2013-14 | N | 212 - Fighting | 2 - Category II - Serious Misconduct | 309942 - Linden Grove Middle School | HAL - Hall | 2/4/2014 8:20 AM | Offender | - | SUS - Suspension |

### Offense / Action Totals

☐ Show Only Current Year Totals

| Offense | Total | Action Totals DPP | RPHYS | DET | EXC | SCI | SUS | Action Durations DPP | RPHYS | DET | EXC | SCI | SUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 - Electronic Usage | 1 | | | | | | 1 | | | | | | 1 Days |
| 212 - Fighting | 5 | | | | | | 5 | | | | | | 15 Days |
| 224 - Usage of electronic devices | 1 | | | | | | 1 | | | | | | 1 Days |
| 329 - Assault | 1 | | | | | | 1 | | | | | | 9 Days |

PLAINTIFFS 00009196