# EXHIBIT 70

11/30/2020 — Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis

**IEP Date:** 04/16/2019

## GOALS AND OBJECTIVES

**Area of Need:** Reading

**Subarea:** Reading Fluency and Comprehension

**Annual Goal:**
By April 2020, Donquarion will progress from reading a grade appropriate text and providing a summary that includes 2 details to reading various genres of classic, contemporary narrative, and informational texts at grade level and use comprehension strategies to identify 4-6 important key details, make connections, and inferences with 85% accuracy as measured by grade level assessments and student work samples.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By April 2020, Donquarion will read various genres of classic, contemporary narrative, and informational texts at grade level and identify the main idea and key concepts by using comprehension strategies with 85% accuracy. | 85% | Grade Level Assessments Student Work Samples | Trimester |
| 2 | By April 2020, Donquarion will read various genres of classic, contemporary narrative, and informational texts at grade level and make text to self, text to text, and text to world connections by using various comprehension strategies with 85% accuracy. | 85% | Grade Level Assessments Student Work Samples | Trimester |
| 3 | By April 2020, Donqaurion will read various genres of classic, contemporary narrative, and informational texts at grade level and make inferences using various comprehension strategies with 85% accuracy. | 85% | Grade Level Assessments Student Work Samples | Trimester |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, General Education Teacher

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):
**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

**CONFIDENTIAL**

11/30/2020    Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis    **IEP Date:** 04/16/2019

## Programs and Services

**Related Services with General Education and/or Special Education Programs**
**Direct Service:** the primary mode of service is directly working with the student. There may be occasional consultation with others.
**Consultative Service:** the primary mode of service is working with the teacher(s) and others having daily contact with the student. Direct work with the student is occasional

| Current IEP Year: From Date 04/16/2019 | To Date: 04/14/2020 |
|---|---|
| School Year: 2018-19 | School Year: 2019-20 |
| Grade: Tenth grade | Grade: Eleventh grade |

| Related Services | Start Date | End Date | Service Mode | Minutes | | Sessions | | Frequency | Setting within Location |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Low Min. | High Min. | Low Number | High Number | | |

| Programs | Depart-mentalized | Start Date | End Date | Bldg/Location | SE | | GE | | Total Min | Frequency |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low Min | High Min | Low Min | High Min | | |
| Elementary or Secondary-Level Resource Program | ☑ Y ☐ N | 04/16/2019 | 04/15/2020 | Kalamazoo Central High School | 50 | | | 1835 | 1885 | Week |

Does the student require a reduced day? ☐ Yes ☑ No

266

https://psse.kresa.org/templatedocprint.aspx?template=149&doc=485022&sec=687&child=0&origin=U&cyrs=2017_2016_2015_2014_2013_2012_...    14/17

2/11/2021      Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis      **IEP Date:** 10/16/2019

## GOALS AND OBJECTIVES

**Area of Need:** Reading      **Subarea:** Reading Fluency and Comprehension

**Annual Goal:**
By October 2020, Donquarion will progress from reading a grade appropriate text and providing a summary that includes 2 details to reading various genres of classic, contemporary narrative, and informational texts at grade level and use comprehension strategies to identify 4-6 important key details, make connections, and inferences with 85% accuracy as measured by grade level assessments and student work samples.

Will a graph be used to report progress toward the annual goal and associated objectives/benchmarks? ☐ Yes ☑ No

**Short-Term Instructional Objectives/Benchmarks:**

| # | Objectives/Benchmarks | Criteria | Evaluations | Schedule |
|---|---|---|---|---|
| 1 | By October 2020, Donquarion will read various genres of classic, contemporary narrative, and informational texts at grade level and identify the main idea and key concepts by using comprehension strategies with 85% accuracy. | 85% | Grade Level Assessments Student Work Samples | Trimester |
| 2 | By October 2020, Donquarion will read various genres of classic, contemporary narrative, and informational texts at grade level and make text to self, text to text, and text to world connections by using various comprehension strategies with 85% accuracy. | 85% | Grade Level Assessments Student Work Samples | Trimester |
| 3 | By October 2020, Donqaurion will read various genres of classic, contemporary narrative, and informational texts at grade level and make inferences using various comprehension strategies with 85% accuracy. | 85% | Grade Level Assessments Student Work Samples | Trimester |
| 4 | | | | |

**Staff Responsible for Goal:** SE Teacher, General Education Teacher

**How will progress on goals and objectives be reported**
☑ Progress Reporting-Text Option
☐ Progress Reporting-Other Option (Specify):

**Comments:**

**When will progress on goals and objectives be reported?**
☑ Every Grading Period
☐ Other

2/11/2021    Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis    **IEP Date:** 10/16/2019

## Programs and Services

Related Services with General Education and/or Special Education Programs

**Direct Service:** the primary mode of service is directly working with the student. There may be occasional consultation with others.

**Consultative Service:** the primary mode of service is working with the teacher(s) and others having daily contact with the student. Direct work with the student is occasional

| Current IEP Year: From Date 10/16/2019 | To Date: 10/15/2020 |
| --- | --- |
| School Year: 2019-20 | School Year: 2020-21 |
| Grade: Eleventh grade | Grade: Twelfth grade |

| Related Services | Start Date | End Date | Service Mode | Minutes | | Sessions | | Frequency | Setting within Location |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Low Min. | High Min. | Low Number | High Number | | |

| Programs | Depart-mentalized | Start Date | End Date | Bldg/Location | SE | | GE | | Total Min | Frequency |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Low Min | High Min | Low Min | High Min | | |
| Elementary or Secondary-Level Resource Program | ☑ Y ☐ N | 10/16/2019 | 10/15/2020 | Kalamazoo Central High School | 50 | | | 1835 | 1885 | Week |

Does the student require a reduced day? ☐ Yes ☑ No

PLAINTIFFS 00004528

CONFIDENTIAL