# EXHIBIT 71

Kalamazoo Public Schools
1220 Howard Street
Kalamazoo, Michigan 49008-1871
Phone: 269-337-0161

## INDIVIDUALIZED EDUCATION PROGRAM (IEP) TEAM REPORT

**Date of IEP Team Meeting:** 10/16/2019
**Student Name:** Donquarion Lamar De'andre Lewis
**Student's Address:** 634 Grasshopper, Kalamazoo
**County:**
**Student Primary Language:**
**Birthdate:** 08/20/2002

**Date of IEP Offer of FAPE:** 10/16/2019
**Home Phone:** 2692168723
**State:** Michigan
**Resident District for Purpose of FAPE:** Kalamazoo
**Language in the Home:** English
**Age:** 18-1

**Date of Most Recent Evaluation IEP:** 01/24/2018

**Zip Code:** 49009

**Grade:** Eleventh grade

### PURPOSE

**Purpose of IEP Team Meeting:** Amendment
**Date of Revision/Amendment:** 09/23/2020

**These sections of the IEP have been modified:**
Special factors, supplementary aids and assessments section was amended to include the contingency learning plan or otherwise known as the distance learning plan when the school campus or face to face instruction is not accessible.

### PARTICIPANTS

- ☑ **Student:** Donquarion Lamar De'andre Lewis
- ☑ **General Ed Teacher:**
- ☑ **Special Ed Provider:** George Sachse
- ☑ **Eval Team Rep:** Lori Morcom
  (the individual who can interpret the instructional implications of evaluation results)

- ☑ **Parent/Guardian:** Barbara Lewis-McDonald
- ☑ **Parent/Guardian:** Demond McDonald
- ☑ **School District Rep:** Mr. Gardner
- ☑ **Other/Title:** Mr Smith - Student Services

### STUDENT PROFILE AND ELIGIBILITY

In determining both eligibility and need for special education programs/services, the IEP Team must consider each of the following:

**Student Strengths**
Donquarion wants to do well in his classes. He works hard for teachers who give him praise and positive feedback. He also works well one-on-one with teachers. He appears to have a strong peer group.

**Parent/Guardian Concerns**
Mom is concerned about taking Spanish and feels it is to hard for him. She also wants to ensure Donquarion receives the support he needs from special education to be successful in his general education classes.

**Current Evaluations**
Scholastic Reading Inventory (Strategic Reading): 9/14/17 lexile score - 589 (proficient for 3rd grade level); 11/16/17 lexile score - 596 (an increase of 7 points-proficient for 3rd grade level)

NWEA-Map Benchmark Assessments:
Reading (fall 2017) - 191(drop of 18 points from the spring 2017), 3rd percentile, 3.0 gle; Areas Assessed- Literary Text: Language Craft, Structure-179 (*Suggested Area of Focus), Informational Text- Language, Craft, Structure-193, Literary Text-Key Ideas and Details-194, Informational Text-Key Ideas and Details-195, Vocabulary-Acquisition and Use-198
Math (fall 2017) - 200 (12 point drop from spring 2017), 5th percentile, 3.5 gle; (winter 2018) - 204 (4 point increase from fall 2017), 7th percentile, 4.0gle; Areas Assessed: The Real and Complex Number Systems-195 (*Suggested Area of Focus), Geometry-206, Operations and Algebraic Thinking-208, Statistics and Probability-209

Donquarion is in the 11th grade here at KC. He has earned 12.5 credits towards graduation with a cumulative GPA of 1.49.

Donquarion's current grades are as follows:
Algebra 2A Pt 1: 48%
Recreational Sports: 59%
Earth Science A: 35%

Based on **1)** Donquarion's current functioning, **2)** the most recent evaluation findings and **3)** any additional assessment information, does the IEP Team determine that this student has a disability that requires special education programs/services?

☑ Yes, Donquarion is **eligible** for special education

| Primary Disability | Qualifying Criteria | Qualifying Criteria |
|---|---|---|

**ADMITTED**

CONFIDENTIAL

Student Name: Donquarion Lamar De'andre Lewis

Date of Revision/Amendment: 09/23/2020

## Programs and Services

**Related Services with General Education and/or Special Education Programs**

**Direct Service:** the primary mode of service is directly working with the student. There may be occasional consultation with others.

**Consultative Service:** the primary mode of service is working with the teacher(s) and others having daily contact with the student. Direct work with the student is occasional

**Current IEP Year: From Date** 10/16/2019  
**School Year:** 2019-20  
**Grade:** Eleventh grade

**To Date:** 10/15/2020  
**School Year:** 2020-21  
**Grade:** Twelfth grade

| Related Services | Start Date | End Date | Service Mode | | Minutes | | Sessions | | Frequency | Setting within Location |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low Min. | High Min. | Low Number | High Number | | |

| Programs | Depart-mentalized | Start Date | End Date | Bldg/Location | SE | | GE | | Total Min | Frequency |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Low Min | High Min | Low Min | High Min | | |
| Elementary or Secondary-Level Resource Program | ☑ Y ☐ N | 10/16/2019 | 10/15/2020 | Kalamazoo Central High School | 50 | | | 1835 | 1885 | Week |

**Does the student require a reduced day?** ☐ Yes ☑ No

CONFIDENTIAL

PLAINTIFFS 00004480