# EXHIBIT 72

CONFIDENTIAL

11/30/2020      Individualized Education Program for Donquarion Lewis (5681020231)

**Student Name:** Donquarion Lewis      **IEP Date:** 01/08/2019

## Programs and Services

**Related Services with General Education and/or Special Education Programs**

**Direct Service:** the primary mode of service is directly working with the student. There may be occasional consultation with others.

**Consultative Service:** the primary mode of service is working with the teacher(s) and others having daily contact with the student. Direct work with the student is occasional

**Current IEP Year: From Date** 01/08/2019      **To Date:** 01/07/2020
School Year: 2018-19      School Year: 2019-20
Grade: Tenth grade      Grade: Eleventh grade

| Related Services | Start Date | End Date | Service Mode | Minutes | | Sessions | | Frequency | Setting within Location |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Low Min. | High Min. | Low Number | High Number | | |

| Programs | | Depart-mentalized | Start Date | End Date | Bldg/Location | SE | | GE | | Total Min | Frequency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Low Min | High Min | Low Min | High Min | | |
| Elementary or Secondary-Level Resource Program | | ☐ Y ☑ N | 01/08/2019 | 01/07/2020 | Kalamazoo Central High School | 50 | | | 1835 | 1885 | Week |

**Does the student require a reduced day?** ☐ Yes ☑ No

PLAINTIFFS 00004496

CONFIDENTIAL