# EXHIBIT 80

| | |
|---|---|
| **From:** | Birnbaum, Gina (MDE) |
| **To:** | Tori Wentela |
| **Cc:** | Collier, Kristina (MDE) |
| **Subject:** | RE: 21-0004 Questionnaire |
| **Date:** | Friday, March 5, 2021 7:58:44 AM |
| **Attachments:** | image002.png |
| | image003.png |

Happy Friday!!

Since the primary concern seems to be Reading, I think maybe we could stick with the two English classes and US History. Thanks for checking.

Kind Regards,

*Gina C. Birnbaum*

**Gina C. Birnbaum**
State Complaint Investigator

**Phone:** 517-335-0459
**Mobile:** 989-326-0610
**Email:** birnbaumg@michigan.gov
608 West Allegan St.
P.O. Box 30008
Lansing, MI 48909



**From:** Tori Wentela <tori.wentela@kresa.org>
**Sent:** Friday, March 5, 2021 7:53 AM
**To:** Birnbaum, Gina (MDE) <BirnbaumG@michigan.gov>
**Cc:** Collier, Kristina (MDE) <CollierK1@michigan.gov>
**Subject:** Re: 21-0004 Questionnaire

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Happy Friday!!
I just want to make sure that I have the right people in the district fill these out. We originally were thinking the strategic math, math, and ELA teachers. His current schedule is US History, Science A
Econ, English11 & 12.

I am thinking one or both ELA teachers. Do we want to stick with the math teachers or relace with history, econ and/ or science??

*Tori Wentela*

*Program Improvement & Accountability Administrator*

------------------------------------------------------------

**Kalamazoo Regional Educational Service Agency**
Tel: 269.250.9228 | Fax: 269.250.9322
1819 E. Milham Ave., Portage, MI   49002

---

**From:** Birnbaum, Gina (MDE) <BirnbaumG@michigan.gov>
**Sent:** Thursday, March 4, 2021 3:48 PM
**To:** Tori Wentela <tori.wentela@kresa.org>
**Cc:** Collier, Kristina (MDE) <CollierK1@michigan.gov>
**Subject:** 21-0004 Questionnaire

***ATTENTION:*** This email was sent from an ***external source***. Please be extra vigilant when opening attachments or clicking links.***

Good Afternoon Tori,

Thank you so much for all of your assistance in this investigation.  Attached you will find the questionnaire for 21-0004.  We hope to have these back no later than March 10, 2021 to review.

Kind Regards,

*Gina C. Birnbaum*

**Gina C. Birnbaum**
State Complaint Investigator

**Phone:** 517-335-0459
**Mobile:** 989-326-0610
**Email:** birnbaumg@michigan.gov
608 West Allegan St.
P.O. Box 30008
Lansing, MI 48909