# EXHIBIT 84

3/22/23





157



158



159

MDE_00002695

53

