UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., et al.,

      Plaintiffs,                                     Case No. 1:22-cv-00838-RJJ-PJG

v.

MICHIGAN DEPARTMENT OF
EDUCATION,

      Defendant.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Jennifer B. Salvatore

RE:  Response to Motion – #86

REASON FOR NOTICE:   The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION:   None.

INFORMATION FOR FUTURE REFERENCE:   Local Civil Rule 5.7(e) requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e-mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                          CLERK OF COURT

Dated:  April 11, 2025        By:   /s/ M. Carlson
                                             Deputy Clerk