UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., et al.,

    Plaintiffs,                                   Case No. 1:22–cv–00838–RJJ–PJG

v.                                          Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
EDUCATION,

    Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):        Motion for Summary Judgment – #78
Date/Time:       June 16, 2025   10:00 AM
Judge:            Robert J. Jonker
Place/Location:  699 Federal Building, Grand Rapids, MI

                                                ROBERT J. JONKER
                                                United States District Judge

Dated:  April 22, 2025       By:   /s/ Stephanie Carpenter
                                              Case Manager