UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., et al.,

    Plaintiffs,                Case No. 1:22−cv−00838−RJJ−PJG

    v.                           Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
EDUCATION,

    Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Summary Judgment − #78 |
| Date/Time: | July 9, 2025   03:00 PM *(previously set for 6/16/25)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                           ROBERT J. JONKER
                                           United States District Judge

Dated:  May 6, 2025          By:   /s/ Stephanie Carpenter_____
                                           Case Manager