UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONQUARION LEWIS; KE'AUJANAA SHEPHERD-FRIDAY; and K.B., by and through her parent and next friend H.B., | Case No. 22-cv-00838-RJJ PJG |
| | Hon. ROBERT J. JONKER |
| Plaintiffs, | MAG. PHILLIP J. GREEN |
| v | **STIPULATION AND ORDER EXTENDING THE WORD LIMIT AND DUE DATE FOR DEFENDANT'S REPLY BRIEF TO PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |
| MICHIGAN DEPARTMENT OF EDUCATION, | |
| Defendant. | |

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplaw.com
fegley@spplaw.com

Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

Kathleen A. Halloran (P76453)
Neil Giovanatti (P82305)
Ticara D. Hendley (P81166)
Attorneys for Defendant
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
hallorank1@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov

1

Attorney for Plaintiffs
325 E. Grand River Ave., Suite 250
Lansing, MI 48823
(517) 994-1776
liz@education-rights.com

### STIPULATION AND ORDER EXTENDING THE WORD LIMIT AND DUE DATE FOR DEFENDANT'S REPLY BRIEF TO PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Given the complexity of the legal issues and the length of Plaintiffs' response brief, the parties stipulate to extend the word limit as set forth below, and further stipulate to the below briefing schedule:

1. Defendant's reply brief shall not exceed 5,000 words.

2. Defendant's reply brief originally due May 8, 2025 shall now be due May 15, 2025.

IT IS SO ORDERED.

Dated: May _6_, 2025                    /s/ Robert J. Jonker
                                        HON. ROBERT J. JONKER
                                        United States District Court Judge

Respectfully submitted,

| | |
|---|---|
| /s/ *Mitchell D. Sickon* (*with consent*) | /s/ *Kathleen A. Halloran* |
| Erin H. Diaz (P80388) | Ticara D. Hendley (P81166) |
| Mitchell D. Sickon (P82407) | Kathleen A. Halloran (P76453) |
| Disability Rights Michigan | Neil Giovanatti (P82305) |
| Attorneys for Plaintiffs | Amanda E. Zack (P82326) |
| 4095 Legacy Parkway | Attorneys for Defendant |
| Lansing, Michigan 48911 | Michigan Department of |
| (517) 487-1755 | Attorney General |
| ediaz@drmich.org | Health, Education & Family |
| msickon@drmich.org | Services Division |
| | P.O. Box 30758 |
| Jennifer B. Salvatore (P66640) | Lansing, MI 48909 |
| David L. Fegley (P85275) | (517) 335-7603 |
| Salvatore Prescott Porter & Porter | hendleyt1@michigan.gov |
| Attorneys for Plaintiffs | hallorank1@michigan.gov |
| 105 E. Main Street | giovanattin@michigan.gov |
| Northville, Michigan 48167 | |
| (248) 679-8711 | |
| salvatore@spplaw.com | |
| fegley@spplaw.com | |

Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
Attorney for Plaintiffs
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

3