UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONQUARION LEWIS; KE'AUJANAA
SHEPHERD-FRIDAY; and K.B., by and
through her parent and next friend, H.B.,

    Plaintiffs,

v.                                                                     Case No. 1:22-cv-838

                                                                      HON. ROBERT J. JONKER

MICHIGAN DEPARTMENT OF
EDUCATION,

    Defendant.
_____/

## ORDER

      Yesterday, the Sixth Circuit issued a decision in *Y.A. et al. v. Hamtramck Pub. Schs. et al.*, reversing the district court's denial of the State's motion to dismiss on sovereign immunity grounds.  The panel held that sovereign immunity barred the claim asserted under the Americans with Disabilities Act.  The panel also extended its reasoning to the Individuals with Disabilities Education Act.  As such, the decision would seem to call for dismissal here too.

      Supplemental briefing would therefore be appropriate in light of the *Hamtramck* decision.  The Court sets a deadline of **June 6, 2025** for each party's opening Supplemental Brief, with a deadline of **June 16, 2025** for any responsive Supplemental Brief.  The July 9, 2025 motion hearing will proceed as scheduled.

      **IT IS SO ORDERED.**


Dated:   May 23, 2025                            /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE