UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONQUARION LEWIS; KE'AUJANAA SHEPHERD-FRIDAY; and K.B., by and through her parent and next friend H.B.,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.
_____

Case No. 22-cv-00838-RJJ PJG

Hon. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**STIPULATION AND ORDER TO ALLOW MITCHELL D. SICKON TO WITHDRAW**

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Salvatore Prescott Porter & Porter
Attorneys for Plaintiffs
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
salvatore@spplaw.com
fegley@spplaw.com

Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorney for Plaintiffs
325 E. Grand River Ave., Suite 250
Lansing, MI 48823
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

Kathleen A. Halloran (P76453)
Neil Giovanatti (P82305)
Ticara D. Hendley (P81166)
Attorneys for Defendant
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
hallorank1@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov

1

## STIPULATION AND ORDER TO ALLOW MITCHELL D. SICKON TO WITHDRAW

The parties, through their counsel, stipulate:

1. Plaintiffs' counsel sought and obtained the concurrence of counsel for the Defendant on the issue that is the subject of this Stipulated Order.

2. Plaintiffs' counsel Mitchell D. Sickon is ending his employment at Disability Rights Michigan.

3. Plaintiffs' counsel Erin Diaz from Disability Rights Michigan will continue to serve as counsel for Plaintiffs in addition to co-counsel from Salvatore Prescott Porter & Porter, Abdnour Weiker LLP, and MI AECRES.

4. The parties request that this Court issue the proposed Order below allowing Mitchell D. Sickon to withdraw from this case.

## ORDER AUTHORIZING MITCHELL D. SICKON TO WITHDRAW

The parties, by and through their respective attorneys, agree that Mitchell D. Sickon may withdraw from this case.

IT IS SO ORDERED.

Dated: June ___, 2025

_____
HON. ROBERT J. JONKER
United States District Court Judge

Respectfully submitted,

| | |
|---|---|
| /s/ *Mitchell D. Sickon* | /s/ *Neil Giovanatti* (*with consent*) |
| Erin H. Diaz (P80388) | Ticara D. Hendley (P81166) |
| Mitchell D. Sickon (P82407) | Kathleen A. Halloran (P76453) |
| Disability Rights Michigan | Neil Giovanatti (P82305) |
| Attorneys for Plaintiffs | Amanda E. Zack (P82326) |
| 4095 Legacy Parkway | Attorneys for Defendant |
| Lansing, Michigan 48911 | Michigan Department of |
| (517) 487-1755 | Attorney General |
| ediaz@drmich.org | Health, Education & Family |
| msickon@drmich.org | Services Division |
| | P.O. Box 30758 |
| Jennifer B. Salvatore (P66640) | Lansing, MI 48909 |
| David L. Fegley (P85275) | (517) 335-7603 |
| Salvatore Prescott Porter & Porter | hendleyt1@michigan.gov |
| Attorneys for Plaintiffs | hallorank1@michigan.gov |
| 105 E. Main Street | giovanattin@michigan.gov |
| Northville, Michigan 48167 | |
| (248) 679-8711 | |
| salvatore@spplaw.com | |
| fegley@spplaw.com | |

Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
Attorney for Plaintiffs
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
Attorney for Plaintiffs
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jkmetz@miaecres.org

3