# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

_____

## MINUTES

D.L., et al.

v.

MICHIGAN DEPARTMENT OF EDUCATION

**CASE NO.** 1:22-cv-838
**DATE:** 07/09/2025
**TIME:** 3:17 p.m. – 3:52 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF(S):**
Erin Hankins Diaz
Elizabeth Kamm Abdnour
David Fegley

**DEFENDANT(S):**
Neil Anthony Giovanatti
Kathleen Ann Halloran

## PROCEEDINGS

**NATURE OF HEARING:**

The Court heard oral argument on Defendant's motion for summary judgment (ECF No. 78). The motion was taken under advisement.

COURT REPORTER:  Paul Brandell                    /s/ Dillon Brown
                                                          Law Clerk