**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| D.L.; K.S.F.; and K.B., by and through her parent and next friend H.B., | Case No. 22-cv-00838-RJJ-PJG |
| Plaintiffs, | Hon. Robert J. Jonker |
| v. | Mag. Phillip J. Green |
| MICHIGAN DEPARTMENT OF EDUCATION, | **PLAINTIFFS' NOTICE OF ATTORNEY FIRM AND ADDRESS CHANGE** |
| Defendant. | |

| | |
|---|---|
| Erin H. Diaz (P80388)<br>Disability Rights Michigan<br>*Attorneys for Plaintiffs*<br>4095 Legacy Parkway<br>Lansing, Michigan 48911<br>(517) 487-1755<br>ediaz@drmich.org<br>msickon@drmich.org | Jacquelyn N. Kmetz (P83575)<br>MI AECRES<br>*Attorney for Plaintiff*<br>P.O. Box 705<br>Ludington, Michigan 49431<br>(231) 794-2379<br>jkmetz@miaecres.org |
| Jennifer B. Salvatore (P66640)<br>David L. Fegley (P85275)<br>Salvatore Prescott Porter & Porter<br>*Attorneys for Plaintiffs*<br>105 E. Main Street<br>Northville, Michigan 48167<br>(248) 679-8711<br>salvatore@sppplaw.com<br>fegley@sppplaw.com | Charles A. Cavanagh (P79171)<br>Kathleen A. Halloran (P76453)<br>*Attorneys for Defendant*<br>Michigan Department of Attorney General<br>Health, Education, & Family Services Division<br>P.O. Box 30758<br>Lansing, Michigan 48909<br>(517) 355-7603<br>cavanaghc2@michigan.gov<br>hallorank1@michigan.gov |
| Elizabeth K. Abdnour (P78203)<br>*Attorney for Plaintiffs*<br>Abdnour Weiker LLP<br>325 E. Grand River Ave., Ste. 250<br>East Lansing, MI 48823<br>P: (517) 994-1776<br>F: (614) 417-5081<br>liz@education-rights.com | |

**NOTICE OF FIRM AND ADDRESS CHANGE**

Now comes Plaintiff's attorney to advise the court of her firm and address change from

>MI AECRES
>P.O. Box 705
>Ludington, Michigan 49431
>(231) 794-2379
>jkmetz@miaecres.org

to

>Abdnour Weiker LLP
>325 E. Grand River Ave., Ste. 250
>East Lansing, MI 48823
>P: (517) 994-1776
>F: (614) 417-5081
>jacquelyn@education-rights.com

Whereby, Plaintiff's attorney respectfully requests that the United States District Court, Western District of Michigan, change her firm and address on the record in the above-named matter to

>Abdnour Weiker LLP
>325 E. Grand River Ave., Ste. 250
>East Lansing, MI 48823
>P: (517) 994-1776
>F: (614) 417-5081
>jacquelyn@education-rights.com

Dated: August 19, 2025                                          Respectfully Submitted,

>s/ Jacquelyn N. Kmetz
>Jacquelyn N. Kmetz (P83575)
>Attorney for Plaintiffs
>Abdnour Weiker LLP
>325 E. Grand River Ave., Ste. 250
>East Lansing, MI 48823
>P: (517) 994-1776
>F: (614) 417-5081
>jacquelyn@education-rights.com