UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L., et al.,

      Plaintiffs,

v.

      Case No. 1:22-cv-838

MICHIGAN DEPARTMENT
OF EDUCATION,

      HON. ROBERT J. JONKER

      Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date, Judgment is entered in favor of Defendant and against Plaintiffs.

Dated:  September 24, 2025            /s/ Robert J. Jonker
                                                              ROBERT J. JONKER
                                                             UNITED STATES DISTRICT JUDGE